**1  bfogop**

12/10/24, 9:53 AM                     Reusable Compressed Towel, Disposable Towel for Outdoor Travel, Soft Portable Cotton Washcloth, 30 x 70 CM - Walmart.com





**Infringing Evi. 000002**

12/10/24, 9:53 AM                    Reusable Compressed Towel, Disposable Towel for Outdoor Travel, Soft Portable Cotton Washcloth, 30 x 70 CM - Walmart.com




+ Add

$11.99

PicocCasa Home Microfiber Water Absorbent Towel Washcloth 12"x12" White 3Pcs

Save with W+

Shipping, arrives in 2 days



+ Add

$7.79

50 Pcs Compressed Towel Multi-function Travel Face Towels Tablets Disposable Multifunction Outdoor

Shipping, arrives in 3+ days



+ Add

$11.39

Hand Towels Pattern 100% Cotton Absorbent Soft Dec

★★★★★ 1

Shipping, arrives in 3+ days



+ Add

$32.06

WeHome 100% Cotton 6-Piece Ultra SOFT TWIST Towel Set, Ensign Blue, 600 GSM, 2 Bath Towels 30" x 54", 2 Hand Towels, 2 Washcloths, Highly Absorbent, Bathroom Towel for Everyday Use

★★★★★ 76

2-day shipping

Best seller



+ Add

Now $26.24 $29.99

100% Cotton Beach Towel with Beach Bag, 6 Piece Beach Towels Oversized, 39"x7T', Pool Towel, Oversized Beach Towel, Quick Dry Sand Towel, Travel towel - Multi Colors

★★★★☆ 146

2-day shipping



+ Add

$32.06

WeHome 100% Cotton 6-Piece Ultra SOFT TWIST Towel Set, High Rise, 600 GSM, 2 Bath Towels 30" x 54", 2 Hand Towels, 2 Washcloths, Highly Absorbent, Bathroom Towel For Everyday Use

★★★★★ 76

2-day shipping

## About this item

### Product details                                                                  ⌃

Feature:

Material:cotton

Color: white

Unfold Size:  30 x 70cm

A clean fresh towel every time

Free from chemicals or detergents

Unfold immediately in water.

Convenient for travel. to activate

Can be used repeatly

Package Included:

1 pcs Compressed Towel

- A clean fresh towel every time
- Free from chemicals or detergents
- Unfold immediately in water.
- Convenient for travel. to activate
- Can be used repeatly

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications                                                                   ⌃

**Brand**

bfogop

**Piece Count**

1

**Assembled Product Weight**

0.1 lb

**Assembled Product Dimensions (L x W x H)**

4.00 x 4.00 x 1.00 Inches

### Warranty                                                                         ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

Infringing Evi. 000003

12/10/24, 9:53 AM                    Reusable Compressed Towel, Disposable Towel for Outdoor Travel, Soft Portable Cotton Washcloth, 30 x 70 CM - Walmart.com

More details

💬 Report incorrect product information



$14.21

Jitty 4 Pack Disposable Bath Towels Soft Cotton Towel Set for Home Hotel Bathroom Spa Travel Highly Absorbent 27×55 inch

★★★★★ 1

2-day shipping

$15.99

All Design Quick-Dry 4 Pieces White Hand Towels - Highly Absorbent 100% Turkish Cotton - Perfect Towel for Bathroom, Kitchen, Guests, Pool, Gym, Camp, Travel, Airbnb

★★★★★ 369

2-day shipping

Now $26.99 $28.99

MoNiBloom GSM 600 Oversized Bath Sheet Towel, 35 x 70 in, 100% Cotton Extra Large Bath Towel for Bathroom, Super Soft & High Absorbent, Red

★★★★☆ 7

3+ day shipping

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.



$14.21

Jitty 4 Pack Disposable Bath Towels Soft Cotton Towel Set for Home Hotel Bathroom Spa Travel Highly Absorbent 27×55 inch

★★★★★ 1

2-day shipping

$15.99

All Design Quick-Dry 4 Pieces White Hand Towels - Highly Absorbent 100% Turkish Cotton - Perfect Towel for Bathroom, Kitchen, Guests, Pool, Gym, Camp, Travel, Airbnb

★★★★★ 369

2-day shipping

Now $16.99 $19.99

Ben Kaufman Black Makeup Towels - 13 x 13 Inch Makeup Towels - 100% Cotton Small Face Towel for Drying Face & Removing Makeup - Soft Makeup Remover Towel, Reusable & Washable Face Washcloth - 6 Count

★★★★☆ 22

3+ day shipping

Best seller

**Infringing Evi. 000004**

12/10/24, 9:53 AM

Reusable Compressed Towel, Disposable Towel for Outdoor Travel, Soft Portable Cotton Washcloth, 30 x 70 CM - Walmart.com



+ Add

**Now $13.00** ~~$14.95~~

Clean Skin Club Clean Towels XL, 100% USDA Biobased Face Towel, Disposable Face Towelette, Makeup Remover Dry Wipes, Ultra Soft, 50 Ct, 1 Pack



Options

+3 options

**$5.60** +$5.59 shipping

Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel

Shipping, arrives **in 3+ days**



+ Add

**$8.46**

Aqyh Compressed Towel Easy to Use Hygienic Skin-frie

Shipping, arrives **in 3+ days**

---

**Report:** ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Terry Cloth Sheet

Microfibre Travel Towels

Packable Towel

Hair Towels

Japanese Washcloth

Soft Bath Towels

Super Absorbent Towel

Water Absorbing Towel

Terry Cloth Bath Towels

Washcloths

Quick Dry Towels

Home / Bath / Bath Towels / White Towels

**Infringing Evi. 000005**

12/10/24, 9:54 AM                                    Review your order - Walmart.com







https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                1/2

**Infringing Evi. 000006**

12/10/24, 9:54 AM                                                    Review your order - Walmart.com



**Infringing Evi. 000007**

2025/6/24 14:57                                    Seller StoreFront - bfogop - Walmart.com



**Infringing Evi. 000008**

# 2  ankasha

3/23/25, 8:13 AM                                    FANJIE Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com





**Infringing Evi. 000010**

3/23/25, 8:13 AM                    FANJIE Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com



Sponsored
Now $28.99 ~~$49.99~~



Sponsored
Now $26.99 ~~$39.99~~



25*50cm

$6.30 +$3.74 shipping

## About this item

### Product details                                                                        ⌃

**Features:**

*Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

*Great for your travel or outdoor activities like hiking, biking and camping

*Made of quality material, soft, skin-friendly and comfortable

*Compact in size, convenient to carry

*Can be put in jacket pocket, purse or cosmetic bag

*Can be used repeatedly

**Specifications:**

*Material:Cotton

*Optional Size:30*30cm; 30*70cm;5PCS-25*50CM;70*100CM;50*80CM
(After soaking in water) (Approx.)

*Color: White(As Pictures Show)

**Package Contents:**

1*Towel

**Note: The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness of your monitor and light brightness.**

FANJIE Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have
    not verified it.  See our disclaimer

### Specifications                                                                         ⌃

**Brand**
Fanjie

**Towel & Washcloth Type**
Washcloths

**Material**
Cotton

**Fabric Content**
Cotton

More details

### Warranty                                                                               ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in
this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact
seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬  Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

**Infringing Evi. 000011**

3/23/25, 8:13 AM                    FANJIE Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



**Options**   70*100cm

+3 options

**$5.89** +$2.99 shipping

BAMILL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives **in 3+ days**



**Options**

+3 options

**$4.59** +$5.59 shipping

Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel

Shipping, arrives **in 3+ days**



**Options**

**$5.99** +$3.99 shipping

Compressed Towel Tablets Disposable Portable Travel Tow Tissues for Camping Hiking Sport Hotel Beauty Salon (5 Pa

Shipping, arrives **in 3+ days**

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home   /   Bath   /   Bath Towels   /   Washcloths

**Infringing Evi. 000012**

3/23/25, 8:13 AM                                        Review your order - Walmart.com







**1. Shipping, arrives by Wed, Apr 9**

Paula Stlouis                                                                    Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                            Edit
House

**Items details**                                                     Hide details
**Arrives by Wed, Apr 9**                                                  1 item

Sold and shipped by ankasha
$2.99 seller shipping fee

FANJIE Disposable Magical Compressed Bath Travel
Reusable Cotton Towel Washing Hotel
Size: 50*80CM

$8.43

Remove        —    1    +

**Subtotal** (1 item)                                                        $8.43
Seller shipping                                                              $2.99
**Estimated taxes**                                                          $0.80

**Estimated total**                                                        **$12.22**

Have a promo code?                                                             ⌄

**2. Payment method**                                                          ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

[ 💳                                                              ]

                                                              **Continue**

one

**one**pay  $10 cash back when you spend $10+                              Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                                ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Infringing Evi. 000013

3/23/25, 8:13 AM                                                    Review your order - Walmart.com



3. Text updates for this order

**Infringing Evi. 000014**

2025/6/24 14:58                                    Seller StoreFront - ankasha - Walmart.com



### ankasha

○ tiananyunguchanyeyuanerqi( 02-08 dikuai) 11 dong 1004 Cqu
shenzhenshi, GD 518129, CN

✉ Contact seller    ☎ (+86) 19076194096

**Seller Reviews**                                                      View all

3.8 out of 5 ★★★★☆

102 ratings  |  12 reviews

**About the Store**                                                    View more

🗄 Business Name: shenzhenshiankashajiyouxiangongsi



Featured    Shop all

    

Now $9.96 $13.18 +$3.99 shipping          Now $22.34 $49.99            $5.66 +$2.99 shipping
20x 1156 1141 13-SMD RV Camper          Shark Vacuum Cleaner         DC 12V Lead Cable Plug Wire 2Pin
Trailer LED Interior Light Bulbs 12V     Attachment Set 32/35mm Soft  Charger for Car Cooler Cool Box Mini
Super 6000K                              Dusting Brush Cleaning Tool Kit 5  Fridge Replacement Power Cord
★☆☆☆☆ 1                                  Pieces                       ★★★★★ 2
                                         ★☆☆☆☆ 1

**Seller reviews**

3.8 out of 5 ★★★★☆

102 ratings  |  12 reviews

| 5 stars | | 58% (60) |
| 4 stars | | 10% (10) |
| 3 stars | | 4% (4) |
| 2 stars | | 3% (3) |
| 1 star | | 25% (25) |

How seller rating is calculated ⓘ

Showing 1 - 5 of 12 reviews

★★★★★ Apr 11, 2025

👤 Walmart customer

Seller was great. Shopping a little slower than I would like, however it mentioned 3 days on the website so the shipping time was fair.

> Item bought:
> Air Humidifier Filter For Honeywell HC22E1001/U HE100 HE150 HE220 HE225

★★★★★ Jan 10, 2025

👤 Walmart customer

This product was perfect for Water Polo team signatures! It worked flawlessly, making every autograph clear and long-lasting. Whether it's for keepsakes or team memorabilia, this is the ideal choice. Highly recommend it for any sports-related events

> Item bought:
> BAMLL 5 PCS Clear Acrylic Sheet Transparent Board 1mm for Picture Frame Glass

★★★★★ Dec 7, 2024

👤 Walmart customer

Everything arrived on time no damage to the part was exactly what it was described as thank you

> Item bought:
> RANMEI Refrigerator PTC Starter Relay Replacement 1/3Pins Compressor Overload Protector

**Infringing Evi. 000015**

2025/6/24 14:58                                    Seller StoreFront - ankasha - Walmart.com



★☆☆☆☆  Nov 6, 2024

🗨 Walmart customer

The seller never answered my messages after they failed to deliver it to my address. It should be -star for ignoring a customer who work ward to earn money.

Item bought:
FANJIE Ice cloth bag can be reused cold and hot compress ice bag physical cooling

★★★★★  Nov 2, 2024

🗨 Walmart customer

Great Transaction, Got what the Listing Said, Quick Delivery!

Item bought:
5-50A Mini Circuit Breaker Blade Fuse Automatic Resetting Car Ship 12V 20V

View all reviews (102)

**Infringing Evi. 000016**

# 3  NAMANYLE

12/12/24, 1:52 PM                          Compressed Towel Tablets On Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable - Walmart.com





**Infringing Evi. 000018**

12/12/24, 1:52 PM                    Compressed Towel Tablets On Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable - Walmart.com



$1.49 +$3.00 shipping
Wovlon 14X30 Inches Hand Towels (Blue), Wash Cloths for Showering, Body and Face, Baby Towels, Face Towels, Absorbent Superfine Fiber Soft Comfortable Washing Towel, Wash Rag, Dish Towels, 1PC

$2.27
Mainstays Value Bath Towel, White
★★★★☆ 48
Save with W+

$3.97
More options from $1.97
Mainstays Performance Solid Bath Towel, 30" x 54", Gre
★★★★☆ 5836

**About this item**

**Product details**

Made of great material, the product has excellent water absorption and quick-drying properties.

It is soft, washable and durable - meet the basic bathroom drying needs to wrap around your hair or to dry your body.

Hope it could be a good helper in your life, add your vitality and improve your quality of life.

If there is any problems with the product, please email us and we will reply you as soon as possible.

- Perfect for use in bathroom, kitchen, gym, spa, office, and for face wash, general cleaning as it gives you a very soft, comfortable, and lightweight feel, making it functional for you and your companions.
- Wash towels separately from other clothing to reduce the transfer of towel lint to other clothing.
- Please use a mild detergent to wash towels.
- Do not use bleach at any stage of washing or drying. Doing so may discolor the towel and damage the fabric.
- ON CLEARANCE

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

**Specifications**

**Brand**
NAMANYLE

**Towel & Washcloth Type**
Hand Towels

**Material**
Cotton

**Fabric Content**
Cotton

More details

**Directions**

**Fabric Care Instructions**
Wash towels separately from other clothing to reduce the transfer of towel lint to other clothing.\nPlease use a mild detergent to wash towels.\nDo not use bleach at any stage of washing or drying. Doing so may discolor the towel and damage the fabric.

**Warranty**

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

In 200+ people's carts

$2.94
More options from $1.24
Mainstays 100% Cotton Bath Towel, Super Soft and highly absorbent Basic Striped Premium Bath Towel for Bathroom, Hotels, Spa and Gym – Tan
★★★★☆ 12570
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

$2.37 +$5.59 shipping
Workout Towel Quick Drying Towel Sports Towel Cooling Towel Multi-use Camping Towel Fitness Towel
Shipping, arrives **in 3+ days**

Clearance

Now $1.09 $1.19 +$4.90 shipping
More options from $0.59
Ongmies Floral Fashion Coral Fleece Towels & Washclo
★★☆☆☆ 13
Shipping, arrives **in 3+ days**

**Infringing Evi. 000019**

12/12/24, 1:52 PM                    Compressed Towel Tablets On Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable - Walmart.com



💬 Report incorrect product information

## Customer ratings & reviews

# 1 out of 5

⭐ 1 rating | 1 review

How item rating is calculated ⓘ

View all reviews

| | |
|---|---|
| 5 stars | 0% (0) |
| 4 stars | 0% (0) |
| 3 stars | 0% (0) |
| 2 stars | 0% (0) |
| 1 star | 100% (1) |

All filters ▾    ⭐ Star rating ▾    Verified purchases only

Sort by | Most relevant ▾

**Showing 1-3 of 1 review**

Dec 14, 2023   ⭐ Verified Purchase ⓘ

**Rip off**

Thought I was getting a small towel and washcloth but I got a washcloth was very soft no towel at all not one
for my hair or even a hand towel. What I got I could have gotten 2 for$1.00 at the dollar store

👤 Nancy                    Helpful? 👍 (0)   👎 (0)   Report

View all reviews (1)

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



$62.79
Options from $62.79 – $77.61
Authentic Hotel and Spa Turkish Cotton Bath Towels (Set of 4) White
⭐ 37
Shipping, arrives in 3+ days

$22.99
Options from $22.99 – $29.97
Set of 6 Hand Towels 100% Cotton Large Hand/Salon Towels Set (6-Pack, 16x27 inches) Gray
⭐ 456
Save with W+
Shipping, arrives in 2 days

Reduced price
Now $27.00  $42.00
Superior Hymnia Egyptian Cotton Face Towel Set, Fore
Shipping, arrives in 3+ days

Clearance

**Infringing Evi. 000020**

12/12/24, 1:52 PM                    Compressed Towel Tablets On Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable - Walmart.com

**$4.59** +$3.99 shipping
Options from $4.59 – $5.39

Mduoduo Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel 1 Pcs

Shipping, arrives **in 3+ days**

Now **$2.59** $6.99 +$2.99 shipping

Clearance Items! Topliu Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable,Bathroom Towels,Soft Towels

Shipping, arrives **in 3+ days**

**$13.65**
More options from $7.81

Jyigee 20x22cm Compressed Towels Travel Disposable 18*25cm

Shipping, arrives **in 3+ days**

---

**Report:**   ⊘ Report seller     ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

Diving Towel                          Terry Cloth Bath Towels

Sun Drying                            Microfibre Travel Towels

Terry Towel Fabric                    Rolled Beach Towel

Hair Towels                           Quick Dry Towels

Washcloths                            Japanese Washcloth

Large Bath Towels

Home / Bath / Bath Towels / Hand Towels

**Infringing Evi. 000021**

12/12/24, 1:52 PM                                          Review your order - Walmart.com



**1. Shipping, arrives by Thu, Jan 2, 2025** ✓

Paula Stlouis                                                                    Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                            Edit

House

**Items details**                                                               Hide details
Arrives by Thu, Jan 2, 2025                                                      1 item

Sold and shipped by NAMANYLE
$4.99 seller shipping fee

Compressed Towel Tablets On Clearance
Compressed Towel Outdoor Travel Wipe Soft...
Actual Color: B

$1.39

Remove            −  1  +



| | |
|---|---|
| **Subtotal** (1 item) | $1.39 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.45 |
| **Estimated total** | **$6.83** |

Have a promo code?                                                              ⌄



**2. Payment method**  ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

[                                                              ]

**Continue**

🔵 one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                                 ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 000022**

12/12/24, 1:52 PM                                           Review your order - Walmart.com



**Infringing Evi. 000023**

2025/6/24 14:59 Seller StoreFront - BOXBO - Walmart.com



# BOXBO

shen zhen shi long gang qu ji hua jie dao xia shui jing bao li yuan gong ye qu 4 dong 504
Shenzhenshi, GD 518100, CN

✉ Contact seller  |  ☎ (+86) 13530482652

**Seller Reviews**                                                                    View all

**2.5 out of 5** ⭐⭐⯨☆☆
52 ratings | 12 reviews

**About the Store**                                                                    View more

NAMANYLE is a clothing brand that has been deeply involved in the clothing field for many years, focusing on polishing products from every detail, only to provide you with the best user experience. Worry-free purchase: 30-day free return guarantee

🏢  Business Name: Shenzhenshifengxiangmaoyiyouxiangongsi


**Featured**


Shop all

**Seller reviews**

**2.5 out of 5** ⭐⭐⯨☆☆
52 ratings | 12 reviews

| | | |
|---|---|---|
| 5 stars | ████████ | 25% (13) |
| 4 stars | ██ | 8% (4) |
| 3 stars | ███ | 10% (5) |
| 2 stars | ██ | 8% (4) |
| 1 star | ███████████ | 50% (26) |

How seller rating is calculated ⓘ

Showing 1 - 5 of 12 reviews

⭐☆☆☆☆  Mar 11, 2025

🔍 Walmart customer

instructions are very small n the QR code isn't helpful



**Item bought:**
Clearance Camera HD 1080P Camera Wireless Wifi Security Cam Night Vision Motion Detects on Sale

⭐⭐⭐⭐⭐  Feb 2, 2025

🔍 Walmart customer

As described and provided updates on when I should expect to receive my towels.

**Infringing Evi. 000024**

2025/6/24 14:59                                    Seller StoreFront - BOXBO - Walmart.com

**Item bought:**
Towel Sets On Clearance Fashion Pattern Soft Towel

⭐☆☆☆☆ Nov 17, 2024

Walmart customer

the heater has a shortage in the wire and it doesn't get hot enough at all waste of money

**Item bought:**
Heater for Car 1PC Heater Car Heaters for Indoor Use Lighter Re Fans for Cars Inside Desk Fan The Car Vehicle Mounted Heater Interior Car Small Heater Heater Car Dryer Vehicle Defogger Car Hea

⭐☆☆☆☆ Nov 8, 2024

Walmart customer

I have not talked with the seller, I feel that this is the fault of your company and the photo that is on line.

**Item bought:**
Christmas Tree Ornaments Cute Rooster Car Character Ornaments fall Decor Home Decor Christmas Gifts Christmas Ornaments On Sale

⭐☆☆☆☆ Sep 21, 2024

Walmart customer

Just a head's up. This is more a reflection on Walmart's computer process than this particular seller but I thought I might save other people some time and frustration. You will get an email and a text stating your item has been delivered or it has arrived. No, it hasn't! I spent over five minutes last night looking everywhere outside for it after I got Walmart's email saying it had been delivered. I chatted online with Emaan in customer service only to find out that "delivered" means the item was delivered to the courier to be delivered later to the customer. It's a flaw in the process. Meanwhile,...

Read more

**Item bought:**

View all reviews (52)

**Infringing Evi. 000025**

# 4  Sanlugu

12/10/24, 11:25 AM                    Eease 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com



**Infringing Evi. 000027**

12/10/24, 11:25 AM                Eease 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com

**+ Add**

**About this item**

**Product details**                                                                                                                    ⌃

Just add water or your favorite cleaning solution and you've got a sturdy and hygienic towel ready to use. |Each Compressed
Travel Towel is individually wrapped, take them with you everywhere you go. |High quality compressed towels is and
convenient. |Disposable and portable design is perfect for travel and outdoor use. |Skin-friendly and comfortable, and great
water absorption. |Suitable for facial cleanser, beauty remover, sensitive skin. |Great for the outdoors, camping, hiking or out
on the boat. Great for survival enthusiasts.

- Just add water or your favorite cleaning solution and you've got a sturdy and hygienic towel ready to use
- |Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go
- |High quality compressed towels is and convenient
- |Disposable and portable design is perfect for travel and outdoor use
- |Skin-friendly and comfortable, and great water absorption

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we
have not verified it. See our disclaimer

**Specifications**                                                                                                                     ⌃

**Brand**
Eease

**Skin Type**
Sensitive

**Assembled Product Weight**
0.49 lb

**Manufacturer Part Number**
Eease 1

More details

**Warranty**                                                                                                                           ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those
displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller,
please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

**Warnings**                                                                                                                           ⌃

⚠️ **WARNING:** As shown in the product



$10.00
Options from $10.00 – $11.00

Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★☆☆ 2
Save with W+
Shipping, arrives **in 2 days**

$9.64

HBFAGFB Personal Care Soft Disposable Face Cloths Towel Cotton Wash Control Supersoft 60pcs
White
★★★★★ 1
Shipping, arrives **in 3+ days**

$9.48

NEWCE Washcloth Facial Cleansing Cloth Face Cloth F
Shipping, arrives **in 3+ days**

Now $32.99 $52.79

Winner Disposable Face Towel, 100% Cotton Face Towels, Ultra Soft Makeup
Remover Dry Wipes, Thick Face Towelette for Sensitive Skin, 480 Count
★★★★☆ 607
2-day shipping

$22.99

PoeticEHome Soft Dry Wipe 300ct Cotton Tissue Face Cloths Disposable Cleansing
Towel
★★★★★ 21
2-day shipping

Now $14.99 $32.99   Reduced price

Larosanna Cleansing Foam, Facial Cleanser for Normal to Sensitive Skin, 5.33 fl oz
★★★★★ 29
2-day shipping

💬 Report incorrect product information

**Infringing Evi. 000028**

12/10/24, 11:25 AM                    Eease 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com







**$9.97**
FreshUps™ Disposable Face Towels XL - Biobased Facial Towel, Makeup Remover Dry Wipe, Spa Quality Soft, 50 ct

2-day shipping

**$10.00** 20.0 ¢/count
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe

2-day shipping

Now **$32.99** $32.79
Winner Disposable Face Towel, 100% Cotton Face Towels, Ultra Soft Makeup Remover Dry Wipes, Thick Face Towelette for Sensitive Skin, 480 Count

107

2-day shipping

## Customer ratings & reviews

0 ratings | 0 reviews

This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.







**$9.97**
FreshUps™ Disposable Face Towels XL - Biobased Facial Towel, Makeup Remover Dry Wipe, Spa Quality Soft, 50 ct

2-day shipping

**$10.00** 20.0 ¢/count
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe

2-day shipping

Reduced price
Now **$13.99** $25.99
FACEMADE Clean Towels 60 Ct - Size 11.5" x 11.1", Disposable Face Towelette, Makeup Remover Wipes, Facial Washcloth, Multi-Purpose Cotton Tissues for Personal Care

1118

2-day shipping

**Infringing Evi. 000029**

12/10/24, 11:25 AM                          Eease 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com







Report:    ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

Facial Cloths Microfiber                                Moonqueen

Hopeshine                                               Fingertip Towels Black

Disposable Face Towel                                   Facial Towels

Face Wipes                                              Equate Beauty Face Wipes

Makeup Remover Wipes                                    Equate Wipes

Adult Wipes

Beauty  ›  Skin Care  ›  Face Cleansers  ›  Face Wipes

**Infringing Evi. 000030**

12/10/24, 11:25 AM                                              Review your order - Walmart.com







**Infringing Evi. 000031**

12/10/24, 11:25 AM                                                    Review your order - Walmart.com



Connect your bank

**Other ways to pay**                                                                        ⌃

Pay with PayPal                              Pay in monthly installments with Affirm
☑ **Remember my PayPal account details**     Items in your cart are not eligible for Affirm.

*PayPal*                                     affirm

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱  3. Text updates for this order                                              ⊖

**Infringing Evi. 000032**

2025/6/24 15:00                                     Seller StoreFront - Sanlugu - Walmart.com



## Sanlugu  ⊘ Pro Seller

📍 1112 North Guangzhou Avenue, Tianhe District
Guangzhou, GD 510000, CN

✉️ Contact seller     📞 (+86) 19925213410

**Seller Reviews**                                                          View all

3.1 out of 5  ★★★☆☆
23 ratings  |  6 reviews

⊘ **What is a Pro Seller?**
Pro Stores are top-performers with a proven track record
of creating great shopping experiences for customers.

**About the Store**                                                         View more

📄  Business Name: guangzhousanlugukejiyouxiangongsi

  
Featured    Shop all









Now $2.72 ~~$11.24~~ +$4.99 shipping       Now $4.48 ~~$11.99~~ +$4.99 shipping       Now $3.86 ~~$4.99~~ +$5.59 shipping
ELAYARD Cycling Accessory Black Iron 1Pack 9.98x8.65x8.45in   10 Sets Heat Transfer Key Chain Quick Release Keychain of The Lid White   50 Pcs Small Nails for Picture Hanging to Pictures on Wall Office
★★★☆☆ 9

**Seller reviews**

3.1 out of 5  ★★★☆☆
23 ratings  |  6 reviews

| | |
|---|---|
| 5 stars | 39% (9) |
| 4 stars | 13% (3) |
| 3 stars | 4% (1) |
| 2 stars | 9% (2) |
| 1 star | 35% (8) |

How seller rating is calculated  ⓘ

**Showing 1 - 5 of 6 reviews**

★★★☆☆  Jun 24, 2025
👤 Walmart customer
I did not contact the seller as I ordered it about 60 days before I opened it. So I didn't contact the seller.

📦  **Item bought:**
Eease Golden Trumpet Toy for Kids - Fun Musical Instrument & Party Gift

★★☆☆☆  Jun 7, 2025
👤 Walmart customer
The description didn't include how small it was or I over looked it. Shipping and handling was appropriate. Shipping was fast.

📦  **Item bought:**
Eease Wooden Stool Display Stand for Plants - Decorative Round Wood Pedestal Pot Riser

★★★★☆  May 7, 2025
👤 Walmart customer
The package arrived on time and was exactly as described. Thank you.

**Infringing Evi. 000033**

2025/6/24 15:00                              Seller StoreFront - Sanlugu - Walmart.com



Item bought:

★☆☆☆☆  May 5, 2025

☆ Walmart customer

well i emailed the seller to find out what the deal was and got no response.

Item bought:
Exose 2Pcs 500W Mini Stereo Car Speakers with Powerful Bass Response

★★★★☆  Dec 26, 2024

☆ Walmart customer

i knew the tunnel was a little smaller than my train set, but it would be great if you had other sizes

Item bought:
Exose Plastic Train Tunnel Accessory for Railway Scene Layout and Expansion

View all reviews (25)

**Infringing Evi. 000034**

# 5  zhuxiali

12/10/24, 11:33 AM

Water Absorption Towel Travel Compressed Disposable Face Washcloth Cotton White 100 Pcs - Walmart.com



**Infringing Evi. 000036**

12/10/24, 11:33 AM                          Water Absorption Towel Travel Compressed Disposable Face Washcloth Cotton White 100 Pcs - Walmart.com

**$5.78**

Mainstays 18-Pack Washcloth Bundle, White

★★★★☆ (2782)

Save with W+

Pickup **in 2 days**

**$3.97**

More options from $1.97

Mainstays Performance Solid Bath Towel, 54" x 30", Soft Silver

★★★★☆ 2168

Save with W+

**$10.16**

Hyper Tough 100% Cotton 14" x 17" All Purpose Terry To

★★★★☆ 288

Save with W+

Pickup **in 2 days**

Best seller

**$16.59**

DAN RIVER 100% Cotton Face Towels Pack of 12 (Orange Rust - 12x12 In) - 600 GSM Ultra Soft, Quick Dry & Highly Absorbent Wash Cloths for Daily Use | High-Quality Face and Body Cloth For Personal Use

★★★★☆ 183

2-day shipping

Best seller

Now **$16.99** $18.99

DAN RIVER 100% Cotton Face Towels Pack of 12 (Metallic Blue - 12x12In) - 600 GSM Ultra Soft, Quick Dry & Highly Absorbent Wash Cloths for Daily Use | High-Quality Face and Body Cloth For Personal Use

★★★★☆ 183

2-day shipping

**$20.00**

Gold Textiles 12 Pack White Hand Towels 15x25 inches Cotton Blend Thin Light Weight Quick Drying

★★★★☆ 30

3+ day shipping

## About this item

### Product details

**Description**

This portable product is for travel, sports, cosmetic and household use. It's made of compressed cotton towels which is eco-friendly and compostable. It perfect for use at face, body and skin.

**Features**

- Color: White.
- Material: Cotton.
- Size: Approx. 22x20x0.1cm.
- for travel, sports, outdoor and household use.
- cotton compressed towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.
- Skin-friendly and comfortable, and great water absorption.
- Suitable for facial cleanser, beauty remover, skin.
- Warm Tip: Dear buyer, due to lighting effect, monitor's brightness, manual measurement, etc., there could be some slight differences in the color and size between the photo and the actual item. Sincerely hope that you can understand! Thank you!

- for travel, sports, outdoor and household use.
- cotton compressed towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.
- Skin-friendly and comfortable, and great water absorption.
- Suitable for facial cleanser, beauty remover, skin.
- Warm Tip: Dear buyer, due to lighting effect, monitor's brightness, manual measurement, etc., there could be some slight differences in the color and size between the photo and the actual item. Sincerely hope that you can understand! Thank you!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications

**Brand**
BusSunset

**Towel & Washcloth Type**
Washcloths

**Material**
Cotton

**Fabric Content**
Cotton

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

**Infringing Evi. 000037**

12/10/24, 11:33 AM

Water Absorption Towel Travel Compressed Disposable Face Washcloth Cotton White 100 Pcs - Walmart.com

Reduced price

Sponsored
Now $17.14 $22.99
SPRINGFIELD LINEN 6 Piece Set Bath Towel Towel Blue 2 Bath Towel, 2 Hand Towel And 2 Washcloths
★★★★½ 793
Save with W+
Shipping, arrives in 2 days

Best seller

Sponsored
$19.99 $32.99
Living Fashions Luxurious Washcloths - Set of 12 - Size 13' x 13' - Absorbent and Soft Cotton Wash Cloth for Body and Face
★★★★½ 990
Save with W+
Shipping, arrives in 2 days

Deal

Now $12.99 $25.99
More options from $10.99
BELIZZI HOME 100% Premium Cotton 2 Pack Oversize Absorbant, Compact, Quick Dry & Light Weight Towels
★★★★½ 79
Save with W+
Shipping, arrives in 2 days

💬 Report incorrect product information

Now $23.99 $29.99
White Classic Luxury Cotton 12 Pc Washcloth Set, Hotel Style Small Bath Towel Face Cloth 13x13, Soft Washcloths 12 Pack, Plush High Absorbent Wash Clothes, Bathroom Face Towels, Sage Green Shade
★★★★½ 357
2-day shipping

$37.99
White Classic Cotton White Washcloths, Soft Absorbent Bathroom Face Towel Set, Hotel, Spa, Sport Bulk White Wash Cloths, Multipurpose Bath Facecloth Home or Professional | 12x12 inch, 48 Pack, White
★★★★★ 403
2-day shipping

$31.99
White Classic Bundle Washcloth 48 pack, Multi Kids Washcloth and Towel Set 12x12, Cotton Multipurpose Small Hand Towels, Kitchen Dish Cloth, Salon Face Towels, Bathroom Wash Cloths, Multi, Set of 48
★★★★★ 403
2-day shipping

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

Best seller

https://www.walmart.com/ip/Water-Absorption-Towel-Travel-Compressed-Disposable-Face-Washcloth-Cotton-White-100-Pcs/5396670679?classType=REGULAR&from=/search

3/4

**Infringing Evi. 000038**

12/10/24, 11:33 AM                          Water Absorption Towel Travel Compressed Disposable Face Washcloth Cotton White 100 Pcs - Walmart.com



$8.29 +$2.99 shipping
More options from $8.09

Sufanic Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel

Shipping, arrives in 3+ days

+2 options



$5.80 +$4.59 shipping

20pcs Disposable Compressed Towels Thickened Cotton Facial Cleaning Towel for Travel Outdoor

Shipping, arrives in 3+ days



$3.97
More options from $1.97

Mainstays Performance Solid Bath Towel, 54" x 30", Co

★★★★☆ 203

Save with W+



$29.99

Casa Platino Wash Cloths for Body - 100% Cotton Washcloths 24 Pack, Soft washcloths for face, Washcloths Bulk - Platinum

★★★☆☆ 36

2-day shipping



$37.99

White Classic Cotton White Washcloths, Soft Absorbent Bathroom Face Towel Set, Hotel, Spa, Sport Bulk White Wash Cloths, Multipurpose Bath Facecloth Home or Professional | 12x12 inch, 48 Pack, White

★★★★★ 403

2-day shipping



$31.99

White Classic Wealuxe Small Bath Towels 22x44 In, 100% Cotton Lightweight Thin White Bath Towels for Gym, Spa, Saloon, Soft Thing Towels Multipurpose [6-Pack, White]

★★★★★ 520

2-day shipping



$8.09 +$3.99 shipping

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives in 3+ days



$4.59 +$3.99 shipping
Options from $4.59 – $5.39

Mduoduo Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel 1 Pcs

Shipping, arrives in 3+ days



$9.09 +$2.99 shipping

Sufanic Disposable Compressed Bath Towel Travel Reus

Shipping, arrives in 3+ days

### Related pages

Facial Cloths Microfiber                           Moonqueen

Disposable Face Towel                              Fingertip Towels Black

Hopeshine                                          Facial Towel Size

Equate Beauty Face Wipes                           Face Wipes

Equate Wipes                                       Makeup Remover Wipes

Adult Wipes

Home  /  Bath  /  Bath Towels  /  Washcloths

**Infringing Evi. 000039**

12/10/24, 11:33 AM                                        Review your order - Walmart.com





### 1. Shipping, arrives by Thu, Dec 26

Paula Stlouis                                                                          Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                                   Edit

House

**Items details**                                                                Hide details
Arrives by Thu, Dec 26                                                                1 item

Sold and shipped by zhuxiali
$4.77 seller shipping fee

Water Absorption Towel Travel Compressed
Disposable Face Washcloth Cotton White 100...

$9.11

Remove          −    1    +

**Subtotal** (1 item)                                        $9.11
Seller shipping                                              $4.77
**Estimated taxes**                                          $0.97

**Estimated total**                                         $14.85

Have a promo code?                                            ⌄



### 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

**Continue**

**one**

onepay  $15 cash back when you spend $15+            Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                                       ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Infringing Evi. 000040**



**Other ways to pay**                                                                    ⌃

Pay with PayPal

☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

---

Walmart+ · Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>

---

📱  **3. Text updates for this order**                                                    ⊖

**Infringing Evi. 000041**

2025/6/24 15:00                                     Seller StoreFront - zhuxiali - Walmart.com



## zhuxiali

⌖ No. 993 Jiaxian Road, Xiangjiaotang Community, Bantian Street, Longgang District
Shenzhen, GD 518000, CN

✉ Contact seller   ☎ (+86) 19007568954

### Seller Reviews                                                          View all

**4.5 out of 5** ★★★★⯪
26 ratings  |  4 reviews

### About the Store                                                        View more

⌗ Business Name: shenzhenshi zhuxiali keji youxiangongsi

   

**Featured**   Shop all

**Seller reviews**

**4.5 out of 5** ★★★★⯪
26 ratings  |  4 reviews



| | |
|---|---|
| 5 stars | 85% (22) |
| 4 stars | 4% (1) |
| 3 stars | 0% (0) |
| 2 stars | 4% (1) |
| 1 star | 8% (2) |

How seller rating is calculated ⓘ

Showing 1 - 4 of 4 reviews

★★★★★ Jun 24, 2025

 Walmart customer

THANK YOU FOR UNDERSTANDING FIRST ORDER DELIVERY NOT GOOD AT TIME SET.

| | Item bought: |
|---|---|
| ⌇ | Light Socket Extender E27 Light Bulb Socket Adapter Flexible Extension Arm For High Ceilings E27 To E27 Converter Ideal For Outdoor And Indoor Use |

★★☆☆☆ Dec 8, 2024

Ⓠ Walmart customer

Description said 50 pieces but was only ten. Contacted them but waiting for them to respond

**Infringing Evi. 000042**



2025/6/24 15:00                                    Seller StoreFront - zhuxiali - Walmart.com

**Item bought:**
50 Pcs Doll House Decoration Dollhouse Accessories Tiny Window Mini Wooden Furniture Small

★★★★★  Nov 12, 2024

Walmart customer

Super Duper fast love this I will be buying more from this person because it's so fast

**Item bought:**
Flag Pole Supplies Accessories Installation Ring Flagpole Clips Fastener Plastic 12 Pcs

★☆☆☆☆  Nov 4, 2024

Walmart customer

I never got my order and I have not heard from the seller. I really like the product, but I am uneasy about my experience! Please advise

**Item bought:**
4Pcs Stainless Steel Salad Plates 4.2inch Round Gold Dinner Plates Metal Salad Snack Plate Unbreakable Kitchen Dinnerware Food Serving Platter Appetizer Dishes

View all reviews (26)

**Infringing Evi. 000043**

**6  justhard**

Infringing Evi. 000044



Jygee

**Jygee 20x22cm Compressed Towels Travel Disposable Towel Tablet Phone Screen Washcloth 10*8.1cm**

☆ (No ratings yet)

Size: 10*8.1cm

| 10*8.1cm $11.07 | 10.4*9.8cm $13.62 | 10.8*2.4cm $7.96 | 15*17.5cm $9.41 |
|---|---|---|---|
| 18*15.5cm $11.09 | 18*25cm $13.90 | | |

**About this item**

- Wide Use: Great water absorption,is one time use item,no need to wash it clean after use
- Useful Function: This washcloth is fit for removing facial makeup,clean phone,tablet screen and more
- Durable Material: Made of non-woven material,it is safe to use, the smooth surface will provide good touch feeling
- Special Design: This towel is convenient for you to carry,you can carry one or several with you when you go out for camping,hiking,traveling etc
- Fine Workmanship: Exquisite workmanship, long service life, exquisite details, can serve you for a long time

View more ⌄

**At a glance**

| Size | Brand |
|---|---|
| 10*8.1cm | Jygee |

View all specifications



**Infringing Evi. 000045**

2/18/25, 11:47 AM                    Jygee 20x22cm Compressed Towels Travel Disposable Towel Tablet Phone Screen Washcloth 10*8.1cm - Walmart.com



25*50cm

+ Add

Now **$6.04** +$4.18 shipping

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives in 3+ days



Options

⬛ 🟣 🟪 **+1**

Now **$0.99** $3.99   +$4.00 shipping

Wovilon 14X30 inches Hand Towels (Blue), Wash Cloths for Showering, Body and Face, Baby Towels, Face Towels, Absorbent Superfine Fiber Soft Comfortable Washing Towel, Wash Rag, Dish Towels, 1PC

★★☆☆☆ 71

Shipping, arrives in 3+ days



25*50cm

+ Add

Now **$5.17** $6.09   +$4.99 shipping

Disposable Magical Compressed Bath Travel Reusable Cot

Shipping, arrives in 3+ days

## About this item

### Product details                                                                                      ⌃

Description:
Wide Use: Great water absorption,is one time use item,no need to wash it clean after use.
Useful Function: This washcloth is fit for removing facial makeup,clean phone,tablet screen and more.
Durable Material: Made of non-woven material,it is safe to use, the smooth surface will provide good touch feeling.
Special Design: This towel is convenient for you to carry,you can carry one or several with you when you go out for camping,hiking,traveling etc.
Fine Workmanship: Exquisite workmanship, long service life, exquisite details, can serve you for a long time.

Specification:
Material: Non woven.
Color: Show as picture.
Size: 30pcs/bag: 15.00*17.50cm/5.91*6.89in, 50pcs/bag: 18.00*15.50cm/7.09*6.10in, 100pcs/bag: 18.00*25.00cm/7.09*9.84in, 12pcs/tube: 10.80*2.40cm/4.25*0.94in, 36pcs/jar: 10.00*8.10cm/3.94*3.19in, 56pcs/jar: 10.40*9.80cm/4.09*3.86in.
Note:
There might be a bit color distortions due to different computer resolutions.
There might be a slight errors due to different hand measurement.

Package Includes:
Type 1:
1 Bag Towel (30pcs).
Type 2:
1 Bag Towel (50pcs).
Type 3:
1 Bag Towel (100pcs).
Type 4:
1 Bag Towel (12pcs).
Type 5:
1 Jar Towel (36pcs).
Type 6:
1 Jar Towel (56pcs).

- Wide Use: Great water absorption,is one time use item,no need to wash it clean after use
- Useful Function: This washcloth is fit for removing facial makeup,clean phone,tablet screen and more
- Durable Material: Made of non-woven material,it is safe to use, the smooth surface will provide good touch feeling
- Special Design: This towel is convenient for you to carry,you can carry one or several with you when you go out for camping,hiking,traveling etc
- Fine Workmanship: Exquisite workmanship, long service life, exquisite details, can serve you for a long time

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others show what you see here, and we have not verified it. See our disclaimer

### Specifications                                                                                        ⌃

**Brand**
Jvgee

**Manufacturer**
Jvgee

**Manufacturer Part Number**
Jvgee

### Warranty information                                                                                  ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



70*100cm

Options

+3 options

**$6.92**

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel, 28"X40"



70*100cm

Options

+3 options

**$5.95** +$5.99 shipping
Options from $5.95 – $10.22

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel 70*100CM




+ Add

**$11.48**

Water Absorption Towel Travel Compressed Disposable Fa

**Infringing Evi. 000046**

Jygee 20x22cm Compressed Towels Travel Disposable Towel Tablet Phone Screen Washcloth 10*8.1cm - Walmart.com

Shipping, arrives **in 3+ days**                Shipping, arrives **in 3+ days**                Shipping, arrives **in 3+ days**

Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



**$15.99**
Jitty 4 Sets Disposable 1 Hand + 1 Bath Towels Set Soft Cotton for Home Hotel Bathroom Spa Travel Highly Absorbent

★★★★★ 1

Save with **W+**

Shipping, arrives **in 2 days**



+2 options

**$12.49**
Hand Towels Pattern 100% Cotton Absorbent Soft Decorative Towel for Bathroom 13.8 x 29.5inch

★★★★★ 1

Shipping, arrives **in 3+ days**



**$19.75**
Soft & Absorbent, 35x75CM, Set of 4 Colorful Polka Dot Cott

Shipping, arrives **in 3+ days**



**$2.59** +$2.99 shipping
Clearance Items! Topku Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable,Bathroom Towels,Soft Towels

Shipping, arrives **in 3+ days**



**$4.59** +$3.99 shipping
Options from $4.59 – $5.99
Mduoduo Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel 1 Pcs

Shipping, arrives **in 3+ days**



**$1.09** +$4.00 shipping
Wovilon Compressed Towel Outdoor Travel Wipe Soft Cott And Washcloths, White Washcloths

Shipping, arrives **in 3+ days**

Infringing Evi. 000047

Jygee 20x22cm Compressed Towels Travel Disposable Towel Tablet Phone Screen Washcloth 10*8.1cm - Walmart.com

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Towels Customizable Bath | Bath Towel Sets |
| Norwex Bath Towel | White Towel Services |
| Hand Towels Customizable | Toallas |
| Bath Towel Sets | White Towels |
| Hand Towels | Washcloths |
| Bath Sheets | Teens' Bathroom |

**Infringing Evi. 000048**

2/18/25, 11:47 AM                                    Review your order - Walmart.com







**Infringing Evi. 000049**

2/18/25, 11:47 AM                                                    Review your order - Walmart.com



**Infringing Evi. 000050**



# justhard

📍 longgangqunanwanjiedaoshanglilangshequ
Shen zhen shi, GD 518000, CN

✉ Contact seller   |   📞 (+86) 13175006489

---

**Seller Reviews**                                                  View all

**3.1 out of 5** ⭐⭐⭐☆☆
128 ratings   |   24 reviews

---

**About the Store**                                                 View more

We have a variety of rich and high-quality products and provide high-quality after-sales.

🏷 Business Name: shenzhenshiyaxiyadianzishangwuyouxiangongsi

---

   

**Featured**     Shop all

**Seller reviews**

**3.1 out of 5** ⭐⭐⭐☆☆
128 ratings   |   24 reviews



5 stars ▬▬▬▬▬▬▬▬▬▬                              42% (54)
4 stars ▬▬                                       5% (7)
3 stars ▬▬▬                                      11% (14)
2 stars ▬▬                                       5% (7)
1 star ▬▬▬▬▬▬▬▬                                 36% (46)

**How seller rating is calculated** ⓘ

Showing 1 - 5 of 24 reviews

---

⭐☆☆☆☆   May 1, 2025

🔍 Walmart customer

They misrepresented the item These are not for men. They are not good for what was needed. They are very cheaply made and assembled. They are not long enough for men to wear. I was expecting a full on 'you' tie it the way you wanted it


| Item bought: |
| 1 |

---

⭐☆☆☆☆   Apr 30, 2025

🔍 Walmart customer

Scam artist!! Do not purchase from them. You won't receive the item and when you attempt to contact them for a refund, they will give you the runaround saying that the tracking number says it's been delivered and asking you to check this and that before ghosting you when they finally ask you if you want a refund after already asking for one TWICE before...

**Infringing Evi. 000051**

2025/6/24 15:01                                    Seller StoreFront - justhard - Walmart.com

**Item bought:**
Jygee 2pcs Adjustable Thimble Household Sewing Knitting DIY Tools Quilting Quilting Craft Thimble Craft Brass Thimble

★☆☆☆☆  Apr 24, 2025

**Walmart customer**

They post misleading products, don't buy from them

**Item bought:**
PVC Blood Drinks Bag Refillable Fashion 350ml Fruit Juice Jelly Wine Halloween Parties Costume Drink Pouch Accessories Type 2

★★★★★  Apr 15, 2025

**Walmart customer**

Seller advised the shipment was coming earlier than originally scheduled!

**Item bought:**
Haillom 15 Pieces Poinsettia Artificial Christmas Flowers Decorations Xmas Tree Ornaments Red Glitter Gold with Clips

★☆☆☆☆  Apr 14, 2025

**Walmart customer**

Asked how many diaper pins were in the order and received no response

**Item bought:**
TureClos Multi-purpose Baby Safety Pins Fabric Diapers Garment Repair Child Proof Safety Pin Plastic Head Random Color

View all reviews (128)

**Infringing Evi. 000052**

**7  jinsenhg**

2/18/25, 3:22 PM          Linyer Compressed Towels Washcloth Napkin Makeup Remover One-time Candy Beauty Tools Moistened Tissues for Camping BBQ Fitness 10*8.1cm - Walmart.com



Linyer

Linyer Compressed Towels Washcloth Napkin Makeup Remover One-time Candy Beauty Tools Moistened Tissues for Camping BBQ Fitness 10*8.1cm

☆ (No ratings yet)

Size: 10*8.1cm

| 10*8.1cm $11.53 | 10.4*9.8cm $13.59 | 10.8*2.4cm $8.10 | 15*17.5cm $9.53 |
|---|---|---|---|
| 18*15.5cm $11.28 | 18*25cm $15.92 | | |

About this item

- Wide Use: Great water absorption,is one time use item,no need to wash it clean after use
- Useful Function: This washcloth is fit for removing facial makeup,clean phone,tablet screen and more
- Durable Material: Made of non-woven material,it is safe to use, the smooth surface will provide good touch feeling
- Special Design: This towel is convenient for you so you can carry one or several with you when you go out for camping,hiking,traveling etc
- Fine Workmanship: Exquisite workmanship, long service life, exquisite details, can serve you for a long time

View more ⌄

At a glance

| Size 10*8.1cm | Cloth type Washcloths | Decor style Modern |
|---|---|---|
| Age group Adult | Brand Linyer | |

View all specifications



**Infringing Evi. 000054**

2/18/25, 3:22 PM                    Linyer Compressed Towels Washcloth Napkin Makeup Remover One-time Candy Beauty Tools Moistened Tissues for Camping BBQ Fitness 10*8.1cm - Walmart.com



**$11.09**
More options from $7.96
Jygee 20x22cm Compressed Towels Travel Disposable Towel Tablet Phone Screen Washcloth 18*15.5cm
Shipping, arrives in 3+ days

**25*50cm**

**Now $6.04** $9.98  +$4.18 shipping
Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel
Shipping, arrives in 3+ days



**70*100cm**

**$6.92**
Disposable Magical Compressed Bath Travel Reusable Cott
Shipping, arrives in 3+ days

## About this item

### Product details

**Description:**
Wide Use: Great water absorption,is one time use item,no need to wash it clean after use.
Useful Function: This washcloth is fit for removing facial makeup,clean phone,tablet screen and more.
Durable Material: Made of non-woven material,it is safe to use, the smooth surface will provide good touch feeling.
Special Design: This towel is convenient for you to carry,you can carry one or several with you when you go out for camping,hiking,traveling etc.
Fine Workmanship: Exquisite workmanship, long service life, exquisite details, can serve you for a long time.

**Specification:**
Material: Non woven.
Color: Show as picture.
Size: 30pcs/bag: 15.00*17.50cm/5.91*6.89in, 50pcs/bag: 18.00*15.50cm/7.09*6.10in, 100pcs/bag: 18.00*25.00cm/7.09*9.84in, 12pcs/tube: 10.80*2.40cm/4.25*0.94in, 36pcs/jar: 10.00*8.10cm/3.94*3.19in, 56pcs/jar: 10.40*9.80cm/4.09*3.86in.
Note:
There might be a bit color distortions due to different computer resolutions.
There might be a slight errors due to different hand measurement.

**Package Includes:**
Type 1:
1 Bag Towel (30pcs).
Type 2:
1 Bag Towel (50pcs).
Type 3:
1 Bag Towel (100pcs).
Type 4:
1 Bag Towel (12pcs).
Type 5:
1 Jar Towel (36pcs).
Type 6:
1 Jar Towel (56pcs).

- Wide Use: Great water absorption,is one time use item,no need to wash it clean after use
- Useful Function: This washcloth is fit for removing facial makeup,clean phone,tablet screen and more
- Durable Material: Made of non-woven material,it is safe to use, the smooth surface will provide good touch feeling
- Special Design: This towel is convenient for you to carry,you can carry one or several with you when you go out for camping,hiking,traveling etc
- Fine Workmanship: Exquisite workmanship, long service life, exquisite details, can serve you for a long time

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Linyer

**Collection**
Hipster

**Towel & Washcloth Type**
Washcloths

**Pattern**
Solid Print

More details

### Directions

**Fabric Care Instructions**
Hand Wash

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

**Infringing Evi. 000055**

2/18/25, 3:22 PM                    Liner Compressed Towels Washcloth Napkin Makeup Remover One-time Candy Beauty Tools Moistened Tissues for Camping BBQ Fitness 10*8.1cm - Walmart.com



Customer ratings & reviews

⭐⭐⭐⭐⭐  0 ratings | 0 reviews

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



**Infringing Evi. 000056**

2/18/25, 3:22 PM          Linyer Compressed Towels Washcloth Napkin Makeup Remover One-time Candy Beauty Tools Moistened Tissues for Camping BBQ Fitness 10*8.1cm - Walmart.com



**$5.39** +$2.99 shipping
100Fens Compressed Towel Outdoor Travel Wipe Soft Expandable
Shipping, arrives **in 3+ days**

**$11.07**
More options from $7.96
Jygee 20x22cm Compressed Towels Travel Disposable Towel Tablet Phone Screen Washcloth 10*8.1cm
+6 options

**$2.59** +$2.99 shipping
Clearance items! Topliu Compressed Towel Outdoor Travel Towels,Soft Towels

**Report:**  ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Lint Free Cotton Cloth                     Single Stroke Roll

White Towel Services                       Disposable Compressed Towel

Disposable Towels Salons                   Kleenex Hand Wipes

Eco-Friendly Paper Towels                  Commercial Paper Towels

All Paper Towels                           Paper Towels

Commercial Facial Tissue                   Brawny Paper Towels

Home  /  Bath  /  Bath Towels  /  Washcloths

**Infringing Evi. 000057**

2/18/25, 3:23 PM                                    Review your order - Walmart.com







Infringing Evi. 000058

2/18/25, 3:23 PM                                                    Review your order - Walmart.com



**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>

---

📱  **3. Text updates for this order**                                              ⊖

**Infringing Evi. 000059**

2025/6/24 15:01        Seller StoreFront - jinsenhg - Walmart.com



# jinsenhg

📍 gao xin qu tian fu si jie 189 hao
Chengdu, SC 610000, CN

✉️ Contact seller   |   📞 (+86) 13250801754

## Seller Reviews

**3.4 out of 5** ⭐⭐⭐⭐☆

70 ratings  |  15 reviews

View all

## About the Store

Enjoy shopping here-

🏬 Business Name: chengdujianjianglongdianzishangwuyouxiangongsi

View more


**Featured**


Shop all

## Seller reviews

**3.4 out of 5** ⭐⭐⭐⭐☆
70 ratings  |  15 reviews



| | | |
|---|---|---|
| 5 stars | | 51% (36) |
| 4 stars | | 7% (5) |
| 3 stars | | 4% (3) |
| 2 stars | | 7% (5) |
| 1 star | | 30% (21) |

**How seller rating is calculated** ⓘ

**Showing 1 - 5 of 15 reviews**

⭐⭐⭐⭐⭐ Feb 15, 2025

🔍 **Walmart customer**

Great product, I put it under my sleeping bag and all my stuff in my tent. Helps a lot to keep me warm in sub freezing temps.

| Item bought: |
|---|

⭐☆☆☆☆ Jan 23, 2025

🔍 **Walmart customer**

Never received the item. Trying to get a refund or replacement has been impossible.

**Infringing Evi. 000060**

2025/6/24 15:01                          Seller StoreFront - jinsenhg - Walmart.com



Item bought:

★☆☆☆☆  Jan 11, 2025

Walmart customer

Picture not true to size of item shipped .. really disappointed 😔

Item bought:
Chocolate Mold Easter Egg Shaped Chocolate Silicone Mould Jelly Cake Baking Tray Pastry DIY Tool

★☆☆☆☆  Jan 1, 2025

Walmart customer

we received the package damage and pieces are broken from said package it could have been handled so much better

Item bought:
Tssuoun Fighting Toys Wrestling Toys Wrestler Toys Funny Wrestling Ring Set Kids Toys

★★★★☆  Dec 22, 2024

Walmart customer

I received this item, it's very small, I was unaware of the size but I believe it's my fault for not researching better what I was buying,

Item bought:
9pcs/set Mini Pretend Play Mop Broom Toys Cute Kids Cleaning Furniture Tools Kit House Clean Toys Color Random

View all reviews (70)

**Infringing Evi. 000061**

# 8  XJVLianMY

5/18/25, 3:05 PM                Rkxzt Just Released！ Travel Soft Microfiber Towel,Compact & Expandable,Quick Dry,Durable,Beach,Camping,Outdoor,Perfect for Hiking & Sports,Toalla comprimida|As Show,White - Walmart.com



Rkxzt

**Rkxzt Just Released！ Travel Soft Microfiber Towel,Compact & Expandable,Quick Dry,Durable,Beach,Camping,Outdoor,Perfect for Hiking & Sports,Toalla comprimida|As Show,White**

☆ (No ratings yet)

**Actual Color:** White-932

$3.16

**Size:** Free Size

Free Size

**About this item**

- Rkxzt Just Released！ Travel Soft Microfiber Towel,Compact & Expandable,Quick Dry,Durable,Beach,Camping,Outdoor,Perfect for Hiking & Sports,Toalla comprimida|As Show,White
- Toalla comprimida para viajes al aire libre, suave y expandible
- ♥Package Includes:5*Compressed towel
- ♥【Warm Tip】In order to have a comfortable shopping experience, if you have any questions about products or after-sales, please feel free to contact me and I will solve them for you as soon as possible.
- ♥【Notice】Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed in the pictures.
- Clearance Items,Fall Decor,Home Essentials,Home Decor Clearance,lightning deals of today prime,prime day deals today 2025,home decor,home,deals of the day clearance,clearance sales today deals prime,black friday deals,cyber monday deals 2025,Halloween, Thanksgiving Day, Christmas

View more ⌄

**At a glance**

| Size<br>Free Size | Pieces<br>1 | Decor style<br>Bohemian |
|---|---|---|
| Color<br>White-932 | Brand<br>Rkxzt | |

View all specifications



**Now $3.16** $3.62 ⓘ
You save $0.46
Price when purchased online ⓘ

ⓢ Free 30-day returns

| Buy now |
|---|

| Add to cart |
|---|

**How you'll get this item:**

| 🚚 Shipping<br>Arrives Jun 6<br>$4.99 | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |
|---|---|---|

**33 NW 21st Ave** Change

Arrives by **Fri, Jun 6** | More options

Shipping fee $4.99

🏷 Sold and shipped by XJVLianMY

★★★☆☆ 71 seller reviews

ⓢ Free 30-day returns  Details

☐ Add to list                                      ⊞ Add to registry

**Infringing Evi. 000063**

5/18/25, 3:05 PM    Rkxzt Just Released! Travel Soft Microfiber Towel,Compact & Expandable,Quick Dry,Durable,Beach,Camping,Outdoor,Perfect for Hiking & Sports,Toalla comprimida|As Show,White - Walmart.com



**Infringing Evi. 000064**

5/18/25, 3:05 PM    Rkxzt Just Released!  Travel Soft Microfiber Towel,Compact & Expandable,Quick Dry,Durable,Beach,Camping,Outdoor,Perfect for Hiking & Sports,Toalla comprimida|As Show,White - Walmart.com

 **Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.   Join OnePay Cash



**Now $15.99** ~~$19.99~~
QINUXO Microfiber Beach Towel with Storage Pocket,55" x 28",Quick Dry,Sand Free,Compact,Lightweight for Pool,Camping,Beach and Travel

2-day shipping



**Now $19.99** ~~$29.99~~
Anray Home 2 Pack Oversized Microfiber Beach Towel, 50x60 inches Super Absorbent Quick Dry Camping Travel Towels Lightweight Outdoor Large Swim Towel for Adults

★★★★★ 16

2-day shipping



**$17.99**
Grave Digger Monster Jam Truck Bath Towel Ultra Soft Quick-Dry Absorbent and Eco-Friendly Extra Large Microfiber Hair Beach Towel for Bathroom Travel Gym Yoga Face Towel Washcloth

3+ day shipping



**$7.99**
Honrane 50/50/100Pcs Travel Mini Disposable Compressed Face Cleansing Care Cotton Towel

★★★★★ 1

Shipping, arrives in 3+ days



+5 options

**$4.79** +$4.99 shipping
Gift Ready, Compressed Towel, Soft Expandable Wipe for Outdoor Travel, Quick Drying Compact Travel Towel New Release | As Shown, White, Angeler

Shipping, arrives in 3+ days



Clearance

**Now $5.87** ~~$10.51~~ +$3.00 shipping
Pompotops Clearance Sales Compressed Towel Outdoor T

Shipping, arrives in 3+ days

Report:   Report seller   |   Report suspected stolen goods (to CA Attorney General)




Best seller



**Infringing Evi. 000065**

5/18/25, 3:05 PM          Rkxzt Just Released!  Travel Soft Microfiber Towel,Compact & Expandable,Quick Dry,Durable,Beach,Camping,Outdoor,Perfect for Hiking & Sports,Toalla comprimida|As Show,White - Walmart.com

$34.49

Frankincense & Myrrh 3-Pack Soy Candle - Just Makes Scents

★★★★☆ 1

2-day shipping

Now $13.99 $16.99

GOGREEN Waterproof Pillow Protectors with Zipper Standard Size, Cooling Bamboo Zippered Pillow Case Protector, Bed Bedbugs Pillow Case Cover Prevent Dust Mites and Allergens (2 Packs, White)

★★★★½ 378

2-day shipping

$15.99

Mary's Collection King Pillow Protectors, 100% Cotton, Hypoallergenic, 2 Count

★★★★★ 24

2-day shipping

**Related pages**

| | |
|---|---|
| Towel Exercises | Microfiber Beach Towel |
| Quick Dry Towels Camping | Cool Beach Towel |
| Tyr Dry Off Towel | Microfiber Towel Camping |
| Hair Towels | Oversized Beach Towels |
| Beach Towels | Turkish Beach Towels |
| Best Beach Towels | Quick Dry Towels |

Home  /  Bath  /  Bath Towels  /  White Towels

**Infringing Evi. 000066**

5/18/25, 3:05 PM                                    Review your order - Walmart.com





**1. Shipping, arrives by Thu, Jun 5** ✓

Paula Stlouis                                          Edit
33 NW 21st Ave, Miami, FL 33125

Delivery instructions (optional)                      Edit
House

**Items details**                                     Hide details
Arrives by Thu, Jun 5                                 1 item

Sold and shipped by XJVLianMY
$4.99 seller shipping fee

Rkxzt Just Released！ Travel Soft Microfiber
Towel,Compact & Expandable,Quick...
Size: Free Size, Actual Color: White-932

$0.46 from savings

**$3.16**
$3.62

Remove    −   1   +

| | |
|---|---|
| Subtotal (1 item) | $3.62 |
| Savings | -$0.46 |
| | $3.16 |
| Seller shipping | $4.99 |
| Estimated taxes | $0.57 |
| **Estimated total** | **$8.72** |

Have a promo code?                                    ⌄



**2. Payment method**                                 ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**OnePay**

**OnePay Wallet** Welcome bonus: $10 when you spend $10+    Learn more

Rack up rewards when you shop with any credit or debit card. Redeem with a OnePay Cash account.

**Infringing Evi. 000067**



**Pay by bank**   ∧

Connect your bank account for easier payment setup with no expiration and faster refunds.

( Connect your bank )

**Other ways to pay**   ∧

Pay with PayPal

☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

---

Walmart+   Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱   **3. Text updates for this order**      ⊖

**Infringing Evi. 000068**

2025/6/24 15:01                                 Seller StoreFront - XJVLianMY - Walmart.com



# XJVLianMY

⌖ yuexiuquguangzhoudadaozhong307hao2207shi
guangzhoushi, GD 510030, CN

✉ Contact seller   |   ☎ (+86) 17727906603

**Seller Reviews**                                                          View all

**3.1 out of 5**  ★★★☆☆
73 ratings   |   20 reviews

**About the Store**                                                         View more

Welcome to XJVLianMY. Our company is a cross-border e-commerce company in Shenzhen. Committed to innovative supply chain solutions to provide global consumers with cost-effective one-stop cross-border shopping experience, our products are of good quality and reasonable prices. If you like our produc...

▦  Business Name: guangzhoujuliandianshangyouxiangongsi



**Featured**



Shop all

**Seller reviews**

**3.1 out of 5** ★★★☆☆
73 ratings  |  20 reviews

| | | |
|---|---|---|
| 5 stars | ███████████░░░░░░░░ | 40% (29) |
| 4 stars | ███░░░░░░░░░░░░░░░░ | 11% (8) |
| 3 stars | ██░░░░░░░░░░░░░░░░░ | 5% (4) |
| 2 stars | █░░░░░░░░░░░░░░░░░░ | 4% (3) |
| 1 star  | ███████████░░░░░░░░ | 40% (29) |

How seller rating is calculated  ⓘ

**Showing 1 - 5 of 20 reviews**

★★☆☆☆ Jun 22, 2025

🔍 Walmart customer

The image is not what you get. The mat is rectangle and much smaller than expected.

Item bought:

★☆☆☆☆ May 2, 2025

🔍 Walmart customer

I never received this order and was charged full with shipping.

**Infringing Evi. 000069**

2025/6/24 15:01                              Seller StoreFront - XJVLianMY - Walmart.com

Item bought:

---

⭐☆☆☆☆  Jan 13, 2025

Walmart customer

Package was so late. Seller didn't respond in time. I got the refund from walmart. This delivered to my home after refund. All parts were broken and there was someone's Fastrack Tag also inside packet.

Item bought:
Rkxzt No-Drill Over-the-Door Coat Rack - Wall Mounted Hangers for Bedroom, Closet, and Bathroom Storage

---

⭐☆☆☆☆  Jan 9, 2025

Walmart customer

They didn't really respond when I checked to see what was wrong with my order. Instead I feel like they sent me an auto message so it wouldn't be an issue with Walmart which didn't help with my problem.

Item bought:
Clearance Rkxzt Queen Bedding Set - 4 Pieces Washable Cotton Solid Color Bed, Bedding Sets Queen with Duvet Cover, Flat Sheet, Fitted Sheet, Pillowcases, Blue

---

⭐☆☆☆☆  Jan 3, 2025

Walmart customer

No communication from seller I messaged and Nothing!

Item bought:
Clearance Rkxzt Queen Comforter Sets - 4 Pieces Washable Cotton Solid Color Bed , Bedding Sets Queen with All Season Quilted Comforter, Flat Sheet, Fitted Sheet, Pillowcases, Black, Queen

---

View all reviews (73)

**Infringing Evi. 000070**

**9  akapiao**

12/11/24, 9:58 AM                    Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel - Walmart.com



AKAPIAO

**Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel**

☆ (No ratings yet)

### About this item

- Reliable material: The product is made of trustworthy materials and can meet your daily needs.
- Beautiful and elegant: The beautiful and simple products add practicality and fun to your life.
- Reliable quality: The products are made of fine craftsmanship and can stand the test of time.
- Easy to use: The products are simple and easy to use, practical and convenient, bringing great convenience to your life.
- Product service: If you have any questions about the product, please contact us in time, we will reply you as soon as possible and do our best to serve you.

View more ⌄

### At a glance

| Size | Brand |
|------|-------|
| Bath Towel-1PC-70X145cm | AKAPIAO |

View all specifications



**Infringing Evi. 000072**



**+ Add**

**$12.04**
100Pcs Disposable Compressed Towels Tablet Capsules Washcloth Travel Camping
Shipping, arrives **in 3+ days**

**$3.42** +$2.99 shipping
YIMWINY Disposable Pearl Pattern Bath Towel – Thickened Large Absorbent Cotton Towel for Camping, Business Travel, Hotel Use - Hygienic and Portable
Shipping, arrives **in 3+ days**

Best seller

**$0.77** +$4.77 shipping
Options from $0.77 – $0.99
Bath Towels On Clearance Fashion Pattern Absorbent S
★★★☆ 10
Shipping, arrives **in 3+ days**

+3 options

**Options**







Deal

**Now $16.99** $19.99
Ben Kaufman Black Makeup Towels - 13 x 13 Inch Makeup Towels - 100% Cotton Small Face Towel for Drying Face & Removing Makeup - Soft Makeup Remover Towel, Reusable & Washable Face Washcloth - 6 Count
★★★★☆ 22
3+ day shipping

**$39.71**
Superior 6 Piece 100% Cotton Towel Set, 2 Bath Towels, 2 Hand Towels, and 2 Face Towels, Sage
★★★★☆ 108
3+ day shipping

**Now $44.05** $49.99
Dewall Maisons Black 18-Piece Premium Cotton Towel Set, Ultra-Absorbent & Soft-Perfect For Modern Bathrooms - Includes 4 Bath Towels, 6 Hand Towels, 8 Washcloths – For Body, Face & Hands
★★★★☆ 79
2-day shipping

## About this item

### Product details

Features:

*Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

*Great for your travel or outdoor activities like hiking, biking and camping

*Made of quality material, soft, skin-friendly and comfortable

*Compact in size, convenient to carry

*Can be put in jacket pocket, purse or cosmetic bag

*Can be used repeatedly

Specifications:

*Material:Cotton

*Optional Size:5PCS-30*70cm;70*145CM
(After soaking in water) (Approx.)

*Color: White(As Pictures Show)

Package Contents（optional）:

Package 1: 5*Towel

Package 2: 1*Bath Towel

Note: The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness of your monitor and light brightness.

- Reliable material: The product is made of trustworthy materials and can meet your daily needs.
- Beautiful and elegant: The beautiful and simple products add practicality and fun to your life.
- Reliable quality: The products are made of fine craftsmanship and can stand the test of time.
- Easy to use: The products are simple and easy to use, practical and convenient, bringing great convenience to your life.
- Product service: If you have any questions about the product, please contact us in time, we will reply you as soon as possible and do our best to serve you.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications

**Brand**
AKAPIAO

**Assembled Product Weight**
0.18 lb

**Manufacturer**

Infringing Evi. 000073

12/11/24, 9:58 AM                                        Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel - Walmart.com

AKAPIAO

**Manufacturer Part Number**

WM-US-20241781

More details

---

Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those
displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller,
please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

---

💬 Report incorrect product information

---

$28.99

Atitifope Compressed Towel Camping Hiking Travel Towels Coin Tissues Bulk Pack
500Count

⭐⭐⭐⭐⭐ 1

2-day shipping

$34.99

All Design Grey Bath Towels Set Quick-Dry, Soft, High Absorbent 100% Cotton
Towels for Bathroom Guests Pool Gym Camp Airbnb Travel College Dorm (6 Piece
Towel Set, Grey)

⭐⭐⭐⭐⭐ 577

2-day shipping

$14.21

Jiity 4 Pack Disposable Bath Towels Soft Cotton Towel Set for Home Hotel
Bathroom Spa Travel Highly Absorbent 27x55 inch

⭐⭐⭐⭐⭐ 1

2-day shipping

---

## Customer ratings & reviews

⭐⭐⭐⭐⭐ 0 ratings | 0 reviews

---

**This item does not have any reviews yet**

---

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

---







**Infringing Evi. 000074**

12/11/24, 9:58 AM                              Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel - Walmart.com

$15.38                                          $9.99                                          $28.99

140 PCS Compressed Towels, Disposable Compressed Towels Tablets for Face    Hannum Premium Disposable Compressed Towels 11.8 in x 9.5 in" Travel Disposable    Atitifope Compressed Towel Camping Hiking Travel Towels Coin Tissues Bulk Pack
Camping Travel Business Trip                   Face Towels are Reusable for Hotel Camping Sports Excursions    500Count

2-day shipping                                  2-day shipping                                  ★★★★★ 1

                                                                                                2-day shipping



Options

+3 options

$9.17

Options from $9.17 – $11.01

Portable Wash Cotton Outdoor Travel Compression Square Towel

Shipping, arrives in 3+ days



Options

$4.45  +$3.99 shipping

UHUSE Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel

Shipping, arrives in 3+ days



Options

$6.34  +$4.00 shipping

More options from $4.63

Disposable Compressed Towel Bath Towel Faces Cleans 30X70Cm

Shipping, arrives in 3+ days

Report:   ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

**Infringing Evi. 000075**

12/11/24, 9:59 AM                                    Review your order - Walmart.com







Infringing Evi. 000076

12/11/24, 9:59 AM                                    Review your order - Walmart.com



Connect your bank

**Other ways to pay**                                        ⌃

Pay with PayPal                     Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

*PayPal*                            affirm

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱  3. Text updates for this order                    ⊖

**Infringing Evi. 000077**

2025/6/24 15:02 Seller StoreFront - akapiao - Walmart.com



**akapiao**

⌖ hunanshengchangshashiyueluquwangyuejiedao
changshashi, HN 410023, CN

✉ Contact seller   ☎ /++86) 18606211820

**Seller Reviews**                                                                  View all

3.5 out of 5  ★★★⯪☆

25 ratings  |  7 reviews

**About the Store**                                                                 View more

🏬  Business Name: changshashiakapiaokejiyouxiangongsi

Featured    Shop all

Now $7.21 $10.50 +$3.99 shipping    $7.51 +$3.99 shipping    Now $50.74 $79.58 +$3.99 shipping
Snow Bicycle Inner tube 20/24/26x4.0 Suitable For Fat bikes/E-Bikes 20x4.0    1Pc 20X4.0 Inner Tubes Robust Rubber For Fat Tire E-Bikes & Mtbs 20-Inch Tube Set Compatible With 3.5-4.0" Wide Tires Bike Part    Awning Canopy For Garden Wagon Sun Shade Cover For Trolley Cart Red

**Seller reviews**

**3.5 out of 5**  ★★★⯪☆

25 ratings  |  7 reviews

5 stars ▬▬▬▬▬▬▬▬▬▬▬▬ 56% (14)
4 stars ▬▬ 4% (1)
3 stars ▬▬ 4% (1)
2 stars ▬▬ 4% (1)
1 star ▬▬▬▬▬▬▬ 32% (8)

How seller rating is calculated ⓘ

Showing 1 - 5 of 7 reviews

★★★★★ Apr 28, 2025

◯ Walmart customer

I didn't realize how long it would take to be delivered until after I placed the order. Other items ordered at the same time and within a day or two.

Item bought:
Mountain Bike Single Speed Chain Fixed Gear Bike Chain

★☆☆☆☆ Apr 7, 2025

◯ Walmart customer

The package showed up missing parts. sent three messages have got no response at all I would not tell anybody to by from them or walmart there not helping get what I ordered

Item bought:

★☆☆☆☆ Feb 18, 2025

◯ Walmart customer

wrong item sent. is clearly not what is in the ad. hinge size is correct but the base portion i ordered was curved to match my hinges and they sent straight base hinges that operate differently. so they will not work. time and resources waisted. shippeddirectly from china.

Item bought:
25Mm Perforated Small Hinge, Cabinet Door Buffer, Aircraft Hinge, Pipe Hinge

★★☆☆☆ Jan 16, 2025

**Infringing Evi. 000078**

2025/6/24 15:02                                    Seller StoreFront - akapiao - Walmart.com



Walmart customer

not very well because they have no customer service relation at all

> **Item bought:**
> Brake Handle for Ninebot for Maxg30 E-Scooter Replacement Brake Lever

★☆☆☆☆  Jan 11, 2025

Walmart customer

no communication from seller, product identification ok through Walmart shipping takes to long.

> **Item bought:**
> High Quality Cooler Lid Latches for Perfectly Functioning Cooler

**View all reviews (25)**

**Infringing Evi. 000079**

# 10   XiaoY-ens Co.Ltd

12/11/24, 10:06 AM
qolami Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable - Walmart.com



qolami

**qolami Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable**

☆ (No ratings yet)

**About this item**

- Hello, Dear Customer, (≧ᵕ≦)⁄ Welcome to ♥qolami♥ Store !
- The product in our shop are made of high quality materials,  The latest design in 2024 is the best gift for you.This product makes your home fun!
- Our store is seriously making home products, we look forward to your first visit!
- Clearance sale of products at great prices, welcome to our store to choose products!
- Feel free to contact us if you have any questions.We will solve your problem within 24 hours!

View more ⌄

**At a glance**

| Material | Color | Brand |
|----------|-------|-------|
| Cotton | White | qolami |

View all specifications

**$2.99**

Price when purchased online ⓘ

◉ Free Holiday returns until Jan 31

| Buy now |
|---------|

| Add to cart |
|-------------|

**How do you want your item?**

| 🚚 Shipping<br>Arrives Dec 27<br>$12.49 | 🚗 Pickup<br>Not available | 🛍 Delivery<br>Not available |
|---|---|---|

Delivery to 33 NW 21st Ave

🏬 Sold and shipped by Xiao9-ens Co.,Ltd

★★★☆☆ 25 seller reviews

Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list                                    🎁 Add to registry



Sponsored

Now **$44.99** $63.99

American Soft Linen, 100% Cotton 4 Pack Beach Towels, 30" x 60" Cabana Striped Pool Towels, Bordeaux

★★★★☆ 113

3+ day shipping

| + Add |
|-------|

**Infringing Evi. 000081**

12/11/24, 10:06 AM                                  qolami Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable - Walmart.com



**100 PCS**

Options

$10.49
More options from $6.50

+3 options

$7.79
50 Pcs Compressed Towel Multi-function Travel Face Towels Tablets Disposable Multifunction



+ Add

$12.98
YOROLK Cotton Hand Towel Set, White, 10 Count



+ Add

Now $39.99 ~~$89.99~~
Luxury Turkish Cotton Hotel & Spa Grade Bath Towels Set Collection - Ultra Absorbent and Soft
★★★★★ 358
2-day shipping



+ Add

Now $32.99 ~~$49.99~~
Green Essen 4 Pack Bath Towels Extra Large 35"x 70"Highly Absorbent Quick Dry Large Bath Towels Oversized Microfiber Bath Sheets Soft Bulk Towels for Bathroom Kitchen Spa Hotel Gym Pet(Green)
★★★★☆ 40
2-day shipping



**Best seller**

+ Add

$14.99
Die Caprie Turkish Towel 100% Cotton Peshtemal Thin Towel Towel Camping Bath Sauna Beach Gym Pool Yoga Blanket Gift Quick Dry Towels (Beach Towel, Black)
★★★★★ 178
2-day shipping

## About this item

### Product details                                                      ∧

Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable
Feature:
Fashion design, New,high quality!
Material:cotton
Color: white
Unfold Size: 30 x 30cm
A clean fresh towel every time
Free from chemicals or detergents
Unfold immediately in water.
Convenient for travel, to activate
Can be used repeatly
Package Included:
1 pcs Compressed Towel

- Hello, Dear Customer, (๑´ ᴗ `๑) Welcome to ♥qolami♥ Store！
- The product in our shop are made of high quality materials，The latest design in 2024 is the best gift for you.This product makes your home fun!
- Our store is seriously making home products, we look forward to your first visit!
- Clearance sale of products at great prices, welcome to our store to choose products!
- Feel free to contact us if you have any questions.We will solve your problem within 24 hours!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications                                                       ∧

**Brand**
qolami

**Material**
Cotton

**Color**
White

**Manufacturer**
qolami Clearance Sale

More details

### Warranty                                                            ∧

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

### Warnings                                                            ∧

⚠ **WARNING:** None

💬 Report incorrect product information

**Infringing Evi. 000082**

12/11/24, 10:06 AM

qolami Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable - Walmart.com







$15.99

All Design Quick-Dry 4 Pieces White Hand Towels - Highly Absorbent 100% Turkish Cotton - Perfect Towel for Bathroom, Kitchen, Guests, Pool, Gym, Camp, Travel, Airbnb

Now $29.99 $37.99

American Soft Linen 40x80 Oversized Bath Sheet, 100% Cotton Turkish Extra Large Bath Sheet Towel, Purple

Now $39.99 $55.99

American Soft Linen Luxury 6 Piece Bath Towel Set, 100% Cotton Turkish Towels for Bathroom, Purple

## Customer ratings & reviews

0 ratings | 0 reviews

**This item does not have any reviews yet**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.







$15.99

All Design Quick-Dry 4 Pieces White Hand Towels - Highly Absorbent 100% Turkish Cotton - Perfect Towel for Bathroom, Kitchen, Guests, Pool, Gym, Camp, Travel, Airbnb

Now $29.99 $37.99

American Soft Linen 40x80 Oversized Bath Sheet, 100% Cotton Turkish Extra Large Bath Sheet Towel, Purple

Now $39.99 $55.99

American Soft Linen Luxury 6 Piece Bath Towel Set, 100% Cotton Turkish Towels for Bathroom, Purple







+3 options

**Infringing Evi. 000083**

12/11/24, 10:06 AM                              qolami Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable - Walmart.com

**Now $7.41** ~~$9.04~~ +$2.99 shipping          **$9.17**                                    **$4.45** +$3.99 shipping
                                                Options from $9.17 – $11.01
Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel          UHUSE Disposable Compressed Towel Bath Towel Face
                                                Portable Wash Cotton Outdoor Travel Compression Square Towel
Shipping, arrives **in 3+ days**                                                      Shipping, arrives **in 3+ days**
                                                Shipping, arrives **in 3+ days**

**Report:**  ⓘ Report seller     ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Microfibre Travel Towels                        Packable Towel

Super Absorbent Towel                           Terry Cloth Sheet

Thin Towels That Dry Quickly                    Packtowl Personal Towel

Hair Towels                                     Quick Dry Towels

Washcloths                                      Japanese Washcloth

Large Bath Towels                               Soft Bath Towels

Home / Bath / Bath Towels / White Towels

**Infringing Evi. 000084**

12/11/24, 10:07 AM                                          Review your order - Walmart.com



**1. Shipping, arrives by Thu, Dec 26**   ✓

Paula Stlouis                                              Edit
33 NW 21st Ave, Miami, FL 33135

**Delivery instructions (optional)**                       Edit

House

**Items details**                                          Hide details
Arrives by Thu, Dec 26                                     1 item

Sold and shipped by XiaoY-ens Co.Ltd
$2.49 seller shipping fee

qolami Compressed Towel Outdoor Travel Wipe
Soft Cotton Expandable

$2.99

Remove          −  1  +



| Subtotal (1 item) | $2.99 |
| Seller shipping | $2.49 |
| **Estimated taxes** | $0.38 |
| **Estimated total** | **$5.86** |

Have a promo code?    ⌄



**2. Payment method**   ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

**Continue**

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                            ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Infringing Evi. 000085**

Review your order - Walmart.com



**Other ways to pay**    ∧

Pay with PayPal

☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm)

---

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱  **3. Text updates for this order**    ⊖

**Infringing Evi. 000086**

2025/6/24 15:03                                    Seller StoreFront - QOLAMI Co.Ltd - Walmart.com



## QOLAMI Co.Ltd

Cuizhu Street, Luohu District, Shenzhen
Shenzhen, GD 518020, CN

Contact seller  |  (+86) 15361597067

**Seller Reviews**                                                                    View all

3.4 out of 5 ★★★½☆

64 ratings  |  16 reviews

**About the Store**                                                                   View more

Xiao Yi-ems Co.Ltd, you'll find a diverse selection of products across multiple categories, including electronics, home essentials, beauty, and more. Every item on our site is carefully curated to meet our rigorous standards of quality and value. When you shop with us, you can trust that you are getti...

Business Name: shenzhenshi maisizhinengdianqi youxiangongsi

Featured        Shop all

$8.98

Black Soap Dispenser, 2 Pack Hand Soap Dispenser Bathroom with Bamboo Pump, Plastic Hand and Dish Dispenser Set for Kitchen, Refillable Liquid Soap and Lotion Dispensers Bottle

★★★½☆ 9

$4.73 +$4.99 shipping

Turmeric Facial Cleanser, Turmeric & Kojic Acid, Foaming Face Wash, Turmeric Facial Wash, Turmeric Foaming Cleanser for All Skin 100ml

★★☆☆☆ 6

Now $29.49 $39.49 +$10.79 shipping

Trampoline Shade Cover, 16FT Sunscreen & Rainproof Anti-UV Trampolines Sunshade Accessories for Outdoor Backyard Playground, Easy to Install

★☆☆☆☆ 3

**Seller reviews**

3.4 out of 5 ★★★½☆

64 ratings  |  16 reviews



| | |
|---|---|
| 5 stars | 52% (33) |
| 4 stars | 5% (3) |
| 3 stars | 6% (4) |
| 2 stars | 3% (2) |
| 1 star | 34% (22) |

How seller rating is calculated ⓘ

Showing 1 - 5 of 16 reviews

★☆☆☆☆ Jun 3, 2025

Walmart customer

Fit description, and received in decent time, the items just didnt work. I just remodeled my bathroom in black and white. Was a perfect match with my other accessories, but they just didn't work.

**Item bought:**
Black Soap Dispenser, 2 Pack Hand Soap Dispenser Bathroom with Bamboo Pump, Plastic Hand and Dish Dispenser Set for Kitchen, Refillable Liquid Soap and Lotion Dispensers Bottle

★★★☆☆ Jun 2, 2025

Walmart customer

Shipping took 1 additional month. And image of bird was a painted RED head. I received a solid black.

**Item bought:**

★☆☆☆☆ Apr 16, 2025

Walmart customer

Ordered a package of two. Received a package of one!

**Item bought:**
Universal Flexible Tire Valve Extenders, Flexible Tire Valve Extension, Valve Stem Extenders, Extension Tire Valve Adaptor, Tire Valve Stem Extension for Car, Truck, Scooter

**Infringing Evi. 000087**

2025/6/24 15:03                                    Seller StoreFront - QOLAMI Co.Ltd - Walmart.com



⭐⭐⭐⭐⭐ Mar 22, 2025

Walmart customer

Very good product. Fits couch perfectly it is liquid-proof. Love this purchase

Item bought:
Sofa Cover Stretch Sofa Cover, Sofa Fabric Furniture Cover, High Stretch Sofa Cover Pet Dog Friendly Non-slip, Oversized Elastic Furniture Cover,Knitted Fabric

⭐☆☆☆☆ Mar 16, 2025

Walmart customer

Shipping took so long. DO NOT RELY ON PRODUCT PHOTOS!! They are not accurate to the product you will receive.

Item bought:
120ml Splash Spray All Purpose Cleaner - 2025 Upgrade Splash Foam Spray, Splash Spray Tablets & Spray Bottle, Multi Purpose Clean System

View all reviews (64)

**Infringing Evi. 000088**

**11   amousa**



**Infringing Evi. 000090**

12/11/24, 10:19 AM                     amousa Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Add Water - Walmart.com

$12.99                                 $39.99                                          $48.60
SEMAXE Blue Beach Towel (36 x 74), 100% Cotton, Turkish Style Towel, Yoga Towel,    Casa Platino 100% Cotton Beach Towel with Bag 6 Piece Towels Oversized 39"x71"    Classic Long Combed Egyptian Cotton Ultra-Soft Absorbent 8-Piece Hand Towel

## About this item

### Product details

Compressed Towel Magic Outdoor Travel Wipe Soft Cotton Expandable Feature:
Fashion design, Brand New,high quality!
Material:cotton
Color: white
Unfold Size: 30 x 70cm
A clean fresh towel every time
Free from chemicals or detergents
Unfold immediately in water.,
Convenient for travel. to activate
Can be used repeatly
Package Included:
1 pcs Compressed Towel

amousa Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Add Water

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
amousa

**Color**
A

**Pattern**
Novelty

**Piece Count**
1

More details

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

💬 Report incorrect product information

$28.99                                 Now $39.99 $53.99                              Now $29.99 $37.99
Altbfipe Compressed Towel Camping Hiking Travel Towels Coin Tissues Bulk Pack    American Soft Linen Luxury 6 Piece Bath Towel Set, 100% Cotton Turkish Towels for    American Soft Linen 40x80 Oversized Bath Sheet, 100% Cotton Turkish Extra Large
500Count                               Bathroom, Purple                                Bath Sheet Towel, Purple
★★★★★                                  ★★★★☆ 1894                                      ★★★★☆ 2233
2-day shipping                         2-day shipping                                  2-day shipping

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

**Infringing Evi. 000091**

12/11/24, 10:19 AM                                      amousa Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Add Water - Walmart.com



**$39.99**

Seed & Stone Ultra-Soft 30% Recycled Cotton Bath Towels, 100% Cotton, 6-Piece Towel Set, Sage Green

★★★★★ 88

3+ day shipping



**$56.00**

100% Cotton Towels for Bathroom 2 Large Bath Towels(30"x60") Soft Towel Set - White Scalloped

3+ day shipping

Best seller



Now **$39.99** $63.99

American Soft Linen Luxury 6 Piece Bath Towel Set, 100% Cotton Turkish Towels for Bathroom, Purple

★★★★½ 5894

2-day shipping



**$3.39** +$3.00 shipping

Weloille Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable

Shipping, arrives **in 3+ days**



**$2.99** +$2.49 shipping

qolami Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable

Shipping, arrives **in 3+ days**

Reduced price



Now **$7.41** $9.34 +$2.99 shipping

Disposable Compressed Towel Bath Towel Faces Cleans

Shipping, arrives **in 3+ days**

**Report:**  ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

**Infringing Evi. 000092**

12/11/24, 10:19 AM                                      Review your order - Walmart.com







https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                                                          1/2



Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

Walmart+   Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 3. Text updates for this order                                    ⊖

**Infringing Evi. 000094**

2025/6/24 15:03                                    Seller StoreFront - amousa - Walmart.com



# amousa

⌖ LongHuaJieDaoJianSheLuHengHeGuoJiDaShaLiuCeng605Shi
ShenZhenShiLongHuaXinQu, GD 518000, CN

✉ Contact seller  |  ☏ (+86) 13316864425

## Seller Reviews                                                               View all

**3.4 out of 5** ★★★⯪☆
96 ratings  |  16 reviews

## About the Store                                                            View more

Welcome to Amousa, where fashion meets style and affordability. Our online store offers a wide range of apparel for men and women, featuring the latest trends and styles from around the world. We believe that fashion is an expression of one's true self, and that's why we adopt a curated collection o...

▦  Business Name: ShenZhenShiYuanKangManDianZiYouXianGongSi





**Featured**      Shop all

## Seller reviews

**3.4 out of 5** ★★★⯪☆
96 ratings  |  16 reviews



| | |
|---|---|
| 5 stars | 48% (46) |
| 4 stars | 7% (7) |
| 3 stars | 8% (8) |
| 2 stars | 6% (6) |
| 1 star | 30% (29) |

How seller rating is calculated ⓘ

**Showing 1 - 5 of 16 reviews**

★★★★☆ Jan 17, 2025

 Walmart customer

Takes a while to be delivered, but was not damaged in transit. Good product.

| | Item bought: |
|---|---|
| 👓 | Portable Magnetic Reading Glasses With Hang A Neck Reading Glasses With Magnet For Both Men And Women |

★☆☆☆☆ Dec 25, 2024

◌ Walmart customer

**Infringing Evi. 000095**

2025/6/24 15:03                                         Seller StoreFront - amousa - Walmart.com

Seller was terrible with any explanation as to where it was and why it was delayed. I'm really mad because not only was it just a piece of pressboard the seller put a 4.99 shipping cost on top of the piece of junk.

**Item bought:**
amousa Cute Cat Door Sign Wreath Rustic Welcome Sign Front Door Wall Decor For Garden Home Room Spring Door Indoor Outdoor Hanging Decorations

★★★★★ Dec 9, 2024

Ⓠ **Walmart customer**

Didn't communicate with seller but Walmart. The seat belt covers showed up on time.

**Item bought:**
amousa 2Pack Soft Faux Sheepskin Car Seat Belt Pads Cover Seat Belt Shoulder Strap Covers Shoulder Pad For Car & Bag

★☆☆☆☆ Dec 3, 2024

Ⓠ **Walmart customer**

It's been a month late delivery, I'm still waiting for the package. Nobody can give information

**Item bought:**

★☆☆☆☆ Nov 10, 2024

Ⓠ **Walmart customer**

if I could leave 0 stars I would. Package shows delivered but never arrived, feeling like I was scammed

**Item bought:**

View all reviews (96)

**Infringing Evi. 000096**

## 12   feiliansheng

3/6/25, 8:19 PM                                    Disposable Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com



Taituoti

**Disposable Compressed Bath Travel Reusable Cotton Towel Washing Hotel**

☆ (No ratings yet)

Size: 50*80CM

| 5PCS-25*50CM | 50*80CM | 70*100CM |
|---|---|---|
| $9.27 | $10.71 | $9.01 |

**About this item**

- 1/5pcs Compressed Towel Travel Quick-Drying Towel Trip Disposable Hotel Washable Cloth Towel Napkin Washcloth Outdoor Travel
- Our products are made of environmentally friendly materials, safe and non-toxic, and will not cause harm to the human body
- For the quality problems or defects of the product itself, we will provide unconditional return or repair service
- If you encounter any difficulties or problems during use, please contact us in time, we will solve them for you as soon as possible

**At a glance**

| Material<br>Cotton | Color<br>Multicolor | Brand<br>Taituoti |
|---|---|---|

View all specifications



**$10.71**

Price when purchased online ⓘ

🚚 Free shipping

| Buy now |
|---|

| Add to cart |
|---|

**How you'll get this item:**

| 🚚 Shipping<br>Arrives Mar 18<br>Free | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |
|---|---|---|

33 NW 21st Ave   Change

Arrives by **Tue, Mar 18** | More options

🏬 Sold and shipped by feiliansheng

★☆☆☆☆  1 seller review

♡ Add to list                                    🗒 Add to registry



**Infringing Evi. 000098**

3/6/25, 8:19 PM                                   Disposable Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com

**Options**

25*50cm

$6.19

**+ Add**

$0.58

**+ Add**

$12.77

## About this item

### Product details

Introducing our Disposable Compressed Bath Towel, made from quality cotton material, ensuring that it is soft, skin-friendly, and comfortable to use. Its compact and lightweight design makes it ideal for travel, hiking, biking, camping, and other outdoor activities. You can easily carry it in jacket pockets, purses, or cosmetic bags for convenient access. Plus, it is reusable, allowing you to use it repeatedly, which reduces waste and saves money. Our towels are available in different sizes to meet your specific needs, including 30*30cm, 30*70cm, 25*50cm (5PCS pack), 70*100cm, and 50*80cm, making it versatile for various usage scenarios.

- f/5pcs Compressed Towel Travel Quick-Drying Towel Disposable Hotel Washable Cloth Towel Napkin Washcloth Outdoor Travel
- Our products are made of environmentally friendly materials, safe and non-toxic, and will not cause harm to the human body
- For the quality problems or defects of the product itself, we will provide unconditional return or repair service
- If you encounter any difficulties or problems during use, please contact us in time, we will solve them for you as soon as possible

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Taituoti

**Material**
Cotton

**Color**
Multicolor

**Assembled Product Weight**
0.26 lb

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

**Infringing Evi. 000099**

3/6/25, 8:19 PM                                    Disposable Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com



**$7.10**
More options from $3.56

Azyh Compressed Towel Easy to Use Hygienic Skin-friendly Disposable Face Towels for Travel

Shipping, arrives **in 3+ days**

**$4.85** +$1.99 shipping

Compressed Towel Tablets Compressed Bath Towel,Large Disposable Bath Towels for Camping Sports Hiking Beach Swim

Shipping, arrives **in 3+ days**

**$12.01** +$7.99 shipping
Options from $12.01 – $13.61

SATRINO Body Pillow Cooling Bamboo Rayon Full Adjustable Sleeping, Washable & Breathable Zippered Hypoallergenic

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

**Infringing Evi. 000100**

6/26/25, 12:38 AM                                  Seller StoreFront - feiliansheng - Walmart.com



**Infringing Evi. 000101**

# 13    Fnochy Co.Ltd

2/18/25, 8:11 PM                                    Fnochy Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable - Walmart.com



**Infringing Evi. 000103**

2/18/25, 8:11 PM                              Fnochy Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable - Walmart.com

| | | |
|---|---|---|
| Reduced price | In 100+ people's carts | Best seller |
|  |  |  |
| **Options** | **Options** | **Options** |
| Sponsored | +4 options | ● ○ ● |
| **Now $13.59** ~~$19.99~~ | **$4.46** | **$13.67** |
| Options from $13.59 – $35.25 | Mainstays 4 Pieces, Waffle Dishcloths, Gray | More options from $11.99 |
| Kitchen Towels Set - Pack of 12 Cotton Dish Towels for Drying Dishes, 18"x 28", Kitchen Hand Towels, Quick Drying Kitchen Towel Set - Olive | ★★★★☆ 527 | RITZ Terry Kitchen Towel and Dish Cloth, Set of 3 Towels an |
| ★★★★☆ 564 | Save with W+ | ★★★★☆ 267 |
| 🅦 Save an extra $0.68 | Pickup tomorrow | Shipping, arrives in 3+ days |
| Save with W+ | Delivery tomorrow | |
| | Shipping, arrives tomorrow | |
| Shipping, arrives in 2 days | | |

## About this item

### Product details

Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable
Feature:
Fashion design, New,high quality!
Material:cotton
Color: white
Unfold Size: 30 x 70cm
A clean fresh towel every time
Free from chemicals or detergents
Unfold immediately in water.
Convenient for travel. to activate
Can be used repeatedly
Package Included:
1 pcs Compressed Towel

- Fnochy Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable
- 【Fnochy Service】: We provide a reply service within 48 hours. You can contact us any time if you have any questions. At the same time, we look forward to your suggestions to help us improve, which will be the driving force for us to move forward!
- Fashion design, New,high quality!
- Material:cotton
- Color: white
- Unfold Size: 30 x 70cm
- A clean fresh towel every time
- Free from chemicals or detergents
- Unfold immediately in water.
- Convenient for travel. to activate
- Can be used repeatedly

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

#### Features

Fnochy Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable, pillows; silk pillowcase; pillow; pregnancy pillows; pillows queen size set of 2; throw pillows; travel pillow; neck pillow; satin pillowcase; body pillow; body pillows for adults; cooling pillow; memory foam pillows; purple pillow; pillow covers; king size pillows; pillow cube; silk pillow cases; coop pillow; wedge pillow; pillow king size set of 2; my pillow; outdoor pillows; 18x18 pillow inserts; throw pillow covers; decorative pillows; toddler pillow; couch pillows; throw pillows for couch; side sleeper pillows for adults; pregnancy pillow; king pillows; silk pillowcase for hair and skin; pillows standard size set of 4; flower pillow; tempurpedic pillow; pillow cases; neck pillows for sleeping travel; king pillows 2 pack; body pillow case cover; bed pillow; reading pillow; body pillow cover; decorative pillows for bed; bed pillows; bamboo pillow; throw pillow; memory foam pillow; pillow covers 18x18; down pillow; nursing pillow; airplane pillow; knee pillow; camping pillow; pillows for bed; travel neck pillow; silk pillow case; pillows standard size set of 2; 12x20 pillow insert; throw pillows for bed; side sleeper pillow; travel pillows for sleeping airplane; bedding sheets & pillowcases; pillow sliding; 20x20 pillow inserts; pillow protector; pink throw pillows; cervical pillow for neck pain relief; king size pillows set of 2; floor pillow; feather pillows; cervical pillow; dino nugget pillow; lumbar support pillow; neck pillows for travel; knot pillow; ball pillow; cube pillow; pillow case; 18x18 pillow cover; basketball pillow; 16x16 pillow cover; 18x18 pillows; pregnancy pillows for sleeping; headboard pillow; pillow cases; firm pillow; decorative pillows for couch; hotel pillow; pillow slides for women; queen pillows set of 2,; bathroom rugs; rugs; rug; area rug; rugs for living room; kitchen rugs; rugs for bedroom; area rugs; living room rugs; washable rug; 8x10 area rugs; runner rug; bathroom rug; area rugs 8x10; nuggabie; area rugs 8x10 clearance under 100; outdoor rugs; bedroom rug; bath rugs; classroom rug; kitchen rug; rug gripper; outdoor rugs 8x10 waterproof; boho rug; grey rug; 9x12 area rug; arugula; rug pad; area rugs 9x12 living room clearance under 100; jute rug; 5x7 area rugs; bathroom rug set; round rug; checkered rug; area rug 5x7; outdoor rugs 9x12 for patios clearance; bath rug; living room rug; bathroom rug sets 2 piece; patio rug; rug runner; black bathroom sets with shower curtain and rugs; indoor outdoor rugs; rugs for living room 8x10; kitchen rugs non slip; washable rugs; rug tape; 8x10 rug; white rug; rugs for entryway; bath rugs for bathroom; bathroom rug sets 3 piece; green rug; runner rugs; washable rug 8x10; dorm rug; entryway rugs indoor; 5x7 rug; fluffy rug; nursery rug; small rug; outdoor patio rug; kids rug; circle rug; black bathroom rug; classroom rugs; runner rugs with rubber backing; kitchen runner rug; shag rug; laundry room rug; large area rug; area rug 6x9; outdoor rugs 5x7; rugs for bedroom aesthetic; bedroom rugs; throw rugs; outdoor rug 8x10; 4x6 rug; grey rug; colorful rug; 6x9 rug; beige rug; area rugs 9x12 living room clearance; entryway rug; keep off rug; blue rug; cowhide rug; 8x10 rugs for living room; rug gripper for hardwood floors; camping rug; 8 x 10 rug; bathroom rugs non slip washable, , outdoor rug; bathroom rugs 5x7; rugs for bedroom; area rugs; living room rugs; washable rug; 8x10 area rugs; runner rug; bathroom rug; area rugs 8x10; nuggabie; area rugs 8x10 clearance under 100; outdoor rugs; bedroom rug; bath rugs; classroom rug; kitchen rug; rug gripper; outdoor rugs 8x10 waterproof; boho rug; pink rug; 9x12 area rug; arugula; rug pad; area rugs 9x12 living room clearance under 100; jute rug; 5x7 area rugs; bathroom rug set; round rug; checkered rug; area rug 5x7; outdoor rugs 9x12 for patios clearance; bath rug; living room rug; bathroom rug sets 2 piece; patio rug; rug runner; black rug; bathroom sets with shower curtain and rugs; indoor outdoor rugs; rugs for living room 8x10; kitchen rugs non slip; washable rugs; rug tape; 8x10 rug; white rug; rugs for entryway; bath rugs for bathroom; bathroom rug sets 3 piece; green rug; runner rugs; washable rug 8x10; dorm rug; entryway rugs indoor; 5x7 rug; fluffy rug; nursery rug; small rug; outdoor patio rug; kids rug; circle rug; black bathroom rug; classroom rugs; runner rugs with rubber backing; kitchen runner rug; shag rug; laundry room rug; large area rug; area rug 6x9; outdoor rugs 5x7; rugs for bedroom aesthetic; bedroom rugs; throw rugs; outdoor rug 8x10; 4x6 rug; grey rug; colorful rug; 6x9 rug; beige rug; area rugs 9x12 living room clearance; entryway rug; keep off rug; cowhide rug; 8x10 rugs for living room; rug gripper for hardwood floors; camping rug; 8 x 10 rug; bathroom rugs non slip washable; shower curtain; blackout curtains; curtain rods; shower curtain liner; curtains; blackout curtains for bedroom; curtains for bedrooms; curtains for living room; shower curtain hooks; curtain rod; shower curtain rod; black out curtains for bedroom windows; curtain rods no drilling; black out curtains; sheer curtains; shower curtains; shower curtains for bathroom; curtain; kitchen curtains; white curtains; shower curtain set; curtain tiebacks; clear shower curtain liner; magnetic curtain rod; boho curtains; tension curtain rod; boho shower curtain; white shower curtain; linen curtains; bedroom curtains; curtain rods for windows 66 to 120; living room curtains; outdoor curtains; black shower curtain; curtain lights; curved shower curtain rod; shower curtain rings; black curtain rods; sheer curtains 84 inches long; curtains for living room 2 panels set; bathroom sets with shower curtain and rugs; curtains & drapes; white

Infringing Evi. 000104

2/18/25, 8:11 PM                                              Fnochy Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable - Walmart.com

blackout curtains; black curtains; double curtain rods; curtain rods for windows 48 to 84; pink shower curtain; window curtains; gold curtain rods; blackout curtains 84 inches long; beaded curtain, curtain hooks; room darkening curtains; velvet curtains; curtains 84 inch length 2 panels set; shower curtain liner mold and mildew resistant; pinch pleated curtains; pink curtains; canopy bed curtains; cute shower curtain; outdoor curtains for patio; black and white shower curtain; fabric shower curtain; kitchen curtains sets for windows; farmhouse shower curtain; blackout curtain; farmhouse curtains; bathroom curtains shower set; clear shower curtain; fabric shower curtain liner; green curtains; bathroom shower curtain sets; plastic shower curtain; curtain holdbacks; bathroom curtain; black curtain rod; green shower curtain; no drill curtain rod brackets; hookless shower curtain with snap in liner; blackout curtains 96 inches long; black shower curtain rod; outdoor curtains for patio waterproof; curtains 96 inches long; door curtains; shower curtain boho; short curtains; sage green curtains; curtains 63 inch length; black out curtains 84 inch long 2 panels burg; sheer curtains 96 inches long; thermal curtains; extra long shower curtain; blue shower curtain; curtain rod holders; sliding door curtains; grey curtains; black shower curtain hooks; curtain rod bracket.

**Brand**

Fnochy

**Manufacturer**

Fnochy

**Manufacturer Part Number**

Fnochy Clearance

More details

---

Warranty                                                                                                                                                    ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---



Sponsored

Now **$15.11** $19.98
More options from $6.98

Infinitee Xclusives Gray Kitchen Towel Pack of 12 - 100% Cotton - 15x25 inches.

⭐⭐⭐⭐⭐ 123

Save with W+

Shipping, arrives **in 2 days**

**Best seller**



Sponsored

Now **$19.99** $32.99
Options from $19.99 – $29.99

Living Fashions Kitchen Towels 12 Pack - Dish Towels and Dish Cloths - Hand Towel and Dishcloths Sets – 100% Soft Ring Spun Cotton - Great for Cooking in Kitchen or Household Cleaning -Size 15" x 25"

⭐⭐⭐⭐☆ 141

Save with W+

Shipping, arrives **in 2 days**

**Reduced price**



● ● ● ●

**$11.88**
Options from $11.88 – $15.99

decorUhome 100% Cotton Terry Kitchen Towels(Black, 13 x Absorbent Dish Towels, 4 Pack

⭐⭐⭐⭐☆ 177

🔵 Save an extra $1.00

Save with W+

Shipping, arrives **in 2 days**

---

💬   Report incorrect product information

---

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

---

🔷 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

**Infringing Evi. 000105**

2/18/25, 8:11 PM                           Fnochy Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable - Walmart.com



Options

$18.99
More options from $12.99

MALLOWEH Terry Kitchen Dish Cloth Set of 8 | 12 x 12 Inches | Super Soft and Absorbent Dish Towels (100% Cotton Dish Rags for Drying Dishes | Quick Drying Kitchen Towels | Tea Towels | Green

★★★★★ 4

Save with W+

Shipping, arrives in 2 days



Options

$12.99
Options from $12.99 – $16.99

Dish Cloths, Ultra Soft & Highly Absorbent Kitchen Towels, Quick Drying 12x12 inches Tea & Bar Towels, Washcloths Pack of 12

★★★★★ 17

Save an extra $2.00

Save with W+

Shipping, arrives in 2 days



+ Add

Now $11.31

Large Kitchen Dish Towels, 16 Inch x 26 Inch Bulk Absorben 4 Pack Bright Colorful Tea Towels Bar Towels for Washing D

★☆☆☆☆ 1

Shipping, arrives in 3+ days



+ Add

$9.39

Versatile Compressed Facial Towel for Dining, Picnics Lightweight Handy Face Towel for Travel, 12PCS-22X20cm

Shipping, arrives in 3+ days



Options            50*80cm

+3 options

$6.29  + $3.99 shipping

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives in 3+ days



Options

$5.06  + $2.99 shipping
Options from $5.06 – $5.70

Compressed Towel Easy to Use Hygienic Skin-friendly Disp

Shipping, arrives in 3+ days

---

Report:   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

| | |
|---|---|
| Kitchen Towel Value Sets | J Cloth Usa |
| Cunhill | Kitchen Towels & Dish Towels |
| Tea Towels & Flour Sack Towels | Bamboo Dish Cloth |
| Red Shop Towels | Kitchen Linen Sets |
| Mu Kitchen Surface Care & Protection | Weaving Rags |
| Dish Cloths | Glass Fiber Weave |

Home  /  Kitchen & Dining  /  Kitchen & Table Linens  /  Kitchen Linens  /  Kitchen Towels & Dish Towels

**Infringing Evi. 000106**

2/18/25, 8:12 PM                                                Review your order - Walmart.com







Infringing Evi. 000107

2/18/25, 8:12 PM                                                    Review your order - Walmart.com



Connect your bank

**Other ways to pay**                                              ⌃

Pay with PayPal                          Pay in monthly installments with Affirm
☑ **Remember my PayPal account details**   Items in your cart are not eligible for Affirm.

*PayPal*

Walmart✦  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱  **3. Text updates for this order**                              ⊖

**Infringing Evi. 000108**

2025/6/24 15:04                                    Seller StoreFront - Fnochy Co.Ltd - Walmart.com



## Fnochy Co.Ltd

📍 li xia qu wen hua dong lu 78 hao wan hao zhong xin 8 hao lou 1103
ji nan shi, SD 250000, CN

✉ Contact seller    📞 (+86) 15285842104

### Seller Reviews                                                    View all

2.7 out of 5 ⭐⭐⭐☆☆
99 ratings  |  11 reviews

### About the Store                                                  View more

"Fnochy" is a new brand, which is committed to human environmental protection and public welfare, and it is our philosophy to satisfy every customer. We independently produce all kinds of products, where you can buy any compliant goods you need. We thank every customer for their presence and support...

📄  Business Name: jinanshituopuwangluokejiyouxiangongsi

  
Featured       Shop all

        

+ Add                   + Add                   + Add

$8.99 +$3.77 shipping          $2.99 +$4.77 shipping          $18.77 +$3.77 shipping
Washable Dog Bed Deluxe Plush    Fnochy Wired Earbuds in-Ear     Fnochy Tools Washable Doormats
Dog Crate Beds Fulffy Comfy      Headphones, Earphones with      Indoor Outdoor Rugs For Layered
Kennel Pad Anti-Slip Pet         Microphone, HD Stereo Sound,    Front Door Mats, Porch, Kitchen,
Sleeping Mat for Large, Jumbo,   Noise Isolation Corded for      Non Slip Bathroom Rug, Room
Medium, Small Dogs Breeds        3.5mm Jack Ear Buds for         Decor, Bathroom,27 * 43 Inches
⭐⭐☆☆☆ 26                         Computer, Laptop, Kids, School   ⭐⭐⭐☆☆ 23
                                 Students
                                 ⭐⭐⭐⭐☆ 41

### Seller reviews

2.7 out of 5 ⭐⭐⭐☆☆
99 ratings  |  11 reviews

| | | |
|---|---|---|
| 5 stars | ███████████████ | 29% (29) |
| 4 stars | ████ | 7% (7) |
| 3 stars | ███████████ | 14% (14) |
| 2 stars | ███ | 4% (4) |
| 1 star | ████████████████████ | 45% (45) |

How seller rating is calculated ⓘ

Showing 1 - 5 of 11 reviews

⭐☆☆☆☆  Jun 18, 2025
🗨 Walmart customer

the outer case was delivered, but no utensils or plated. i only gave 1 star because i couldn't go further without selecting at least one.

| Item bought: |
|---|
| |

⭐⭐⭐⭐⭐  Sep 5, 2024
🗨 Walmart customer

Good communication regarding my item and shipped and received on time.

| Item bought: |
|---|
| DYMADE Women Summer Floral Print Elastic Waist Short Sleeve Belted Midi Length A-Line Dress |

⭐☆☆☆☆  Aug 5, 2024
🗨 Walmart customer

I've email this seller 3 times that I never received my package and no response. I just emailed again, we shall see but I don't have high hopes. I'm out the money and don't have the product.

| Item bought: |
|---|
| Fnochy Buffalo Plaid Rug 15.7x23.6 Inches Orange and White Checke Rug, Halloween Fall Door Mat Cotton Washable Area Rugs, Door Mat Outdoor Entrance for Front Porch Entryway Fall Farmhouse (Red) |

**Infringing Evi. 000109**

2025/6/24 15:04                                    Seller StoreFront - Fnochy Co.Ltd - Walmart.com



**Infringing Evi. 000110**

# 14   Ailytec Inc

12/11/24, 11:04 AM                          Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable - Walmart.com



Slopehill

**Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable**

☆ (No ratings yet)

Size: 11.8" x 11.8"

| 11.8" x 11.8"<br>$10.66 |
|---|

**About this item**

- The high quality of cotton and a compact textile design make our towels thick, tough, quick-drying, washable and reusable.
- Compressed towels will be suitable in all outdoors occasions .
- Candy packaging, compact and portable,compressed towels take almost no weight or space in your pockets, handbags, backpacks, cars, purses, suitcases, or tackle box. You can save space for more important stuff. Each compressed towel is individually wrapped.
- Quite literally, just add water! Whenever you need towel, just put it in cold or warm water for several seconds, it will be expansile and become a large soft towel.

View more ⌄

**At a glance**

| Material<br>Cotton Blend | Size<br>11.8" x 11.8" | Cloth type<br>Hand Towels |
|---|---|---|
| Color<br>White | Age group<br>Adult | Brand<br>Slopehill |

View all specifications

---

**$10.66**

Price when purchased online ⓘ

🚚 Free shipping   ↻ Free Holiday returns until Jan 31

| Buy now |
|---|

| Add to cart |
|---|

**How do you want your item?**

| 🚚 Shipping<br>Arrives Dec 27<br>Free | 🚗 Pickup<br>Not available | 🛍 Delivery<br>Not available |
|---|---|---|

Delivery to 33 NW 21st Ave

🗐 Sold and shipped by AiivtecInc

★★★☆☆ 561 seller reviews

ⓘ **Extended holiday returns** Details
Free Holiday returns until Jan 31

| ♡ Add to list | 🗐 Add to registry |
|---|---|

**More seller options (1)**

Starting from $10.66   Compare all sellers



Sponsored
**$209.59**
Belem Fast Drying Hotel Towels - Pack of 60 (24x48) White Large Bath Towels Bulk- Lightweight Economy Bulk Towels - Super Absorbing, Soft & Long Lasting Terry Towels for Commercial & Hotel Use

3+ day shipping

| + Add |
|---|

**Infringing Evi. 000112**

12/11/24, 11:04 AM                    Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable - Walmart.com





In 200+ people's carts



**Options**

$19.99
Options from $19.99 – $34.99

Washcloths 60-Pack White 100% Cotton Towels, Durable, Lightweight, Commercial and Ultra Absorbent

★★★★☆ 233

Save with W+

Shipping, arrives in 2 days

**Options**

$13.97

Mainstays 10 Piece Towel Set with Upgraded Softness & Durability, Grey

★★★★☆ 9938

Save with W+

Pickup in 2 days
Delivery in 2 days
Shipping, arrives in 3+ days

$13.99

2 Pack Microfiber Towel Quick Dry Bath Towels Super A Ultra Soft, Compact Microfiber Camping Towel Suitabl

★★★☆☆ 3

Out of stock



**+ Add**

$37.99

DAN RIVER 100% Cotton Bath Towels Pack of 4 (Blue - 27x54 In) | 600 GSM Ultra Soft & Highly Absorbent Bath Sheets | Quick Dry & Durable Bathroom Towels | Ideal for Pool, Home, Gym, Spa & Hotel Use

★★★★☆ 262

2-day shipping



**+ Add**

$38.99

DAN RIVER 100% Cotton Bath Towels Pack of 4 (Teal - 27x54 In) | 600 GSM Ultra Soft & Highly Absorbent Bath Sheets | Quick Dry & Durable Bathroom Towels | Ideal for Pool, Home, Gym, Spa & Hotel Use

★★★★☆ 262

2-day shipping



**+ Add**

$37.99

DAN RIVER 100% Cotton Bath Towels Pack of 4 (Tan - 27x54 In) | 600 GSM Ultra Soft & Highly Absorbent Bath Sheets | Quick Dry & Durable Bathroom Towels | Ideal for Pool, Home, Gym, Spa & Hotel Use

★★★★☆ 262

2-day shipping

## About this item

### Product details

Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable

1. The compression size is very small, it can be easily placed in the bag, it is necessary for home travel.

2. Soft and comfortable, super absorbent, fast dry hair.

3.The fabric is soft, the seam is exquisite, the color fastness is high.

4.Made of the microfiber which is durable, Eco-friendly, soft and comfortable, and it is easy to clean.

5.The towels are formaldehyde-free, do not consist of any fluorescent agents.

6.Ideal for home, kitchen,bathroom ,office bar, hotel, outdoor and travel use.

7.100% Satisfaction: You will love the soft, luxurious feel and the quality of new luxury hotel and spa collection bath towels.

8.Our all towels are Eco-friendly: Our towels are chemical free, natural dyes that are safe for you and the environment. Get softer by each wash.

Size Chart:

A Expanded size:50x80cm/19.7x31.5"

A Compressed size:7x7x1.5cm/2.8x2.8x0.6"

B Expanded size:30x30cm/11.8x11.8"

B Compressed size:4x4x1cm/1.6x1.6x0.4"

Package include: 1*towel

- The high quality of cotton and a compact textile design make our towels thick, tough, quick-drying, washable and reusable.
- Compressed towels will be suitable in all outdoors occasions .
- Candy packaging, compact and portable,compressed towels take almost no weight or space in your pockets, handbags, backpacks, cars, purses, suitcases, or tackle box. You can save space for more important stuff. Each compressed towel is individually wrapped.
- Quite literally, just add water! Whenever you need towel, just put it in cold or warm water for several seconds, it will be expansile and become a large soft towel.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Compare with similar items



| Viewing this item | | | | |
|---|---|---|---|---|
| $10.66 | $13.97 | $37.99 | $19.99 | Now $26.99 ~~$49.99~~ |
| Compressed Towel Tablets Reusable Portab... | Mainstays 10 Piece Towel Set with Upgraded... | DAN RIVER 100% Cotton Bath Towels Pack of 6... | Pacific Linens 24-Pack White 100% Cotton Tow... | Green Essen 4 Pack Oversized Bath Towel... |
| | ★★★★☆ 9938 | ★★★★☆ 284 | ★★★★☆ 233 | ★★★★☆ 189 |

**Infringing Evi. 000113**

12/11/24, 11:04 AM                    Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable - Walmart.com



| Material | Cotton-Blend | - | 100% Ring-Spun Cotton | Cotton | 100% Microfiber | |
|---|---|---|---|---|---|---|
| Size | 11.8" x 11.8" | - | Pack of 6 | 12" x 12" | 4 Pack Bath Towel Set | |
| Cloth type | Hand Towels | Bath Towels | Bath Towels | Washcloths | Bath Towels | |
| Color | White | Gray | Gray | White | Dark Grey | |

See More ⌄

**Specifications**                                                                                            ⌃

**Brand**
Slopehill

**Towel & Washcloth Type**
Hand Towels

**Material**
Cotton Blend

**Fabric Content**
Microfiber

More details

**Warranty**                                                                                                  ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those
displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller,
please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

**Now $26.99** $49.99
More options from $19.99
Sponsored
Green Essen 8 Pieces Extra Large Bath Towel Set 35"x 70" Highly Absorbent Quick Dry Bath Sheets
600 GSM Bath Towel Clearance Oversized Soft Shower Towels for Bathroom Spa Hotel Gym(Black)
★★★★ 169
Shipping, arrives in 3+ days

**$2.37** +$3.59 shipping
Workout Towel Quick Drying Towel Sports Towel Cooling Towel Multi-use Camping Towel Fitness
Towel
★★★★ arrives in 3+ days

**Now $13.99** $27.99
BEEPRINCESS 10pcs Cooling Towel Ice Towel Cooling 1
Towel for Gym, Travel, Yoga, Camping, Running, Outdo
★★★★ 99
Save with W+
Shipping, arrives in 2 days

💬 Report incorrect product information

**$13.99**
2 Pack Microfiber Towel Quick Dry Bath Towels Super Absorbent for Sport Travel
Swimming Beach Ultra Soft, Compact Microfiber Camping Towel Suitable for Hiking
Gym Yoga
★★★ 3
2-day shipping

**$15.99**
All Design Quick-Dry 4 Pieces White Hand Towels - Highly Absorbent 100% Turkish
Cotton - Perfect Towel for Bathroom, Kitchen, Guests, Pool, Gym, Camp, Travel,
Airbnb
★★★★★ 371
2-day shipping

**$209.59**
Belem Fast Drying Hotel Towels - Pack of 60 (24x48) White Large Bath Towels Bulk-
Lightweight Economy Bulk Towels - Super Absorbing, Soft & Long Lasting Terry
Towels for Commercial & Hotel Use
3+ day shipping

**Customer ratings & reviews**

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

**Infringing Evi. 000114**

12/11/24, 11:04 AM                    Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable - Walmart.com



+ Add

$209.59

Belem Fast Drying Hotel Towels - Pack of 60 (24x48) White Large Bath Towels Bulk-Lightweight Economy Bulk Towels - Super Absorbing, Soft & Long Lasting Terry Towels for Commercial & Hotel Use

3+ day shipping

Best seller



+ Add

Now $26.24 $38.99

Casa Platino 100% Cotton Beach Towel, 6 Piece Beach Towels Oversized, 39"x71", Pool Towel, Oversized Beach Towel, Quick Dry Sand Towel, Travel towel - Multi Colors

★★★★☆ 146

2-day shipping



+ Add

$15.99

All Design Quick-Dry 4 Pieces White Hand Towels - Highly Absorbent 100% Turkish Cotton - Perfect Towel for Bathroom, Kitchen, Guests, Pool, Gym, Camp, Travel, Airbnb

★★★★★ 371

2-day shipping



Options

$16.99 +$5.77 shipping

Fnochy Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable

Shipping, arrives in 3+ days



+ Add

$8.09

Grocery & Essentials CLEARANCE,Eckyadam Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable

Shipping, arrives in 3+ days



Options

$3.59 +$2.00 shipping

Kiplyki Wholesale Compressed Towel Magic Outdoor Tr

Shipping, arrives in 3+ days

---

**Report:** ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

Water Absorbing Towel

Microfibre Travel Towels

Thin Towels That Dry Quickly

Hair Towels

Quick Dry Towels

Japanese Washcloth

Packtowl Personal Towel

Rei Travel Towels

Super Absorbent Towel

Washcloths

Soft Bath Towels

**Infringing Evi. 000115**

Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable - Walmart.com

**Infringing Evi. 000116**

12/11/24, 11:04 AM                                                    Review your order - Walmart.com







**Infringing Evi. 000117**

12/11/24, 11:04 AM                                                              Review your order - Walmart.com



**Infringing Evi. 000118**

Seller StoreFront - Ailytec Inc - Walmart.com



**Infringing Evi. 000119**

2025/6/24 15:04                                                    Seller StoreFront - Ailytec Inc - Walmart.com



★★★★★  Apr 16, 2025

Walmart customer

This works good when you need extra outlets. I need multiple for caution lights

Item bought:

★★★★★  Apr 15, 2025

Walmart customer

came earlier than scheduled and packaged together well in a plastic sleeve

Item bought:
10pcs Garden Bees On Sticks Colorful Bee Miniature Fairy Bee Stakes Spring Bees Staker with Sticks Indoor Potted Plants Outdoor Yard Patio Flower Bed Bee Ornaments

View all reviews (749)

**Infringing Evi. 000120**

# 15   LBLOE OFFICIAL

3/22/25, 7:54 PM                          Moocorvic Bath Towels Turkish Beach Towel Beach Blanket Pool Towels Beach Toys Beach Accessories,Quick Drying,Lightweight & Durable,for Swim,Yoga,Gym - Walmart.com



Moocorvic

**Moocorvic Bath Towels Turkish Beach Towel Beach Blanket Pool Towels Beach Toys Beach Accessories,Quick Drying,Lightweight & Durable,for Swim,Yoga,Gym**

☆ (No ratings yet)

Actual Color: II

$0.89

**About this item**

- Welcome to Moocorvic. We will provide you with high-quality items. The freight is charged for each order, not for each items. The more you buy, the more you save. If you have any questions, please contact us and we will reply within 24 hours
- Moocorvic Clearance Bath Towels Turkish Beach Towel Beach Blanket Pool Towels Beach Toys Beach Accessories,Quick Drying,Lightweight & Durable,for Swim,Yoga,Gym
- Moocorvic Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable
- Feature.
- Fashion design,100% Brand New,high quality!

View more ⌄

**At a glance**

| Size<br>One Size | Cloth type<br>Beach Towels | Color<br>II |
|---|---|---|
| Character<br>easter decorations | Brand<br>Moocorvic | |

View all specifications

**Now $0.89** ~~$1.37~~ ⓘ

You save  $0.48

Price when purchased online ⓘ

ⓘ Free 90-day returns

| Buy now |
|---|

| Add to cart |
|---|

**How you'll get this item:**

| 🚚 Shipping<br>Arrives Apr 15<br>$4.99 | 🚗 Pickup<br>Not available | 🛍 Delivery<br>Not available |
|---|---|---|

33 NW 21st Ave   Change

Arrives by **Tue, Apr 15** | More options

Shipping fee $4.99

⊡ Sold and shipped by LBLOE OFFICIAL

★★★☆☆ 285 seller reviews

↻ Free 30-day returns   Details

♡ Add to list                    ⊞ Add to registry

**Infringing Evi. 000122**

3/22/25, 7:54 PM                        Moocorvic Bath Towels Turkish Beach Towel Beach Blanket Pool Towels Beach Toys Beach Accessories,Quick Drying,Lightweight & Durable,for Swim,Yoga,Gym - Walmart.com



$0.79 +$4.99 shipping

Moocorvic Microfiber Beach Towels Oversized Turkish Beach Towel Beach Blanket Pool Towels Beach Toys Beach Accessories,Quick Drying,Lightweight & Durable,for Swim,Yoga,Gym

★☆☆☆☆ 8

Shipping, arrives in 3+ days

$0.89 +$4.99 shipping

Moocorvic Microfiber Beach Towels Oversized Turkish Beach Towel Beach Blanket Pool Towels Beach Toys Beach Accessories,Quick Drying,Lightweight & Durable,for Swim,Yoga,Gym

★★☆☆☆ 11

Shipping, arrives in 3+ days

$5.07 +$4.99 shipping
Options from $5.07 – $5.57

Moocorvic Microfiber Beach Towels Oversized Turkish Beach Towel Beach Blanket Pool Towels Beach Toys Beach Accessories,Quick Drying,Lightweight & Durable,for

Shipping, arrives in 3+ days

## About this item

### Product details                                                                                                                 ︿

**Moocorvic Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable**
**Feature:**
**Fashion design,100% Brand New,high quality!**
**Material:cotton**
**Color: white**
**Unfold Size: 30 x 30cm**
**A clean fresh towel every time**
**Free from chemicals or detergents**
**Unfold immediately in water.**
**Convenient for travel, to activate**
**Can be used repeatdly**
**Package Included:**
**1 pcs Compressed Towel**

- Welcome to Moocorvic. We will provide you with high-quality items. The freight is charged for each order, not for each items. The more you buy, the more you save. If you have any questions, please contact us and we will reply within 24 hours
- Moocorvic Clearance Bath Towels Turkish Beach Towel Beach Blanket Pool Towels Beach Toys Beach Accessories,Quick Drying,Lightweight & Durable,for Swim,Yoga,Gym
- Moocorvic Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable
- Feature:
- Fashion design,100% Brand New,high quality!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications                                                                                                                  ︿

**Brand**
Moocorvic

**Towel & Washcloth Type**
Beach Towels

**Material**
As Show

**Fabric Content**
100% As Show

More details

### Warranty                                                                                                                        ︿

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



$5.07 +$4.99 shipping
Options from $5.07 – $5.57

Moocorvic Microfiber Beach Towels Oversized Turkish Beach Towel Beach Blanket Pool Towels Beach Toys Beach Accessories,Quick Drying,Lightweight & Durable,for Swim,Yoga,Gym

Shipping, arrives in 3+ days

$4.97 +$4.99 shipping
Options from $4.97 – $5.67

Moocorvic Microfiber Beach Towels Oversized Turkish Beach Towel Beach Blanket Pool Towels Beach Toys Beach Accessories,Quick Drying,Lightweight & Durable,for Swim,Yoga,Gym

Shipping, arrives in 3+ days

$5.47 +$4.99 shipping

Moocorvic Microfiber Beach Towels Oversized Bea Beach Accessories,Quick Drying,Lightweight & Durable,for

Shipping, arrives in 3+ days

**Infringing Evi. 000123**

3/22/25, 7:54 PM                    Moocorvic Bath Towels Turkish Beach Towel Beach Blanket Pool Towels Beach Toys Beach Accessories,Quick Drying,Lightweight & Durable,for Swim,Yoga,Gym - Walmart.com



💬 Report incorrect product information

## Customer ratings & reviews

⭐⭐⭐⭐⭐ 0 ratings | 0 reviews

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



$10.58
Options from $10.58 – $11.58
NGHnufg Beach Towels - Turkish Beach Towels Oversized Turkish Bath Towels Towels For Bathroom Beach Towel Bulk Cruise Ship Essentials White Bath Mat
⭐☆☆☆☆ 1
Shipping, arrives in 3+ days

**Best seller**
$7.50
More options from $4.15
Riecok Beach Towels beach Summer Oversized Microfiber Beach Towel bath towels Multicolor
⭐⭐⭐☆☆ 2
Shipping, arrives in 3+ days

$10.49
24 Pcs Beach Towel Bands,Elastic Beach Towel Holder,Chai Swim Vacation
Shipping, arrives in 3+ days

$2.92  +$3.98 shipping
VibHome 2024 End-of-year savings Clearance!60% off Clearance! Wash Cloths/Premium Hand Towels Set on Clearance!
Shipping, arrives in 3+ days

$10.66  +$1.99 shipping
Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable
Shipping, arrives in 3+ days

$5.99  +$3.95 shipping
Compressed Towel Tablets Disposable Portable Travel Tow Tissues for Camping Hiking Sport Hotel Beauty Salon (5 Pa
Shipping, arrives in 3+ days

Report:  ℹ️ Report seller     ⚠️ Report suspected stolen goods (to CA Attorney General)

**Infringing Evi. 000124**

Moocorvic Bath Towels Turkish Beach Towel Beach Blanket Pool Towels Beach Toys Beach Accessories,Quick Drying,Lightweight & Durable,for Swim,Yoga,Gym - Walmart.com

**Related pages**

| | |
|---|---|
| Turkish Beach Towels | Beach Blankers |
| Ultimate Beach Day | Beach Towels |
| Costa Beach Towel | Beach Bach |
| Beach Towels Luxury | Beach Towel Fitted Top |
| Best Beach Towels | Beach Blankers |
| Oversized Beach Towels | |

Home  /  Bath  /  Beach Towels

**Infringing Evi. 000125**

3/22/25, 7:55 PM                                     Review your order - Walmart.com





**1. Shipping, arrives by Mon, Apr 14** ✓

Paula Stlouis                                                    Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                             Edit

House

**Items details**                                                Hide details
Arrives by Mon, Apr 14                                           1 item

Sold and shipped by LBLOE OFFICIAL
$4.99 seller shipping fee

Moocorvic Bath Towels Turkish Beach Towel Beach
Blanket Pool Towels Beach Toys Beach...
Actual Color: B

$0.48 from savings

$0.89
$1.37

Remove        −  1  +

| Subtotal (1 item) | $1.37 |
|---|---|
| Savings | -$0.48 |
|  | $0.89 |
| Seller shipping | $4.99 |
| Estimated taxes | $0.41 |
| **Estimated total** | **$6.29** |

Have a promo code?                                               ⌄



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

one

onepay  $10 cash back when you spend $10+          Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                1/2

**Infringing Evi. 000126**



**Pay by bank** ∧

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay** ∧

Pay with PayPal

☑ Remember my PayPal account details

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

\*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 3. Text updates for this order ⊖

**Infringing Evi. 000127**

6/26/25, 12:38 AM

Seller StoreFront - LBLOE Living - Walmart.com



**LBLOE Living**

⌖ shenzhenshibaoanqufuhaijiedaoxinheshequbaoandadao
Shenzhen, GD 518000, CN

✉ Contact seller | ☎ (+86) 17722699784

Seller Reviews                                                                      View all

**3.6 out of 5** ★★★☆☆
387 ratings | 76 reviews

About the Store                                                                   View more

Fast, Superior, and Valuable shopping experience.

🗋 Business Name: shenzhenshibelishengdianziyouxiangongsi


Featured


Shop all







+ Add                          + Add                          + Add

Now **$2.87** $10.98 +$4.99 shipping     Now **$0.77** $11.98 +$4.99 shipping     **$1.77** +$4.99 shipping

Moocorvic Clearance! Acrylic Paint Brush Set 2Packs/20 Pcs Nylon Hair Brushes For All Purpose Oil     Moocorvic Car Wash Sponge, Extra Thick Large Colorful Cleaning Sponge Multi-Purpose for Bathroom Kitchen Bike Boat     AnuirheiH Clearance Pet Fleece Blanket Wild Jungle Rose Black Claw Printing Throw Blanket Pet, Soft Blanket Kids

★★★★☆ 73                              ★★★★☆ 27

Seller reviews

**3.6 out of 5** ★★★☆☆
387 ratings | 76 reviews

| | |
|---|---|
| 5 stars | 52% (200) |
| 4 stars | 12% (45) |
| 3 stars | 7% (27) |
| 2 stars | 5% (20) |
| 1 star | 24% (94) |

How seller rating is calculated ⓘ

**Showing 1 - 5 of 76 reviews**

★☆☆☆☆ Jun 26, 2025

ⓧ Walmart customer

It is my recommendation you change the description of the item as THESE ARE NOT SOLAR LIGHTS, but BATTERY OPERATED LIGHTS. Very disappointed.

Item bought:
Moocorvic Clearance Solar Wine Bottle Cork Shaped String Light 10LED Night Light Warm White

★★☆☆☆ Jun 21, 2025

ⓧ Walmart customer

well, whoever made thise shoes should had made it stronger. It is not a supporting shoes.

Item bought:
AnuirheiH Womens Slides Sandals Open Toe Strap Heels Summer Chunky Heeled Mules(Wine)

★☆☆☆☆ Jun 17, 2025

ⓧ Walmart customer

picture shows a throw blanket, and advertised as a throw size. while actuality it's a small rectangle of fabric, the size of a small hand towel. cheap enough not to eanting to go thru the hassle of a return, but disappointed that it's not a blanket.

Item bought:
Moocorvic Throw Blankets,Super Soft Flannel Cozy Blankets for Adults,Washable Lightweight Fuzzy Blanket for Couch Sofa Bed Office,Throw Size Warm Plush Blankets for All Season,

**Infringing Evi. 000128**



View all reviews (387)

**Infringing Evi. 000129**

# 16   Zehuanyu

12/11/24, 11:22 AM                    Zehuanyu 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com



Zehuanyu

Zehuanyu 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White)

☆ (No ratings yet)

**About this item**

- Just add water or your favorite cleaning solution and youve got a sturdy and hygienic towel ready to use
- |Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go
- |High quality compressed towels is and convenient
- |Disposable and portable design is perfect for travel and outdoor use
- |Skin-friendly and comfortable, and great water absorption

**At a glance**

| Material | Decor style | Brand |
|---|---|---|
| Cotton | Traditional | Zehuanyu |

View all specifications



**$12.06**

Price when purchased online ⓘ

⊙ Free Holiday returns until Jan 31

| Buy now |
|---|

| Add to cart |
|---|

**How do you want your item?**

| 🚚 Shipping Arrives Dec 27 $3.99 | 🚗 Pickup Not available | 🏬 Delivery Not available |
|---|---|---|

Delivery to **33 NW 21st Ave**

🏬 Sold and shipped by **Zehuanyu**

★★★★★ 2 seller reviews

⊙ Extended holiday returns    Details
Free Holiday returns until **Jan 31**

♡ Add to list                                                    🔖 Add to registry

Sponsored
**Now $43.99** $53.99
SEMAXE 12 Piece Hand Towels Set, 100% Organic Cotton Facecloths for Bathroom, Face Towel with Portable Loop, 550 GSM Combed Cotton Fingertrip Towel Build-in a Smart Tag, Colorful Pattern - Plum
2-day shipping

| + Add |
|---|

**Infringing Evi. 000131**

12/11/24, 11:22 AM                Zehuanyu 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com



$7.25
50 Pcs Compressed Towel Multi-function Travel Face Towels Tablets Disposable Multifunction

$10.49
More options from $6.50

Now $8.21 $10.29
More options from $7.83

$15.99
Cotton Blend White 12 Pack Restaurant Bar Mops Green Stripe Kitchen Towels Cleaning Commercial Use
29
2-day shipping

$53.99
Cotton Blend White 60 Pack Restaurant Bar Mops Green Stripe Kitchen Towels Cleaning Commercial Use
29
3+ day shipping

$39.99
Gold Textiles Restaurant Bar Mop Towel Set 16x 19 Inch Cotton Blend White Green Stripe Cleaning Kitchen Towels
29
2-day shipping

## About this item

### Product details

**Description**

This portable compressed towel is for travel, sports, cosmetic and household use. It's made of cotton material which is eco-friendly and soft. It perfect for use at face, body and sensitive skin. Soft, gentle and fragrance free.

**Features**

- Color: White.
- Material: Cotton.
- Size: 20x22x2.2cm.
- Just add water or your favorite cleaning solution and you've got a sturdy and hygienic towel ready to use.
- Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go.
- compressed  towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.
- Skin-friendly and comfortable, and great water absorption.
- Suitable for facial cleanser, beauty remover, sensitive skin.
- Great for the outdoors, camping, hiking or out on the boat. Great for survival enthusiasts.

- Just add water or your favorite cleaning solution and youve got a sturdy and hygienic towel ready to use
- |Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go
- |High quality compressed towels is and convenient
- |Disposable and portable design is perfect for travel and outdoor use
- |Skin-friendly and comfortable, and great water absorption

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Zehuanyu

**Material**
Cotton

**Pattern**
Picture Pattern

**Assembled Product Weight**
0.52 lb

More details

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

**Infringing Evi. 000132**

12/11/24, 11:22 AM                     Zehuanyu 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com







**$9.99**
Hanmun Premium Disposable Compressed Towels 11.8 in"x 9.5 in" Travel Disposable Face Towels are Reusable for Hotel Camping Sports Excursions

2-day shipping

**$15.38**
140 PCS Compressed Towels, Disposable Compressed Towels Tablets for Face Camping Travel Business Trip

2-day shipping

**$28.99**
Attifope Compressed Towel Camping Hiking Travel Towels Coin Tissues Bulk Pack 500Count

★★★★★ 1

2-day shipping

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

This item does not have any reviews yet

---

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.







**$26.99**
Spa Luxe Disposable 8x 8 Inch Pre-Moistened Lemon Cotton Towels by Massage Tools- 25 Pack

3+ day shipping

**$9.99**
Hanmun Premium Disposable Compressed Towels 11.8 in"x 9.5 in" Travel Disposable Face Towels are Reusable for Hotel Camping Sports Excursions

2-day shipping

**$26.99**
Spa Luxe Disposable 8x 8 Inch Pre-Moistened Orange Scented Cotton Towels by Massage Tools- 25 Pack

3+ day shipping

---





**Options**

**$1.58** +$3.99 shipping                                                                                                **$6.79** +$3.99 shipping

**Infringing Evi. 000133**

12/11/24, 11:22 AM                    Zehuanyu 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com

ESULOMP Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable                                    KIHOUT Fire Sale Compressed Towel Outdoor Travel W

Shipping, arrives **in 3+ days**                                                                                       Shipping, arrives **in 3+ days**



| **Report:** | ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General) |

**Related pages**

| | |
|---|---|
| Clean Skin Club Towels | Facial Cloths Microfiber |
| Compressed Coin Towels | Moonqueen |
| Microfiber Washcloth | Rag & Bone |
| Red Shop Towels | All Shop Towels |
| White Shop Towels | Blue Shop Towels |
| Scott Shop Towels | Disposable Microfiber Cloths |

Home / Kitchen & Dining / Kitchen & Table Linens / Kitchen Linens / Kitchen Towels & Dish Towels

**Infringing Evi. 000134**

12/11/24, 11:23 AM                                          Review your order - Walmart.com



**1. Shipping, arrives by Thu, Dec 26**  ✓

Paula Stlouis                                              Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                      Edit

House

**Items details**                                    Hide details
Arrives by Thu, Dec 26                                   1 item

Sold and shipped by Zehuanyu
$3.99 seller shipping fee

Zehuanyu 100pcs Portable Compressed Towel
Face Towels Mini Disposable Facial Cleaning...

$12.06

Remove          −  1  +

| Subtotal (1 item) | $12.06 |
|---|---|
| Seller shipping | $3.99 |
| **Estimated taxes** | $1.12 |
| **Estimated total** | **$17.17** |

Have a promo code?                    ⌄



**2. Payment method**

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**one**

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                          ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba        1/2

**Infringing Evi. 000135**

12/11/24, 11:23 AM                                                          Review your order - Walmart.com

**Other ways to pay**                                                          ︿

Pay with PayPal                                    Pay in monthly installments with Affirm

☑  **Remember my PayPal account details**         Items in your cart are not eligible for Affirm.

┌─────────────────────────────┐                   ┌─────────────────────────────┐
│ *PayPal*                     │                   │          affirm             │
└─────────────────────────────┘                   └─────────────────────────────┘



Walmart ✙   Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>

📱   **3. Text updates for this order**                                           ⊖

**Infringing Evi. 000136**

2025/6/24 15:07 Seller StoreFront - Zehuanyu - Walmart.com



**Infringing Evi. 000137**

# 17    Apmemiss (USA)

12/12/24, 11:00 AM                    Apmemiss Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Clearance Items - Walmart.com



Apmemiss

**Apmemiss Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Clearance Items**

☆ (No ratings yet)

Actual Color: 2#


$3.28

---

**About this item**

- --- Welcome to Apmemiss Store ---
- Wish you have a happy shopping time!
- Delivery in 7-15 days, may arrive earlier.
- [BEST SERVICE] - Customer satisfaction is our top priority. If you are not satisfied with any of our product, Please feel free to contact us if you have any questions, we are very happy to help you. We will try our best to answer your question within 24 hours.
- Clearance Sales Today Deals Prime, Clearance, Overstock Items Clearance All Prime, Clearance Items, Farmhouse Decor Clearance, Sales Today Clearance, Warehouse Sale Clearance, Closeouts Clearance, Deals of the Day Clearance, Christmas Clearance, Clearance Sale, Christmas Decorations Clearance, Deals Under 10, Clearance Items for Women, Home Decor Clearance, Warehouse Clearance, Christmas Clearance Sale, Outlet Clearance, Prime Clearance Items, Clearance Deals, Overstock Items Clearance, Baby Clearance, Sales Today Clearance Prime only, Deal of the Day Clearance, Prime Deals Today Clearance, Deals of the Day Clearance Prime, Clearance Sales Today Deals Prime, Deals, Deals of the Day, Deals Under 2, Todays Daily Deals, Deals of the Day Clearance, Daily Deals, Overstock Deals, Clearance Deals, Prime Deals Today Clearance, Today's Deals, Baby Deals Under 5, Deals of the Day Clearance Prime, Livingroom Furniture Deals, Todays Deals, Todays Daily Deals, Today's Deals of the...

View more ˅

---

**At a glance**

| Color | Age group | Brand |
|---|---|---|
| 2# | Adult, Child, Teen, Senior | Apmemiss |

View all specifications

---



**$3.28**

Price when purchased online ⓘ

◉ Free Holiday returns until Jan 31

[ Buy now ]

[ Add to cart ]

**How do you want your item?**

| 🚚 Shipping Arrives Jan 3 $3.66 | 🚗 Pickup Not available | 🏬 Delivery Not available |
|---|---|---|

Delivery to 33 NW 21st Ave

🏷 Sold and shipped by Apmemiss (USA) | ✓ Pro Seller

★★★☆ 88 seller reviews

↩ Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list                              ⊞ Add to registry

---

**Infringing Evi. 000139**

12/12/24, 11:00 AM                    Apmemiss Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Clearance Items - Walmart.com



Sponsored

**$10.09**

Asung Baby Muslin Washcloths Muslin Cotton Baby Wipes 5 Pack Absorbent Face Towel 10x10 inch

**$8.87**

Spring Saving Clearance Disposable Towel Thicker Compressed Towel Large Size Tissue Portable



**$1.69** +$3.26 shipping

Options from $1.69 – $6.36

## About this item

### Product details

Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable

Feature:

Fashion design, New,high quality!

Material:cotton

Color: white

Unfold Size: 30 x 30cm

A clean fresh towel every time

Free from chemicals or detergents

Unfold immediately in water.

Convenient for travel. to activate

Can be used repeatly

Package Included:

1 pcs Compressed Towel

- --- Welcome to Apmemiss Store ---
- Wish you have a happy shopping time!
- 1. Delivery in 7-15 days, may arrive earlier.
- 2. [BEST SERVICE] - Customer satisfaction is our top priority. If you are not satisfied with any of our product, Please feel free to contact us if you have any questions, we are very happy to help you. We will try our best to answer your question within 24 hours.
- Clearance Sales Today Deals Prime, Clearance, Overstock Items Clearance All Prime, Clearance Items, Farmhouse Decor Clearance, Sales Today Clearance, Warehouse Sale Clearance, Closeouts Clearance, Deals of the Day Clearance, Christmas Clearance Sale, Christmas Decorations Clearance, Deals Under 10, Clearance Items for Women, Home Decor Clearance, Warehouse Clearance, Christmas Clearance Sale, Outlet Clearance, Prime Clearance Items, Clearance Deals, Overstock Items Clearance, Baby Clearance, Sales Today Clearance Prime only, Deal of the Day Clearance, Prime Deals Today Clearance, Deals of the Day Clearance Prime, Clearance Sales Today Deals Prime, Deals, Deals of the Day, Deals Under 2, Todays Daily Deals, Deals of the Day Clearance, Daily Deals, Overstock Deals, Clearance Deals, Prime Deals Today Clearance, Today's Deals, Baby Deals, Deals Under 5, Deals of the Day Clearance Prime, Livingroom Furniture Deals, Todays Deals, Todays Daily Deals Clearance, Today's Deals of the Day, Clearance Sales Today Deals, Out Door Furniture Deals Clearance, Prime Deals, Best Deals Today on Clearance, Warehouse Deals Today

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**

Apmemiss

**Color**

2#

**Pattern**

Geometric; Solid; Southwestern; Novelty; Global; Animal; Plaid; Paisley; Floral; Abstract; Oriental; Graphic Print; Border; Damask; Medallion; Polka Dots; Camouflage; Texture/Embroidery

**Theme**

New Year; Science; Nature; Animals; TV & Movies; Fashion; Transportation; Mother's Day; St Patricks Day; Easter; Independence Day; Christmas; Valentines Day;

More details

### Directions

**Fabric Care Instructions**

Towel wiping

### Warranty

**Warranty information**

You can contact us if you have any questions about our product and service, and we will try our best to answer your question within 24 hours,we will offer the best solution to make you satisfied. We are committed to provide product with high quality.

More details

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

https://www.walmart.com/ip/Apmemiss-Gifts-for-Mom-Clearance-Compressed-Towel-Outdoor-Travel-Wipe-Soft-Cotton-Expandable-Clearance-Items/5570602750?classType=VARIANT&from=/search                    2/3

**Infringing Evi. 000140**

12/12/24, 11:00 AM                        Apmemiss Clearance Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Clearance Items - Walmart.com

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.



$5.99  +$8.99 shipping

RWVBM Compressed Travel Towel – Expandable Outdoor Wipe for Camping, Hiking, or Travel | Washcloths Sale Deals for Your Loved Home Essentials(White)

Shipping, arrives **in 3+ days**

Clearance



Now **$1.84** $3.99  +$3.99 shipping

VerPetridure Compressed Towel Magic Outdoor Travel Wipe Soft Cotton Expandable Just Add Water

Shipping, arrives **in 3+ days**

Clearance



Now **$2.89** $3.99  +$4.99 shipping

PFFRIZ Plush Bath Towel Compressed Towel Outdoor Travel Personalized Towels small Towel

Shipping, arrives **in 3+ days**

Report:    ⓘ Report seller     ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Bathing Babe | Els Baby Bath |
| Hooded Towels | Towel Boys |
| Towels Boys | Skin Hood |
| Baby Towels & Washcloths | Hooded Towels |
| Baby Washcloths | Hooded Towels For Adults |
| Hooded Towels | Teens' Towels |

Home  /  Kids' Rooms  /  Kids' Bathroom  /  Kids' Towels

**Infringing Evi. 000141**

12/12/24, 11:01 AM                                         Review your order - Walmart.com







**Infringing Evi. 000142**

12/12/24, 11:01 AM                                                        Review your order - Walmart.com



Other ways to pay                                                                        ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☑ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

Try Walmart+ to save with free delivery from stores + so
much more*

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

3. Text updates for this order                                                           ⊖

**Infringing Evi. 000143**

2025/6/24 15:07                                                Seller StoreFront - Apmemiss (USA) - Walmart.com



# Apmemiss (USA)

📍 guangzhoushitianhequyinlijie95hao301shi
guangzhoushi, GD 510630, CN

✉ Contact seller | 📞 (+86) 19076160545

**Seller Reviews**                                                                          View all

**3.4 out of 5** ⭐⭐⭐⭐☆
229 ratings | 37 reviews

**About the Store**                                                                         View more

My shop mainly sells home decoration, kids toys, women's jewelry, kitchen products, gardening products, pet products, electronic products, etc, with a wide range of products, high quality and low price, and worry-free after sale.

🏬 Business Name: Guangzhouguanwangbangxiangbaoyouxiangongsi



**Featured**



Shop all

**Seller reviews**

**3.4 out of 5** ⭐⭐⭐⭐☆
229 ratings | 37 reviews



| | |
|---|---|
| 5 stars | 52% (118) |
| 4 stars | 7% (17) |
| 3 stars | 5% (12) |
| 2 stars | 3% (7) |
| 1 star | 33% (75) |

How seller rating is calculated ⓘ

**Showing 1 - 5 of 37 reviews**

⭐☆☆☆☆ Jun 11, 2025

 Walmart customer

It took about 2 months to get my order. Weeks for refund.

| | |
|---|---|
|  | **Item bought:**<br>Apmemiss 90 x 3 Inch Self Adhesive Flexible Foam Molding Trim Wallpaper Border 3D Sticky Decorative Wall Lines Peel and Stick Trim Wall Trim Baseboard Trim for Home, Office, Hotel DIY Decor |

⭐⭐⭐⭐⭐ May 13, 2025

🔍 Walmart customer

It came wrapped in plastic and in a box and it was in great shape no complaints

**Infringing Evi. 000144**

2025/6/24 15:07                                                    Seller StoreFront - Apmemiss (USA) - Walmart.com



**Item bought:**
Apmemiss Clearance Solar Panel Fans Kit Waterproof Outdoor Solar Powered Exhaust Ventilation Fan USB Portable Solar Attic Fan for Chicken Coop Greenhouse Shed PET Houses Window

★☆☆☆☆  Apr 30, 2025

🔍 **Walmart customer**

I ordered this item then read the reviews. Realized it wasn't what I needed. Mostly negative reviews. Attempted to cancel as it wasn't shipped. Still two weeks out. As soon as I did this I was notified by seller it was shipped. Still took almost two weeks to deliver. The item is junk nothing like baseboard flimsy poorly made. Done with this seller.



**Item bought:**
Apmemiss 90 x 3 Inch Self Adhesive Flexible Foam Molding Trim Wallpaper Border 3D Sticky Decorative Wall Lines Peel and Stick Trim Wall Trim Baseboard Trim for Home, Office, Hotel DIY Decor

★☆☆☆☆  Apr 21, 2025

🔍 **Walmart customer**

does not know how to rap packages for shipping is incompetent

**Item bought:**

★☆☆☆☆  Apr 18, 2025

🔍 **Walmart customer**

It actually arrived quicker than it was supposed to but it doesn't matter because it doesn't work

**Item bought:**
Apmemiss Clearance LED Lights Transparent Wall Clock Black Wind Rose Compass Direction Chart Nautical Acrylic Clock Decorative Wall Clock Sales Today Clearance

View all reviews (229)

**Infringing Evi. 000145**

**18    HUOWAHWJJ**

3/22/25, 7:57 PM                    Cheers.US Compressed Towels Tablet Towels Coin Tissue for Travel Camping Home Bathroom Beauty Salon Outdoor Sports - Walmart.com



Cheers.US

**Cheers.US Compressed Towels Tablet Towels Coin Tissue for Travel Camping Home Bathroom Beauty Salon Outdoor Sports**

☆ (No ratings yet)

**Actual Color:** White

$7.85

**About this item**

- This product is compact and simple, which is convenient and easy to use, mostly for hotel, travel, face, shower and so on.
- Featuring skin-friendly and breathable, this product is hygienic and comfortable to use since it has soft touch.
- Made of polyester and cotton material, this is wear-resistant and long lasting.
- There are 5 sizes in one sets.
- It is suitable for using on travel, camping, picnic and other outdoor activities.

**At a glance**

| Material | Pieces | Cloth type |
|---|---|---|
| Polyester,Cotton | 1 | Washcloths |

| Color | Brand | |
|---|---|---|
| White | Cheers.US | |

View all specifications

**$7.85**
Price when purchased online ⓘ
🚚 Free shipping   ↻ Free 30-day returns

| **Buy now** |
|---|
| **Add to cart** |

**How you'll get this item:**

| 🚚 Shipping Arrives Apr 11 Free | 🚗 Pickup Not available | 🛍 Delivery Not available |
|---|---|---|

**33 NW 21st Ave**  Change
Arrives by **Fri, Apr 11** | More options

🏷 Sold and shipped by HUOWAHWUJ

↻ Free 30-day returns  Details

♡ Add to list                                   🎁 Add to registry

Clearance                    Reduced price

**Infringing Evi. 000147**

3/22/25, 7:57 PM                    Cheers.US Compressed Towels Tablet Towels Coin Tissue for Travel Camping Home Bathroom Beauty Salon Outdoor Sports - Walmart.com







+2 options

## About this item

### Product details

**Description:**
This product is compact and simple, which is convenient and easy to use, mostly for hotel, travel, face, shower and so on.
Featuring skin-friendly and breathable, this product is hygienic and comfortable to use since it has soft touch.
Made of polyester and cotton material, this is wear-resistant and long lasting.
There are 3 sizes in one sets.
It is suitable for using on travel, camping, picnic and other outdoor activities.

Item Name: Compressed Towel
Material: Polyester,Cotton
Features: Convenient, Easy to Carry, Compressed
Size Details:
25*50cm Size: 4.5cm x 4.5cm x 0.8cm/1.77" x 1.77" x 0.31" (Approx.)
30*30cm Size: 6cm x 6cm x 1.3cm/2.36" x 2.36" x 0.51" (Approx.)
30*70cm Size: 6cm x 6cm x 1.9cm/2.36" x 2.36" x 0.75" (Approx.)

Notes:
Due to the light and screen setting difference, the item's color may be slightly different from the pictures.
Please allow slight dimension difference due to different manual measurement.

Package Includes:
Size 25cm*50cm
5 x Compressed Towel
or
Size 30cm*30cm
1 x Compressed Towel
or
Size 30cm*70cm
1 x Compressed Towel

- This product is compact and simple, which is convenient and easy to use, mostly for hotel, travel, face, shower and so on.
- Featuring skin-friendly and breathable, this product is hygienic and comfortable to use since it has soft touch.
- Made of polyester and cotton material, this is wear-resistant and long lasting.
- There are 3 sizes in one sets.
- It is suitable for using on travel, camping, picnic and other outdoor activities.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have
not verified it. See our disclaimer

### Specifications

**Brand**
Cheers.US

**Towel & Washcloth Type**
Washcloths

**Material**
Polyester,Cotton

**Fabric Content**
Polyester,Cotton

More details

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in
this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact
seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** California residents: This product can expose you to chemicals including diethylhexyl phthalate or lead, which are known
to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to
www.P65Warnings.ca.gov.







**Infringing Evi. 000148**

3/22/25, 7:57 PM                          Cheers.US Compressed Towels Tablet Towels Coin Tissue for Travel Camping Home Bathroom Beauty Salon Outdoor Sports - Walmart.com

+2 options

$9.04
More options from $8.89

Mlless Disposable Compressed Towel for Travel, Bath and Outdoor Activities

Shipping, arrives in 3+ days

+3 options

$6.92

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel, 28"X40"

Shipping, arrives in 3+ days

$3.39  +$3.00 shipping

Welolbie Compressed Towel Outdoor Travel Wipe Soft Cott

Shipping, arrives in 3+ days

---

Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

---



+2 options

$39.99
Options from $39.99 – $49.99

Delilah Home - Sustainable Living Sunset Beach Towel - Ultra Soft, Absorbent & Quick Dry Towel Made from Organic Cotton Material for Beach, Pool, Spa, Home, Hotel, and More - 36 x 70 Inch

★★★★★ 14

Shipping, arrives in 3+ days

$79.99

Beautyrest 6 Piece Set Cotton Feather Soft Towel with Ivory Finish BR73-2436

★★★★☆ 95

Shipping, arrives in 3+ days

$28.50

Beautyrest Transitional 6 Piece Set Cotton Feather Soft Tow

★★★★☆ 95

Shipping, arrives in 3+ days

**Infringing Evi. 000149**

**Report:** ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Disposable Towels Bathroom | Eco-Friendly Paper Towels |
| Commercial Paper Towels | Trk |
| Hygienic Towels | All Paper Towels |
| Paper Towels | White Towel Services |
| Salva Toallas | Brawny Paper Towels |
| Sparkle Paper Towels | Rollback in Kids' Towels |

Home / Bath / Bath Towels / Washcloths

**Infringing Evi. 000150**

3/22/25, 7:58 PM                                                     Review your order - Walmart.com







Infringing Evi. 000151

Review your order - Walmart.com



( Connect your bank )

---

**Other ways to pay**  ⌃

Pay with PayPal

☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

( affirm )

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱  **3. Text updates for this order**   ⊖

**Infringing Evi. 000152**

6/26/25, 12:37 AM                                        Seller StoreFront - HUOWAHWJJ - Walmart.com



## HUOWAHWJJ

humenzhenxiamiaoshangzhuqu
dongguanshi, GD 523000, CN

Contact seller  |  (+86) 19540713356

### Seller Reviews                                                                      View all

2.6 out of 5  ★★★☆☆
21 ratings  |  5 reviews

### About the Store                                                                     View more

Business Name: dongguanshiquanlimaoyiyouxiangongsi

Featured    Shop all

$5.11  +$2.00 shipping
Cheers US Flower Throw Pillow Covers 18 x 18 Inch Floral Decorative Throw Pillow Cases
Soft Outdoor Cushion Covers for Sofa Couch Bedroom Home Decor
★★☆☆☆ 13

Now $4.80  $5.98  +$2.00 shipping
Cheers US Baby Wipe Dispenser Baby Wipes Case Baby Wipe Holder Keeps Diaper Wipes
Fresh Easy Open & Close Wipe Container with Buckle Lid
★★★☆☆ 23

Now $15.92  $23.18  +$2.00 shipping
Cheers US 2Pcs/Set Styrofoam Foam Mannequin Wig Head Display Hat Cap Holder Black
Female Model
★★★★☆ 4



https://www.walmart.com/global/seller/101672390                                          1/2

6/26/25, 12:37 AM                    Seller StoreFront - HUOWAHWJJ - Walmart.com



★☆☆☆☆  Apr 26, 2025

🔲 Walmart customer

Did not get what we ordered. What we got was not similar to what we ordered!

Item bought:
Bee Day Artificial Wreath for Front Door, Bee Wreath with Sunflower Decor, Summer Bumble Bee Decor for Holiday Party Wedding Birthday Party Indoor Outdoor Farmhouse Decor

★★★★★  Apr 10, 2025

🔲 Walmart customer

The package ordered arrived on time and as described.

Item bought:
Walbest Shelf Liner Non-Adhesive PET Cabinet Drawer Liner, Kitchen Fridge Pad Refrigerator Mat, Moisture-proof Antibacterial Cabinet Mat Non-Slip Placemat, 11.8" x 11.8"

View all reviews (21)

**Infringing Evi. 000154**

# 19   MOQLOM

2/19/25, 10:12 AM                    PFFRIZ Plush Bath Towel Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Personalized Towels small Towel - Walmart.com



**Infringing Evi. 000156**

2/19/25, 10:12 AM                    PFFRIZ Plush Bath Towel Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Personalized Towels small Towel - Walmart.com



**Now $0.99** ~~$5.99~~ +$4.00 shipping

Wovilon 14X30 Inches Hand Towels (Blue), Wash Cloths for Showering, Body and Face, Baby Towels, Face Towels, Absorbent Superfine Fiber Soft Comfortable Washing Towel, Wash Rag, Dish Towels, 1PC

★★☆☆☆ 71

Shipping, arrives in 3+ days



**$2.99** +$1.99 shipping

BSJJY Towel Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Coral Fleece Towel Highly Absorbent Towel

Shipping, arrives in 3+ days



**$8.44** +$4.99 shipping

PFFRIZ Plush Bath Towel Textile Adult Household Soft Face small Towel

Shipping, arrives in 3+ days

---

## About this item

Product details                                                                                ∧

Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable

Feature:

Fashion design, New,high quality!

Material:cotton

Color: white

Unfold Size: 30 x 30cm

A clean fresh towel every time

Free from chemicals or detergents

Unfold immediately in water.

Convenient for travel, to activate

Can be used repeatly

Package Included:

1pcs Compressed Towel

- High water absorption: Our towels have strong water absorption but light weight. They provide a soft and delicate feeling to the body and help you gently dry the skin.
- Soft and Comfortable. Made of soft and breathable materials, it has a comfortable and does not irritate the skin. It is lightweight and soft, bringing you a delicate and making you feel comfortable during use.
- Multi-purpose. The perfect combination of softness and strength makes the towel set very suitable for daily use. Effectively use towels in bathrooms, gyms, beaches, swimming pools, salons, spas, and even camping.
- Trendy Design: A stylish and trendy exterior design with a variety of colors to choose from. Not is it powerful, but it also has a fashionable and trendy appearance, allowing you to showcase your style when using it.
- Gift Choice: Our towel is a gift idea for family and . Its versatile design suitable for all skin types and ages.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Compare with similar items                                                                      ∧



| | Viewing this item | | | | | | |
| | **Now $4.85** $5.99 | **$2.27** | **$2.94** | **$3.28** | **Now $8.77** $16.77 | **Now $0.73** $0.99 | **Now $4.88** $5.99 | **$4.99** |
| | PFFRIZ Plush Bath Towel Compressed... | Mainstays Bath Towel with Upgraded... | Mainstays 100% Cotton Bath Towel, Super Soft... | Viblome 2024 End-of-year savings... | Summer Savings Clearance Suncoda... | Clearance Towel under $1 Soft Towel Set 1 Bat... | Mainstays 18-Pack Washcloth Bundle,... | JeashCHAT Clearance Hand Towel... |
| | | ★★★★☆ 575 | ★★★★☆ 14752 | | ★★★☆☆ 228 | ★★★★☆ 8 | ★★★★☆ 13040 | ★★★★☆ 8 |
| Material | Cotton | Cotton | 100% Cotton | Cotton | 100%Polyester | coral fleece | - | polyester |
| Size | One Size | 24' x 46' | Bath Towel | Free Size | 11.02x9.06x0.79 | 14.5' x 29.5' | 11' x 11' | Free Size |
| Pieces | 1 | 1 | 1 | 1 | 2 | 2 | 18 | 1 |
| Decor style | Absorbent Towel | Classic | Traditional | - | bath towels | - | Classic | Modern |

See More ∨

Specifications                                                                                  ∧

**Brand**

PFFRIZ

**Towel & Washcloth Type**

Lightweight Towel Absorbent Towel Cotton Bath Towel Coral Velvet Bath Towel Coral Velvet Bath Towel Plush Bath Towel Bath Towels Set PFFRIZ Adults Bath Towel Quick Towel Soft Towel Kid Bath Towel Face Towel Bath Towel Set Large Bath Towel Quick Dry Towel Soft Towel Lightweight Towel Absorbent Towel Cotton Bath Towel Coral Velvet Bath Towel Coral Velvet Towel Plush Bath Towel Bath Towels Set Adults Bath Towel Kid Bath Towel Face Towel Bath Towel Set Large Bath Towel Medium Bath Towel small Towel Personalized Towels Set car drying towel Gym Towel Spa Towel Bathroom Towel Shower Towel Pool Towel Luxury Soft Towels kitchen towel bath towel Car towel hooded towel microfiber towel for hair travel towel fast drying lightweight Soft Comfortable Bathroom Towel Set Highly Absorbent Bathroom Towel Soft Bathroom Towel Oversized Bath Towel lightweight towel sets lightweight towel travel lightweight towels travel microfiber super absorbent towel wipe absorbent towel big quick dry towels bath quick dry towels camping quick dry towel set quick dry towels beach quick dry towel large ultra soft towel set ultra soft

**Infringing Evi. 000157**

2/19/25, 10:12 AM                              PFFRIZ Plush Bath Towel Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Personalized Towels small Towel - Walmart.com

towel face clean ultra soft towel set-quick drying soft towels and washcloths soft bath towel cotton bath towel sets large cotton bath towels cotton bath towels kids white cotton bath towels plush bath towel set blue plush bath towels turquoise plush bath towels gold plush bath towels emerald green plush bath towels flowers plush bath towels black plush bath towels gray bath towels adults elephant adults bath towels bath towels for adults stripes kid bath towels hooded kid bath towel cotton kid bath towels set of 544 kid bath towel set girl kid bath towel and washcloth set girls kid bath towel boy large bath towels extra large bath towels bulk large bath towels clearance extra large large bath towel sets large bath towels white Medium Bath Towel small Towel Personalized Towels Set car drying towel

**Material**

Cotton

**Fabric Content**

Cotton

More details

---

Directions                                                                                                                              ∧

**Fabric Care Instructions**

Lightweight Towel Absorbent Towel Cotton Bath Towel Coral Velvet Bath Towel Coral Velvet Towel Plush Bath Towel Bath Towels Set PFFRIZ Adults Bath Towel Quick Dry Towel Soft Towel Kid Bath Towel Face Towel Bath Towel Set Large Bath Towel Quick Dry Towel Soft Towel Lightweight Towel Absorbent Towel Cotton Bath Towel Coral Velvet Bath Towel Coral Velvet Towel Plush Bath Towel Bath Towels Set Adults Bath Towel Kid Bath Towel Face Towel Bath Towel Set Large Bath Towel Medium Bath Towel small Towel Personalized Towels Set car drying towel Gym Towel Spa Towel Bathroom Towel Shower Towel Pool Towel Luxury Soft Towels kitchen towel bath towel Car towel hooded towel microfiber towel for hair travel towel fast drying lightweight Soft Comfortable Bathroom Towel Set Highly Absorbent Bathroom Towel Soft Bathroom Towel Oversized Bath Towel lightweight towel sets lightweight towels bath lightweight towel travel lightweight towels travel microfiber super absorbent towel absorbent towel wipe absorbent towel big quick dry towels bath quick dry towels camping quick dry towels travel quick dry towel set quick dry towels beach quick dry towel large ultra soft towel set ultra soft towel face clean ultra soft towel set-quick drying soft towels and washcloths soft bath towel cotton bath towel sets large cotton bath towels cotton bath towels kids white cotton bath towels plush bath towel set blue plush bath towels turquoise plush bath towels gold plush bath towels emerald green plush bath towels flowers plush bath towels black plush bath towels gray bath towels adults elephant adults bath towels bath towels for adults stripes kid bath towels hooded kid bath towel cotton kid bath towels set of 544 kid bath towel set girl kid bath towel and washcloth set girls kid bath towel boy large bath towels extra large bath towels bulk large bath towels clearance extra large large bath towel sets large bath towels white Medium Bath Towel small Towel Personalized Towels Set car drying towel

---

Warranty                                                                                                                                ∧

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

Warnings                                                                                                                                ∧

⚠ **WARNING:** None

---



Clearance

Now **$4.85** $9.99 +$4.99 shipping
More options from $2.60
PFFRIZ Plush Bath Fashion Pattern Soft Towel Personalized Towels small Towel
Shipping, arrives **in 3+ days**



Clearance

+ Add

Now **$4.76** $9.99 +$3.99 shipping
PFFRIZ Soft Towel Portable Compressed Towel Disposable Face Towel Travel Towel Large Bath Towel 6pc Quick Dry Towel Adults Bath Towel
Shipping, arrives **in 3+ days**



Now **$8.77** $10.77 +$5.88 shipping
More options from $0.69
Summer Savings Clearance Suncoda Bath Towels, 2PCS Co
Lighter Weight, Quicker to Dry, Super Absorbent, Perfect B
⭐⭐⯪☆☆ 226
Shipping, arrives **in 3+ days**

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

---

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

**Infringing Evi. 000158**

2/19/25, 10:12 AM                                    PFFRIZ Plush Bath Towel Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Personalized Towels small Towel - Walmart.com



+ Add

$11.69

YOBOLK Cotton Hand Towel Set, White, 10 Count

Shipping, arrives **in 3+ days**



Options

100 PCS

+5 options

$13.11

More options from $8.13

100 Pcs Disposable Compressed Towels, Portable Face Towels, Compressed Paper Tablets, Magic Compressed Towels, Compressed Cotton Napkins, Tissues for Travel, Home, Outdoor Activities

Shipping, arrives **in 3+ days**



+ Add

$8.17

50 Pcs Compressed Towel Multi-function Travel Face Towel

Shipping, arrives **in 3+ days**



+ Add

Now **$4.99** $6.99  +$2.00 shipping

Aqyh Compressed Towel Easy to Use Hygienic Skin-friendly Disposable Face Towels for Travel

Shipping, arrives **in 3+ days**



Reduced price

Options

25*50cm

+2 options

Now **$4.89** $6.99  +$4.99 shipping

Options from $4.89 – $6.08

Disposable Magic Compressed Bath Face Travel Reusable Cotton Towel Washing Hotel Non Woven Mini Towel Face Portable Tube,5Pcs-25*50Cm

Shipping, arrives **in 3+ days**



+ Add

$5.99

RWVBM Compressed Travel Towel – Expandable Outdoor \ Sale Deals for Your Loved Home Essentials(White)

Shipping, arrives **in 3+ days**

---

**Report:**  ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

Brand: Kaufman                              Best Sport Fitness Towel

Greg Beach                                  Best Sports Fitness Towel

Diving Towel                                Dry Me A River Towel

Quick Dry Towels                            Hair Towels

Large Bath Towels                           Soft Bath Towels

Orange Bath Towels

Home  /  Bath  /  Bath Towels  /  White Towels

**Infringing Evi. 000159**

2/19/25, 10:13 AM                                    Review your order - Walmart.com



**1. Shipping, arrives by Thu, Mar 6**                                     ✓

Paula Stlouis                                                          Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                   Edit
House

**Items details**                                                Hide details
**Arrives by Thu, Mar 6**                                             1 item

Sold and shipped by MOQLOM
$4.99 seller shipping fee

PFFRIZ Plush Bath Towel Compressed Towel
Outdoor Travel Wipe Soft Cotton Expandable...
Actual Color: White

$0.54 from savings

**$4.85**
$5.39

Remove        −   1   +



| Subtotal (1 item) | $5.39 |
|---|---|
| **Savings** | **-$0.54** |
| | $4.85 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.69 |
| **Estimated total** | **$10.53** |

Have a promo code?                                    ⌄



**2. Payment method**                                                 ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

▭

**Continue**

● **one**

onepay  $10 cash back when you spend $10+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                       ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Infringing Evi. 000160

2/19/25, 10:13 AM                                                      Review your order - Walmart.com



**Infringing Evi. 000161**

2025/6/24 15:08                                             Seller StoreFront - MOQLOM - Walmart.com





**Infringing Evi. 000162**

2025/6/24 15:08                                    Seller StoreFront - MOQLOM - Walmart.com



**Item bought:**
PFFRIZ Thermal Lunch Box, 3 Layer 2100ml, Stackable Hot Food Insulated Box Stainless Steel Round Lunchbox Sealed Food Containers Vintage Lunch Clearance

★★☆☆☆ Jan 24, 2025

👤 Walmart customer

Took a a long time to fill this order. I am sure it is from China. Ordered in late October, arrived in early January.

**Item bought:**
PFFRIZ 1PC Gardens Weed Puller Manual Household Agricultural Tool Remover Weeding Loosening(30cm)

★★★★★ Nov 14, 2024

👤 Walmart customer

I didnt have to ckmmunicate with seller. Everything came as said.

**Item bought:**
PFFRIZ 25 Pcs Clean Reusable Long Straw with Pure Color Hard Straw Clearance

View all reviews (38)

**Infringing Evi. 000163**

# 20   Beisidaer

12/12/24, 8:25 AM                    Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com



Beisidaer

**Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel**

☆ (No ratings yet)

Actual Color: 5PCS-25*50CM

$6.51

**About this item**

- Made of high quality material, durable and practical to use.
- Perfect functions,give you a wonderful experience.
- If you have any questions, please feel free to contact us, we will solve it for you.
- Every customer can enjoy 30 days refund or replacement for Damaged/Quality Issues.
- Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel.

**At a glance**

| Cloth type | Color | Brand |
|---|---|---|
| Washcloths | 5PCS-25*50CM | Beisidaer |

View all specifications



**Infringing Evi. 000165**

12/12/24, 8:25 AM                          Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com



**+ Add**

$3.42  +$12.99 shipping

YIMWNY Disposable Pearl Pattern Bath Towel - Thickened Large Absorbent Cotton Towel for Camping, Business Travel, Hotel Use - Hygienic and Portable

Shipping, arrives **in 3+ days**



**+ Add**

$0.69  +$4.90 shipping

Kiteke Clearance 30*65 Water-Absorbent Hotel White Towel, Washcloths Hotel 30*65cm 1Pc White Cotton Hand Soft Bath Towels Bathroom Products, 1Pc Hand Towel

Shipping, arrives **in 3+ days**



**Options**

$14.21

Options from $14.21 – $14.40

Jitty 4 Pack Disposable Bath Towels Soft Cotton Towel Highly Absorbent 27x55 inch

★★★★★ 1

Save with W+

Shipping, arrives **in 2 days**



**+ Add**

Now $39.99  $69.99

Luxury Turkish Cotton Hotel & Spa Grade Bath Towels Set Collection - Ultra Absorbent and Soft

★★★★☆ 359

**2-day shipping**

Best seller



**+ Add**

$21.49

Case Lino 6 Pc Hand Towels, 100% Cotton Ultra Soft, Towels for Gym, Shower, Hotel, Blue Print

★★★★☆ 35

**2-day shipping**

Best seller



**+ Add**

$21.49

Case Lino 6 Pc Hand Towels, 100% Cotton Ultra Soft, Towels for Gym, Shower, Hotel, Prune

★★★★☆ 35

**2-day shipping**

## About this item

### Product details

**Features:**

*Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

*Great for your travel or outdoor activities like hiking, biking and camping

*Made of quality material, soft, skin-friendly and comfortable

*Compact in size, convenient to carry

*Can be put in jacket pocket, purse or cosmetic bag

*Can be used repeatedly

**Specifications:**

*Material:Cotton

*Optional Size:30*30cm; 30*70cm;5PCS-25*50CM;70*100CM;50*80CM
(After soaking in water) (Approx.)

*Color: White(As Pictures Show)

**Package Contents:**

1*Towel

**Note:** The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness of your monitor and light brightness.

- Made of high quality material, durable and practical to use.
- Perfect functions,give you a wonderful experience.
- If you have any questions, please feel free to contact us, we will solve it for you.
- Every customer can enjoy 30 days refund or replacement for Damaged/Quality Issues.
- Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Beisider

**Towel & Washcloth Type**
Washcloths

**Color**
5PCS-25*50CM

**Assembled Product Weight**
0.35 lb

More details

**Infringing Evi. 000166**

12/12/24, 8:25 AM                    Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com

Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details



Report incorrect product information

Customer ratings & reviews

0 ratings | 0 reviews

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

**Infringing Evi. 000167**

12/12/24, 8:25 AM                                          Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com



+ Add

Now $39.99 $69.99
Luxury Turkish Cotton Hotel & Spa Grade Bath Towels Set Collection - Ultra Absorbent and Soft
★★★★½ 359
2-day shipping



+ Add

$209.59
Belem Fast Drying Hotel Towels - Pack of 60 (24x48) White Large Bath Towels Bulk- Lightweight Economy Bulk Towels - Super Absorbing, Soft & Long Lasting Terry Towels for Commercial & Hotel Use
3+ day shipping



+ Add

$14.21
Jitty 4 Pack Disposable Bath Towels Soft Cotton Towel Set for Home Hotel Bathroom Spa Travel Highly Absorbent 27x55 inch
★★★★★ 1
2-day shipping



Options

$10.31  +$5.99 shipping
Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel
Shipping, arrives in 3+ days



Options
+3 options

$4.93  +$1.99 shipping
Options from $4.93 – $8.66
Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel
Shipping, arrives in 3+ days



+ Add

Now $6.92 $9.78  +$3.99 shipping
Verolina Disposable Magical Compressed Bath Travel R
Shipping, arrives in 3+ days

---

Report:  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Super Absorbent Towel | Terry Cloth Sheet |
| Microfiber Travel Towels | Water Absorbing Towel |
| Compact Bath | Double Sided Towel |
| Washcloths | Hair Towels |
| Japanese Washcloth | Soft Bath Towels |
| Quick Dry Towels | Large Bath Towels |

Home / Bath / Bath Towels / Washcloths

**Infringing Evi. 000168**

12/12/24, 8:26 AM                                                        Review your order - Walmart.com







**Infringing Evi. 000169**

12/12/24, 8:26 AM                                                                    Review your order - Walmart.com



**Infringing Evi. 000170**

6/26/25, 12:37 AM                                    Seller StoreFront - Beisidaer - Walmart.com



# Beisidaer

📍 suzhougongyeyuanqu loujianglu 93hao 3zhuang 103shi
  suzhoushi, JS 215000, CN

✉ Contact seller  |  📞 (+86) 19168536514

---

**Seller Reviews**                                                                    View all

**3.4 out of 5** ⭐⭐⭐½☆
58 ratings  |  14 reviews

---

**About the Store**                                                                   View more

Welcome to our store, we are a store with many years of experience in the distribution of home products. We are committed to providing buyers with high-quality products. We have professional customer service to solve your doubts. If you have any questions, please consult us. We will do our best to...

🏪  Business Name: suzhoubeisidaermaoyiyouxiangongsi

---


**Featured**


Shop all

**Seller reviews**

**3.4 out of 5** ⭐⭐⭐½☆
58 ratings  |  14 reviews

5 stars  ▮▮▮▮▮▮▮▮▮▮▮▮                                                          50% (29)
4 stars  ▮                                                                     5% (3)
3 stars  ▮▮                                                                    7% (4)
2 stars  ▮▮▮                                                                   10% (6)
1 star   ▮▮▮▮▮▮                                                                28% (16)

How seller rating is calculated ⓘ

Showing 1 - 5 of 14 reviews

---

⭐☆☆☆☆ Feb 3, 2025

 Walmart customer

the item was fine just didn't like how for some reason it was delayed 2 weeks when it was supposed to been in within 3 days of me ordering it

> 🔲 **Item bought:**
> Gas Fuel Tank Cap for 50Cc 70Cc 90Cc 110Cc Atv Quad 4 Wheeler Go Kart Taotao

---

⭐☆☆☆☆ Jan 29, 2025

🔲 Walmart customer

Took long. Flimsy package. Still waiting for my refund!

https://www.walmart.com/global/seller/101247771                                       1/2

**Infringing Evi. 000171**

6/26/25, 12:37 AM                                    Seller StoreFront - Beisidaer - Walmart.com



**Item bought:**
Double-Hole Basin Hot And Cold Water Faucet Bathroom Sink Mixing Valve Switch

★★★★☆  Jan 1, 2025

Walmart customer

accurately depiction the it showed. I was very happy with my purchase.

**Item bought:**
2Pcs 20A Sheathed Alligator Clips Electrical DIY Test Leads Crocodile Clips

★★★★★  Dec 5, 2024

Walmart customer

The product is as described by the seller. Reliable, communicative, serious and responsible seller.

**Item bought:**
Filter Replacement 90585 Foam Sleeve for Shop Vac Wet Dry Vacuums 90304 90350

★☆☆☆☆  Dec 2, 2024

Walmart customer

This seller is VERY SLOW to complete orders. I will Never order from them AGAIN!

**Item bought:**

View all reviews (58)

**Infringing Evi. 000172**

# 21   LiheShen

12/16/24, 9:45 AM                    NUOLUX 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com





Reduced price

NUOLUX

**NUOLUX 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White)**

☆ (No ratings yet)

Size: 20*22*2.2cm

| 20*22*2.2cm |
| :---: |
| Now $12.46 |

Actual Color: White

| White |
| :---: |

**About this item**

- Just add water or your favorite cleaning solution and you've got a sturdy and hygienic towel ready to use.
- Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go.
- High quality compressed towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.
- Skin-friendly and comfortable, and great water absorption.

**At a glance**

| Brand | Age group |
| :---: | :---: |
| NUOLUX | Adult |

View all specifications

**Now $12.46** ~~$14.16~~ ⓘ

You save  $1.70

Price when purchased online ⓘ

ⓘ Free Holiday returns until Jan 31

| Buy now |
| :---: |

| Add to cart |
| :---: |

**How do you want your item?**

| 🚚 Shipping Arrives Jan 4 $4.99 | 🚗 Pickup Not available | 🏬 Delivery Not available |
| :---: | :---: | :---: |

Delivery to 33 NW 21st Ave

Sold and shipped by LihaShen

★★★☆☆ 77 seller reviews

Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list                                                          🎁 Add to registry

**About this item**

Product details                                                                                      ⌃

Description

This portable compressed towel is for travel, sports, cosmetic and household use. It's made of cotton material which is eco-

**Infringing Evi. 000174**

12/16/24, 9:45 AM                    NUOLUX 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com

friendly and soft. It perfect for use at face, body and sensitive skin. Soft, gentle and fragrance free.

Features

- Color: White.
- Material: Cotton.
- Size: 20x22x2.2cm.
- Just add water or your favorite cleaning solution and you've got a sturdy and hygienic towel ready to use.
- Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go.
- compressed  towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.
- Skin-friendly and comfortable, and great water absorption.
- Suitable for facial cleanser, beauty remover, sensitive skin.
- Great for the outdoors, camping, hiking or out on the boat. Great for survival enthusiasts.

- Just add water or your favorite cleaning solution and youve got a sturdy and hygienic towel ready to use.
- Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go.
- High quality compressed towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.
- Skin-friendly and comfortable, and great water absorption.

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we
have not verified it. See our disclaimer

| Specifications | ⌃ |
|---|---|

**Brand**
NUOLUX

**Skin Type**
Sensitive

**Manufacturer Part Number**
EP1C46A14CIHVAUI6W

**Manufacturer**
NUOLUX

More details

| Warranty | ⌃ |
|---|---|

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those
displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller,
please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

| Warnings | ⌃ |
|---|---|

⚠️ **WARNING:** This product can expose you to chemicals including diethylhexyl phthalate or lead, which are known to the State
of California to cause cancer and birth defects or other reproductive harm. For more information go to
www.P65Warnings.ca.gov.

In 100+ people's carts                    In 100+ people's carts

$5.47  $18.23/100 ct          $5.47  $6.99  $18.23/100 ct          $13.95  93.0 c/count
Burt's Bees Soothing Facial Towelettes With Aloe Vera, 30 ct. Package     Burt's Bees Micellar Facial Towelettes with Coconut and Lotus, 30 ct. Package     Refreshing Deodorant Wipes for Women, Citrus Scent...
★★★★ 693           ★★★★ 588           ★★★★ 47
Save with W+          Save with W+          Save with W+
Shipping, arrives in 2 days        Shipping, arrives in 3+ days        Shipping, arrives in 2 days

💬  Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

**Infringing Evi. 000175**

12/16/24, 9:45 AM                                    NUOLUX 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com



Sponsored

**$10.00**
Options from $10.00 – $11.00

Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe

★★★☆☆ 2

Save with W+

Shipping, arrives **in 2 days**



**$9.64**

HBFAGFB Personal Care Soft Disposable Face Cloths Towel Cotton Wash Control Supersoft 60pcs White

★★★★★ 1

Shipping, arrives **in 3+ days**

Now **$7.30** $8.64
More options from $2.59

Ncandy 1 Pack of Face Towels-Big Sale! Disposable Face Cloths Towelettes for Washing and Drying for Cleansin

Shipping, arrives **in 3+ days**



**$9.71**

SUNFEX Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel

Shipping, arrives **in 3+ days**



+2 options

**$10.19**

Summark 1pcs Outdoor Travel Compression Square Towel Portable Wash Cotton Compression Travel Hotel Towel Home Garden Home Textile

Shipping, arrives **in 3+ days**



+2 options

**$5.53** +$1.00 shipping
Options from $5.53 – $8.99

Desertasis Styling Tools Appliances New Disposable Dr Baby Wipes Tablet Trave

Shipping, arrives **in 3+ days**

Report:    ⚐ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Facial Cloths Microfiber | Equate Beauty Face Wipes |
| Makeup Remover Wipes | Equate Wipes |
| Memoly | Polyte |
| Lamoutor | Rat Towel |
| Disposable Compressed Towel | Neutrogena Makeup Remover Wipes |
| Reusable Makeup Removers | Face Wipes |

Beauty  /  Skin Care  /  Face Cleansers  /  Face Wipes

**Infringing Evi. 000176**

12/16/24, 9:46 AM                                        Review your order - Walmart.com







https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                          1/2

**Infringing Evi. 000177**

( Connect your bank )

---

**Other ways to pay**  ⌃

Pay with PayPal

☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

( affirm )

---



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱 **3. Text updates for this order**          ⊖

**Infringing Evi. 000178**

2025/6/24 15:09

Seller StoreFront - LiheShen - Walmart.com



**Infringing Evi. 000179**

2025/6/24 15:09                                    Seller StoreFront - LiheShen - Walmart.com



★★★☆☆ Apr 26, 2025

👤 Walmart customer

The picture used to describe was quite deceiving in proportionate size.

> **Item bought:**
> Pot Pots Cactus Planter Flower Plant Bonsai Porcelain Clay Chinese Ceramic Small Indoor Garden Decorative Round

★★★★★ Apr 21, 2025

👤 Walmart customer

Exactly as advertised. A great value and a beautiful item.

> **Item bought:**
> OUNONA 35*25*15cm Multipurpose Rectangular Wicker Storage Basket with Removable Washable Liner Willow Woven Containers - Size M

View all reviews (172)

**Infringing Evi. 000180**

# 22   Yageerya

12/16/24, 9:51 AM                    Yageerya 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com



Yageerya

**Yageerya 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White)**

☆ (No ratings yet)

**About this item**

Yageerya 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White)

**At a glance**

| Color |
|---|
| White |

View all specifications

---

**$9.99**

Price when purchased online ⓘ

◉ Free Holiday returns until Jan 31

| Buy now |
|---|

| Add to cart |
|---|

**How do you want your item?**

| 🚚 Shipping<br>Arrives Jan 4<br>$5.49 | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |
|---|---|---|

Delivery to 33 NW 21st Ave

🏬 Sold and shipped by Yageerya

★★★★☆ 12 seller reviews

◉ Extended holiday returns    Details
Free Holiday returns until Jan 31

♡ Add to list                         🗓 Add to registry

---

**About this item**

Product details                                                                       ∧

**Description**

This portable compressed towel is for travel, sports, cosmetic and household use. It's made of cotton material which is eco-friendly and soft. It perfect for use at face, body and sensitive skin. Soft, gentle and fragrance free.

**Features**

- Color: White.
- Material: Cotton.
- Size: 20x22x2.2cm.
- Just add water or your favorite cleaning solution and you've got a sturdy and hygienic towel ready to use.
- Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go.
- compressed  towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.
- Skin-friendly and comfortable, and great water absorption.
- Suitable for facial cleanser, beauty remover, sensitive skin.
- Great for the outdoors, camping, hiking or out on the boat. Great for survival enthusiasts.

**Infringing Evi. 000182**

12/16/24, 9:51 AM

Yageerya 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com

Yageerya 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White)

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications ⌃

**Brand**
Yageerya

**Assembled Product Weight**
0.49 lb

**Manufacturer Part Number**
7688532

**Manufacturer**
Yageerya

More details

## Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

## Warnings ⌃

⚠️ **WARNING:** None

---

$10.00

Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe

★★★☆☆ 2

Save with W+

Shipping, arrives in 2 days

$9.64

HBFAGFB Personal Care Soft Disposable Face Cloths Towel Cotton Wash Control Supersoft 60pcs White

★★★★★ 1

Shipping, arrives in 3+ days

Now $7.30  $8.46
More options from $2.59

Ncandy1 Pack of Face Towels-Big Sale! Disposable Face Cloths Towelettes for Washing and Drying for Cleansin

Shipping, arrives in 3+ days

---

In 100+ people's carts

$5.47  $18.23/100 ct

Burt's Bees Soothing Facial Towelettes With Aloe Vera, 30 ct, Package

★★★★☆ 693

Save with W+

Shipping, arrives in 2 days

In 100+ people's carts

$5.47  $8.09  $18.23/100 ct

Burt's Bees Micellar Facial Towelettes with Coconut and Lotus, 30 ct, Package

★★★★☆ 588

Save with W+

Shipping, arrives in 3+ days

$13.95  $9.10 ¢/count

Refreshing Deodorant Wipes for Women, Citrus Scente

★★★★☆ 47

Save with W+

Shipping, arrives in 2 days

---

💬 Report incorrect product information

## Customer ratings & reviews

★★★★★ 0 ratings | 0 reviews

**This item does not have any reviews yet**

**Infringing Evi. 000183**

12/16/24, 9:51 AM                    Yageerya 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

Reduced price



+ Add

Now $12.46 ~~$18.91~~ +$4.99 shipping

NUOLUX 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White)

Shipping, arrives **in 3+ days**



Options

+2 options

$9.71

SUNFEX Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel

Shipping, arrives **in 3+ days**



Options

+2 options

$10.19

Summark 1pcs Outdoor Travel Compression Square Tow Hotel Towel Home Garden Home Textile

Shipping, arrives **in 3+ days**

**Report:**   ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Equate Wipes | Reusable Makeup Removers |
| Face Wipes | Makeup Remover Wipes |
| Victorism Towel | Facial Cloths Microfiber |
| Polyte | Equate Beauty Face Wipes |
| All Shop Towels | Lamoutor |
| Menoly | Rat Towel |

Beauty  /  Skin Care  /  Face Cleansers  /  Face Wipes

**Infringing Evi. 000184**

12/16/24, 9:52 AM                                     Review your order - Walmart.com



**1. Shipping, arrives by Fri, Jan 3, 2025**    ✓

Paula Stlouis                                                              Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                       Edit

House

**Items details**                                                    Hide details

Arrives by Fri, Jan 3, 2025                                                1 item

Sold and shipped by Yageerya
$5.49 seller shipping fee

Yageerya 100pcs Portable Compressed Towel
Face Towels Mini Disposable Facial Cleaning...

**$9.99**

Remove          −   1   +



| Subtotal (1 item) | $9.99 |
| Seller shipping | $5.49 |
| **Estimated taxes** | $1.08 |

**Estimated total**                    **$16.56**

Have a promo code?                          ⌄



**2. Payment method**    ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[                                                    ]

**Continue**

**⑤ one**

onepay  $15 cash back when you spend $15+          **Sign up**

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                          ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Connect your bank**

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                                      1/2

**Infringing Evi. 000185**

12/16/24, 9:52 AM                                                            Review your order - Walmart.com

**Other ways to pay**                                                        ∧

Pay with PayPal                          Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

*PayPal*                                     affirm



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱   **3. Text updates for this order**                                        ⊖

**Infringing Evi. 000186**

2025/6/24 15:09                                                Seller StoreFront - Yageerya - Walmart.com



# Yageerya   Pro Seller

📍 No. 138 Gaoxin South Seventh Road, High tech Zone Community, Yuehai Street, Nanshan District
Shenzhenshi, GD 518000, CN

✉ Contact seller | 📞 (+86) 18028704274

**Seller Reviews**                                                                          View all

**3.7 out of 5**  ⭐⭐⭐⭐☆

36 ratings | 7 reviews

> ✔ **What is a Pro Seller?**
>
> Pro Stores are top-performers with a proven track record
> of creating great shopping experiences for customers.

**About the Store**                                                                         View more

🏢 Business Name: shenzhen yageeryang dianzishangwu youxiangongsi

   

**Featured**   **Shop all**

**Seller reviews**

**3.7 out of 5**  ⭐⭐⭐⭐☆
36 ratings | 7 reviews



| | |
|---|---|
| 5 stars | 58% (21) |
| 4 stars | 3% (1) |
| 3 stars | 8% (3) |
| 2 stars | 14% (5) |
| 1 star | 17% (6) |

How seller rating is calculated  ⓘ

Showing 1 - 5 of 7 reviews

⭐☆☆☆☆  Jun 7, 2025

🔍 Walmart customer

false advertising put a little one foot long shovel handle amongst regular size shovel handle for and charged a ridiculous price for it I want my money back

> **Item bought:**
> Eease Wooden Shovel Handle for Gardening Tool Replacement

⭐⭐☆☆☆  Apr 20, 2025

https://www.walmart.com/global/seller/101641452                                             1/2

**Infringing Evi. 000187**

2025/6/24 15:09            Seller StoreFront - Yageerya - Walmart.com

**Walmart customer**

Contacted seller twice and never received a response

**Item bought:**
Yageerya Wooden Pepper Spice Mill and Salt Shaker Manual Pepper Kitchen Tool Spice Jar Seasoning Bottle ()

★★★★★ Jan 16, 2025

**Walmart customer**

Everything is great with each item. Thanks for having what I need.

**Item bought:**
Yage 1 Roll of Natural Sisal Rope Hemp Rope for Cat Tree Scratching Pad DIY Repairing

★☆☆☆☆ Jan 3, 2025

**Walmart customer**

The item I received, I am pleased with. However, I will not be ordering from this seller again. It took over 2 weeks for me to receive my item , which was unacceptable to me.

**Item bought:**
10 Pcs Buttons Cord Locks Black Cord Lock Stop Snap Hook Spring Rope Beer Belt Round Spring Button

★☆☆☆☆ Dec 31, 2024

**Walmart customer**

I wish I got all the pieces - I did not get all the pieces

**Item bought:**
Yageerya 10 Sets Snap Button Metal Snaps Fasteners Press Studs Buttons for Overcoat

View all reviews (36)

**Infringing Evi. 000188**

# 23   Crowdstar

12/11/24, 2:32 PM                     1Pcs Compressed Towel Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Thicker Style,12x28inch - Walmart.com



Amazing Fashion Decoration

**1Pcs Compressed Towel Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Thicker Style,12x28inch**

☆ (No ratings yet)

Actual Color: 30x70cm


$9.36

## About this item

- The compression size is very small, it can be easily placed in the bag, it is necessary for home travel.
- Soft and comfortable, super absorbent, fast dry hair.
- The fabric is soft, the seam is exquisite, the color fastness is high.
- Made of the microfibre which is durable, Eco-friendly, soft and comfortable, and it is easy to clean.
- Ideal for home, kitchen,bathroom ,office bar, hotel, outdoor and travel use.

## At a glance



| Material | Cloth type | Color |
|---|---|---|
| Cotton | Hand Towels | 30x70cm |

| Age group | Brand | |
|---|---|---|
| Adult, Teen | Amazing Fashion Decoration | |

View all specifications

**$9.36**

Price when purchased online ⓘ

🚚 Free shipping   ⟳ Free Holiday returns until Jan 31



| Buy now |
|---|

| Add to cart |
|---|

### How do you want your item?

| 🚚 Shipping Arrives Dec 27 Free | 🚗 Pickup Not available | 🏬 Delivery Not available |
|---|---|---|

Delivery to 33 NW 21st Ave

🏬 Sold and shipped by Crowdstar

★★★☆☆ 177 seller reviews

⟳ Extended holiday returns Details
Free Holiday returns until Jan 31

♡ Add to list                          ⊞ Add to registry

---

Best seller          Sponsored
**Now $26.24** $34.99
Casa Platino 100% Cotton Beach Towel, 6 Piece Beach Towels Oversized, 39"x71", Pool Towel, Oversized Beach Towel, Quick Dry Sand Towel, Travel towel - Multi Colors
★★★★☆ 546
2-day shipping

| + Add |
|---|

**Infringing Evi. 000190**

12/11/24, 2:32 PM                                1Pcs Compressed Towel Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Thicker Style,12x28inch - Walmart.com



+ Add

$8.87

Spring Saving Clearance Disposable Towel Thicker Compressed Towel Large Size Tissue Portable Washcloth Reusable For Travel Camping Hiking Outdoor Sports Beauty Salon

Shipping, arrives in 3+ days



Options

$14.21
Options from $14.40

Jitty 4 Pack Disposable Bath Towels Soft Cotton Towel Set for Home Hotel Bathroom Spa Travel Highly Absorbent 27x55 inch

★★★★★ 1

Save with W+

Shipping, arrives in 2 days



Options

+2 options

$10.50  •$6.28 shipping
More options from $8.50

Kitchen Towel, Face Towel, Navy Washcloth, Striped Pe Small Bath Washcloth, Hotel Towel,

Shipping, arrives in 3+ days



+ Add

Now $57.99  $64.99

Gold Textiles Hand Towel Bulk Pack of 60 Cotton Blend Towel Salons Gyms, Basic White 15x25 inches

★★★★☆ 30

3+ day shipping



+ Add

$39.99

White Classic Luxury Bath Sheet Towels Extra Large | Highly Absorbent Hotel spa Collection Bathroom Towel | 35x70 Inch | 2 Pack (Wine Red)

★★★★★ 637

2-day shipping



+ Add

$32.99

Anray Home 4 Pack Bath Towel Set 35"x70", Oversized Bathroom Towel Soft Plush Bath Sheet 600GSM Microfibers Extra Large Towels Highly Absorbent Quick Dry Towels Hotel Shower Towel

★★★★☆ 57

2-day shipping

## About this item

### Product details                                                                        ⌃

Compressed Towel Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Thicker Style
Features:
--The compression size is very small, it can be easily placed in the bag, it is necessary for home travel.
--Soft and comfortable, super absorbent, fast dry hair.
--The fabric is soft, the seam is exquisite, the color fastness is high.
--Made of the microfiber which is durable, Eco-friendly, soft and comfortable, and it is easy to clean.
--The towels are formaldehyde-free, do not consist of any fluorescent agents.
--Ideal for home, kitchen,bathroom ,office bar, hotel, outdoor and travel use.
--100% Satisfaction: You will love the soft, luxurious feel and the quality of new luxury hotel and spa collection bath towels.
--Our all towels are Eco-friendly: Our towels is chemical free, natural dyes that are safe for you and the environment. Get softer by each wash.

Specification:
Material:Cotton Blend
Color:White
Type :Towel
Pattern:Solid
Net Weight:0.03 kg
Size Chart:
A2 Compressed size:5.5*5.5*1.5 cm
A2 Expanded size:30*70 cm
A3 Expanded size:50*80 cm
A3 Compressed size:7*7*1.5 cm

Package include:
1*towel

Note:
1. Manual measurement of the size may have a certain error (within ± 1cm), the actual size shall prevail in kind.
2. Due to different light and shooting conditions, the picture color may differ from actual product. Please refer to the actual product.
thanks for your understanding!

• The compression size is very small, it can be easily placed in the bag, it is necessary for home travel.
• Soft and comfortable, super absorbent, fast dry hair.
• The fabric is soft, the seam is exquisite, the color fastness is high.
• Made of the microfiber which is durable, Eco-friendly, soft and comfortable, and it is easy to clean.
• Ideal for home, kitchen,bathroom ,office bar, hotel, outdoor and travel use.

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we
   have not verified it.  See our disclaimer

### Specifications                                                                         ⌃

**Brand**
Amazing Fashion Decoration

**Towel & Washcloth Type**
Hand Towels

**Material**
Cotton

**Color**
30x70cm

**Infringing Evi. 000191**

12/11/24, 2:32 PM    1Pcs Compressed Towel Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Thicker Style,12x28inch - Walmart.com

More details

**Warranty**

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty.

More details

💬 Report incorrect product information



$15.99
All Design Quick-Dry 4 Pieces White Hand Towels - Highly Absorbent 100% Turkish Cotton - Perfect Towel for Bathroom, Kitchen, Guests, Pool, Gym, Camp, Travel, Airbnb
★★★★★ (17)
2-day shipping

$13.99
2 Pack Microfiber Towel Quick Dry Bath Towels Super Absorbent for Sport Travel Swimming Beach Ultra Soft, Compact Microfiber Camping Towel Suitable for Hiking Gym Yoga
★★★☆☆ 3
2-day shipping

$13.99
Die Caprie Turkish Towel 100% Cotton Peshtemal Sand Free Beach Towel Travel Camping Bath Sauna Beach Gym Pool Yoga Blanket Gift Quick Dry Towels (Beach Towel, Blue)
★★★★★ (78)
2-day shipping

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.







Now $26.24  $34.99
Casa Platino 100% Cotton Beach Towel, 6 Piece Beach Towels Oversized, 39"x71", Pool Towel, Oversized Beach Quick Dry Sand Towel, Travel towel - Multi Colors

$15.99
All Design Quick-Dry 4 Pieces White Hand Towels - Highly Absorbent 100% Turkish Cotton - Perfect Towel for Bathroom, Kitchen, Guests, Pool, Gym, Camp, Travel, Airbnb

$13.99
2 Pack Microfiber Towel Quick Dry Bath Towels Super Absorbent for Sport Travel Swimming Beach Ultra Soft, Compact Microfiber Camping Towel Suitable for Hiking Gym Yoga

**Infringing Evi. 000192**

12/11/24, 2:32 PM                    1Pcs Compressed Towel Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Thicker Style,12x28inch - Walmart.com

★★★★☆ 146                      ★★★★★ 371                     ★★★☆☆ 3
2-day shipping                 2-day shipping                2-day shipping



$9.99  +$5.49 shipping

Yagerye 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White)

Shipping, arrives in 3+ days

$1.87  +$4.96 shipping

School Supplies Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable

Shipping, arrives in 3+ days

**Clearance**

Now $2.89  $3.29 +$4.99 shipping

PFFRIZ Plush Bath Towel Compressed Towel Outdoor T Personalized Towels small Towel

Shipping, arrives in 3+ days

Report:     Report seller     ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Diving Towel                                    Rolled Beach Towel

Best Sports Fitness Towel                        Magic Beach

Towel Heat                                       Fjus Beach

Home  /  Bath  /  Bath Towels  /  Hand Towels

**Infringing Evi. 000193**

12/11/24, 2:33 PM                                                Review your order - Walmart.com







**Infringing Evi. 000194**

12/11/24, 2:33 PM                                                                     Review your order - Walmart.com

Connect your bank

---

**Other ways to pay**                                                                    ⌃

Pay with PayPal                                      Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**            Items in your cart are not eligible for Affirm.

*PayPal*                                             affirm

---

Walmart+ ⚡ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>



---

📱 **3. Text updates for this order**                                                   ⊖

**Infringing Evi. 000195**

2025/6/24 15:10

Seller StoreFront - Crowdstar - Walmart.com



# Crowdstar

BaoAnQu ShYanJieDao ShuiTianSheQu JieJiaBaoLu
ShenZhenShi, GD 518101, CN

Contact seller | (+86) 15521291510

## Seller Reviews

View all

**2.9 out of 5** ★★★☆☆
306 ratings | 59 reviews

## About the Store

View more

Shenzhen Zhongxinda Technology Development Co.ltd

Business Name: Shenzhenshi Zhongxinda Keji Fazhan Youxian Gongsi



**Featured**    **Shop all**




+Add

$23.99 +$0.50 shipping
2Packs Artificial Plant Fake Tree for Indoor Outdoor House Home Office Modern Decoration Perfect Housewarming Gift,44 Inch
★★☆☆☆ 54



+Add

$21.99
Arts Large Wall Art Fall Scenery Canvas Prints Panorama Forest Wall Art in Vibrant Warm Colors Printed Painting Frameless Art Works Home Walls Canvas Art Wall Decor - 31.4x15.7inches
★★★☆☆ 17



+Add

$19.99
Recliner Covers Non Slip Waterproof Large Recliner Chair Covers for Leather Chairs Recliner Sofa Cover for Living Room Recliner Furniture Protectors Covers for Dog Pets
★★★☆☆ 16

## Seller reviews

**2.9 out of 5** ★★★☆☆
306 ratings | 59 reviews



5 stars — 39% (118)
4 stars — 8% (24)
3 stars — 7% (21)
2 stars — 2% (7)
1 star — 44% (136)

How seller rating is calculated ⓘ

**Showing 1 - 5 of 59 reviews**

★☆☆☆☆ May 27, 2025

Walmart customer

before I purchased I confirmed that these are just as the photo shows. i used both branches to make 1 fern and its not full at all.



**Item bought:**
2Packs Artificial Plant Fake Tree for Indoor Outdoor House Home Office Modern Decoration Perfect Housewarming Gift,44 Inch

★☆☆☆☆ May 26, 2025

Walmart customer

Fix your listing to accommodate truth, it does not fit oversized recliners or ALL as described



**Item bought:**
Stretch Recliner Slipcover Latest Jacquard Recliner Chair Cover with Side Pocket Anti-Slip Fitted Recliner Cover Couch Furniture Protector with Elastic Bottom

★★★★★ May 24, 2025

Walmart customer

Item went with a friend to Virginia. Don't really have any details.



**Item bought:**
Plus Size Zipper Compression Socks 20-30 mmHg for Men and Women, Wide Calf S-6XL, Comfortable Cotton

**Infringing Evi. 000196**

2025/6/24 15:10                                    Seller StoreFront - Crowdstar - Walmart.com



★★★★★ May 23, 2025

Walmart customer

Didn't require an inquiry with seller. Item arrived on time and not damaged.

**Item bought:**
1 Seat Recliner Cover, Fleece Stretch Reclining Chair Covers for 1 Cushion Reclining Sofa, Single Seat Pocket Jacquard Recliner Couch Cover, Thickened, Very Soft

★☆☆☆☆ May 23, 2025

Walmart customer

I have no idea. It never arrived. Shows delivery to another state . Chatted with, support, assured it would be corrected and arrive in a couple days. Another week %26 still nothing.

**Item bought:**
2 Sets Artificial Cemetery Flowers,Memorial Flowers,Beautiful Arrangements for Headstones, Long Spikes Outdoor Memorials

( View all reviews (306) )

**Infringing Evi. 000197**

# 24    Miangastore

12/12/24, 10:33 AM                    Mian 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com



Miangastore

**Mian 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White)**

☆ (No ratings yet)

Size: 20*22*2.2cm

| 20*22*2.2cm<br>$11.96 |
|---|

Actual Color: White

**About this item**

- Just add water or your favorite cleaning solution and youve got a sturdy and hygienic towel ready to use
- |Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go
- |High quality compressed towels is and convenient
- |Disposable and portable design is perfect for travel and outdoor use
- |Skin-friendly and comfortable, and great water absorption

**At a glance**

| Color |
|---|
| White |

View all specifications



**$11.96**

Price when purchased online ⓘ

⊙ Free Holiday returns until Jan 31

| Buy now |
|---|

| Add to cart |
|---|

**How do you want your item?**

| 🚚 Shipping<br>Arrives Dec 28<br>$2.79 | 🚗 Pickup<br>Not available | 🛍 Delivery<br>Not available |
|---|---|---|

Delivery to 33 NW 21st Ave

🏪 Sold and shipped by Miangastore

★★★½☆ 30 seller reviews

⊙ Extended holiday returns  Details
Free Holiday returns until Jan 31

| ♡ Add to list | 🗓 Add to registry |
|---|---|

**About this item**

Product details                                                                    ⌄

Description

This portable compressed towel is for travel, sports, cosmetic and household use. It's made of cotton material which is eco-friendly and soft. It perfect for use at face, body and sensitive skin. Soft, gentle and fragrance free.

**Infringing Evi. 000199**

12/12/24, 10:33 AM                         Mian 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com

Features

- Color: White.
- Material: Cotton.
- Size: 20x22x2.2cm.
- Just add water or your favorite cleaning solution and you've got a sturdy and hygienic towel ready to use.
- Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go.
- compressed  towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.
- Skin-friendly and comfortable, and great water absorption.
- Suitable for facial cleanser, beauty remover, sensitive skin.
- Great for the outdoors, camping, hiking or out on the boat. Great for survival enthusiasts.

  • Just add water or your favorite cleaning solution and youve got a sturdy and hygienic towel ready to use
  • (Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go
  • (High quality compressed towels is and convenient
  • (Disposable and portable design is perfect for travel and outdoor use
  • (Skin-friendly and comfortable, and great water absorption

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we
  have not verified it. See our disclaimer

---

Specifications                                                                                                            ∧

**Brand**
Miangestore

**Assembled Product Weight**
0.52 lb

**Manufacturer Part Number**
7688532#0524

**Manufacturer**
Miangestore

More details

---

Warranty                                                                                                                  ∧

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those
displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller,
please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

---

Warnings                                                                                                                  ∧

⚠ **WARNING:** None

---



Options

$10.00
Options from $10.00 – $11.00

Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe

★★★☆☆ 2

Save with W+

Shipping, arrives in 2 days



+ Add

$9.64

HBFAGFB Personal Care Soft Disposable Face Cloths Towel Cotton Wash Control Supersoft 60pcs
White

★★★★★ 1

Shipping, arrives in 3+ days



Options

Now $7.30 $8.44
More options from $2.59

Nicandy 1 Pack of Face Towels-Big Sale! Disposable Face
Cloths Towelettes for Washing and Drying for Cleansin

Shipping, arrives in 3+ days

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

**This item does not have any reviews yet**

---

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

**Infringing Evi. 000200**

12/12/24, 10:33 AM                    Mian 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com



$5.97   +$4.99 shipping
More options from $4.97

WQJNWEQ Clearance New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Gifts Makeup

Shipping, arrives in 3+ days



$6.39   +$3.00 shipping
Options from $6.39 – $11.49

Duklien Beauty Tools New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave (B)

Shipping, arrives in 3+ days

Clearance



Now $2.63   $5.99   +$5.00 shipping
More options from $1.13

Yxeeychen Beauty Toolsnew Disposable Dry Compress Tablet Travec

Shipping, arrives in 3+ days

---

**Report:**   ⓘ Report seller     ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Equate Beauty Face Wipes | Reusable Makeup Removers |
| Neutrogena Makeup Remover Wipes | Lemoutor |
| Polyte | Equate Wipes |
| Face Wipes | Victorium Towel |
| Makeup Remover Wipes | Facial Cloths Microfiber |
| Memoly | Rat Towel |

Beauty  /  Skin Care  /  Face Cleansers  /  Face Wipes

**Infringing Evi. 000201**

12/12/24, 10:34 AM                                                        Review your order - Walmart.com



**1. Shipping, arrives by Fri, Dec 27**                                 ✓

Paula Stlouis                                                           Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                   Edit

House

**Items details**                                                      Hide details
Arrives by Fri, Dec 27                                                 1 item

Sold and shipped by Miangastore
$2.79 seller shipping fee

Mian 100pcs Portable Compressed Towel Face
Towels Mini Disposable Facial Cleaning Towel...
Size: 20*22*2.2cm, Actual Color: White

**$11.96**

Remove          −   1   +

| | |
|---|---|
| Subtotal (1 item) | $11.96 |
| Seller shipping | $2.79 |
| **Estimated taxes** | $1.03 |
| **Estimated total** | **$15.78** |

Have a promo code?          ⌄

**2. Payment method**                                                  ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

● one

**onepay** $15 cash back when you spend $15+          Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                        ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                1/2

**Infringing Evi. 000202**

12/12/24, 10:34 AM                                                    Review your order - Walmart.com



Connect your bank

**Other ways to pay**  ︿

Pay with PayPal
☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm
Items in your cart are not eligible for Affirm.

affirm

Walmart✛ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱  3. Text updates for this order                                      ⊖

**Infringing Evi. 000203**

2025/6/24 15:10                                    Seller StoreFront - Miangastore - Walmart.com





**Infringing Evi. 000204**

2025/6/24 15:10                                    Seller StoreFront - Miangastore - Walmart.com



**Item bought:**
Qumonin Cake Pizza Takeout Insulated Bag Large-capacity Take-out Food Storage Bag Portable Food Preservation Bag

★☆☆☆☆ May 30, 2025

Walmart customer

very poor packaging. The tin pans arrived completely smashed and unusable.

**Item bought:**
5Pcs Aluminum Foil Pot With Lid Outdoor Camping Foil Pot Picnic Foil Baking Pan Food Heating Pot

★★★★☆ May 28, 2025

Walmart customer

Shipping took longer than normal, must have been out of country. Anticipate shipping time if needed quickly. I didn't need it quickly ao it was ok.

**Item bought:**
2 Pcs Grafting Knife Spare Blade 5.20X5.00X1.00CM Black

View all reviews (66)

**Infringing Evi. 000205**

**25    feishke**

2/21/25, 2:42 PM                                Deyared Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable on Clearance - Walmart.com



**Infringing Evi. 000207**

2/21/25, 2:42 PM                          Deyared Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable on Clearance - Walmart.com



**Infringing Evi. 000208**

2/21/25, 2:42 PM                                    Deyared Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable on Clearance - Walmart.com



**$9.06** +$9.99 shipping
Acrylic Small Shelf for Wall Storage Clear Adhesive Shelf for Living Room
Shipping, arrives in 3+ days

**$9.88** $4.94/ea
Mainstays 9.45" Wood Round Corner Floating Shelf, Set of 2, Black
★★★★½ 278
Save with W+
Pickup tomorrow
Delivery tomorrow

Sponsored
**$31.99**
More options from $25.99
Sorbus Floating Shelves - Wall-Mounted Storage for Kitche
★★★★★ 14
Save with W+
Shipping, arrives in 3 days

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

---

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.  Learn more.

---

Best seller



Sponsored
**$39.99**
Fonthcan 5 Tier Bathroom Slim Storage Shelving Unit for Small Space Bathroom Shelf Bathroom Towel Storage,Black
★★★★½ 212
Save with W+
Shipping, arrives in 2 days

Sponsored
**$23.99**
Floating Shelves with Wire Storage Basket, Bathroom Shelves Over Toilet, Set of 2
★★★★☆ 21
Save with W+
Shipping, arrives in 2 days

**$89.99**
NexLevel Fit 15-Pack Spring Loaded Shelf Pushers Kit for C
Products | Retail Shelf Organizers
Shipping, arrives in 3+ days

---

**Infringing Evi. 000209**

2/21/25, 2:42 PM                              Deyared Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable on Clearance - Walmart.com







**$11.28**
Options from $11.28 – $14.52

HFV8ISO Compressed Face Cleansing 30/50/300Pcs Travel Mini Disposable Care Cotton Towel

**$10.99**
More options from $7.99

Hoorane 30/50/300Pcs Travel Mini Disposable Compressed Face Cleansing Care Cotton Towel

**$7.59** +$3.97 shipping
Options from $7.59 – $12.22

Eusinu 30/50/300Pcs Travel Mini Disposable Compressed

---

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Organize It All Wall Decor

Bathroom Wall Shelves

Wall Bar Shelf

Bathroom Shelf Decor

Wall Shelves Shop All

Decorative Shelves

Floating Towel Shelf

Bar Shelves

Bathroom Shelf Decorations

Hanging Wall Shelves

Floating Kitchen Shelves

Shelves with Hooks

Home  /  Decor  /  Wall Decor  /  Wall Shelves  /  Wall Shelves Shop All

**Infringing Evi. 000210**

2/21/25, 2:43 PM                                  Review your order - Walmart.com



**1. Shipping, arrives by Mon, Mar 10**                    ✓

Paula Stlouis                                              Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                       Edit
House

**Items details**                                         Hide details
Arrives by Mon, Mar 10                                    1 item

Sold and shipped by feishke
$2.99 seller shipping fee

Deyared Compressed Towel Outdoor Travel Wipe
Soft Cotton Expandable on Clearance
Actual Color: B

$1.28 from savings

$1.24
~~$2.52~~

Remove          −   1   +



| Subtotal (1 item) | ~~$2.52~~ |
| Savings | -$1.28 |
| | $1.24 |
| Seller shipping | $2.99 |
| Estimated taxes | $0.30 |
| **Estimated total** | **$4.53** |

Have a promo code?                                         ⌄



**2. Payment method**                                      ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[                                                        ]

Continue

**one**

onepay   $10 cash back when you spend $10+          Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                            ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Infringing Evi. 000211

2/21/25, 2:43 PM                                                    Review your order - Walmart.com



Connect your bank

---

**Other ways to pay**                                                              ∧

Pay with PayPal                                      Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**             Items in your cart are not eligible for Affirm.

*PayPal*                                             affirm

---

Walmart+ ✕   Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱  3. Text updates for this order                                                 ⊖

**Infringing Evi. 000212**

6/26/25, 12:37 AM

Seller StoreFront - feishke - Walmart.com



# feishke

📍 guangzhoushitianhequyinglonglu
guangzhou, GD 510520, CN

✉ Contact seller | 📞 (+86) 18667003914

---

**Seller Reviews**                                                                          View all

**3.6 out of 5** ⭐⭐⭐⭐⭐
88 ratings | 17 reviews

---

**About the Store**                                                                         View more

🏢 Business Name: guangzhoushifeiwangshangmaoyiyouxiangongsi

---





**Featured**   **Shop all**

**Seller reviews**

**3.6 out of 5** ⭐⭐⭐⭐☆
88 ratings | 17 reviews



| | |
|---|---|
| 5 stars | 52% (46) |
| 4 stars | 11% (10) |
| 3 stars | 6% (5) |
| 2 stars | 3% (3) |
| 1 star | 27% (24) |

How seller rating is calculated  ⓘ

**Showing 1 - 5 of 17 reviews**

⭐☆☆☆☆  Jun 6, 2025

🔍 Walmart customer

It waa said to take 7 days well over a month. Lesson learned and to change it its not priced cheaper. Not sure why it needs more words for it to be accepted i think i made my point with the 1st sentence
... .... ...............

| **Item bought:** |
|---|
| Wind Chimes Outdoor Deep Tone, Wind Chime Outdoor Sympathy Wind-Chime With 6 , Elegant Chime For Garden Patio Black Windchimes |

⭐☆☆☆☆  May 31, 2025

🔍 Walmart customer

This item was not what I ordered. Very disappointed.

---

**Infringing Evi. 000213**

6/26/25, 12:37 AM
Seller StoreFront - feishke - Walmart.com



**Item bought:**

⭐⭐☆☆☆ May 16, 2025

🔍 **Walmart customer**

description and image were not accurate to the item received from the seller

**Item bought:**
Wind Chimes Outdoor Deep Tone, Wind Chime Outdoor Sympathy Wind-Chime With 6 , Elegant Chime For Garden Patio Black Windchimes

⭐☆☆☆☆ May 13, 2025

🔍 **Walmart customer**

AWFUL. WRONG DESCRIPTION, WRONG MATERIAL, NOT THE SAME ITEM!! WAITED FOR THIS LONG SHIPPING-WHY? I WILL RETURN

**Item bought:**

⭐⭐⭐⭐☆ Apr 30, 2025

🔍 **Walmart customer**

The communication was great, accuracy, hmm, it can fit a very small dog so i was surprised. It is made nice %26 a beautiful color.

**Item bought:**
Deyared Super Soft Warm Solid Warm Micro Plush Fleece Blanket Throw Rug Sofa Bedding 70x100cm on Clearance

View all reviews (88)

**Infringing Evi. 000214**

# 26   Dreamhall

12/11/24, 2:47 PM                Marbhall 5Pcs Disposable Compressed Towels, Compact Travel Wipe Soft Cotton Coin Tissue Toilet Paper Pills, for Home Bathroom Beauty Salon Travel Outdoors Camping 25*50cm - Walmart.com



Marbhall

**Marbhall 5Pcs Disposable Compressed Towels, Compact Travel Wipe Soft Cotton Coin Tissue Toilet Paper Pills, for Home Bathroom Beauty Salon Travel Outdoors Camping 25*50cm**

☆ (No ratings yet)

**Actual Color:** 25*50cm

$6.03

**About this item**

- *Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel
- *Great for your travel or outdoor activities like hiking, biking and camping
- *Made of quality material, soft, skin-friendly and comfortable
- *Compact in size, convenient to carry
- *Can be put in jacket pocket, purse or cosmetic bag

**At a glance**

| Cloth type Washcloths | Color 25*50cm | Brand Marbhall |
|---|---|---|

View all specifications



**Infringing Evi. 000216**

12/11/24, 2:47 PM    Marshall 5Pcs Disposable Compressed Towels, Compact Travel Wipe Soft Cotton Coin Tissue Toilet Paper Pills, for Home Bathroom Beauty Salon Travel Outdoors Camping 25*50cm - Walmart.com

+ Add

**Reduced price**

25*50cm

Options

+3 options

Now **$2.27** ~~$6.07~~ +$5.99 shipping

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives **in 3+ days**

**$4.99**

Dasoch Portable Cotton Disposable Compressed Washcloths, White

Save with W+

Shipping, arrives **in 2 days**

+ Add

**$9.66**

40pcs Towels Portable Compressed Towels Compresse for Travel Camping Compressed Towel Tablets

Shipping, arrives **in 3+ days**

**Best seller**

+ Add

**$41.99**

DAN RIVER 100% Cotton Oversized Bath Sheet Pack of 2 (Teal - 35x70 In) | 550 GSM Ultra Soft Shower Towels | Quick Dry & Highly Absorbent Beach Towels | Luxury Towel for Bathroom, Spa, Hotel & Gym

★★★★☆ 384

2-day shipping

**Deal**

+ Add

Now **$20.87** ~~$26.04~~

Dewalls Maisons 4-Pack Large Bath Towels, 100% Cotton 27x54 Inches, Quick Drying, Super Absorbent, Perfect for Daily Use, Bathroom & Hotel - Soft Green Color

★★★★☆ 130

2-day shipping

**Deal**

+ Add

Now **$26.39** ~~$32.99~~

Dewalls Maisons 4-Pack Large Bath Towels, 100% Cotton 27x54 Inches, Quick Drying, Super Absorbent, Perfect for Daily Use, Bathroom & Hotel - Soft Green Color

★★★★☆ 130

2-day shipping

## About this item

### Product details

**Features:**

*Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

*Great for your travel or outdoor activities like hiking, biking and camping

*Made of quality material, soft, skin-friendly and comfortable

*Compact in size, convenient to carry

*Can be put in jacket pocket, purse or cosmetic bag

*Can be used repeatedly

**Specifications:**

*Material:Cotton

*Optional Size:30*30cm; 30*70cm;5PCS-25*50CM;70*100CM;50*80CM

(After soaking in water) (Approx.)

*Color: White(As Pictures Show)

**Package Contents:**

1*Towel

**Note: The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness of your monitor and light brightness.**

- *Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel
- *Great for your travel or outdoor activities like hiking, biking and camping
- *Made of quality material, soft, skin-friendly and comfortable
- *Compact in size, convenient to carry
- *Can be put in jacket pocket, purse or cosmetic bag

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**

Marshall

**Towel & Washcloth Type**

Washcloths

**Color**

25*50cm

**Assembled Product Weight**

0.14 lb

**Infringing Evi. 000217**

12/11/24, 2:47 PM                    Marshall 5Pcs Disposable Compressed Towels, Compact Travel Wipe Soft Cotton Coin Tissue Toilet Paper Pills, for Home Bathroom Beauty Salon Travel Outdoors Camping 25*50cm - Walmart.com

More details

**Warranty**

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty.

More details



Reduced price

Sponsored
Now $17.14 $22.99
More options from $14.99
SPRINGFIELD LINEN 6 Piece Set Bath Towel Towel Blue 2 Bath Towel, 2 Hand Towel And 2 Washcloths
793
Save with W+
Shipping, arrives in 2 days

Best seller
Sponsored
$19.99 $22.99
Living Fashions Luxurious Washcloths - Set of 12 - Size 13" x 13" - Absorbent and Soft Cotton Wash Cloth for Body and Face
992
Save with W+
Shipping, arrives in 2 days

Deal
Now $15.99 $18.99
More options from $10.49
GLAMBURG Ultra Soft 6 Pack Cotton Towel Set, Conta 16x24 inch & 2 Wash Cloths 12x12 inch, Compact Lightw Turquoise
691
Save with W+
Shipping, arrives in 2 days

Report incorrect product information

$14.21
Jitty 4 Pack Disposable Bath Towels Soft Cotton Towel Set for Home Hotel Bathroom Spa Travel Highly Absorbent 27x55 inch
1
2-day shipping

$14.40
Jitty 4 Sets Disposable 1 Hand + 1 Bath Towel Set Soft Cotton for Home Hotel Bathroom Spa Travel Highly Absorbent
1
2-day shipping

Best seller
Now $39.99 $59.99
American Soft Linen Luxury 6 Piece Bath Towel Set, 100% Cotton Turkish Towels for Bathroom, Purple
1896
2-day shipping

**Customer ratings & reviews**

0 ratings | 0 reviews

This item does not have any reviews yet

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

**Infringing Evi. 000218**

12/11/24, 2:47 PM                    Marshall 5Pcs Disposable Compressed Towels, Compact Travel Wipe Soft Cotton Coin Tissue Toilet Paper Pills, for Home Bathroom Beauty Salon Travel Outdoors Camping 25*50cm - Walmart.com



**Clearance**

$7.22
More options from $2.94
JiigTeook Home Essential Cotton Waffle Wash Cloths for Showering Face Body, Premium Qualit Thin Washclohts Face Wash Cloth, Quick Drying Small Hand Towels for Bathroom Face Towel(13.78"*29.53in)
Shipping, arrives in 3+ days



$9.00  +$0.89 shipping
Disposable Bath Towel Pure Cotton Water Absorption Towel Body Wash Cloth Shower Towel for Hotel Travel Trip (70x100cm)
Shipping, arrives in 3+ days



$11.41
50 Pcs Compressed Towel Washcloths for Travel Towels
Shipping, arrives in 3+ days



$14.21
Jitty 4 Pack Disposable Bath Towels Soft Cotton Towel Set for Home Hotel Bathroom Spa Travel Highly Absorbent 27x55 inch
★★★★★ 1
2-day shipping



$23.69
QCQHDU Beach Towel 2 Pack,Quick Dry, Sand Free, Compact, Lightweight, Big Cabana Swim Travel Towel for Adults Mens Women,Black(180cm,70x35in)
2-day shipping



$26.99
MoNiBloom 100% Cotton Bath Sheet, GSM 600 Oversized Soft Bath Towel, Absorbent Quick Dry Bath Sheet Towel for Spa Hotel, 35x70 in, Lavender
★★★★☆ 7
3+ day shipping



**Clearance**

Now $0.97  $5.89  +$4.47 shipping
Goguuu Wash Cloths,  Wash Cloths for Showering Clearance Sales Today Deals Prime Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable
Shipping, arrives in 3+ days



$2.89  +$4.77 shipping
More options from $2.39
Vadktai Deals 50PCS Disposable Portable Compression Face Towel Cotton Washcloth for Travel, Home, Camping and other Outdoor Activities
Shipping, arrives in 3+ days



$11.96  +$2.79 shipping
Mian 100pcs Portable Compressed Towel Face Towels for Travel Outdoor (White)
Shipping, arrives in 3+ days

Report:  ⓘ Report seller     ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Compressed Towel Tablets                    Banjoli Cloth

Compress Towel Tablet                        Single Stroke Roll

Kleenex Hand Wipes                           Total Wipe Out

Commercial Facial Tissue                     Eco-Friendly Paper Towels

Scott                                        Commercial Paper Towels

Flushable Wipes

**Infringing Evi. 000219**

12/11/24, 2:47 PM                    Marbhall 5Pcs Disposable Compressed Towels, Compact Travel Wipe Soft Cotton Coin Tissue Toilet Paper Pills, for Home Bathroom Beauty Salon Travel Outdoors Camping 25*50cm - Walmart.com

Home / Bath / Bath Towels / Washcloths

**Infringing Evi. 000220**

12/11/24, 2:48 PM                                          Review your order - Walmart.com



### 1. Shipping, arrives by Thu, Dec 26 ✓

Paula Stlouis                                                                                Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                                        Edit

House

**Items details**                                                                      Hide details
Arrives by Thu, Dec 26                                                                      1 item

Sold and shipped by Dreamhall
$2.99 seller shipping fee

Marbhall 5Pcs Disposable Compressed Towels,
Compact Travel Wipe Soft Cotton Coin Tissue...
Actual Color: 25*50cm

$6.03

Remove        −   1   +



| Subtotal (1 item) | $6.03 |
|---|---|
| Seller shipping | $2.99 |
| **Estimated taxes** | $0.63 |
| **Estimated total** | **$9.65** |

Have a promo code?                                  ⌄



### 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                          ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 000221**



Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>

---

📱  **3. Text updates for this order**                                    ⊖

**Infringing Evi. 000222**

2025/6/24 15:11                                                                            Seller StoreFront - Dreamhall - Walmart.com



# Dreamhall

shenzhenshi,longgangqu,bantianjiedao,gangtoushequ tiananyunguerqi(02-08dikuai) 11dong 1406C qu
shenzhenshi, GD 518000, CN

Contact seller  |  (+86) 19926823420

## Seller Reviews                                                                          View all

**3.2 out of 5**  ★★★☆☆
91 ratings  |  14 reviews

## About the Store                                                                         View more

shenzhenshitongdazhoukejiyouxiangongsi company's business scope includes: sales of Hardline (auto parts, outdoor activities, fitness equipment, stationery, gardening, hardware, DIY, etc.), focusing on cross-border export trade.

▦  Business Name: shenzhenshitongdazhoukejiyouxiangongsi



**Featured**



Shop all

## Seller reviews

**3.2 out of 5**  ★★★☆☆
91 ratings  |  14 reviews



5 stars                                                                                    45% (41)
4 stars                                                                                    9% (8)
3 stars                                                                                    3% (3)
2 stars                                                                                    7% (6)
1 star                                                                                     36% (33)

How seller rating is calculated  ⓘ

Showing 1 - 5 of 14 reviews

★☆☆☆☆  Apr 25, 2025

Q  Walmart customer

original packing was torn, contents emptied into shipping envelope, was shorted 1 out of 2 of the test tube w/blue top



**Item bought:**
10ml Soil Test Kit Liquids Solution PH Measurement Agriculture Gardening Test

★★★★★  Apr 8, 2025

Q  Walmart customer

Shipping time was standard , satisfied with seller

**Infringing Evi. 000223**

2025/6/24 15:11                                  Seller StoreFront - Dreamhall - Walmart.com

**Item bought:**
Exhaust Hose for Power Generator, Stainless Steel Exhaust Pipe, Auxiliary Heater

★☆☆☆☆  Feb 27, 2025

Walmart customer

This seller is not understanding request and just answering anything for sake of answering. Multiple nonsense questions including trashing electrical items and send picture. My simple request is to send me return label because your item do not have bar code and walmart is not able to initiate return. It is more than 7 days , emails going asking me send me this picture and that picture all crap. Extremely disappointed and dissatisfaction experience with this seller. Hopefully walmart takes a strict action against these sellers.

**Item bought:**
HY1533RX 6V12V Children\'s Electric Toy Car 2.4G Remote Control or Receiver

★★★★★  Jan 16, 2025

Walmart customer

Received delivery-progress notifications on a timely basis.

**Item bought:**
Marbhall Wooden Salad Bowl Serving Cooking Kitchen Bowls Cutlery Basin Fruit Bowl Brown

★★★★★  Nov 26, 2024

Walmart customer

Made a mistake in the order and corrected it right away Very easy problem to solve with out getting the run around.

**Item bought:**
3Sets BPV31 Bullet Piercing Tap Valve Kit U-type Charging Hose Refrigerant Can Tank

View all reviews (91)

**Infringing Evi. 000224**

# 27   Veronic

12/11/24, 2:51 PM                    50pcs 20x22cm Portable Compressed Travel Towel Mini Disposable Compressed Towel Tablets - Walmart.com



Veronic

**50pcs 20x22cm Portable Compressed Travel Towel Mini Disposable Compressed Towel Tablets**

☆ (No ratings yet)

**Actual Color:** As Shown

As Shown
$7.49

**About this item**

- for travel, sports, outdoor and household use
- |High quality cotton compressed towels is and convenient
- |Disposable and portable design is perfect for travel and outdoor use
- |Skin-friendly and comfortable, and great water absorption
- |Suitable for facial cleanser, beauty remover, sensitive skin

**At a glance**

| Brand | Assembled Product Weight | Manufacturer Part Number |
|---|---|---|
| Veronic | 0.25 lb | 5263778 |
| Model | Manufacturer | Assembled Product Dimensions (L x W x H) |
| 5263778 | Veronic | 8.66 x 7.87 x 0.04 Inches |



**$7.49**

Price when purchased online ⓘ

◉ Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

**How do you want your item?**

| 🚚 Shipping Arrives Dec 27 $3.50 | 🚗 Pickup Not available | 🏬 Delivery Not available |
|---|---|---|

Delivery to 33 NW 21st Ave

🏪 Sold and shipped by  Veronic

★★★☆☆  3 seller reviews

◉ Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list                    ⊞ Add to registry

**About this item**

Product details                                                                        ⌄

**Description**

?
This portable product is for travel, sports, cosmetic and household use. It's made of compressed cotton towels which is eco-friendly and compostable. It perfect for use at face, body and sensitive skin.
?
**Features**
?
- Color: White.

**Infringing Evi. 000226**

12/11/24, 2:51 PM                                    50pcs 20x22cm Portable Compressed Travel Towel Mini Disposable Compressed Towel Tablets - Walmart.com



- Material: Cotton.
- Size: Approx. 22x20x0.3cm.
- for travel, sports, outdoor and household use.
- cotton compressed? towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.
- Skin-friendly and comfortable, and great water absorption.
- Suitable for facial cleanser, beauty remover, sensitive skin.
- Warm Tip: Dear buyer, due to lighting effect, monitor's brightness, manual measurement, etc., there could be some slight differences in the color and size between the photo and the actual item. Sincerely hope that you can understand! Thank you!

- for travel, sports, outdoor and household use
- (High quality cotton compressed towels is and convenient
- (Disposable and portable design is perfect for travel and outdoor use
- (Skin-friendly and comfortable, and great water absorption
- (Suitable for facial cleanser, beauty remover, sensitive skin

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

Specifications                                                                                                                                        ^

**Brand**
Veronic

**Assembled Product Weight**
0.25 lb

**Manufacturer Part Number**
5263778

**Model**
5263778

More details

---

Warranty                                                                                                                                              ^

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

---

Warnings                                                                                                                                              ^

⚠ **WARNING:** None

---



Sponsored
$10.00
Options from $10.00 – $11.00
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★☆☆ 2
Save with W+
Shipping, arrives in 2 days



+3 options

Sponsored
$7.98
Options from $7.98 – $25.98
Yoneston Disposable Face Towels, 10" x 12" Biodegradable Large Face Skin Clean Washcloth for Sensitive Skin, Makeup Remover, Facial Cleansing, Nursing, Travel, 50 Count (1 Pack)
★★★☆☆ 3
Save with W+
Shipping, arrives in 3+ days



Sponsored
$28.99
More options from $9.99
PoeticEHome Cotton Face Dry Wipes – Extra Thick Disposable Tissue Cloths 2-Pack
★★★★½ 10
Save with W+
Shipping, arrives in 2 days

---

💬 Report incorrect product information

---



$9.97
FreshUps™ Disposable Face Towels XL - Biobased Facial Towel, Makeup Remover Dry Wipe, Spa Quality Soft, 50 ct
★★★★★ 1
2-day shipping



$10.00  200 ct count
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★☆☆ 2
2-day shipping



Now $32.99  $32.79
Winner Disposable Face Towel, 100% Cotton Face Towels, Ultra Soft Makeup Remover Dry Wipes, Thick Face Towellete for Sensitive Skin, 480 Count
★★★★½ 107
2-day shipping

---

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**Infringing Evi. 000227**

12/11/24, 2:51 PM                                    50pcs 20x22cm Portable Compressed Travel Towel Mini Disposable Compressed Towel Tablets - Walmart.com

This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.



+ Add

$9.97
FreshUps" Disposable Face Towels XL - Biobased Facial Towel, Makeup Remover Dry Wipe, Spa Quality Soft, 50 ct
★★★★★ 1

2-day shipping



+ Add

$10.00  20.0 ¢/count
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★☆☆ 2

2-day shipping

Reduced price


+ Add

Now $13.99  $25.99
FACEMADE Clean Towels 60 Ct - Size 11.5" x 11.1", Disposable Face Towelette, Makeup Remover Wipes, Facial Washcloth, Multi-Purpose Cotton Tissues for Personal Care
★★★★★ (155)

2-day shipping



+ Add

$6.03  +$2.99 shipping
Marbhall 5Pcs Disposable Compressed Towels, Compact Travel Wipe Soft Cotton Coin Tissue Toilet Paper Pills, for Home Bathroom Beauty Salon Travel Outdoors Camping 25*50cm
Shipping, arrives in 3+ days

Clearance


+ Add

Now $0.97  $1.49  +$4.47 shipping
Gogusuu Wash Cloths， Wash Cloths for Showering Clearance Sales Today Deals Prime Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable
Shipping, arrives in 3+ days



Options

$2.89  +$4.77 shipping
More options from $2.39
Vadktai Deals 50PCS Disposable Portable Compression Home, Camping and other Outdoor Activities
Shipping, arrives in 3+ days

**Report:**   ⊘ Report seller    |    ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Facial Cloths Microfiber                                    Moonqueen

Hopeshine                                                  Disposable Face Towel

Fingertip Towels Black                                     Facial Towels

Equate Beauty Face Wipes                                   Face Wipes

Equate Wipes                                               Makeup Remover Wipes

Adult Wipes                                                All Makeup Removers

Beauty  |  Skin Care  |  Face Cleansers  |  Face Wipes

**Infringing Evi. 000228**

12/11/24, 2:51 PM                    50pcs 20x22cm Portable Compressed Travel Towel Mini Disposable Compressed Towel Tablets - Walmart.com

**Infringing Evi. 000229**

12/11/24, 2:52 PM                                                           Review your order - Walmart.com



**1. Shipping, arrives by Thu, Dec 26**                          ✓

Paula Stlouis                                                    Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                            Edit

House

**Items details**                                               Hide details

Arrives by Thu, Dec 26                                          1 item

Sold and shipped by Veronic
$3.50 seller shipping fee

50pcs 20x22cm Portable Compressed Travel Towel Mini Disposable Compressed Towel Tablets
Actual Color: As Shown

$7.49

Remove      −  1  +



Subtotal (1 item)                                               $7.49
Seller shipping                                                 $3.50
**Estimated taxes**                                             $0.77

**Estimated total**                                             **$11.76**

Have a promo code?                                              ⌄



**2. Payment method**                                           ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**one**

onepay  $15 cash back when you spend $15+      Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                 ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                    1/2

**Infringing Evi. 000230**

12/11/24, 2:52 PM                                                          Review your order - Walmart.com



Connect your bank

---

**Other ways to pay**                                                                    ⌃

Pay with PayPal                                    Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**          Items in your cart are not eligible for Affirm.

*PayPal*                                           affirm

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱  3. Text updates for this order                                              ⊖

**Infringing Evi. 000231**

2025/6/24 15:11 Seller StoreFront - Veronic-Home - Walmart.com



**Infringing Evi. 000232**

2025/6/24 15:11                                 Seller StoreFront - Veronic-Home - Walmart.com



**Item bought:**
16Pcs Sponge Hair Curler Curler Sleeping Women Hair Roller Small Hair Styling Tool

★★☆☆☆  Nov 25, 2024

👤  Walmart customer

Design and sizes as ordered . Description of item states "COLORS AS SHOWN" 6 different colors. received 6 ALL PINK. Not granddaughters favorite color. Unable to contact seller to find resolution to this issue.

**Item bought:**

View all reviews (12)

**Infringing Evi. 000233**

## 28   NCHkunZ

5/11/25, 7:23 AM                Rkxzt Just Released！Travel Soft Microfiber Towel,Compact & Expandable,Quick Dry,Durable,Beach,Camping,Outdoor,Perfect for Hiking & Sports,Toalla comprimida|As Show,White - Walmart.com



Rkxzt

**Rkxzt Just Released！Travel Soft Microfiber Towel,Compact & Expandable,Quick Dry,Durable,Beach,Camping,Outdoor,Perfect for Hiking & Sports,Toalla comprimida|As Show,White**

☆ (No ratings yet)

**Actual Color:** White-932

$14.21

**Size:** Free Size

Free Size

**About this item**

- Rkxzt Just Released！Travel Soft Microfiber Towel,Compact & Expandable,Quick Dry,Durable,Beach,Camping,Outdoor,Perfect for Hiking & Sports,Toalla comprimida|As Show,White
- Toalla comprimida para viajes al aire libre, suave y expandible
- ♥Package Includes:5*Compressed towel
- ♥【Warm Tip】In order to have a comfortable shopping experience, if you have any questions about products or after-sales, please feel free to contact me and I will solve them for you as soon as possible.
- ♥【Notice】Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed in the pictures.
- Clearance Items;Fall Decor;Home Essentials;Home Decor Clearance;lightning deals of today prime;prime day deals today 2025;home decor;home;deals of the day clearance;clearance sales today deals prime;black friday deals;cyber monday deals 2025;Halloween; Thanksgiving Day; Christmas

View more ∨

**At a glance**

| Size | Pieces | Decor style |
|------|--------|-------------|
| Free Size | 1 | Bohemian |

| Color | Brand | |
|-------|-------|--|
| White-932 | Rkxzt | |

View all specifications

**$14.21**

Price when purchased online ⓘ

↻ Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| 🚚 Shipping<br>Arrives Jun 3<br>$7.99 | 🚗 Pickup<br>Not available | 🛍️ Delivery<br>Not available |
|---|---|---|

**33 NW 21st Ave** Change

Arrives by **Tue, Jun 3** | More options

Shipping fee $7.99

🏬 Sold and shipped by NCHkunZ

↻ Free 30-day returns  Details

♡ Add to list                                   🎁 Add to registry

Clearance

**Infringing Evi. 000235**

5/11/25, 7:23 AM                    Rkxzt Just Released！ Travel Soft Microfiber Towel,Compact & Expandable,Quick Dry,Durable,Beach,Camping,Outdoor,Perfect for Hiking & Sports,Toalla comprimida|As Show,White - Walmart.com



**Now $29.59** ~~$56.00~~
Options from $29.59 – $56.00

Infinitee Xclusives Premium Light Grey Bath Towel Set - (Pack of 8) - 2 Bath, 2 Hand & 4 Washcloths
★★★★½ 33

**$11.20**

Mainstays 18-Pack Washcloth Bundle, White

Shipping, arrives **in 3+ days**

**Now $3.85** ~~$9.99~~ +$5.59 shipping
More options from $2.91

Recards 70*140CM Absorbent Microfiber Bath Beach Towel
Shipping, arrives **in 3+ days**

---

## About this item

### Product details

❤♥❤Welcome To The XJVLianMY Store, Where More Treasures Of High Quality And Low Prices Await You!♥❤♥

Travel Soft Microfiber Towel,Compact & Expandable,Quick Dry,Durable,Beach,Camping,Outdoor,Perfect for Hiking & Sports
Feature.
Fashion design,New,high quality!
Material:cotton
Color:white
Unfold Size:30 x 70cm
A clean fresh towel every
from chemicals or detergents
Unfold immediately in water.
Convenient for travel.to activate
Can be used repeatedly
Package Included.
1 pcs Compressed Towel

- Rkxzt Just Released！ Travel Soft Microfiber Towel,Compact & Expandable,Quick Dry,Durable,Beach,Camping,Outdoor,Perfect for Hiking & Sports,Toalla comprimida|As Show,White
- Toalla comprimida para viajes al aire libre, suave y expandible
- ♥Package Includes:5*Compressed towel
- ❤ 【Warm Tip】 In order to have a comfortable shopping experience, if you have any questions about products or after-sales, please feel free to contact me and I will solve them for you as soon as possible.
- ❤ 【Notice】 Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed in the pictures.
- Clearance items:Fall Decor;Home Essentials;Home Decor Clearance;lightning deals of today prime;prime day deals today 2025;home decor;home;deals of the day clearance;clearance sales today deals prime;black friday deals;cyber monday deals 2025;Halloween; Thanksgiving Day; Christmas

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Rkxzt

**Material**
As Show

**Color**
White-932

**Pattern**
Repairing Agent; Sleep Aid Belt; Cup Coaster; Back Door Hook; Foam Decoration; Neutral PenHousehold Apron; Drawing Template; Stable Pad; Crossbody Shoulder; Chest Pack; Dinner Plate; Marshma

More details

### Warranty

**Warranty Information**
Repair Agent; Steel Cotton Ball; Ice Cube Tray; Small Cooking Pot; Decontamination Brush; Spray Bottle; Shorts Pants; Dried Storage; The Cushion; Student Backpack; Small Wooden DoorElectric

More details

💬 Report incorrect product information

---

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.    Join OnePay Cash

**Infringing Evi. 000236**

5/11/25, 7:23 AM    Rkxzt Just Released！ Travel Soft Microfiber Towel,Compact & Expandable,Quick Dry,Durable,Beach,Camping,Outdoor,Perfect for Hiking & Sports,Toalla comprimida|As Show,White - Walmart.com



$9.78 · +$3.99 shipping
+2 options
Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel Towel-5PCS-30X70cm
Shipping, arrives in 3+ days



$9.34 · +$4.58 shipping
Options from $9.34 – $9.59
Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel
Shipping, arrives in 3+ days



$13.04 · +$9.99 shipping
Disposable Compressed Towel Bath Towel Faces Cleansing
Shipping, arrives in 3+ days

**Report:**  ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Towel Exercises                          Microfiber Beach Towel

Quick Dry Towels Camping                  Cool Beach Towel

Tyr Dry Off Towel                         Microfiber Towel Camping

Hair Towels                               Oversized Beach Towels

Beach Towels                              Turkish Beach Towels

Best Beach Towels                         Quick Dry Towels

Home  /  Bath  /  Bath Towels  /  White Towels

**Infringing Evi. 000237**

5/11/25, 7:24 AM                                     Review your order - Walmart.com







Infringing Evi. 000238

5/11/25, 7:24 AM                                                                                                    Review your order - Walmart.com



**Infringing Evi. 000239**

2025/6/24 15:12                                                    Seller StoreFront - NCHkunZ - Walmart.com



**Infringing Evi. 000240**

## 29   Awdenio Official Store

2/19/25, 2:59 PM                Awdenio Camping Personal Care Products, Compressed Towel Tablets, Portable Compressed Towels, Compressed Hand Wipe Coin Tissues Camping Wipes for Home Beauty Outdoor Sport on Sale - Walmart.com





Awdenio

Awdenio Camping Personal Care Products, Compressed Towel Tablets, Portable Compressed Towels, Compressed Hand Wipe Coin Tissues Camping Wipes for Home Beauty Outdoor Sport on Sale

(No ratings yet)

Actual Color: F

$7.49                See more seller options                $7.52

**About this item**

- Awdenio Camping Personal Care Products, Compressed Towel Tablets, Portable Compressed Towels, Compressed Hand Wipe Coin Tissues Camping Wipes for Home Beauty Outdoor Sport on Sale
- Features: new and. Absorb water quickly. Great cleaning helper. Perfect for travel, hotel, home, etc. Specification: Material: Cotton,Non-woven fabrics
- Color: White Expand Size(approx) : 20*22cm Quantities : (12pcs/30pcs/36pcs/50pcs/56pcs/100pcs)
- Package included: 1 x White Disposable Non-woven Compressed Towel Bag (1 bag is12pcs/30pcs/36pcs/50pcs56pcs/100pcs,pls kindly note it.)
- store for you! Note:
- Please understand because of the light irradiation or computer display difference, so I can't guarantee photos and real color is the same.

View more ⌄

**At a glance**

| Brand | Age group | Form |
|---|---|---|
| Awdenio | Senior | Wipes |

| Body part | Rec. use | Container type |
|---|---|---|
| Hand | Party; Decorative | Bag |

View all specifications

**$7.52**

Price when purchased online ⓘ

⊙ Free 30-day returns

| Buy now |
|---|

| Add to cart |
|---|

**How you'll get this item:**

| 🚚 Shipping Arrives Mar 7 $4.00 | 🚗 Pickup Not available | 🛍️ Delivery Not available |
|---|---|---|

33 NW 21st Ave  Change

Arrives by **Fri, Mar 7** | More options

Shipping fee $4.00

Sold and shipped by Awdenio Official Store

★★★★☆ 48 seller reviews

⊙ Free 30-day returns  Details

|  ♡ Add to list  |  🗒 Add to registry  |
|---|---|

**About this item**

Infringing Evi. 000242



**Infringing Evi. 000243**

2/19/25, 2:59 PM                    Awdenio Camping Personal Care Products, Compressed Towel Tablets, Portable Compressed Towels, Compressed Hand Wipe Coin Tissues Camping Wipes for Home Beauty Outdoor Sport on Sale - Walmart.com



Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



$7.41 +$5.62 shipping

16 Pcs Compressed Towel Camping Towels Household Disposable Washcloths for Travel Pocket Facial Hand Wipe

Shipping, arrives **in 3+ days**

$4.23 +$3.00 shipping

Donemore Disposable Compressed Towel Mini Tablets Disposable Portable Face Towel Cotton for Travel, Camping, Hiking, Sport, Beauty Salon, Home Hand Wipes and Other Outdoor Activities

Shipping, arrives **in 3+ days**

$14.73

200pcs Thicken Compressed Biodegradable Towel Cloth F Travel Wash Face Cloth for Traveling Camping

★☆☆☆☆ 1

Shipping, arrives **in 3+ days**

$6.03 +$9.99 shipping

Marbhall 5Pcs Disposable Compressed Towels, Compact Travel Wipe Soft Cotton Coin Tissue Toilet Paper Pills, for Home Bathroom Beauty Salon Travel Outdoors Camping 25*50cm

Shipping, arrives **in 3+ days**

$5.49 +$3.29 shipping
More options from $4.29

Naierhg 50Pcs Disposable Compressed Portable Compression Face Towel Cotton Washcloth for Travel, Home, Camping and Other Outdoor Activities

Shipping, arrives **in 3+ days**

$7.59 +$3.97 shipping
Options from $7.59 – $12.22

Fusipu 30/50/100Pcs Travel Mini Disposable Compressed

Shipping, arrives **in 3+ days**

**Infringing Evi. 000244**

2/19/25, 2:59 PM                    Awdenio Camping Personal Care Products, Compressed Towel Tablets, Portable Compressed Towels, Compressed Hand Wipe Coin Tissues Camping Wipes for Home Beauty Outdoor Sport on Sale - Walmart.com

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Equate Beauty Face Wipes                              Soft Dry Wipes

Flushable Wipes                                       Disposable Wipes Dry

Disposable Moist Towels                               Disposable Compressed Towel

Body Wipes                                            Crud Cloth

Equate Wipes                                          Hand Sanitizing Wipes

Dude Wipes                                            Adult Wipes

Beauty  /  Skin Care  /  Face Cleansers  /  Face Wipes

**Infringing Evi. 000245**

2/19/25, 3:00 PM                                                  Review your order - Walmart.com







https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                1/2

2/19/25, 3:00 PM                                              Review your order - Walmart.com



**Infringing Evi. 000247**

2025/6/24 15:12

Seller StoreFront - Awdenio Official Store - Walmart.com



**Awdenio Official Store**

guangzhoushitianhequhuangpudadiaozhongjinmingjie3haoercenghouzuo8216

guangzhoushi, GD 510630, CN

✉ Contact seller   📞 (+86) 17796363990

**Seller Reviews**                                                                    View all

3.2 out of 5 ★★★☆☆

69 ratings | 18 reviews

**About the Store**                                                                   View more

Awdenio Official Store is committed to provide high-quality and affordable products, providing each customer with the highest standard of customer service. The company's products are of high quality and low price, involving up to ten categories of products, covering tens of thousands of products, an...

🏢 Business Name:guangzhoujiantaishengfushiyouxiangongsi

 
Featured   Shop all

      

$7.98  +$7.00 shipping          $12.87  +$9.66 shipping          $14.37  +$9.86 shipping

Awdenio Womens Dresses Fashion    Awdenio Below The Knee Shorts for Men   Awdenio Pants for Men Loose Fit Baggy
Casual Strap Dress Pocket Loose      Stretch Camouflage Camo Below The Knee  Jeans Casual Streetwear Wide Leg Hip Hop
Backless Big Dress                    Shorts for Men Belted Cargo Long Shorts  Oversized Denim Pants,Size 38
                                      with Pocket
★★★★☆ 8                             ★★☆☆☆ 10                            ★★★★★ 1

**Seller reviews**

3.2 out of 5 ★★★☆☆

69 ratings | 18 reviews



| | |
|---|---|
| 5 stars | 42% (29) |
| 4 stars | 10% (7) |
| 3 stars | 7% (5) |
| 2 stars | 9% (6) |
| 1 star | 32% (22) |

How seller rating is calculated ⓘ

**Showing 1 - 5 of 18 reviews**

★★☆☆☆ Jun 26, 2025

 Walmart customer

top is clearly not for plus size. it does not fit top at all.

| Item bought: |
|---|
| Awdenio Tankini Swimsuits for Women Tummy Control Plus Size Tankini Swimsuits Tummy Control Two Piece Bathing Suit Ruffled Flounce Swimwear with Shorts |

★☆☆☆☆ Jun 25, 2025

Walmart customer

Product listed as 3xl men's size but it's more of a middle school kids size

| Item bought: |
|---|
| Awdenio Basketball Shorts Men Pajama Pants Satin Silk Pajama Boxer Shorts with Elastic Waistband Shorts Lounge Wear Sleepwear |

★☆☆☆☆ Jun 5, 2025

Walmart customer

never received item so cant give a rating wasted my $ and time stick to ebay

| Item bought: |
|---|
| Awdenio Womens Sleeveless Tank Top , Women's Summer New Casual Solid Color Shiny Sequin Suit Undershirt |

https://www.walmart.com/global/seller/101525274                                      1/2

**Infringing Evi. 000248**

2025/6/24 15:12                          Seller StoreFront - Awdenio Official Store - Walmart.com



**Infringing Evi. 000249**

**30    JianHong**

5/9/25, 4:37 PM                    Gift Ready, Compressed Towel, Soft Expandable Wipe for Outdoor Travel, Quick Drying Compact Travel Towel New Release | As Shown, White, Angeler - Walmart.com



TistGsts

**Gift Ready, Compressed Towel, Soft Expandable Wipe for Outdoor Travel, Quick Drying Compact Travel Towel New Release | As Shown, White, Angeler**

☆ (No ratings yet)

**Actual Color:** White-415

$8.89

**Size:** Free Size

Free Size

**About this item**

- Gift Ready, Compressed Towel, Soft Expandable Wipe for Outdoor Travel, Quick Drying Compact Travel Towel New Release | As Shown, White, Angeler
- 【Versatile Design】 This product is designed to serve multiple purposes, whether it's for auto parts, outdoor tools, or home use, providing reliable performance and efficient functionality. Its simple design ensures it can be effectively utilized across various situations.
- 【High-Quality Materials】 Made with premium materials that ensure durability and resistance to wear and tear, this product stands up to harsh environments or frequent use without compromising its performance. Expert craftsmanship guarantees long-lasting reliability.
- 【Easy to Use and Install】 Featuring an intuitive design and simple installation process, even beginners can use this product with ease. It's designed to require no complex tools or professional knowledge, making it user-friendly for anyone.
- 【Efficient and Energy-Saving】 This product delivers excellent performance while being energy-efficient, helping you save time and resources. Its optimized features increase work efficiency while minimizing unnecessary energy consumption and waste.
- 【Wide Application】 Perfect for home use, outdoor activities, or automotive maintenance, this product is versatile enough to meet a wide range of needs. Its universal design makes it an ideal companion in various environments and scenarios.

View more ∨

**At a glance**

| Pieces | Color | Brand |
|--------|-------|-------|
| 1 | White | TistGsts |

View all specifications



**$8.89**

Price when purchased online ⓘ

Buy now

Add to cart

**How you'll get this item:**

| 🚚 Shipping Arrives May 31 $4.99 | 🚗 Pickup Not available | 🛍 Delivery Not available |
|---|---|---|

33 NW 21st Ave   Change

Arrives by **Sat, May 31** | More options

Shipping fee $4.99

🏷 Sold and shipped by JianHong

♡ Add to list                                    ⊞ Add to registry

**Infringing Evi. 000251**

5/9/25, 4:37 PM                           Gift Ready, Compressed Towel, Soft Expandable Wipe for Outdoor Travel, Quick Drying Compact Travel Towel New Release | As Shown, White, Angeler - Walmart.com



Options

$4.99 +$9.99 shipping



Options

$4.67 +$9.10 shipping



+ Add

$6.06 +$4.99 shipping

## About this item

### Product details                                                                                                       ⌃

**Compressed Towel Outdoor Travel Wipe Soft Expandable**
**Feature:**
**Fashion design, New,high quality!**
**Material:cotton**
**Color: white**
**Unfold Size: 30 x 30cm**
**A clean fresh towel every**
**from chemicals or detergents**
**Unfold immediately in water.**
**Convenient for travel. to activate**
**Can be used repeatly**
**Package Included:**
**1pcs Compressed Towel**

- Gift Ready, Compressed Towel, Soft Expandable Wipe for Outdoor Travel, Quick Drying Compact Travel Towel New Release | As Shown, White, Angeler
- 【Versatile Design】This product is designed to serve multiple purposes, whether it's for auto parts, outdoor tools, or home use, providing reliable performance and efficient functionality. Its simple design ensures it can be effectively utilized across various applications.
- 【High-Quality Materials】Made with premium materials that ensure durability and resistance to wear and tear, this product stands up to harsh environments or frequent use without compromising its performance. Expert craftsmanship guarantees long-lasting reliability.
- 【Easy to Use and Install】Featuring an intuitive design and simple installation process, even beginners can use this product with ease. It's designed to require no complex tools or professional knowledge, making it user-friendly for anyone.
- 【Efficient and Energy-Saving】This product delivers excellent performance while being energy-efficient, helping you save time and resources. Its optimized features increase work efficiency while minimizing unnecessary energy consumption and waste.
- 【Wide Application】Perfect for home use, outdoor activities, or automotive maintenance, this product is versatile enough to meet a wide range of needs. Its universal design makes it an ideal companion in various environments and scenarios.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications                                                                                                        ⌃

**Brand**
TistGsts

**Material**
As Shown

**Pattern**
Spoons,Household Cleaners,Game Accessories,Calendars,Fan, Holiday Products,Event & Party Supplies,Wireless Charger,Air Mattresses
& Accessories,Beaters, Cutting Boards,Garbage Can,Usb Hub,Ai

**Theme**
Desk Lamps,Salad Tools,Cross-Stitch,Coffee, Tea & Espresso,Air Purifiers, Choppers,Cross-Stitch,Living Room Furniture,Party
Supplies,Grow Bag, Flatware Sets,Game Accessories,Peelers,Mop/Broo

More details

### Warranty                                                                                                             ⌃

**Warranty information**
Deodorizers,Storage Trunks,Cleaning Cloths,Home And Carden Outdoor Equipment,Outdoor Scenes Decorations,
Deodorizers,Fan,Office Storage & Organization,Pans,Fan, Rugs,Spatulas,Clothing & Ward

More details

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

Rewards debit card. Earn 3% cash back, on up to $150 spent each month. Terms apply.    Join OnePay Cash

**Infringing Evi. 000252**

5/9/25, 4:37 PM          Gift Ready, Compressed Towel, Soft Expandable Wipe for Outdoor Travel, Quick Drying Compact Travel Towel New Release | As Shown, White, Angeler - Walmart.com



Sponsored

$10.99
More options from $7.99

Honrane 50/50/100Pcs Travel Mini Disposable Compressed Face Cleansing Care Cotton Towel

Shipping, arrives in 3+ days



$5.49 +$4.00 shipping

Wovilon Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Baby Washcloths, Baby Towels And Washcloths, White Washcloths

Shipping, arrives in 3+ days

+2 options

$8.99

Compressed Towel Tablets On Clearance Compressed Tow

★☆☆☆☆ 1

Shipping, arrives in 3+ days

Report:   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Bath / Bath Towels / White Towels

**Infringing Evi. 000253**

5/9/25, 4:38 PM                                           Review your order - Walmart.com



**1. Shipping, arrives by Fri, May 30**

Paula Stlouis                                          Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                   Edit

House

**Items details**                                      Hide details
**Arrives by Fri, May 30**                             1 item

Sold and shipped by JianHong
$4.99 seller shipping fee

Gift Ready, Compressed Towel, Soft Expandable
Wipe for Outdoor Travel, Quick Drying Compact...
Size: Free Size, Actual Color: White-413

**$8.89**

Remove          —    1    +



| Subtotal (1 item) | $8.89 |
|---|---|
| Seller shipping | $4.99 |
| Estimated sales tax | $0.97 |
| **Estimated total** | **$14.85** |

Have a promo code?                    ⌄



**2. Payment method**

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

**Continue**

**one**

onepay  $10 cash back when you spend $10+          Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                        ^

Connect your bank account for easier payment setup with no expiration and faster refunds.

Infringing Evi. 000254

5/9/25, 4:38 PM                                                    Review your order - Walmart.com

Connect your bank

---

**Other ways to pay**                                                              ⌃

Pay with PayPal                                    Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**          Items in your cart are not eligible for Affirm.



---

Walmart+   Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱   3. Text updates for this order                                               ⊖

**Infringing Evi. 000255**

Seller StoreFront - JianHong - Walmart.com



## JianHong

TianHeQuHuaGuanLu1933HaoZhiEr205FangD529
GuangZhouShi, GD 510515, CN

 Contact seller  |  📞 (++86) 13148748301

### Seller Reviews

⭐⭐⭐⭐⭐
No reviews yet

### About the Store

View more

Business Name: GuangZhouShiChengFengLangMaoYiYouXianGongSi



**Featured**



Shop all

### Seller reviews

This seller doesn't have any reviews yet.

**Infringing Evi. 000256**

# 31    stiyth Co.Ltd

2/19/25, 3:13 PM                   Compressed Towel Tablets Compressed Bath Towel,Large Disposable Bath Towels for Camping Sports Hiking Beach Swim - Walmart.com



Stiyth

**Compressed Towel Tablets Compressed Bath Towel,Large Disposable Bath Towels for Camping Sports Hiking Beach Swim**

☆ (No ratings yet)

**Actual Color:** White

$5.70

**About this item**

- Unfold Size: 30 x 70cm
- A clean fresh towel every time
- Free from chemicals or detergents
- Unfold immediately in water.
- Convenient for travel, to activate

**At a glance**

| Material | Cloth type | Color |
|---|---|---|
| Cotton | Bath Towels | White |

| Age group | Brand | |
|---|---|---|
| Adult | Stiyth | |

View all specifications

---

**$5.70**

Price when purchased online ⓘ

○ Free 30-day returns

| Buy now |
|---|

| Add to cart |
|---|

**How you'll get this item:**

| 🚚 Shipping<br>Arrives Mar 12<br>$1.99 | 🚗 Pickup<br>Not available | 🏪 Delivery<br>Not available |
|---|---|---|

**33 NW 21st Ave** Change

Arrives by **Wed, Mar 12** | More options

Shipping fee $1.99

🏬 Sold and shipped by stiyth Co.Ltd

★★★☆☆ 168 seller reviews

↺ Free 30-day returns  Details

♡ Add to list                                    🎁 Add to registry

Reduced price                                   In 100+ people's carts

**Infringing Evi. 000258**

2/19/25, 3:13 PM                    Compressed Towel Tablets Compressed Bath Towel,Large Disposable Bath Towels for Camping Sports Hiking Beach Swim - Walmart.com

**Now $4.39** $4.99    +$4.99 shipping

Hemoton 70x140CM Microfiber Towels Large Quick Dry Bath Towel for Spa Beach Swimming Camping (RoyalBlue)

Shipping, arrives **in 3+ days**

**$1.87** +$4.99 shipping

Mooconic Extra Large Disposable Bath Towel Thickened Bath Towel Portable Bath Towel, Disposable Towel Bath Towel (2pcs) For Travel, Hiking, Camping, Road Trips

Shipping, arrives **in 3+ days**

**$2.94**
More options from $1.24

Mainstays 100% Cotton Bath Towel, Super Soft and highly a... Bathroom, Hotels, Spa and Gym – Tan

⋆⋆⋆⋆ 14752

## About this item

### Product details

Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable

Feature:

Fashion design, New,high quality!

Material:cotton

Color: white

Unfold Size: 30 x 70cm

A clean fresh towel every time

Free from chemicals or detergents

Unfold immediately in water.

Convenient for travel. to activate

Can be used repeatly

Package Included:

1pcs Compressed Towel

- Unfold Size: 30 x 70cm
- A clean fresh towel every time
- Free from chemicals or detergents
- Unfold immediately in water.
- Convenient for travel. to activate

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Stiyth

**Towel & Washcloth Type**
Bath Towels

**Material**
Cotton

**Fabric Content**
90% cloth

More details

### Warranty

**Warranty Information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** None

**$4.14** +$4.99 shipping

GDHOME Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel

Shipping, arrives **in 3+ days**

Clearance

**$0.71** +$4.96 shipping
More options from $0.71 – $3.77

Shtdylw Bath Sheets Towels for Adults 19.6x27.5 Inch Super Absorbent Soft Plush Pool Towel, Bath Towel Bath Sheets for Bathroom Pool Beach

⋆⋆⋆ (1)

**$9.04**
More options from $8.89

Milless Disposable Compressed Towel for Travel, Bath and C...

Shipping, arrives **in 3+ days**

**Infringing Evi. 000259**

2/19/25, 3:13 PM

Compressed Towel Tablets Compressed Bath Towel,Large Disposable Bath Towels for Camping Sports Hiking Beach Swim - Walmart.com

Shipping, arrives **in 3+ days**



💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



$14.56 +$4.99 shipping

RXSTN Microfiber Beach Towel Colorful Fast Drying Sand Free Beach Towel Super Lightweight Bath Towels for Swimming Pool, Camping, Picnic, Yoga Gym Sports Towels on Clearance

★★★★☆ 103

Shipping, arrives **in 3+ days**

Clearance

$8.11

More options from $0.69

Towel Sets On Clearance Fashion Pattern Soft Towel

★★★☆☆ 26

Shipping, arrives **in 3+ days**

+2 options

$7.99

2Pcs Microfiber Towel Perfect Travel & Sports &Beach Towel Compact, Suitable for Camping, Backpacking,Gym, Beach,

★★★★★ 1

Shipping, arrives **in 3+ days**



+2 options

$17.45 +$4.99 shipping

30/50/100 Compressed Towel Disposable Pure Cotton Portable Travel Washing Towel

Shipping, arrives **in 3+ days**

+2 options

$11.75 +$5.99 shipping

30/50/100 Compressed Towel Disposable Pure Cotton Portable Travel Washing Towel

Shipping, arrives **in 3+ days**

$6.03 +$1.99 shipping

Marbhall 5Pcs Disposable Compressed Towels, Compact Towel Pills, for Home Bathroom Beauty Salon Travel Outdoors Ca

Shipping, arrives **in 3+ days**

**Infringing Evi. 000260**

Compressed Towel Tablets Compressed Bath Towel,Large Disposable Bath Towels for Camping Sports Hiking Beach Swim - Walmart.com

**Report:**   ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Japanese Washcloth | Washcloths |
| Thin Towels That Dry Quickly | Bei Travel Towels |
| Quick Drying Travel Towel | Packtowl Personal Towel |
| Travel Towels | Large Bath Towels |
| Hair Towels | Quick Dry Towels |
| Soft Bath Towels | Sport Towel |

Home / Bath / Bath Towels

**Infringing Evi. 000261**

2/19/25, 3:14 PM                                        Review your order - Walmart.com



**1. Shipping, arrives by Tue, Mar 11**                                    ✓

Paula Stlouis                                                              Edit
33 NW 21st Ave, Miami, FL 33135

**Delivery instructions (optional)**                                      Edit

House

**Items details**                                                  Hide details
**Arrives by Tue, Mar 11**                                              1 item

Sold and shipped by stiyth Co.Ltd
$1.99 seller shipping fee

Compressed Towel Tablets Compressed Bath
Towel,Large Disposable Bath Towels for Camping...
Actual Color: White

$5.70

Remove          −   1   +



Subtotal (1 item)                          $5.70
Seller shipping                            $1.99
Estimated taxes                            $0.54

**Estimated total**                        **$8.23**

Have a promo code?                            ⌄



**2. Payment method**                                          ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[ 💳                                                            ]

**Continue**

ⓢ one

onepay  $10 cash back when you spend $10+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Infringing Evi. 000262**



**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **3. Text updates for this order**        ⊖

**Infringing Evi. 000263**

2025/6/24 15:31                                    Seller StoreFront - stiyth Co.Ltd - Walmart.com



## stiyth Co.Ltd

Nanshan Street, Nanshan District, Shenzhen
shenzhen, GD 518056, CN

Contact seller   |   (+86) 13244792110

**Seller Reviews**                                                                                          View all

2.9 out of 5  ⭐⭐⭐☆☆
205 ratings   |   46 reviews

**About the Store**                                                                                        View more

We mainly sell products for home decoration and cleaning. New styles, good value for money.

Business Name: shenzhenshi sanyungeshipin youxiangongsi

  

Featured         Shop all



**Now $8.37** ~~$11.11~~ +$5.99 shipping

Stiyth Blue Cotton Bed Blanket, Queen -Cool and Breathable, Easy Wash and Care

⭐☆☆☆☆ 9



**$22.76** +$14.99 shipping

Cordless Vacuum Cleaner,2-in-1,Lightweight Stick Vacuum Powerful Brushless Motor for Hard Floor,Area Rugs with Dual-Sided Cleaning

⭐⭐⭐☆☆ 8



**$12.43** +$12.99 shipping

Clearance Professional Hair Clippers Hair Trimmer for Men,Beard Trimmer Nose Hair Trimmer Set,Cordless Electric shavers Razor Cleansing Brush Waterproof USB Rechargeable Dry Wet

⭐⭐⭐⭐⭐ 5

### Seller reviews

**2.9 out of 5** ⭐⭐⭐☆☆
205 ratings   |   46 reviews

| | |
|---|---|
| 5 stars | 37% (75) |
| 4 stars | 8% (16) |
| 3 stars | 5% (11) |
| 2 stars | 7% (15) |
| 1 star | 43% (88) |

How seller rating is calculated ⓘ

Showing 1 - 5 of 46 reviews

⭐⭐⭐⭐⭐ Apr 5, 2025

Walmart customer

This item took slightly longer than expected to arrive, but was packaged well.

**Item bought:**
stiyth White Rooster 4.7" Chicken Farm Animal Resin Figurine

⭐⭐⭐⭐⭐ Mar 31, 2025

Walmart customer

The seller's description and the shipping and handling was satisfactory. I was pleased with the product. Thanks!

**Item bought:**
Butler Broom and Dustpan Set for Home 180° Rotatable Magic Broom Standing Storage Buckle Type Brooms for Kitchen,Living Room,Bathroom,Lobby Floor Use

⭐☆☆☆☆ Mar 25, 2025

Walmart customer

I only received the resin decoration and am still missing the wood plant plus ceramic tray. When I try to message the seller, their site is down.

**Item bought:**
Brazilian Wood Plant Lucky Wood Plant Decoration,Brazil Wood Plant Decoration,Lucky Brazil Wood Potted Plant,Brazil Lucky Wood Plant,Brazilian Wood with Ceramic Tray for Desktop Decoration Easy

https://www.walmart.com/global/seller/101484890                                                              1/2

2025/6/24 15:31                                           Seller StoreFront - stiyth Co.Ltd - Walmart.com



**Infringing Evi. 000265**

# 32   Homelifegood

2/18/25, 9:49 AM                    Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel, 28"X40" - Walmart.com



BCLONG

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel, 28"X40"

☆ (No ratings yet)

**Size:** 28" x 40"

| 28" x 40" |
| $6.92 |

**About this item**

- Compressed Towel Tablets Disposable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable Reusable
- Great for your travel or outdoor activities like hiking, biking and camping
- Made of quality material, soft, skin-friendly and comfortable
- Compact in size, convenient to carry
- Can be put in jacket pocket, purse or cosmetic bag

**At a glance**

| Material | Size | Pieces |
|---|---|---|
| Cotton | 28" x 40" | 1 |
| Cloth type | Color | Brand |
| Bath Towels | White | BCLONG |

View all specifications



**$6.92**

Price when purchased online ⓘ

🚚 Free shipping    ⟳ Free 90-day returns

| Buy now |
| Add to cart |

How you'll get this item:

| 🚚 Shipping<br>Arrives Mar 7<br>Free | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |
|---|---|---|

33 NW 21st Ave  Change

Arrives by **Fri, Mar 7** |  More options

🏷 Sold and shipped by Homelifegood

★★★☆☆ 131 seller reviews

⟳ Free 90-day returns  Details

♡ Add to list                          🎁 Add to registry

Reduced price                          Reduced price

**Infringing Evi. 000267**

2/18/25, 9:49 AM                    Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel, 28"X40" - Walmart.com



70*100cm

Options

$5.95 · +$3.99 shipping



25*50cm

Add

‹3 options

Now $5.17 $8.09 · +$4.99 shipping



50*80cm

Options

‹2 options

Now $5.32 $9.98 · +$5.78 shipping

## About this item

### Product details                                                                                         ⌃

Features:

*Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

*Great for your travel or outdoor activities like hiking, biking and camping

*Made of quality material, soft, skin-friendly and comfortable

*Compact in size, convenient to carry

*Can be put in jacket pocket, purse or cosmetic bag

*Can be used repeatedly

Specifications:

*Material:Cotton

*Optional Size:30*30cm; 30*70cm;5PCS-25*50CM;70*100CM;50*80CM
(After soaking in water) (Approx.)

*Color: White(As Pictures Show)

Package Contents:

1*Towel

Note: The real color of the item may be slightly different from the pictures shown on website caused by many factors such as
brightness of your monitor and light brightness.

- Compressed Towel Tablets Disposable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable Reusable
- Great for your travel or outdoor activities like hiking, biking and camping
- Made of quality material, soft, skin-friendly and comfortable
- Compact in size, convenient to carry
- Can be put in jacket pocket, purse or cosmetic bag

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have
not verified it. See our disclaimer

### Compare with similar items                                                                              ⌃



| | | | | | |
|---|---|---|---|---|---|
| | Viewing this item | | | | |
| | 70*100cm | | 25*50cm | | |
| | + Add | + Add | + Add | + Add | + Add |
| | $6.92 | $14.99 | $6.10 | $3.97 | $11.99 |
| | Disposable Magical Compressed Bath Travel... | Infinitee Xclusives 12 Pack Premium White Soft Was... | 5Pcs-25*50Cm Disposable Magical Compressed Bat... | Mainstays Performance Solid Bath Towel, 30" x 54... | BELIZZI HOME Ultra Soft 3 Pack Cotton Towel Sets -... |
| | | ★★★★★ 910 | | ★★★★☆ 6465 | ★★★★★ 773 |
| **Material** | Cotton | Cotton | Silicone/Metal/Plastic/ABS | Cotton | Cotton |
| **Size** | 28"x 40" | Washcloths - Pack of 12 | - | Bath Towel | 1 Pack Set |
| **Pieces** | 1 | 12 | 5Pcs-25*50Cm | 1 | 3 |
| **Cloth type** | Bath Towels | Washcloths | - | Bath Towels | Bath Towel Sets |

See More ⌄

### Specifications                                                                                          ⌃

**Brand**
BCLONG

**Towel & Washcloth Type**
Bath Towels

**Material**
Cotton

**Fabric Content**
Cotton

More details

**Infringing Evi. 000268**

2/18/25, 9:49 AM                          Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel, 28"X40" - Walmart.com

Directions                                                                                                            ⌃

**Fabric Care Instructions**

Can be used repeatedly

Warranty                                                                                                              ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in
this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact
seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



Reduced price

Now **$6.04** $8.58 +$4.18 shipping
Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel
Shipping, arrives **in 3+ days**

$2.99 +$1.99 shipping
BSJJY Towel Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Coral Fleece Towel Highly Absorbent Towel
Shipping, arrives **in 3+ days**

$8.88 +$1.99 shipping
Disposable Magical Compressed Bath Travel Reusable Cott...
Shipping, arrives **in 3+ days**

💬  Report incorrect product information

## Customer ratings & reviews

⭐⭐⭐⭐⭐ 0 ratings | 0 reviews

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



+2 options

$15.99
Jitty 4 Sets Disposable 1 Hand + 1 Bath Towels Set Soft Cotton for Home Hotel Bathroom Spa Travel Highly Absorbent
⭐⭐⭐⭐⭐
Save with W+

$6.66 +$3.50 shipping
White Pure Cotton Towel 10"x10" Hotel Absorbent Wash Towel 12"x26"
Shipping, arrives **in 3+ days**

$9.79
Quba Linen 100% Cotton Wash Cloths 12 Pack Bath Washcl...
Wash Cloth - Extra-Absorbent | Fingertip Towel | Hotel Tow...
⭐⭐⭐⭐½ 265
Save with W+

**Infringing Evi. 000269**

2/18/25, 9:49 AM                    Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel, 28"X40" - Walmart.com

Shipping, arrives in **2 days**                                                                                              Shipping, arrives in **2 days**



**30**

+ Add

Now **$2.82** ~~$7.77~~ +$4.99 shipping

NUOLUX 30Pcs 20x22cm Compressed Travel Towel Mini Disposable Compressed Towel Tablets

Shipping, arrives in **3+ days**



Reduced price

70x145cm

Options

+2 options

Now **$7.64** ~~$10.91~~

BCLONG Bath Towels Towels Facial Cleansing Reusable Skin-friendly Soft White 5PCS-30*70cm 70*145CM Disposable Compressed Towel Cotton

Shipping, arrives in **3+ days**



Options

+2 options

**$9.04**

More options from $8.89

Mliess Disposable Compressed Towel for Travel, Bath and I...

Shipping, arrives in **3+ days**

---

**Report:** ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

Cotton Sack Towels                              Microfiber Kitchen Towel

Bulk White Tea Towels                           Bar Rag

Kitchen Washcloth                               Milkitchen Bath Towels

Dish Cloths                                     Kitchen Towel Value Sets

Tea Towels & Flour Sack Towels                  Kitchen Towels & Dish Towels

Commercial Paper Towels                         Shop Towels

Home  /  Bath  /  Bath Towels

**Infringing Evi. 000270**

2/18/25, 9:50 AM                                                    Review your order - Walmart.com



**1. Free shipping, arrives by Tue, Mar 4** ✓

Paula Stlouis                                                               Edit
33 NW 21st Ave, Miami, FL 33133

**Delivery instructions (optional)**                                      Edit
House

**Items details**                                                        Hide details
**Arrives by Tue, Mar 4**                                                1 item

Sold and shipped by Homelifegood
Free shipping

Disposable Magical Compressed Bath Travel
Reusable Cotton Towel Washing Hotel, 28"X40"
Size: 28"X40"

**$6.92**

Remove    − 1 +



| Subtotal (1 item) | $6.92 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $0.48 |

**Estimated total**    **$7.40**

Have a promo code?    ⌄



**2. Payment method**    ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[Continue]

**one**

onepay  $10 cash back when you spend $10+    [Sign up]

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**    ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[Connect your bank]

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                1/2

**Infringing Evi. 000271**

2/18/25, 9:50 AM                                    Review your order - Walmart.com



**Other ways to pay**                                              ∧

Pay with PayPal                          Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

Walmart⁺  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱  **3. Text updates for this order**                              ⊖

**Infringing Evi. 000272**

6/26/25, 12:37 AM

Seller StoreFront - Homelifegood - Walmart.com



# Homelifegood

📍 suzhougongyeyuanqu guidudasha 1 zhuang 3B3 shi
suzhou, JS 215000, CN

✉ Contact seller | 📞 (+86) 18123801452

---

**Seller Reviews**                                              View all

**3.3 out of 5** ⭐⭐⭐⭐✬
145 ratings | 27 reviews

---

**About the Store**                                             View more

Suzhoubachilongshangmaoyouxiangongsi Focusing on the research and development, production and sales of household tools products, we are committed to creating a happy and warm, comfortable and relaxing, simple and stylish home for every family. Adhere to the brand strategy, create a number of oversea...

🏪 Business Name: suzhoubachilongshangmaoyouxiangongsi

---



**Featured**



Shop all

**Seller reviews**

**3.3 out of 5** ⭐⭐⭐✬
145 ratings | 27 reviews



| | | |
|---|---|---|
| 5 stars | | 47% (68) |
| 4 stars | | 9% (13) |
| 3 stars | | 7% (10) |
| 2 stars | | 6% (9) |
| 1 star | | 31% (45) |

How seller rating is calculated ⓘ

**Showing 1 - 5 of 27 reviews**

⭐✩✩✩✩  Apr 28, 2025

🔍 Walmart customer

Do not buy from this vendor. I never received my item and they never responded from my emails to them. Had to get Walmart involved to get my refund.

| Item bought: |
|---|

---

⭐⭐⭐⭐✩  Apr 14, 2025

🔍 Walmart customer

Item described as it appears ... shipping was a bit long receiving item(s) ... Do recommend though ...

https://www.walmart.com/global/seller/101177866                                1/2

**Infringing Evi. 000273**

6/26/25, 12:37 AM                                    Seller StoreFront - Homelifegood - Walmart.com

Item bought:



⭐☆☆☆☆  Mar 15, 2025

👤 Walmart customer

The items ordered were for my garden tractor. Several parts were incorrect. Spark plug, fuel filter and air filter. I was able to use the air filter even though it was of a different size.

**Item bought:**
Air Oil Filter Tune Up Kit For Husqvarna YTA18542 YTA24V48 YTH18542 YTH2348 Saw

⭐⭐⭐⭐⭐  Feb 27, 2025

👤 Walmart customer

I have no complaints. The item pictured is the one I received, in perfect condition. Shipping time was reasonable.

**Item bought:**
BCLONG Bicycle shock absorber For seat post shock absorber For seat post 27.2/30.9/31.6, Black 31.6

⭐☆☆☆☆  Jan 24, 2025

👤 Walmart customer

The seller does not know the difference between the item listed and what he sent to the customer.

**Item bought:**
BCLONG 10 Pack Side Brush Replacement for Shark IQ RV1001AE Robot Vacuum Cleaner.

View all reviews (145)

**Infringing Evi. 000274**

**33   huajuming**

2/18/25, 4:18 PM                    Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel Towel-5Pcs-30X70Cm - Walmart.com



**Infringing Evi. 000276**

2/18/25, 4:18 PM                    Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel Towel-5Pcs-30X70Cm - Walmart.com



**Now $0.66** ~~$0.69~~ +$4.99 shipping
Options from $0.69 – $8.10

Bathroom Towel Clearance Fashion Pattern Soft Towel Absorbent Soft Washcloth

★★★☆☆ 4
Shipping, arrives in 3+ days

**Options** · +2 options



**Now $7.18** ~~$8.93~~

Hongchegh 30Pcs Portable Compressed Cotton Towels for Travel - 20x22cm (White)

Shipping, arrives in 3+ days

**Add**



**$4.59** +$5.59 shipping

Disposable Compressed Towel Bath Towel Faces Cleansing

Shipping, arrives in 3+ days

**Options** · +3 options

---

## About this item

### Product details ⌃

**Features:**

*Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

*Great for your travel or outdoor activities like hiking, biking and camping

*Made of quality material, soft, skin-friendly and comfortable

*Compact in size, convenient to carry

*Can be put in jacket pocket, purse or cosmetic bag

*Can be used repeatedly

**Specifications:**

*Material:Cotton

*Optional Size:5PCS-30*70cm;70*145CM
(After soaking in water) (Approx.)

*Color: White(As Pictures Show)

**Package Contents（optional）：**

Package 1: 5*Towel

Package 2: 1*Bath Towel

Note: The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness of your monitor and light brightness.

- 【Excellent product】： This is a product with good quality, perfect fit and high cost performance. Each of our articles is inspected and in good condition before shipment
- 【Premium Material】：It is made of good-quality material to ensure maximum strength and practical, so it can be used for a long time.
- 【Practical】：Easy to use and give you a good experience
- 【Note】：Please allow slight manual measurement deviation for the data , thanks for your understanding.
- 【Great Service】：If you have any questions or there are problems with the goods you received, please contact us at any time, and we will try our best to solve your problems asap.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
Huajuming

**Towel & Washcloth Type**
Bath Towels

**Material**
ABS/Plastic/Stainless Steel/Aluminum/silicone/cooper

**Fabric Content**
Cotton

More details

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.







**Infringing Evi. 000277**



**Infringing Evi. 000278**

2/18/25, 4:18 PM                    Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel Towel-5Pcs-30X70Cm - Walmart.com

Bath Towel-1Pc-70X145Cm Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel

Shipping, arrives **in 3+ days**

Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel (Bath Towel-1PC-70X145cm)

Shipping, arrives **in 3+ days**

Shipping, arrives **in 3+ days**

**Report:**   ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Bath  /  Bath Towels

**Infringing Evi. 000279**

2/18/25, 4:18 PM                                        Review your order - Walmart.com



### 1. Shipping, arrives by Tue, Mar 4 ✓

Paula Stlouis                                                        Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                Edit
House

**Items details**                                                   Hide details
Arrives by Tue, Mar 4                                               1 item

Sold and shipped by huajuming
$4.99 seller shipping fee

Disposable Compressed Towel Bath Towel Faces
Cleansing Towel Portable Travel Towel-5Pcs-...
Actual Color: Towel-5PCS-30X70cm

**$5.13**

Remove          −   1   +



| Subtotal (1 item) | $5.13 |
|---|---|
| Seller shipping | $4.99 |
| Estimated taxes | $0.71 |

**Estimated total**        **$10.83**

Have a promo code?                    ⌄



### 2. Payment method

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[                                    ]

**Continue**

**one**

onepay  $10 cash back when you spend $10+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

Infringing Evi. 000280

2/18/25, 4:18 PM                                                    Review your order - Walmart.com



**Other ways to pay**                                                        ⌃

Pay with PayPal

☑ **Remember my PayPal account details**          Pay in monthly installments with Affirm

*PayPal*                                                        Items in your cart are not eligible for Affirm.

                                                                      affirm

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>

---

📱  **3. Text updates for this order**                                   ⊖

---

**Infringing Evi. 000281**

6/26/25, 12:37 AM                                         Seller StoreFront - huajuming - Walmart.com



**Infringing Evi. 000282**

**34   xmstylereal**

2/19/25, 3:46 PM

Duklien Beauty Tools New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave (B) - Walmart.com



**Infringing Evi. 000284**

2/19/25, 3:46 PM                    Duklien Beauty Tools New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave (B) - Walmart.com



**Product details**

New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Travel Tissue Outdoor

Features: Brand new and high quality. Absorb water quickly. Great cleaning helper. Perfect for travel, hotel, home, etc.

Specification: Material: Cotton,Non-woven fabrics

Color:White Expand Size(approx) : 20*22cm Quantities: (12pcs/30pcs/36pcs/50pcs/56pcs/100pcs)

Package included: 1 x White Disposable Non-woven Compressed Towel Bag (1 bag is12pcs/30pcs/36pcs/50pcs56pcs/100pcs,pls kindly note it.)

High quality store for you! Note:

Please understand because of the light irradiation or computer display difference, so I can't guarantee photos and real color is 100% the same.

- size: 11 X 3 X 3cm(4.33 X 1.18 X 1.18inch)
- Material: ABS
- Package Include: 1x bag of compressed towel
- 【Eco-Friendly & Safe】 Made with eco-friendly materials, promoting green and healthy living while caring for the skin. All products are made from environmentally friendly materials, free of harmful chemicals, ensuring safety for the skin and the environment. Each product undergoes strict quality testing to ensure durability and safety. All tools feature energy-saving designs to reduce energy consumption, allowing you to pursue beauty while protecting the environment.
- 【Professional Quality】 Suitable for professional makeup artists and beauty enthusiasts, made with high-quality materials and craftsmanship to create a flawless look. The products feature high-density fibers that are soft and delicate, ensuring precise application and a natural finish. Handles are designed with anti-slip features for a comfortable grip, enhancing stability and precision. Hair styling tools are made with anti-static materials, gently caring for hair and preventing pulling and breakage, with advanced heating technology to reduce hair damage.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

**Specifications**

**Brand**
Duklien

**Skin Type**
All

**Assembled Product Weight**
80 g

**Manufacturer Part Number**
Duklien-240619A3685

More details

---

**Warranty**

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

**Warnings**

⚠ **WARNING:** None

---

Clearance



Options

**Now $15.99** ~~$18.99~~
Options from $15.99 – $32.99

Winner Cotton Facial Towel, 100% Pure Cotton Facial Tissues, Facial Towelettes Soft Thick Absorbent, Biodegradable Makeup Remover Dry Wipes for Skin Care Washing Drying Nursing Camping Travel Essentials, 360 Count

★★★★☆ 119

Save with W+

Shipping, arrives **in 2 days**

---

20 20

Pack

Options

**$13.76**

(2 pack) Neutrogena Cleansing Makeup Remover Wipes, Individually Wrapped, 20 Ct

★★★★☆ 22263

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

---

In 200+ people's carts

+ Add

**$3.74** 9.4 ¢/count

Equate Night-Time Soothing Makeup Remover Wipes, 40 T

★★★★☆ 1259

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

---

Clearance

FACEMADE

+ Add

**Now $13.99** ~~$19.99~~

FACEMADE Clean Towels 60 Ct - Size 11.5" x 11.1", Disposable Face Towelette, Makeup Remover Wipes, Facial Washcloth, Multi-Purpose Cotton Tissues for Personal Care

★★★★★ 1159

Save with W+

Shipping, arrives **in 2 days**

---

70x145cm

+ Add

**$8.74**

AFGH Compressed Towel Tablets Disposable Portable Face Hiking, Sport, Beauty Salon, Home Hand Wipes and Other O

Shipping, arrives **in 3+ days**

---

**Infringing Evi. 000285**

2/19/25, 3:46 PM

Duklien Beauty Tools New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave (B) - Walmart.com

100+ bought since yesterday

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



$10.00
Options from $10.00 – $11.00
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★★☆ 1
Save with W+
Shipping, arrives in 2 days



$13.97
Kaimada Clean Skin Club Clean Towels., 100% USDA Biobased Face Towel, Disposable Face Towelette, Makeup Remover Dry Wipes, Ultra Soft, 50 Ct, 1 Pack
★★★☆☆ 2
Shipping, arrives in 3+ days



$28.99
More options from $9.99
PoeticEHome Cotton Face Dry Wipes - Extra Thick Disposable Cloths 2-Pack
★★★★☆ 14
Save with W+
Shipping, arrives in 2 days

**Report:** ⓘ Report seller  ⚠ Report suspected stolen goods (to CA Attorney General)

## Related pages

Organic Body Wipes

Foot Wipes

Facial Towels

Face Wipes

Equate Wipes

Reusable Makeup Removers

Hogeshine

Defense Body Wipes

Clean Skin Towels

Equate Beauty Face Wipes

Makeup Remover Wipes

Adult Wipes

Beauty / Skin Care / Face Cleansers / Face Wipes

**Infringing Evi. 000286**

2/19/25, 3:46 PM                                Review your order - Walmart.com





**1. Shipping, arrives by Fri, Mar 7** ✓

Paula Stlouis
33 NW 21st Ave, Miami, FL 33135                                Edit

**Delivery instructions (optional)**                            Edit

House

**Items details**                                               Hide details
**Arrives by Fri, Mar 7**                                       1 item

Sold and shipped by xmstylereal
$3.00 seller shipping fee

Duklien Beauty Tools New Disposable Dry
Compressed Coin Disposable Face Towel Baby...
Actual Color: B

$6.39

Remove       [ − 1 + ]

**Subtotal** (1 item)                    $6.39
**Seller shipping**                      $3.00
**Estimated taxes**                      $0.66

**Estimated total**                     **$10.05**

Have a promo code?                         ⌄



**2. Payment method**                       ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[                                              ]

Continue

one

**onepay** $10 cash back when you spend $10+    Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                              ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

Infringing Evi. 000287



**Other ways to pay**   ∧

Pay with PayPal

☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

[ affirm ]

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>

📱  **3. Text updates for this order**   ⊖

**Infringing Evi. 000288**

2025/6/24 15:31                                    Seller StoreFront - xmstylereal - Walmart.com



# xmstylereal

📍 wuhouquwanshouqiaolushujie63haofu8hao
chengdushi, SC 610045, CN

✉️ Contact seller  |  📞 (+86) 19129350129

### Seller Reviews                                                                View all

**1.8 out of 5** ⭐⭐☆☆☆

21 ratings  |  12 reviews

### About the Store                                                              View more

🏪 Business Name: Chengduhuazechuangxindianzishangwuyouxiangongsi

  

**Featured**      Shop all

### Seller reviews

**1.8 out of 5** ⭐⭐☆☆☆
21 ratings  |  12 reviews



| 5 stars | | 14% (3) |
| 4 stars | | 5% (1) |
| 3 stars | | 5% (1) |
| 2 stars | | 0% (0) |
| 1 star | | 76% (16) |

How seller rating is calculated  ⓘ

Showing 1 - 5 of 12 reviews

⭐☆☆☆☆  Mar 5, 2025

🔍 Walmart customer

I never received my package even though it was marked as delivered. I live in an apartment where all packages are delivered to the front office, so there is not possibility that it is in a place I have not checked. I reached out to the seller multiple times, no reply. Walmart customer service also reached out to the seller on my behalf, no reply. The only option for refund is if I return the item, but I cannot return something I didn't receive. Do NOT order from this seller. (I am a Walmart associate)

| Item bought: |
|---|

⭐☆☆☆☆  Nov 9, 2024

🔍 Walmart customer

Disappointed with this product. Not like the original Lume deodorant. Too wet %26 watery.

**Infringing Evi. 000289**

2025/6/24 15:31                              Seller StoreFront - xmstylereal - Walmart.com



Item bought:
Lume Whole Body Deodorant - Smooth Solid Stick - Unscented - 2.6oz

★★★☆☆  Oct 28, 2024

Walmart customer

Not sure where it was coming from, but it took way too long to receive.

Item bought:
Lume Whole Body Deodorant - Smooth Solid Stick - Unscented - 2.6oz

★☆☆☆☆  Oct 26, 2024

Walmart customer

Why was an item made in Canada shipped from China? I'm sure, especially after reading others' reviews, that it's because it's counterfeit. Pro Seller my aunt Fanny! Also, I don't know what kind of screwy shipping they use, but it's been 18 days since I ordered and it's still not delivered. Makes me wonder if the shipping service has flagged it... At any rate, I'm done. I'll order it from someone else.

Item bought:

★☆☆☆☆  Oct 8, 2024

Walmart customer

Thieves. They quickly send a shipping confirmation. The product will NOT move. You will then have to request a refund.

Item bought:
Lume Whole Body Deodorant - Smooth Solid Stick - Unscented - 2.6oz

View all reviews (21)

**Infringing Evi. 000290**

# 35   HeZeFengGangWang

2/19/25, 3:49 PM          Deals of The Day Clearance! New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Christmas Halloween Thanksgiving New Year Flash Deals - Walmart.com





ZTTD

**Deals of The Day Clearance! New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Christmas Halloween Thanksgiving New Year Flash Deals**

☆ (No ratings yet)

**Actual Color:** D

$4.81          $5.35

**About this item**

- The package contains: 1x bag compressed towel.
- Long-Lasting Formula: Stays put throughout holiday parties and events.
- Easy to Apply: User-friendly products for quick holiday looks.
- Holiday-Inspired Shades: Rich, festive colors perfect for Christmas celebrations.
- christmas makeup,holiday beauty,winter wonderland makeup,festive eyeshadow,holiday lipstick,christmas nail polish,holiday glitter,christmas blush,winter wedding makeup,christmas eve makeup,holiday party makeup,christmas-themed cosmetics,long-lasting holiday makeup,festive eye shadows,waterproof holiday makeup,christmas gift sets,holiday-themed lipsticks,smudge-proof lipstick,christmas glow makeup,winter wonderland beauty,Christmas,Holiday Parties,Winter Festivals,Family Gatherings,New Year's Eve,Office Christmas Parties,Christmas Eve,Holiday Photoshoots,Christmas Day,Winter Weddings,Winter Solstice,Holiday Season,Christmas Brunches,Christmas Parades,Festive Events

View more ⌄

**At a glance**

| Brand | Age group | Count |
|-------|-----------|-------|
| ZTTD | Adult | 1 |

| Body part | | |
|-----------|--|--|
| Face | | |

View all specifications

**$5.35**

Price when purchased online ⓘ

| Buy now |
|---------|

| Add to cart |
|-------------|

**How you'll get this item:**

| 🚚 Shipping Arrives Mar 7 $3.99 | 🚗 Pickup Not available | 🛍 Delivery Not available |
|---|---|---|

33 NW 21st Ave   Change

Arrives by **Fri, Mar 7** | More options

Shipping fee $3.99

🏷 Sold and shipped by HeZeFengGangWang

★★★☆☆ 305 seller reviews

| ♡ Add to list | 🗓 Add to registry |
|---|---|

**About this item**

Product details                                                                                           ⌃

**Infringing Evi. 000292**



**Infringing Evi. 000293**

2/19/25, 3:49 PM                    Deals of The Day Clearance! New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Christmas Halloween Thanksgiving New Year Flash Deals - Walmart.com

**$3.69** +$3.00 shipping
Options from $3.69 - $8.69
Yixeychen Beauty Toolsnew Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave (A

Shipping, arrives in 3+ days

**$6.18** $29.41/100 ct
Neutrogena Makeup Remover Wipes & Face Cleansing Towelettes, 21 Ct
★★★★★ 0173

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives in 3+ days

**$6.97** 0.0 ¢/count
Cetaphil Gentle Skin Cleansing Cloths, 25 ct, Fragrance Free
★★★★★ 265

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives in 3+ days

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

---

Sponsored
**$10.00**
Options from $10.00 - $11.00
Tisct Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★★☆ 1

Save with W+

Shipping, arrives in 2 days

Sponsored
**$28.99**
More options from $9.99
PoetkE Home Cotton Face Dry Wipes - Extra Thick Disposable Cleansing Towel, Facial Cleaning Tissue Cloths 2-Pack
★★★★☆ 14

Save with W+

Shipping, arrives in 2 days

Clearance
Now **$8.04** $9.99
More options from $6.86
Face Towelettes,Disposable For Washing Face,Face Towels Towel Washing Cotton Towelettes For Cleansing And Trave
★★★☆☆ 1

Shipping, arrives in 3+ days

**Report:**   ⊘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

| | |
|---|---|
| Diamond Skin Care | Clean Skin Towels |
| Yes U | Organic Body Wipes |
| Reflections Skin Care | B.c Beauty Concepts |
| Face Wipes | Reusable Makeup Removers |
| Makeup Remover Wipes | Makeup remover |
| Equate Beauty Face Wipes | MakeUp eraser |

Beauty  /  Skin Care  /  Face Cleansers  /  Face Wipes

**Infringing Evi. 000294**

2/19/25, 3:50 PM                                      Review your order - Walmart.com





**1. Shipping, arrives by Thu, Mar 6**   ✓

Paula Stlouis                                                        Edit
33 NW 21st Ave, Miami, FL 33135

**Delivery instructions (optional)**                                Edit
House

**Items details**                                                   Hide details
**Arrives by Thu, Mar 6**                                           1 item

Sold and shipped by HeZeFengGangWang
$3.99 seller shipping fee

Deals of The Day Clearance! New Disposable Dry
Compressed Coin Disposable Face Towel Baby...
Actual Color: D

$5.35

Remove        —   1   +

| Subtotal (1 item) | $5.35 |
|---|---|
| Seller shipping | $3.99 |
| Estimated taxes | $0.65 |
| **Estimated total** | **$9.99** |

Have a promo code?    ⌄

**2. Payment method**   ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**one**

onepay  $10 cash back when you spend $10+    Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**   ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Infringing Evi. 000295**



**Other ways to pay**  ⌃

Pay with PayPal

☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱  **3. Text updates for this order**                                      ⊖

**Infringing Evi. 000296**

2025/6/24 16:23

Seller StoreFront - ZTTDPRODUCTS - Walmart.com



**Infringing Evi. 000297**

2025/6/24 16:23                                  Seller StoreFront - ZTTDPRODUCTS - Walmart.com



★☆☆☆☆  May 4, 2025

👤 Walmart customer

IT TOOK FOREVER FOR THEM TO SHIP - WEEKS THEN THEY CLAIM IT WAS DELIVERED WELL NOT TO ME - NOT TO MY HOUSE AND NOW I AM GETTING THE RUN-A-ROUND FROM WALMART INSTEAD OF IMMEDIATELY REFUNDING MY MONEY AS THEY SHOULD - I SHOULD CHARGE WALMART FOR THE MEGA TIME I AM HAVING TO WASTE ON THIS!

**Item bought:**
 zttd water drop shaped full diamond lover ring fashion hollow ring - size 6-11

★☆☆☆☆  Apr 26, 2025

👤 Walmart customer

I thought it said rechargeable, I will double check.. Ot was fairly cheap so I haven't decided if it's worth returning

**Item bought:**

View all reviews (401)

**Infringing Evi. 000298**

## 36   YXEEYCHEN

2/19/25, 3:53 PM                           Yxeeychen Beauty Toolsnew Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Travec - Walmart.com



Yxeeychen

**Yxeeychen Beauty Toolsnew Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Travec**

☆ (No ratings yet)



**Actual Color:** C

| | | | |
|---|---|---|---|
| $3.69 | $4.59 | $6.19 | $8.69 |

**About this item**

- size: 11 X 3 X 3cm(4.33 X 1.18 X 1.18inch)Material: ABSPackage Include: 1x bag of compressed towel
- [Affordable, cost-effective]: One purchase, multiple uses! This beauty tool set is not only versatile, but also affordable. It is your economical and affordable choice, adding more possibilities to your beauty toolbox.
- Yxeeychen has a variety of product categories, ranging from basic makeup (such as foundation, concealer, pressed powder) to colorful makeup (such as lipstick, eye shadow, blush) and special effect makeup (such as makeup products for special occasions), etc., to meet the needs of different consumers.
- [High-quality materials, exquisite craftsmanship]: Our beauty tools are made of high-quality materials and crafted with exquisite craftsmanship. Each tool undergoes strict quality control to ensure safety and reliability, providing long-lasting use guarantee for your makeup and care.
- [Humanized design, easy operation]: The design conforms to ergonomic principles, comfortable grip, and simple and convenient operation. Whether you are a novice or a makeup expert, you can easily control and easily complete various delicate makeup steps.

View more ⌄

**At a glance**

| Brand | Age group | Count |
|---|---|---|
| Yxeeychen | Adult | 1 |

View all specifications



**$6.19**

Price when purchased online ⓘ

◉ Free 30-day returns

| Buy now |
|---|

| Add to cart |
|---|

**How you'll get this item:**

| 🚚 Shipping Arrives Mar 7 $5.00 | 🚗 Pickup Not available | 🏪 Delivery Not available |
|---|---|---|

33 NW 21st Ave  Change

Arrives by **Fri, Mar 7** | More options

Shipping fee $5.00

🏪 Sold and shipped by YXEEYCHEN

★★☆☆☆  9 seller reviews

◉ Free 30-day returns  Details

| ♡ Add to list | ▦ Add to registry |
|---|---|

**About this item**

Product details                                                                                    ⌃

**Infringing Evi. 000300**

2/19/25, 3:53 PM                    Yxeeychen Beauty Toolsnew Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Travec - Walmart.com

**New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Travel Tissue Outdoor**

Features: Brand new and high quality. Absorb water quickly. Great cleaning helper. Perfect for travel, hotel, home, etc.

Specification: Material: Cotton,Non-woven fabrics

Color:White Expand Size(approx) : 20*22cm Quantities: (12pcs/30pcs/36pcs/50pcs/56pcs/100pcs)

Package included: 1 x White Disposable Non-woven Compressed Towel Bag (1 bag is12pcs/30pcs/36pcs/50pcs56pcs/100pcs,pls kindly note it.)

High quality store for you! Note:

Please understand because of the light irradiation or computer display difference, so I can't guarantee photos and real color is 100% the same.

- size: 11 X 3 X 3cm/4.33 X 1.18 X 1.18inch;Material: ABSPackage Include: 1x bag of compressed towel
- (Affordable, cost-effective): One purchase, multiple uses! This beauty tool set is not only versatile, but also affordable. It is your economical and affordable choice, adding more possibilities to your beauty toolbox.
- Yxeeychen has a variety of product categories, ranging from basic makeup (such as foundation, concealer, pressed powder) to colorful makeup (such as lipstick, eye shadow, blush) and special effect makeup (such as makeup products for special occasions), etc., to meet the needs of different consumers.
- (High-quality materials, exquisite craftsmanship): Our beauty tools are made of high-quality materials and crafted with exquisite craftsmanship. Each tool undergoes strict quality control to ensure safety and reliability, providing long-lasting use guarantee for your makeup and care.
- (Humanized design, easy operation): The design conforms to ergonomic principles, comfortable grip, and simple and convenient operation. Whether you are a novice or a makeup expert, you can easily control and easily complete various delicate makeup steps.

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

## Specifications                                                                                                      ⌄

**Brand**

Yxeeychen

**Skin Type**

All

**Assembled Product Weight**

145 g

**Manufacturer Part Number**

Yxeeychen-240709C1535

More details

## Warranty                                                                                                            ⌄

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

## Warnings                                                                                                            ⌄

⚠ **WARNING:** None









**Options**

$4.59  +$4.99 shipping
Options from $4.59 – $5.59

Yxeeychen Beauty Toolsnew Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave (B

Shipping, arrives **in 3+ days**

**Options**

$4.81  +$3.99 shipping
Options from $4.81 – $5.35

Deals of The Day Clearance! New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Christmas Halloween Thanksgiving New Year Flash Deals

Shipping, arrives **in 3+ days**

**Options**

$3.22  +$4.97 shipping
Options from $3.22 – $5.65

Kayannuo Christmas Clearance New Disposable Dry Comp Tablet Trave

Shipping, arrives **in 3+ days**



**Options**

$6.39  +$5.00 shipping
Options from $6.39 – $11.49

Duklien Beauty Tools New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave (B)

Shipping, arrives **in 3+ days**

**Options**

$1.09  +$4.90 shipping

Clearance DHALL Skincare New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave

Shipping, arrives **in 3+ days**

**Options**

$4.19  +$5.00 shipping
Options from $4.19 – $7.09

Weipeensen New Disposable Dry Compressed Coin Dispos

Shipping, arrives **in 3+ days**

**Infringing Evi. 000301**

2/19/25, 3:53 PM                    Yxeeychen Beauty Toolsnew Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Travec - Walmart.com

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.



$10.00
Options from $10.00 - $11.00
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★★☆ 1
Save with W+
Shipping, arrives in 2 days

Now $8.04 $9.99
More options from $6.86
Face Towelettes,Disposable For Washing Face,Face Towelettes Disposable YOZGXEG Disposable Face Towel Washing Cotton Towelettes For Cleansing And Travel.Makeup
★★★☆☆ 1
Shipping, arrives in 5+ days

+5 options
$28.99
More options from $9.99
Poetic&Home Cotton Face Dry Wipes - Extra Thick Disposable Cloths 2-Pack
★★★★½ 14
Save with W+
Shipping, arrives in 2 days

**Report:** ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

Organic Body Wipes                        Defense Body Wipes
Hopeshine                                 Cleanse Cloth
Disposable Face Cloths                    Clean Skin Towels
Face Wipes                                Equate Beauty Face Wipes
Makeup Remover Wipes                      Equate Wipes
Reusable Makeup Removers                  Adult Wipes

Beauty / Skin Care / Face Cleansers / Face Wipes

**Infringing Evi. 000302**

2/19/25, 3:53 PM
Review your order - Walmart.com



**1. Shipping, arrives by Thu, Mar 6** ✓

Paula Stlouis                                                    Edit
33 NW 21st Ave, Miami, FL 33135

**Delivery instructions (optional)**                             Edit
House

**Items details**                                          Hide details
Arrives by Thu, Mar 6                                          1 item

Sold and shipped by YXEEYCHEN
$5.00 seller shipping fee

Yxeeychen Beauty Toolsnew Disposable Dry
Compressed Coin Disposable Face Towel Baby...
Actual Color: C

**$6.19**

Remove        [ −  1  + ]



Subtotal (1 item)                                               $6.19
Seller shipping                                                 $5.00
Estimated taxes                                                 $0.78

**Estimated total**                                          **$11.97**

Have a promo code?                                                ∨

**2. Payment method**                                             ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

**Card number ***

[ 💳                                                                    ]

**Continue**

🔵 **one**

**onepay**  $10 cash back when you spend $10+            **Sign up**

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                   ∧

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                    1/2

**Infringing Evi. 000303**

2/19/25, 3:53 PM                                                                                        Review your order - Walmart.com



**Other ways to pay**                                                                          ∧

Pay with PayPal                                          Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**                Items in your cart are not eligible for Affirm.

*PayPal*                                                [ affirm ]

---

Walmart+ | Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱  **3. Text updates for this order**                                                  ⊖

**Infringing Evi. 000304**

2025/6/24 15:32                                        Seller StoreFront - YXEEYCHEN - Walmart.com



## YXEEYCHEN

📍 jinjiangquliuhelu139hao13dong1lou12hao
chengdushi, SC 610000, CN

✉ Contact seller   📞 (+86) 19938018741

### Seller Reviews                                                   View all

**2.4 out of 5** ★★⯪☆☆
12 ratings  |  4 reviews

### About the Store                                                 View more

🏪 Business Name: chengduyuxinyichengdianzishangwuyouxiangongsi

          

**Featured**          Shop all

### Seller reviews

**2.4 out of 5** ★★⯪☆☆
12 ratings  |  4 reviews



| | |
|---|---|
| 5 stars | 25% (3) |
| 4 stars | 8% (1) |
| 3 stars | 8% (1) |
| 2 stars | 0% (0) |
| 1 star | 58% (7) |

 
How seller rating is calculated  ⓘ

**Showing 1 - 4 of 4 reviews**

★☆☆☆☆  Apr 15, 2025

Ⓠ **Walmart customer**

Worst quality I ever seen Pictures don't match product Don't buy

> **Item bought:**
> Christmas Holiday Decoration Wreath,Red Poinsettia Nativity Artificial Wreath, for Indoor Outdoor Decoration

★★★★☆  Dec 15, 2024

Ⓠ **Walmart customer**

your item doesnt exactly match the picture at all.

https://www.walmart.com/global/seller/101678897                                    1/2

2025/6/24 15:32                                          Seller StoreFront - YXEEYCHEN - Walmart.com



**Item bought:**
Clearance TOFOTL Dinosaur Eating Gnomes Garden Art Outdoor Decor Garden Gnome Statues Garden Decor

---

★☆☆☆☆ Nov 30, 2024

👤 **Walmart customer**

I purchased from this seller showing I would receive by Nov. 26,2024, did not receive. Checked tracking, it shows setting in Ill. on Nov. 18, 2024 very disappointed. What happen that caused not receiving on time? I think you should refund my money and do something to the SELLER.



**Item bought:**
Coolmade 2 Pack Maple Leaves Fall Garland - 6ft/Strand Artificial Fall Foliage Garland Colorful Autumn Decoration for Home Wedding Party Thanksgiving

---

★☆☆☆☆ Nov 13, 2024

👤 **Walmart customer**

Shipping is not trackable and has been missing for weeks!!!! Do not order from this distributor!

**Item bought:**
Vanicream Daily Facial Moisturizer For Sensitive Skin, Hyaluronic Acid & Ceramides 89 ml / 3 oz

---

[ View all reviews (12) ]

**Infringing Evi. 000306**

# 37   Kayannuo Store

2/19/25, 3:58 PM                            Kayannuo Back to School Clearance New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com



Kayannuo

**Kayannuo Back to School Clearance New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave**

☆ (No ratings yet)

Size: 18x15.5cm

| 15x17.5cm | 18x15.5cm $4.03 | 18x25cm |

Actual Color: 0

**About this item**
- [Satisfaction First] - Customer satisfaction is our top priority. If you are not satisfied with any of our Kayannuo product, please contact us and rest assured that we will do our best to make it right. Please refer to the size chart images and product descriptions, as well as the customer feedback, to ensure an accurate fit.
- 🔺 Color White Expand Size(approx) : 20*22cm Quantities: (12pcs/30pcs/36pcs/50pcs/56pcs/100pcs)
- Package included: 1 x White Disposable Non-woven Compressed Towel Bag (1 bag is12pcs/36pcs/36pcs/50pcs56pcs/100pcs,pls kindly note it.)
- High quality store for you! Note:
- Please understand because of the light irradiation or computer display difference, so I can't guarantee photos and real color is 100% the same.

View more ∨

**At a glance**

| Brand | | Form | | Count |
| Kayannuo | | Wipes | | 1 |

| Body part | | Container type | |
| Face | | Bag | |

View all specifications



**$4.03**
Price when purchased online ⓘ
⟲ Free 30-day returns

Buy now

Add to cart

**How you'll get this item:**

| 🚚 Shipping Arrives Mar 21 $4.97 | 🚗 Pickup Not available | 🏪 Delivery Not available |

33 NW 21st Ave  Change
Arrives by Fri, Mar 21 | More options
Shipping fee $4.97

🏪 Sold and shipped by Kayannuo Store
★★★☆☆ 1553 seller reviews
⟲ Free 30-day returns  Details

♡ Add to list                    ⊞ Add to registry

**About this item**

https://www.walmart.com/ip/Kayannuo-Christmas-Clearance-New-Disposable-Dry-Compressed-Coin-Disposable-Face-Towel-Baby-Wipes-Tablet-Trave/2475850919                                                                                                  1/3

**Infringing Evi. 000308**



2/19/25, 3:58 PM                    Kayannuo Back to School Clearance New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com





**Infringing Evi. 000310**

2/19/25, 3:59 PM                                    Review your order - Walmart.com



**1. Shipping, arrives by Wed, Mar 19**                                        ✓

Paula Stlouis                                                        Edit
33 NW 21st Ave, Miami, FL 33155

**Delivery instructions (optional)**                                Edit

House

**Items details**                                                  Hide details
**Arrives by Wed, Mar 19**                                          1 item

Sold and shipped by Kayannuo Store
$4.97 seller shipping fee

Kayannuo Back to School Clearance New Disposable
Dry Compressed Coin Disposable Face Towel Baby...
Size: 18x15.5cm, Actual Color: D

**$4.03**

Remove         [ −  1  + ]



| Subtotal (1 item) | $4.03 |
| Seller shipping | $4.97 |
| Estimated taxes | $0.63 |
| **Estimated total** | **$9.63** |

Have a promo code?                          ⌄



**2. Payment method**                                      ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

[ 🖃                                                           ]

**Continue**

🔵 **one**

**onepay**  $10 cash back when you spend $10+          Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                            ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

Infringing Evi. 000311

2/19/25, 3:59 PM                                                                                    Review your order - Walmart.com



**Infringing Evi. 000312**

2025/6/24 15:32                                                                                         Seller StoreFront - Kayannuo Store - Walmart.com



**Infringing Evi. 000313**

2025/6/24 15:32                                    Seller StoreFront - Kayannuo Store - Walmart.com

Walmart customer

i love this cest and will probably buy another in a different color.

Item bought:

---

☆☆☆☆☆  May 19, 2025

Walmart customer

Slow to ship. Design doesn't allow contact with the bottom of cups and mugs in order to keep beverages warm. Useless.

Item bought:
Kayannuo Back to School Clearance Coffee Mug Warmer For Desk, USB Coffee Cup Warmer Coffee Tea Milk Beverage, Warmer Plate For Keeping Hot(Black)

View all reviews (1880)

**Infringing Evi. 000314**

# 38   LoTiSee

12/11/24, 5:12 PM                        Xixili New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com



XiXiLi

**Xixili New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave**

☆ (No ratings yet)

Actual Color: B

$6.59                 $7.39

**About this item**

- Xixili New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave
- Xixili New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave
- Xixili New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave

**At a glance**

| Brand | Assembled Product Weight | Manufacturer Part Number |
|---|---|---|
| XiXiLi | 0.33 lb | XX0715-Beauty-297 |

| Model | Manufacturer | Assembled Product Dimensions (L x W x H) |
|---|---|---|
| XX0715-Beauty-297 | Xixili | 4.33 x 1.18 x 1.18 Inches |



**$7.39**

Price when purchased online ⓘ

🚚 Free shipping ⓘ  Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

How do you want your item?

| 🚚 Shipping Arrives Dec 27 Free | 🚗 Pickup Not available | 🏪 Delivery Not available |
|---|---|---|

Delivery to 33 NW 21st Ave

🏬 Sold and shipped by  LoiSee

★★★☆☆  11 seller reviews

Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list                              ▦ Add to registry

**About this item**

Product details                                                                                            ⌃

New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Travel Tissue Outdoor
Features: Brand new and high quality. Absorb water quickly. Great cleaning helper. Perfect for travel, hotel, home, etc.
Specification: Material: Cotton,Non-woven fabrics
Color:White Expand Size(approx) : 20*22cm Quantities: (12pcs/30pcs/36pcs/50pcs/56pcs/100pcs)
Package included: 1 x White Disposable Non-woven Compressed Towel Bag (1 bag
is12pcs/30pcs/36pcs/50pcs56pcs/100pcs,pls kindly note it.)
High quality store for you! Note:
Please understand because of the light irradiation or computer display difference, so I can't guarantee photos and real color is
the same.

**Infringing Evi. 000316**

12/11/24, 5:12 PM                                        Xixili New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com

- Xixili New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave
- Xixili New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave
- Xixili New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications ⌃

**Brand**
XiXiLi

**Assembled Product Weight**
0.13 lb

**Manufacturer Part Number**
XX0715-Beauty-297

**Model**
XX0715-Beauty-297

More details

## Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

---



Options

$10.00
Options from $10.00 – $11.00
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★☆☆ 2
Save with W+
Shipping, arrives in 2 days



Sponsored
Options

$28.99
More options from $9.99
PoeticEHome Cotton Face Dry Wipes - Extra Thick Disposable Cleansing Towel, Facial Cleaning Tissue Cloths 2-Pack
★★★★☆ 12
Save with W+
Shipping, arrives in 2 days



+ Add

Now $14.81 $20.67
Clean Towels Biobased Face Towel Disposable Face Tow 50 Ct 1 Pack
Shipping, arrives in 3+ days

---

💬 Report incorrect product information



+ Add

$9.97
FreshUps™ Disposable Face Towels XL - Biobased Facial Towel, Makeup Remover Dry Wipe, Spa Quality Soft, 50 ct
★★★★★ 1
2-day shipping



+ Add

$10.00  260 ct count
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★☆☆ 2
2-day shipping



+ Add

$22.99
PoeticEHome Soft Dry Wipe 300ct Cotton Tissue Face Cloths Disposable Cleansing Towel
★★★★½ 21
2-day shipping

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

**Infringing Evi. 000317**

12/11/24, 5:12 PM

Xixili New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com



$9.97

FreshUps" Disposable Face Towels XL - Biobased Facial Towel, Makeup Remover Dry Wipe, Spa Quality Soft, 50 ct

★★★★★ 1

2-day shipping



$10.00 20.0 ¢/count

Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe

★★★☆☆ 2

2-day shipping

Reduced price



Now $13.99 $25.99

FACEMADE Clean Towels 60 Ct - Size 11.5" x 11.1", Disposable Face Towelette, Makeup Remover Wipes, Facial Washcloth, Multi-Purpose Cotton Tissues for Personal Care

★★★★★ 1158

2-day shipping



$4.03 +$4.97 shipping
More options from $3.22

Kayannuo Back to School Clearance New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave

Shipping, arrives in 3+ days

Clearance



Now $2.63 $3.99 +$3.00 shipping
More options from $1.13

Yxeeychen Beauty Toolsnew Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Travec

Shipping, arrives in 3+ days



$6.70 +$3.99 shipping
More options from $5.24

Deals of The Day Clearance! New Disposable Dry Com Wipes Tablet Trave Christmas Halloween Thanksgiving !

Shipping, arrives in 3+ days

---

Report:  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Adult Wipes

Hand Sanitizing Wipes

Body Wipes

Face Wipes

Med Wipes

Makeup Remover Wipes

Equate Wipes

Organic Body Wipes

Crud Cloth

Disposable Face Cloths

Defense Body Wipes

Equate Beauty Face Wipes

Beauty  /  Skin Care  /  Face Cleansers  /  Face Wipes

**Infringing Evi. 000318**

12/11/24, 5:13 PM                                        Review your order - Walmart.com





**1. Free shipping, arrives by Fri, Dec 27** ✓

Paula Stlouis                                                                          Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                                 Edit

House

**Items details**                                                             Hide details
Arrives by Fri, Dec 27                                                            1 item

Sold and shipped by LoTiSee
Free shipping

Xixili New Disposable Dry Compressed Coin
Disposable Face Towel Baby Wipes Tablet Trave
Actual Color: B

$7.39

Remove          −   1   +

| Subtotal (1 item) | $7.39 |
|---|---|
| Shipping | Free |
| Estimated taxes | $0.52 |
| **Estimated total** | **$7.91** |

Have a promo code?        ⌄



**2. Payment method**        ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**        ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                1/2

**Infringing Evi. 000319**

12/11/24, 5:13 PM                                                    Review your order - Walmart.com

Connect your bank

Other ways to pay                                                                        ⌃

Pay with PayPal                              Pay in monthly installments with Affirm

☑ Remember my PayPal account details        Items in your cart are not eligible for Affirm.

[PayPal]                                      affirm

---

Walmart+ ⅝  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱  3. Text updates for this order                                              ⊖

**Infringing Evi. 000320**

2025/6/24 16:25                                    Seller StoreFront - LoTiSee Fresh Net - Walmart.com



**Infringing Evi. 000321**

# 39   WORPBOPE

2/19/25, 4:21 PM                    Worpbope New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Beauty Tools (D) - Walmart.com



Worpbope

**Worpbope New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Beauty Tools (D)**

☆ (No ratings yet)

**Actual Color:** D

| | | | | |
|---|---|---|---|---|
| $1.99 | $2.69 | $3.89 | **$2.49** | $5.39 |

### About this item

- Material: Teeth Upper, Our products are made of high-quality Material, ensuring durability. They can be easily maintenance and are built to last.
- size: 11 X 3 X 3cm(4.33 X 1.18 X 1.18inch)
- Package Include: 1x bag of compressed towels
- 【Tailored to You】: We've thought about every little detail to make sure your makeup routine is convenient and comfortable. Our products are ergonomically designed for a comfy grip and easy use, so you can enjoy doing your makeup without any hassle.
- 【Built to Last】: Our beauty products and tools go through rigorous quality checks, ensuring they're durable enough to withstand both time and usage. Whether you're using them daily or just storing them away, our products maintain their performance and quality.

View more ⌄

### At a glance

| Brand | Age group | Count |
|---|---|---|
| Worpbope | Adult | 1 |

View all specifications

**$2.49**
Price when purchased online ⓘ

✓ Free 30-day returns

| Buy now |
|---|

| Add to cart |
|---|

**How you'll get this item:**

| 🚙 Shipping<br>Arrives Mar 6<br>$4.20 | 🚗 Pickup<br>Not available | 🛍️ Delivery<br>Not available |
|---|---|---|

33 NW 21st Ave  Change
Arrives by **Thu, Mar 6** | More options
Shipping fee $4.20

🏬 Sold and shipped by WORPBOPE
★★★☆☆  14 seller reviews
✓ Free 30-day returns  Details

| ♡ Add to list | | 🗒 Add to registry |
|---|---|---|

### About this item

Product details                                                                                              ⌃

**Infringing Evi. 000323**

2/19/25, 4:21 PM                     Worpbope New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Beauty Tools (D) - Walmart.com

**New Disposable Dry Compressed Face Towel Baby Wipes Tablet Travel Tissue Outdoor**
Features: Brand new and high quality. Absorb water quickly. Great cleaning helper. Perfect for travel, hotel, home, etc.
Specification: Material: Cotton,Non-woven fabrics
Color:White Expand Size(approx) : 20*22cm Quantities: (12pcs/30pcs/36pcs/50pcs/56pcs/100pcs)
Package included: 1 x White Disposable Non-woven Compressed Towel Bag (1 bag is12pcs/30pcs/36pcs/50pcs56pcs/100pcs,pls
kindly note it.)
High quality store for you! Note:
**Please understand because of the light irradiation or computer display difference, so I can't guarantee photos and real color is
100% the same.**

- **Material:** Teeth Upper, Our products are made of high-quality Material, ensuring durability. They can be easily maintenance and are
  built to last.
- size: 11 X 5 X 3cm(4.33 X 1.18 X 1.18inch)
- Package Include: 1x bag of compressed towels
- 【Tailored to You】 We've thought about every little detail to make sure your makeup routine is convenient and comfortable. Our
  products are ergonomically designed for a comfy grip and easy use, so you can enjoy doing your makeup without any hassle.
- 【Built to Last】 Our beauty products and tools go through rigorous quality checks, ensuring they're durable enough to withstand
  both time and usage. Whether you're using them daily or just storing them away, our products maintain their performance and
  quality.

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have
   not verified it. See our disclaimer

---

Specifications                                                                                                                                        ⌃

**Brand**
Worpbope

**Skin Type**
All

**Assembled Product Weight**
120 g

**Manufacturer Part Number**
Worpbope-240429A5643

More details

---

Warranty                                                                                                                                              ⌃

**Warranty Information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in
this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact
seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

Warnings                                                                                                                                              ⌃

⚠ **WARNING:** None

---



**Infringing Evi. 000324**

2/19/25, 4:21 PM                              Worpbope New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Beauty Tools (D) - Walmart.com

Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

Sponsored
**$10.00**
Options from $10.00 – $11.00
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★★☆ 5
Save with W+
Shipping, arrives **in 2 days**

Sponsored
**$28.99**
More options from $9.99
PoeticEHome Cotton Face Dry Wipes - Extra Thick Disposable Cleansing Towel, Facial Cleaning Tissue Cloths 2-Pack
★★★★☆ 14
Save with W+
Shipping, arrives **in 2 days**

**$12.99**
Options from $12.99 – $69.99
Ditoi Disposable Face Towels, Makeup Remover Dry Wipes,
★★★☆☆ 2
Save with W+
Shipping, arrives **in 2 days**

+6 options

**Report:**   ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

## Related pages

| | |
|---|---|
| Moonqueen | Facial Cloths Microfiber |
| Hopeshine | Organic Body Wipes |
| Defense Body Wipes | Disposable Face Towel |
| Equate Wipes | Equate Beauty Face Wipes |
| Adult Wipes | Face Wipes |
| Hand Sanitizing Wipes | |

Beauty / Skin Care / Face Cleansers / Face Wipes

**Infringing Evi. 000325**

2/19/25, 4:21 PM                                    Review your order - Walmart.com





**1. Shipping, arrives by Wed, Mar 5** ✓

Paula Stlouis                                                    Edit
33 NW 21st Ave, Miami, FL 33135

**Delivery instructions (optional)**                            Edit

House

**Items details**                                          Hide details
**Arrives by Wed, Mar 5**                                       1 item

Sold and shipped by WORPBOPE
$4.20 seller shipping fee

Worpbope New Disposable Dry Compressed Coin
Disposable Face Towel Baby Wipes Tablet Trave...
Actual Color: D

$2.49

Remove        [ − 1 + ]

| | |
|---|---|
| Subtotal (1 item) | $2.49 |
| Seller shipping | $4.20 |
| Estimated taxes | $0.47 |
| **Estimated total** | **$7.16** |

Have a promo code?                                                ⌄



**2. Payment method**                                             ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

                                                            **Continue**

⊗ one

onepay  $10 cash back when you spend $10+          **Sign up**

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                   ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

Infringing Evi. 000326



**Infringing Evi. 000327**

2025/6/24 15:32                                    Seller StoreFront - WORPBOPE - Walmart.com



# WORPBOPE

⊙ yuexiuquyunyingjie14hao101fang
   GuangZhouShi, GD 510105, CN

✉ Contact seller  |  ☎ (+86) 18025856741

---

## Seller Reviews                                                    View all

**3.1 out of 5**  ★★★☆☆

17 ratings  |  4 reviews

---

## About the Store                                                  View more

⊞  Business Name: GuangZhouCailingmaoyiyouxiangongsi

---

     

**Featured**      Shop all

### Seller reviews

**3.1 out of 5**  ★★★☆☆

17 ratings  |  4 reviews



| | | |
|---|---|---|
| 5 stars | | 47% (8) |
| 4 stars | | 0% (0) |
| 3 stars | | 6% (1) |
| 2 stars | | 12% (2) |
| 1 star | | 35% (6) |

How seller rating is calculated  ⓘ

**Showing 1 - 4 of 4 reviews**

---

★☆☆☆☆  Apr 29, 2025

 Walmart customer

Order arrived weeks late and was not packaged properly so it was damaged.

|  | **Item bought:** |
|---|---|
| | Worpbope Eyeshadow Nine Color Green Eye Shadow Plate Foreign Trade Eye Shadow Plate Polarized Brightening Diamond Flash Cos Color Makeup Plate (Green ) |

---

★★☆☆☆  Feb 4, 2025

 Walmart customer

Had no communication with seller. This massager was purchased to help with my migraines as I tried it prior to purchase and liked it, The seller/packers are some kind of idiots as the sent a plastic product in a plastic bag and thought it would make it without damage . This product arrived BROKE

---

**Infringing Evi. 000328**

2025/6/24 15:32                                      Seller StoreFront - WORPBOPE - Walmart.com

**Item bought:**



☆☆☆☆☆  Nov 28, 2024

Walmart customer

The item was shipped from China took more than a month to arrive and the product itself was complete garbage much smaller than any other powder box and the lid doesn't even fit terrible product terrible service just trash

**Item bought:**
Worpbope Puff After Bath Body Powder Box Empty Powder Case Powder Puff Container Holder For Home And Travel Cosmetic Container Blue (Blue )

☆☆☆☆☆  Sep 24, 2024

Walmart customer

If you gave us enough to do any good we might be able to write a review.

**Item bought:**

View all reviews (17)

https://www.walmart.com/global/seller/101628871                                              2/2

**Infringing Evi. 000329**

**40    jianteyi**

2/18/25, 3:54 PM                           Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel Towel-5pcs-30X70cm - Walmart.com



Arkzeo

Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel Towel-5pcs-30X70cm

☆ (No ratings yet)

**Size:** Towel-5pcs-30X70cm

| Bath Towel-1Pc-70X145cm $7.10 | Towel-5pcs-30X70cm $6.93 |

**About this item**

- Specification: Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel Towel-5pcs-30X70cm
- Easy to use: Our product design is simple and intuitive, making it very convenient to use. We hope you can easily enjoy the process of use.
- Excellent quality: We use good materials for production and have undergone rigorous testing and verification, so you can purchase with confidence.
- Kind reminder: Please carefully read the product details to ensure that it is the product you need. Carefully read the product manual and follow the correct steps before use.
- Sales service: Whether it's pre-sales or after-sales, you can contact us and we will be happy to serve you.

View more ⌄

**At a glance**

| Material | Brand |
| Plastic; Metal | Arkzeo |

View all specifications



**$6.93**

Price when purchased online ⓘ

⊙ Free 30-day returns

| Buy now |

| Add to cart |

**How you'll get this item:**

| Shipping Arrives Mar 7 $2.88 | Pickup Not available | Delivery Not available |

**33 NW 21st Ave**  Change

Arrives by **Fri, Mar 7** | More options

Shipping fee $2.88

Sold and shipped by iianteyi

★★★★☆ 19 seller reviews

⊙ Free 30-day returns  Details

|  Add to list  |  Add to registry |

Clearance                                                                                     Reduced price

**Infringing Evi. 000331**

2/18/25, 3:54 PM                          Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel Towel-5pcs-30X70cm - Walmart.com







Now $0.99 $1.99 · +$4.00 shipping
Wovilon 14X30 Inches Hand Towels (Blue), Wash Cloths for Showering, Body and Face, Baby Towels, Face Wovilon, Absorbent Superfine Fiber Soft Comfortable Washing Towel, Wash Rag, Dish Towels, 1PC

$4.45 · +$3.99 shipping
UHUSE Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel
Shipping, arrives in 3+ days

Now $5.98 $6.98 · +$3.99 shipping
Disposable Compressed Towel Bath Towel Faces Cleansing
Shipping, arrives in 3+ days

## About this item

### Product details

**Features:**

*Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

*Great for your travel or outdoor activities like hiking, biking and camping

*Made of quality material, soft, skin-friendly and comfortable

*Compact in size, convenient to carry

*Can be put in jacket pocket, purse or cosmetic bag

*Can be used repeatedly

**Specifications:**

*Material:Cotton

*Optional Size:5PCS-30*70cm;70*145CM
(After soaking in water) (Approx.)

*Color: White(As Pictures Show)

**Package Contents（optional）:**

Package 1: 5*Towel

Package 2: 1*Bath Towel

Note: The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness of your monitor and light brightness.

- Specification: Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel-5pcs-30X70cm
- Easy to use: Our product design is simple and intuitive, making it very convenient to use. We hope you can easily enjoy the process of use.
- Excellent quality: We use good materials for production and have undergone rigorous testing and verification, so you can purchase with confidence.
- Kind reminder: Please carefully read the product details to ensure that it is the product you need. Carefully read the product manual and follow the correct steps before use.
- Sales service: Whether it's pre-sales or after-sales, you can contact us and we will be happy to serve you.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Arkzeo

**Material**
Plastic;Metal

**Assembled Product Weight**
0.17 lb

**Shape**
As Show

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.





Clearance



**Infringing Evi. 000332**

2/18/25, 3:54 PM                    Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel Towel-5pcs-30X70cm - Walmart.com



**$5.49** +$4.99 shipping
Options from $5.49 – $5.67

Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel Towel-5PCS-30X70cm

Shipping, arrives **in 3+ days**

**Now $0.69** $0.89 +$4.99 shipping
Options from $0.69 – $8.11

Bathroom Towel Clearance Fashion Pattern Soft Towel Absorbent Soft Washcloth

★★★☆☆ 4

Shipping, arrives **in 3+ days**

**$6.10** +$3.99 shipping

Disposable Compressed Towel Bath Towel Faces Cleansing 70X145cm)

Shipping, arrives **in 3+ days**

---

💬 Report incorrect product information

## Customer ratings & reviews

★★★★★ 0 ratings | 0 reviews

**This item does not have any reviews yet**

---

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.  Learn more.

---



Options

**$15.99**
Jitty 4 Sets Disposable 1 Hand + 1 Bath Towels Set Soft Cotton for Home Hotel Bathroom Spa Travel Highly Absorbent
★★★★★ 1
Save with W+
Shipping, arrives **in 2 days**



+ Add

**$12.49**
Hand Towels Pattern 100% Cotton Absorbent Soft Decorative Towel for Bathroom 13.8 x 29.5Inch
★★★★★ 1
Shipping, arrives **in 3+ days**



+ Add

**$18.99**
Wellsay 2pcs Bath Hand Towel,Big Polka Dot Pattern Soft C Bathroom Beach Kitchen 15x30in
Shipping, arrives **in 3+ days**

---



Options

**$4.29** +$3.29 shipping
Options from $4.29 – $8.90



+ Add

**Now $7.18** $8.95
Hongchegh 30Pcs Portable Compressed Cotton Towels for Travel - 20x22cm (White)
Shipping, arrives **in 3+ days**



Options

**$11.53**
More options from $8.10

---

**Infringing Evi. 000333**

2/18/25, 3:54 PM                    Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel Towel-5pcs-30X70cm - Walmart.com

Naierhg 30Pcs Disposable Portable Compression Face Towel Cotton Washcloth for Travel, Home,Camping and Other Outdoor Activities

Linyer Compressed Towels Washcloth Napkin Makeup Remover Tissues for Camping BBQ Fitness 10*9.1cm

**Report:**  ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

**Infringing Evi. 000334**

2/18/25, 3:54 PM                                        Review your order - Walmart.com



**1. Shipping, arrives by Tue, Mar 4**

Paula Stlouis                                                                    Edit
33 NW 21st Ave, Miami, FL 33185

**Delivery instructions (optional)**                                            Edit
House

**Items details**                                                               Hide details
**Arrives by Tue, Mar 4**                                                       1 item

Sold and shipped by jianteyi
$2.88 seller shipping fee

Disposable Compressed Towel Bath Towel Faces
Cleansing Towel Portable Travel Towel-5pcs-...
Size: Towel-5pcs-30X70cm

**$6.93**

Remove        −   1   +



Subtotal (1 item)                                                               $6.93
Seller shipping                                                                 $2.88
Estimated taxes                                                                 $0.69

**Estimated total                                                               $10.50**

Have a promo code?                                                              ⌄



**2. Payment method**

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

[                                                                              ]

**Continue**

**one**

**onepay**  $10 cash back when you spend $10+                    Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                                ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Infringing Evi. 000335**

2/18/25, 3:54 PM                                                    Review your order - Walmart.com



**Infringing Evi. 000336**

6/26/25, 12:36 AM                                                    Seller StoreFront - jianteyi - Walmart.com



## jianteyi

📍 shenzhenshilonggangqubantianjiedaogangtoushequ
shenzhenshi, GD 518129, CN

✉ Contact seller   📞 (+86) 18174424330

---

### Seller Reviews                                                                                           View all

**3.6 out of 5** ⭐⭐⭐⭐☆

33 ratings  |  3 reviews

---

### About the Store                                                                                        View more

🏢  Business Name: shenzhenshijianteyikejiyouxiangongsi

---


**Featured**


Shop all

2pcs





**+ Add**                                          **+ Add**

**$13.02**                                         **$12.83**

Filter for Bissell Pet Hair Eraser Lithium Ion Hand Vacuum 2579   CAIJIEXI Flexible 12x2 125 Inner Tube with 90 Degree Bend for
2390A 2284W, Washable & Reusable, 2 Pack                          Electric Scooters

---

### Seller reviews

**3.6 out of 5** ⭐⭐⭐⭐☆
33 ratings  |  3 reviews

| | | |
|---|---|---|
| 5 stars | ████████████ | 52% (17) |
| 4 stars | ███ | 9% (3) |
| 3 stars | ███ | 9% (3) |
| 2 stars | ██ | 6% (2) |
| 1 star | ██████ | 24% (8) |

https://www.walmart.com/global/seller/101677879                                                                1/2


**Infringing Evi. 000337**

6/26/25, 12:36 AM                                      Seller StoreFront - jianteyi - Walmart.com



How seller rating is calculated ⓘ

**Showing 1 - 3 of 3 reviews**

⭐☆☆☆☆  Jun 28, 2025

🔵 Walmart customer

So cheap the material used. Flimsy returning Not like shown and definitely not like the canvas type needed for outdoors.. really didn't deserve even one star

| Item bought: |
|---|

⭐☆☆☆☆  Jun 11, 2025

🔵 Walmart customer

Seller is non responsive to requests for assistance.

| **Item bought:** 3-Pole Waterproof Connection Female Plug End Cap for Betteri Bc01 for Hoymiles 1Set |
|---|

⭐☆☆☆☆  Aug 29, 2024

🔵 Walmart customer

It was the wrong size in the package it came in and took to long to get it

| **Item bought:** Arkzeo 1pcs 25mm Blade Adapter for Bowtie Shaped Center Hole fits 748-04096 11A-030E000 |
|---|

[ View all reviews (33) ]

**Infringing Evi. 000338**

# 41

# ShenZhenShiNuoWeiTongDianZiShangWuYouXianGongSi

12/11/24, 5:25 PM                NumWeiTong Disposable Face Towels Towelette,New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com



**Infringing Evi. 000340**

12/11/24, 5:25 PM                    NumWeiTong Disposable Face Towels Towelette,New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com



**Infringing Evi. 000341**

12/11/24, 5:25 PM                    NumWeiTong Disposable Face Towels Towelette,New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



$9.97
FreshUps™ Disposable Face Towels XL - Biobased Facial Towel, Makeup Remover Dry Wipe, Spa Quality Soft, 50 ct
★★★★★ 1
2-day shipping

$10.00  20.0 ¢/count
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★☆☆ 2
2-day shipping

Reduced price
Now $13.99 $25.99
FACEMADE Clean Towels 60 Ct - Size 11.5" x 11.1", Disposable Face Towelette, Makeup Remover Wipes, Facial Washcloth, Multi-Purpose Cotton Tissues for Personal Care
★★★★★ 1118
2-day shipping

Clearance
Now $4.76 $5.90 +$1.99 shipping
More options from $3.29
New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Makeup Beauty Tools Clearance
Shipping, arrives in 3+ days

Clearance
Now $2.49 $2.79 +$4.20 shipping
More options from $1.99
Worpbope New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Beauty Tools (D)
Shipping, arrives in 3+ days

$7.39
More options from $6.59
Xixili New Disposable Dry Compressed Coin Disposable
Shipping, arrives in 3+ days

## Related pages

Moonqueen                                        Disposable Moist Towels

**Infringing Evi. 000342**

NumWeiTong Disposable Face Towels Towelette,New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com

| | |
|---|---|
| Hopeshine | Heavy Cleans |
| Disposable Face Towel | Facial Cloths Microfiber |
| Adult Wipes | Equate Wipes |
| Hand Sanitizing Wipes | Dude Wipes |
| Flushable Wipes | Feminine Wipes |

Beauty  /  Skin Care  /  Face Cleansers  /  Face Wipes

**Infringing Evi. 000343**

12/11/24, 5:25 PM                                                    Review your order - Walmart.com



**1. Free shipping, arrives by Fri, Dec 20** ✓

Paula Stlouis                                                                          Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                                  Edit

House

**Items details**                                                                Hide details
**Arrives by Fri, Dec 20**                                                            1 item

Sold and shipped by ShenZhenShiNuoWeiTongDianZiShangWuYouXianGongSi
Free shipping

NumWeiTong Disposable Face Towels
Towelette,New Disposable Dry Compressed Co...
Actual Color: B

$8.86

Remove        [ − 1 + ]



| Subtotal (1 item) | $8.86 |
|---|---|
| Shipping | Free |
| Estimated taxes | $0.62 |
| **Estimated total** | **$9.48** |

Have a promo code?  ⌄



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

⊗ one

onepay  $15 cash back when you spend $15+       Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                                    1/2

**Infringing Evi. 000344**

12/11/24, 5:25 PM                                                                                    Review your order - Walmart.com



**Infringing Evi. 000345**

2025/6/24 16:28

Seller StoreFront - LBeang - Walmart.com



## LBeang

baoanshequmaliucunqixiang2hao502
shenzhenshi, GD 518100, CN

✉ Contact seller    📞 (+86) 19129354381

### Seller Reviews

3.4 out of 5 ⭐⭐⭐✩✩

12 ratings  |  3 reviews

View all

### About the Store

📖 Business Name: ShenZhenShiNuoWeiTongDianZiShangWuYouXianGongSi

View more


**Featured**    **Shop all**



$11.99 +$4.99 shipping

SPC Venature Bakuchiol Retinol Rejuvenation Serum,Retinol Serum for Wrinkles Bakuchiol Retinol Face Serum Korean,Retinol Serum for Wrinkles,Best Anti-Aging

⭐✩✩✩✩ 1



Now $8.99 $9.99 +$8.99 shipping

Wide Brim Solar Fan Hat,Hat With Fans Solar Power For Men Women, Solar & Usb Charging Sombrero Con Ventilador Solar,For Fishing, Running Enthusiasts, And Outdoor Workers



$4.99 +$3.99 shipping

Ginger Nail Treatment for Seven Days,Ginger Nail Growth Serum,Ginger Cuticle Care Oil for Nails,30ml (1pc)

### Seller reviews

3.4 out of 5 ⭐⭐⭐✩✩

12 ratings  |  3 reviews

| | | |
|---|---|---|
| 5 stars | ███████ | 17% (2) |
| 4 stars | ██████████ | 33% (4) |
| 3 stars | ██████████ | 33% (4) |
| 2 stars | ████ | 8% (1) |
| 1 star | ████ | 8% (1) |

How seller rating is calculated ⓘ

Showing 1 - 3 of 3 reviews

⭐⭐⭐✩✩  Jun 5, 2025

👤 Walmart customer

it took 29 days to receive it. I ordered red, it's blue and green and it's a very cheap plastic

Item bought:
2025 New Charming Wind Chime Hummingbird Feeder,Windchime Hummingbird Feeder,Feeder,Feeder Garden Decor,Hummingbird Feeder for Outdoors,Window Bird Feeders for Viewing

⭐⭐⭐⭐✩  Feb 25, 2025

👤 Walmart customer

Communication was sketchy. I got revised dates on arrival of this product, but the last communication that it was delayed. No further communication. I believe the shipment took nearly 3 weeks. I knew the product was made in China, I just didn't know it was being shipped from there.

Item bought:
Elon Musk Portable Heater, Elon Musk Heater,Ultra Air Heater Sponsored By Elon Musk, Top Heat Plug In Heater Elon Musk Low Noise, Elon Musk Portable Heaters for Indoor Use (2*White)

⭐⭐✩✩✩  Oct 7, 2024

👤 Walmart customer

I emailed this seller to see where my order was it was in California 4 days and that's all I know ! He never got back to me at all so say anything . guess I will report it and try to get my money back beware where and whom you buy from.

Item bought:
Chamoist Headlamp Flashlight,1100 Lumen Head Lamps Led Rechargeable Super Bright,Led Headlamp Rechargeable,Waterproof Motion Sensor Head Lamp,4 Mode for Outdoor Camping Running Cycling Fishing

**Infringing Evi. 000346**

## 42    vovofine Co., LTD

12/11/24, 5:28 PM                    NIUREDLTD New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com



**Infringing Evi. 000348**

12/11/24, 5:28 PM                    NIUREDLTD New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com



**Infringing Evi. 000349**

12/11/24, 5:28 PM                    NIUREDLTD New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com





Now $3.84 ~~$4.37~~ +$5.00 shipping          Now $4.83 ~~$10.22~~ +$3.50 shipping          Sponsored

Options          +3 options          2 Pack

$11.34 $22.68/100 ct

💬 Report incorrect product information





$9.97          $10.00 260 ¢/count          $22.99

FreshUps™ Disposable Face Towels XL - Biobased Facial Towel, Makeup Remover Dry Wipe, Spa Quality Soft, 50 ct          Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe          PoeticElHome Soft Dry Wipe 300ct Cotton Tissue Face Cloths Disposable Cleansing Towel

★★★★★ 1          ★★★☆☆ 2          ★★★★☆ 21

2-day shipping          2-day shipping          2-day shipping

## Customer ratings & reviews

★★★★★ 0 ratings | 0 reviews

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.          Learn more.

Reduced price          In 200+ people's carts





+2 options

**Infringing Evi. 000350**

12/11/24, 5:28 PM                    NIUREDLTD New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com

Now **$13.99** ~~$25.99~~                                   $1.12 $173/100 ct                              **$24.99** $27.77/100 ct

FACEMADE Clean Towels 60 Ct - Size 11.5" x 11.1',     Pure'n Gentle Make-up Remover Wipes, 30 Count    DUDE Wipes Cleansing Wipes, 2-in-1 Face and Body Wi
Disposable Face Towelette, Makeup Remover
Wipes, Facial Washcloth, Multi-Purpose Cotton Tissues for Personal Care     ★★★★★ 285                                 ★★★★★ 76

★★★★★ 1118                                            Save with W+                                     Save with W+
Save with W+
                                                      Pickup in 2 days                                 Shipping, arrives in 2 days
Shipping, arrives in 2 days                           Delivery in 2 days



$9.97

FreshUps™ Disposable Face Towels XL - Biobased Facial Towel, Makeup Remover Dry Wipe, Spa Quality Soft, 50 ct

★★★★★ 1

2-day shipping



$10.00 20.0 ¢/count

Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe

★★★☆☆ 2

2-day shipping

Reduced price



Now **$13.99** ~~$25.99~~

FACEMADE Clean Towels 60 Ct - Size 11.5" x 11.1', Disposable Face Towelette, Makeup Remover Wipes, Facial Washcloth, Multi-Purpose Cotton Tissues for Personal Care

★★★★★ 1118

2-day shipping



$8.86

More options from $7.70

NumWeiTong Disposable Face Towels Towelette,New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave

Shipping, arrives in 3+ days

Clearance



Now **$4.76** ~~$5.98~~ +$3.99 shipping

More options from $3.29

New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Makeup Beauty Tools Clearance

Shipping, arrives in 3+ days

Clearance



Now **$2.49** ~~$9.79~~ +$4.20 shipping

More options from $1.99

Worpbope New Disposable Dry Compressed Coin Disp Beauty Tools (D)

Shipping, arrives in 3+ days

---

**Related pages**

| | |
|---|---|
| Adult Wipes | Rat Towel |
| Face Wipes | Makeup Remover Wipes |
| Organic Body Wipes | Equate Wipes |
| Hand Sanitizing Wipes | Body Wipes |
| Crud Cloth | Disposable Face Cloths |
| Equate Beauty Face Wipes | Facial Cloths Microfiber |

Beauty  /  Skin Care  /  Face Cleansers  /  Face Wipes

**Infringing Evi. 000351**

12/11/24, 5:29 PM                                                Review your order - Walmart.com





**Subtotal** (1 item)                                     $12.09
Seller shipping                                            $2.99
**Estimated taxes**                                       $1.06

**Estimated total**                              **$16.14**

Have a promo code?



**Infringing Evi. 000352**

12/11/24, 5:29 PM                                                              Review your order - Walmart.com



Connect your bank

---

**Other ways to pay**                                                                    ∧

Pay with PayPal                                    Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**          Items in your cart are not eligible for Affirm.

*PayPal*                                           affirm

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

\*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>

---

📱  3. Text updates for this order                                                       ⊖

**Infringing Evi. 000353**

2025/6/24 15:33                    Seller StoreFront - vovofine Co., LTD - Walmart.com



# vovofine Co., LTD

⌖ Donghuan 1st Road, Longhua Street, Longhua District
Shenzhen, GD 518109, CN

✉ Contact seller  |  ☎ (+86) 13316462970

**Seller Reviews**                                                      View all

**2.9 out of 5** ★★★☆☆
135 ratings  |  22 reviews

**About the Store**                                                    View more

hope you can choose the right goods and have a good shopping

⌗ Business Name: shenzhenshiliweixingdianzishangwuyouxiangongsi

      

**Featured**        Shop all

## Seller reviews

**2.9 out of 5** ★★★☆☆
135 ratings  |  22 reviews



| | |
|---|---|
| 5 stars | 43% (58) |
| 4 stars | 1% (2) |
| 3 stars | 7% (9) |
| 2 stars | 4% (5) |
| 1 star | 45% (61) |

**How seller rating is calculated** ⓘ

Showing 1 - 5 of 22 reviews

★☆☆☆☆ May 13, 2025

🔍 **Walmart customer**

they never mail it to me!! sometime ago I suddenly received from china I yellow short sleeve blouse. I contacted vovofine Co. and they said they never mail it to me. But who did? who in china knows my address?! and soon after this my credit cart was hacked. interesting. Right?

| Item bought: |
|---|

★★★★★ Mar 9, 2025

🔍 **Walmart customer**

Great Seller. I got my package a week ahead of time. Thank you.

**Infringing Evi. 000354**

2025/6/24 15:33                                           Seller StoreFront - vovofine Co., LTD - Walmart.com



**Item bought:**
NIUREDLTD Cleaning Brush Half Pice Sale ! Long Handled Hard Cleaning Brush for Bathroom Floors Tile Grout Walls and Toilets.   ( Z-A)

★★★★★ Feb 13, 2025

Walmart customer

It is a nice short velour like fabric and is very warm. Very comfortable. I really think cut color and fit are fine as well as fabric.

**Item bought:**
NIUREDLTD Women's Cardigan Womens Winter Sweater Basic Crew Neck Long Sleeve Button Down Cardigan Sweater Cardigan Sweaters For Women Dark Gray M

★☆☆☆☆ Jan 17, 2025

Walmart customer

Shouldn't describe a plastic pitcher as a glass pitcher!

**Item bought:**
NIUREDLTD Big Sale! Glass Pitcher with Lid and Handle - Iced Water Carafe Glass Beverage Jug - Lemonade Milk Dispenser for Fridge Teapot Coffee Juice

★☆☆☆☆ Jan 9, 2025

Walmart customer

You need to rewrite your description of your product. These aren't pillows they are only covers which are over priced !

**Item bought:**
NIUREDLTD Home Textiles Flash Sale ! 20" X 20" Modern Contemporary Transitional Navy Blue Striped Polyester Throw Pillow ( 2 Count)   (White)

View all reviews (135)

**Infringing Evi. 000355**

# 43    Lierteer Homelife

3/22/25, 8:12 PM

Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel - Walmart.com





JINGT

**Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel**

(No ratings yet)

**Size:** Bath Towel-1PC-70X145cm

Bath Towel-1PC-70X145cm
$4.59

**About this item**

- Features: Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel.
- Widely Use: Ideal for use in kitchens, bathrooms, salons and utility sinks.
- Storeage Convenience: Convenient to storage, easy to install and use.
- High Quality: Good performance and can improve the quality of life.
- Notice: Pls kindly check the description before you order. Any other in need pls contact with us directly

**At a glance**

| Material | Size | Pieces |
|---|---|---|
| Cotton | Bath Towel-1PC-70X145cm | 1PC Bath Towel |

| Cloth type | Color | Age group |
|---|---|---|
| Washcloths | White | Adult |

View all specifications

**$4.59**

Price when purchased online ⓘ

Free 30-day returns

| Buy now |
|---|
| Add to cart |

**How you'll get this item:**

| 🚚 Shipping<br>Arrives Apr 11<br>$5.59 | 🚗 Pickup<br>Not available | 🛍 Delivery<br>Not available |
|---|---|---|

33 NW 21st Ave  Change

Arrives by **Fri, Apr 11** | More options

Shipping fee $5.59

Sold and shipped by Lierteer Homelife

★★★☆☆ 52 seller reviews

Free 30-day returns  Details

| Add to list | Add to registry |
|---|---|

Reduced price

**Infringing Evi. 000357**

3/22/25, 8:12 PM                    Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel - Walmart.com



**Options**

$4.42 +$3.40 shipping

Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel

Shipping, arrives in 3+ days

**Options**

Now $5.53 $7.99 +$3.99 shipping

Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel

Shipping, arrives in 3+ days

+2 options



**Options**

Now $4.49 $5.99 +$3.99 shipping

Options from $4.49 - $4.57

Fuile Disposable Compressed Towel Bath Towel Faces Clea

+2 options

## About this item

### Product details

Features:

*Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

*Great for your travel or outdoor activities like hiking, biking and camping

*Made of quality material, soft, skin-friendly and comfortable

*Compact in size, convenient to carry

*Can be put in jacket pocket, purse or cosmetic bag

*Can be used repeatedly

Specifications:

*Material:Cotton

*Optional Size:5PCS-30*70cm;70*145CM
(After soaking in water) (Approx.)

*Color: White(As Pictures Show)

Package Contents  (optional)  :

Package 1:  5*Towel

Package 2:  1*Bath Towel

Note: The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness of your monitor and light brightness.

- Features: Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel
- Widely Use: Ideal for use in kitchens, bathrooms, salons and utility sinks.
- Storeage Convenience: Convenient to storage, easy to install and use.
- High Quality: Good product performance and can improve the quality of life.
- Notice: Pls kindly check the decription before you order. Any other in need pls contact with us directly

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Compare with similar items



| Material | Cotton | Cotton | Cotton | Cotton | - | Cotton | Cotton | Cotton |
|---|---|---|---|---|---|---|---|---|
| Size | Bath Towel-5PC-70X45cm | Hand Towel | - | Bath Towel | 11" x 11" | Bath Towel | Washcloths - Pack of 12 | 10 Pack |
| Pieces | 5PC Bath Towel | 1 | 10 | 1 | 18 | 1 | 12 | 10 |
| Cloth type | Washcloths | Hand Towels | Bath Towels | Bath Towels | Washcloths | Bath Towels | Washcloths | Washcloths |

See More ⌄

### Specifications

**Brand**
JINGT

**Towel & Washcloth Type**
Washcloths

**Material**
Cotton

**Fabric Content**
Cotton

**Infringing Evi. 000358**

3/22/25, 8:12 PM                                Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel - Walmart.com

More details

## Warranty                                                                                                                                          ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in
this section (if any). To confirm warranty on an item offered for sale by a third party Marketplace seller, please use the 'Contact
seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



Now **$4.49** ~~$7.49~~ +$3.99 shipping

Ana Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel

Shipping, arrives **in 3+ days**

**$7.51**

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives **in 3+ days**

**$6.82** +$2.99 shipping

Disposable Magical Compressed Bath Travel Reusable Cott...

Shipping, arrives **in 3+ days**

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



Now **$7.19** ~~$7.99~~ +$5.59 shipping

200pcs Thicken Compressed Biodegradable Towel Cloth Purified Cotton Disposable Compressed Towels
Travel Wash Face Cloth for Traveling Camping

★☆☆☆☆  1

Shipping, arrives **in 3+ days**

**$5.99**

Mayboos Disposable Travel Set, Suitable for Travel, Gym, on Business Trip, (Bath Towel Towel)

Save with W+

Shipping, arrives **in 2 days**

**$8.24**

Mainstays 18-Pack Washcloth Bundle, Parel

★★★★★  10

Save with W+

Shipping, arrives **tomorrow**

**Infringing Evi. 000359**

3/22/25, 8:12 PM                           Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel - Walmart.com



**Options**

$5.99 +$3.99 shipping

Compressed Towel Tablets Disposable Portable Travel Towels Thicker Durable Reusable Softer Face Hand Tissues for Camping Hiking Sport Hotel Beauty Salon (5 Packs)

Shipping, arrives **in 3+ days**



**Options**

+2 options

$10.66 +$3.99 shipping

Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable

Shipping, arrives **in 3+ days**

Clearance



**Options**

Now $1.24 $2.58 +$2.99 shipping

Deyared Compressed Towel Outdoor Travel Wipe Soft Cot...

Shipping, arrives **in 3+ days**

---

**Report:** ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Microfiber Face Towel

Compressed Towels

Antibacterial Face Towel

Washcloths

Hair Towels

Red Shop Towels

Disposable Towels Hair Salons

Super Absorbent Towel

Steam Towel Face

Japanese Washcloth

All Shop Towels

White Shop Towels

Home / Bath / Bath Towels / Washcloths

**Infringing Evi. 000360**

3/22/25, 8:12 PM                                                    Review your order - Walmart.com



**1. Shipping, arrives by Thu, Apr 10** ✓

Paula Stlouis                                                      Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                              Edit

House

**Items details**                                                 Hide details
**Arrives by Thu, Apr 10**                                        1 item

Sold and shipped by Lierteer Homelife
$5.59 seller shipping fee

Disposable Compressed Towel Bath Towel Faces
Cleansing Towel Portable Travel
Size: Bath Towel-1PC-70X145cm

**$4.59**

Remove        −  1  +



| Subtotal (1 item) | $4.59 |
|---|---|
| Seller shipping | $5.59 |
| Estimated taxes | $0.71 |

**Estimated total**                            **$10.89**

Have a promo code?                                  ⌄



**2. Payment method**                               ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[                                              ]

**Continue**

one

onepay  $10 cash back when you spend $10+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                     ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Infringing Evi. 000361

3/22/25, 8:12 PM                                                                 Review your order - Walmart.com



Connect your bank

---

**Other ways to pay**                                                                              ⌃

Pay with PayPal                                    Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**          Items in your cart are not eligible for Affirm.

PayPal

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>

---

📱  **3. Text updates for this order**                                                            ⊖

---

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                                       2/2

**Infringing Evi. 000362**

**44   luolangdi**

2/19/25, 5:56 PM                    Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com



Reduced price

LLDI

**Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel**

☆ (No ratings yet)

Size: 5PCS-25*50CM

Now $6.67          $7.23          $5.29

**About this item**

- Features: LLDI Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel 5PCS-25*50cm
- Widely Use: Ideal for use in kitchens, bathrooms, salons and utility sinks.
- Storeage Convenience: Convenient to storage, easy to install and use.
- High Quality: Good product performance and can improve the quality of life.
- Notice: Pls kindly check the description before you order. Any other in need pls contact with us directly

**At a glance**

| Brand | Material | Assembled product dimensions (l x w x h) |
|---|---|---|
| LLDI | As picture showed | 3.15 x 2.36 x 1.18 Inches |

| Color | Weight | |
|---|---|---|
| White | 0.14 lb | |

View all specifications

**Now $6.67**  $10.24

You save  $3.57

Price when purchased online ⓘ

◉ Free 30-day returns

[ **Buy now** ]

[ **Add to cart** ]

**How you'll get this item:**

| Shipping Arrives Mar 7 $2.88 | Pickup Not available | Delivery Not available |

33 NW 21st Ave  Change

Arrives by **Fri, Mar 7** | More options

Shipping fee $2.88

**Only 1 left**

Sold and shipped by luolangdi

★★★☆☆  14 seller reviews

◉ Free 30-day returns  Details

♡ Add to list                              ▭ Add to registry

Best seller



**Infringing Evi. 000364**

2/19/25, 5:56 PM                                      Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com



70*100cm



70*100cm

**$8.49** +$2.99 shipping
Sufaric Disposable Compressed Bath Reusable Cotton Towel Washing Hotel,28x40inch,White
Shipping, arrives **in 3+ days**

**$9.68** $6.45/100 ct
Clorox Disinfecting Wipes Value Pack, Bleach Free Cleaning Wipes, 75 Count Each, 2 Pack

★★★★★ 1634

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

**$8.19** +$3.99 shipping
Ruibeauty Disposable Compressed Bath Travel Reusable C
Shipping, arrives **in 3+ days**

## About this item

### Product details                                                                                                    ∧

Features:

*Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

*Great for your travel or outdoor activities like hiking, biking and camping

*Made of quality material, soft, skin-friendly and comfortable

*Compact in size, convenient to carry

*Can be put in jacket pocket, purse or cosmetic bag

*Can be used repeatedly

Specifications:

*Material:Cotton

*Optional Size:30*30cm; 30*70cm;5PCS-25*50CM;70*100CM;50*80CM
(After soaking in water) (Approx.)

*Color: White(As Pictures Show)

Package Contents:

1*Towel

**Note: The real color of the item may be slightly different from the pictures shown on website caused by many factors such as**
**brightness of your monitor and light brightness.**

- Features: LLDI Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel 5PCS-25*50cm
- Widely Use: Ideal for use in kitchens, bathrooms, salons and utility sinks.
- Storage Convenience: Convenient to storage, easy to install and use.
- High Quality: Good product performance and can improve the quality of life.
- Notice: Pls kindly check the decription before you order. Any other in need pls contact with us directly

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have
not verified it. See our disclaimer

### Specifications                                                                                                     ∧

**Brand**
LLDI

**Manufacturer Part Number**
WM-LLDI-24222

**Manufacturer**
LLDI

**Material**
As picture showed

More details

### Warranty                                                                                                           ∧

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in
this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact
seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



50*80cm

**Reduced price**



**Reduced price**

**$9.79** +$3.99 shipping

Options

Sponsored
Now **$11.99** $23.00

Sponsored
Now **$8.99** $12.99

**Infringing Evi. 000365**

2/19/25, 5:56 PM

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com

Rulibeauty Disposable Compressed Bath Towel Travel Reusable Cotton Towel Washing Hotel,20x32inch

Shipping, arrives in 3+ days

SUGARDAY Microfiber Cleaning Cloth Towels 15 Pack Reusable Dust Rags Dish Cloths for Housekeeping (Size: 11.8 x 11.8 in)

★★★★☆ 279

Save with W+

Shipping, arrives in 2 days

SUGARDAY Microfiber Cleaning Cloth Towels 12 Pack Reusa

★★★★☆ 162

Save with W+

Shipping, arrives in 2 days

💬 Report incorrect product information

**Frequently bought together**



Now $6.67 $10.39
Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

25*50cm

☑

+

Best seller

$22.18
Bounty Select-a-Size Paper Towels, 12 Double Rolls, White

★★★★☆ 26386

☑

+

In 200+ people's carts

$5.47
20 Mule Team All Natural Borax Detergent Booster & Multi-Purpose Household Cleaner, 65 Ounce

★★★★★ 12178

☑

+

Best seller

$3.32
Scotch-Brite Non-Scratch, Zero Scratch Scrub Sponge, 3 Sponges

★★★★☆ 5160

☑

Now $37.64 $41.21   | Add 4 items to cart |

ⓘ Items may be delivered on different dates

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



♡

+ Add

Sponsored

$35.90 $35.90/ca

KFFKFF Pot Rack Wall Mounted 30 inch Pot and Pan Hanging Rack, Pot and Pan Hanger with 12 S Hooks 55 lbs

Best seller

♡

Options

$25.99

More options from $21.99

+2 options



♡

+ Add

Now $39.99 $47.99 $39.99/ca

KFFKFF 12"W Pan and Pot Rack Organizer Under Cabinet 2-

**Infringing Evi. 000366**

2/19/25, 5:56 PM

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com

★★★★★ 5

Save with W+

Shipping, arrives in 3+ days

VATENICK Expandable Pot Lid Organizer,Expandable Pot and Pan Organizer for Cabinet,Dish Drainboard, and Pull-Out Drawer,Plates, Platters, Bakeware

★★★★☆ 4

Save with W+

Save with W+

Shipping, arrives in 3+ days



70*100cm

+5 options



25*50cm



70*100cm

+5 options

$8.56 +$3.99 shipping

Minxio Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel,70*100CM

Shipping, arrives in 3+ days

$2.52 +$5.29 shipping

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives in 3+ days

$7.84 +$3.99 shipping

Options from $7.84 – $9.77

Disposable Magical Compressed Bath Travel Reusable Cott

Shipping, arrives in 3+ days

Report:    ⊘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Kitchen & Dining  /  Kitchen Storage & Organization  /  Pot Racks & Organizers

**Infringing Evi. 000367**

2/19/25, 5:56 PM                                    Review your order - Walmart.com





**1. Shipping, arrives by Thu, Mar 6** ✓

Paula Stlouis                                    Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**            Edit

House

**Items details**                               Hide details
Arrives by Thu, Mar 6                           1 item

Sold and shipped by luolangdi
$2.88 seller shipping fee

Disposable Magical Compressed Bath Travel
Reusable Cotton Towel Washing Hotel
Size: 5PCS-25*50CM

$3.57 from savings

$6.67
~~$10.24~~

Remove        − Max 1 +

| Subtotal (1 item) | ~~$10.24~~ |
|---|---|
| Savings | **-$3.57** |
| | $6.67 |
| Seller shipping | $2.88 |
| Estimated taxes | $0.67 |
| **Estimated total** | **$10.22** |

Have a promo code? ⌄



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

[ ]

Continue

**one**

**onepay**  $10 cash back when you spend $10+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                1/2

Infringing Evi. 000368

2/19/25, 5:56 PM                                                     Review your order - Walmart.com



**Infringing Evi. 000369**

6/26/25, 12:36 AM

Seller StoreFront - luolangdi - Walmart.com



**Infringing Evi. 000370**

6/26/25, 12:36 AM                                    Seller StoreFront - luolangdi - Walmart.com



**Infringing Evi. 000371**

# 45   Youworth

2/20/25, 6:09 PM                                    Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel - Walmart.com



Youworth

**Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel**

☆ (No ratings yet)

**Actual Color:** Bath Towel-1PC-70X145cm

$8.79

**About this item**

- Disposable Compressed Towel:Made of reusable cotton material, this towel is and compressible, making it a great choice for travel and outdoor activities like hiking, biking, and camping.
- Soft and Skin-friendly:Crafted from high-quality cotton, this towel is soft, gentle on the skin, and com for table to use.
- Compact and Convenient:With its compact size, this towel is easy to carry. It can be easily placed in a jacket pocket, purse, or cosmetic bag, allowing you to have it on hand whenever needed.
- Multiple Uses:This towel can be used repeatedly, making it a practical choice. It is suitable for various purposes such as bathing, faces cleansing, washing, and can be used in hotels and during travel.
- Various Options:Available in different sizes, you can choose between a set of 5 smaller towels (30*70cm) or a single larger bath towel (70*145cm) that expands when soaked in water.

View more ∨

**At a glance**

| Material | Color | Brand |
|---|---|---|
| High Quality | Bath Towel-1PC-70X145cm | Youworth |

View all specifications



**$8.79**

Price when purchased online ⓘ

🚚 Free shipping    ⟲ Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| 🚚 Shipping<br>Arrives Mar 9<br>Free | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |
|---|---|---|

**33 NW 21st Ave**  Change

Arrives by **Sun, Mar 9** | More options

🏷 Sold and shipped by Youworth

★★★★☆ 51 seller reviews

⟳ Free 30-day returns  Details

♡ Add to list                                           ⊞ Add to registry

**More seller options (1)**

Starting from $8.79  Compare all sellers

**Infringing Evi. 000373**

2/20/25, 6:09 PM                    Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel - Walmart.com



Clearance

Now $1.97 $3.42 +$1.47 shipping

YIMMWY Disposable Pearl Pattern Bath Towel - Thickened Large Absorbent Cotton Towel for Camping, Business Travel, Hotel Use - Hygienic and Portable

Shipping, arrives in 3+ days



$8.18

50 Pcs Compressed Towel Multi-function Travel Face Towels Tablets Disposable Multifunction Outdoor

Shipping, arrives in 3+ days



Clearance

Now $6.98 $8.88 +$1.99 shipping

50 Pcs Compressed Towel Traveling Stuff Salon Tablets Towel Nonwoven

Shipping, arrives in 3+ days

## About this item

Product details                                                                    ^

Features:

*Disposable Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

*Great for your travel or outdoor activities like hiking, biking and camping

*Made of quality material, soft, skin-friendly and comfortable

*Compact in size, convenient to carry

*Can be put in jacket pocket, purse or cosmetic bag

*Can be used repeatedly

Specifications:

*Material:Cotton

*Optional Size:5PCS-30*70cm;70*145CM
(After soaking in water) (Approx.)

*Color: White(As Pictures Show)

Package Contents  (optional)  :

Package 1:  5*Towel

Package 2:  1*Bath Towel

Note: The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness of your monitor and light brightness.

- Disposable Compressed Towel.Made of reusable cotton material, this towel is compressible, making it a great choice for travel and outdoor activities like hiking, biking, and camping.
- Soft and Skin-friendly.Crafted from high-quality cotton, this towel is soft, gentle on the skin, and com for table to use.
- Compact and Convenient.With its compact size, this towel is easy to carry. It can be easily placed in a jacket pocket, purse, or cosmetic bag, allowing you to have it on hand whenever needed.
- Multiple Uses.This towel can be used repeatedly, making it a practical choice. It is suitable for various purposes such as bathing, faces cleansing, washing, and can be used in hotels and during travel.
- Various Options Available in different sizes, you can choose between a set of 5 smaller towels (30*70cm) or a single larger bath towel (70*145cm) that expands when soaked in water.

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications                                                                     ^

**Brand**
Youworth

**Material**
High Quality

**Color**
Bath Towel-1PC-70X145cm

**Assembled Product Weight**
0.18 lb

More details

Warranty                                                                           ^

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

https://www.walmart.com/ip/Disposable-Compressed-Towel-Bath-Towel-Faces-Cleansing-Towel-Portable-Travel/14743901996?classType=VARIANT&from=search                    2/3

**Infringing Evi. 000374**

2/20/25, 6:09 PM

Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel - Walmart.com

💬 Report incorrect product information

## Customer ratings & reviews

⭐⭐⭐⭐⭐  0 ratings | 0 reviews

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

Options

+2 options

**$4.14**  +$4.99 shipping
GDHOME Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel
Shipping, arrives **in 3+ days**

Options

+2 options

**$5.38**  +$3.99 shipping
Ana Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel
Shipping, arrives **in 3+ days**

Options

+2 options

**$5.54**  +$3.99 shipping
More options from $5.38
Fule Disposable Compressed Towel Bath Towel Faces Clea
Shipping, arrives **in 3+ days**

**Report:**   ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

**Infringing Evi. 000375**

2/20/25, 6:10 PM                                    Review your order - Walmart.com



**1. Free shipping, arrives by Thu, Mar 6**      ✓

Paula Stlouis                                                    Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                            Edit
House

**Items details**                                          Hide details
**Arrives by Thu, Mar 6**                                       1 item

Sold and shipped by Youworth
Free shipping

Disposable Compressed Towel Bath Towel Faces
Cleansing Towel Portable Travel
Actual Color: Bath Towel-1PC-70X145cm

**$8.79**

Remove        −  1  +



Subtotal (1 item)                                              $8.79
Shipping                                                         Free
**Estimated taxes**                                            $0.62

**Estimated total**                                           **$9.41**

Have a promo code?                                               ⌄

---

🗔  **2. Payment method**                                        ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

**Card number ***

[                                                              ]

**Continue**

---

⊛ one

onepay  $10 cash back when you spend $10+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

Infringing Evi. 000376

2/20/25, 6:10 PM                                                                 Review your order - Walmart.com



**Infringing Evi. 000377**

2025/6/24 15:34                                      Seller StoreFront - Youworth - Walmart.com



# Youworth

📍 hubeishengwuhanshidongxihuqucihuijiedaocihuinongchanglucihuidaduiyihao153hao
wuhanshi, HB 430040, CN

✉️ Contact seller  |  📞 (+86) 18922906506

**Seller Reviews**                                                                        View all

**3.9 out of 5** ⭐⭐⭐⭐☆
63 ratings  |  19 reviews

**About the Store**                                                                       View more

wuhanshiweinadianzishangwuyouxiangsi company's business scope includes: Sport & Recreation Other,Garden & Patio etc.

🏢 Business Name: wuhanshiweinadianzishangwuyouxiangsi

          

**Featured**          **Shop all**

### Seller reviews

**3.9 out of 5** ⭐⭐⭐⭐☆
63 ratings  |  19 reviews

| | | |
|---|---|---|
| 5 stars | ████████████████ | 57% (36) |
| 4 stars | ████ | 11% (7) |
| 3 stars | █████ | 13% (8) |
| 2 stars | █ | 2% (1) |
| 1 star | ████████ | 17% (11) |

**How seller rating is calculated** ⓘ

**Showing 1 - 5 of 19 reviews**

⭐⭐⭐⭐⭐ May 29, 2025

🔍 **Walmart customer**

Seller: Good communication with fast handling and shipping. Product as described.

> **Item bought:**
> 1 Pcs Orange Light Digital LED Large Display Wall Desk Alarm Clock with Calendar Temperature Date for Living Room

⭐☆☆☆☆ Mar 13, 2025

🔍 **Walmart customer**

They are not very elastic. The first belt popped on the first day using it and only two rooms. We have tried doing one section at a time throughout the day but the next day it makes my vacuum smoke.

**Infringing Evi. 000378**

2025/6/24 15:34                    Seller StoreFront - Youworth - Walmart.com



Item bought:
2 Pcs Replacement Belt for Bissell Power Force Compact & Lightweight #16O4895 Vacuum Cleaner Accessories

★★★★☆ Mar 2, 2025

Walmart customer

I would have given it five stars if it hadn't taken s-o-o-o-o long to arrive!

Item bought:
Square Wide Mouth Funnel Reusable with Handle stainless steel Canning Jars

★★★☆☆ Feb 25, 2025

Walmart customer

could give better dimensions on tab size and spacing

Item bought:
Universal Microwave Oven Mica sheet Wave Guide waveguide Cover Sheet Plates

★★★★★ Feb 20, 2025

Walmart customer

It was my not knowing the voltage of my light bulb and the seller

Item bought:
1 Pcs Microwave Ovens Light Bulb Lamp Globe 250V 2A Fit for Midea Most Brand

View all reviews (63)

Infringing Evi. 000379

# 46   HARFELL

2/20/25, 9:40 AM                    HARFELL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com



HARFELL

**HARFELL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel**

☆ (No ratings yet)

Actual Color: 5PCS-25*5CM

$4.49      $4.25

**About this item**

- Brand new and high quality Made of high quality material, durable
- Please check the product size, model and make sure it can be used before purchasing
- When you encounter problems, please contact us, we will try our best to help you solve them
- Whether the product satisfies you, we want to hear your opinion
- Every customer can enjoy 30 days refund or replacement for Damaged/Quality Issues

**At a glance**

| Brand |
|---|
| HARFELL |

View all specifications



**$4.49**

Price when purchased online ⓘ

● Free 30-day returns

**Buy now**

**Add to cart**

How you'll get this item:



| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Mar 5 | Not available | Not available |
| $3.99 | | |

33 NW 21st Ave   Change

Arrives by **Wed, Mar 5** · More options

Shipping fee $5.99

**Only 1 left**

🏠 Sold and shipped by HARFELL

★★★★☆  88 seller reviews

↻ Free 30-day returns  Details

♡ Add to list                              ▤ Add to registry

**Infringing Evi. 000381**

2/20/25, 9:40 AM                    HARFELL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com



**$8.88** +$1.99 shipping

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives in 3+ days



**$7.80** +$3.99 shipping

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives in 3+ days



+2 options

**$5.38** +$3.99 shipping

Ana Disposable Compressed Towel Bath Towel Faces Clean

Shipping, arrives in 3+ days

## About this item

### Product details                                                                    ⌃

Features:

*Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

*Great for your travel or outdoor activities like hiking, biking and camping

*Made of quality material, soft, skin-friendly and comfortable

*Compact in size, convenient to carry

*Can be put in jacket pocket, purse or cosmetic bag

*Can be used repeatedly

Specifications:

*Material:Cotton

*Optional Size:30*30cm; 30*70cm;5PCS-25*50CM;70*100CM;50*80CM

(After soaking in water) (Approx.)

*Color: White(As Pictures Show)

Package Contents:

1*Towel

Note: The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness of your monitor and light brightness.

- Brand new and high quality Made of high quality material, durable
- Please check the product size, model and make sure it can be used before purchasing
- When you encounter problems, please contact us, we will try our best to help you solve them
- Whether the product satisfies you, we want to hear your opinion
- Every customer can enjoy 30 days refund or replacement for Damaged/Quality issues

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications                                                                     ⌃

**Brand**
HARFELL

**Manufacturer**
UHUSE

**Country of Origin - Textiles**
Imported

### Warranty                                                                           ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings                                                                           ⌃

⚠ **WARNING:** NONE

**Infringing Evi. 000382**

2/20/25, 9:40 AM                    HARFELL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.  Learn more.

---



Now **$1.97** $9.41 +$1.47 shipping
YIMMNY Disposable Pearl Pattern Bath Towel - Thickened Large Absorbent Cotton Towel for Camping, Business Travel, Hotel Use - Hygienic and Portable
Shipping, arrives **in 3+ days**



**$17.99**
Wellsav 4 Pack Clouds Anime Bath Washcloths – Soft Face Towels, Gym Towels, Hotel and Spa Quality, Reusable Pure Cotton Fingertip Towels
Shipping, arrives **in 3+ days**



Now **$0.59** $4.90 +$4.90 shipping
Kiteke Clearance 30*65 Water-Absorbent Hotel White Towel Cotton Hand Soft Bath Towels Bathroom Products, 1Pc Har...
★★★★☆ 1
Shipping, arrives **in 3+ days**

---



**$6.29** +$3.99 shipping
+5 options
Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel
Shipping, arrives **in 3+ days**



**$6.45** +$4.99 shipping
+2 options
Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel
Shipping, arrives **in 3+ days**



Now **$6.67** $10.01 +$3.88 shipping
Options from $6.67 – $7.21
+5 options
Disposable Magical Compressed Bath Travel Reusable Cott...
Shipping, arrives **in 3+ days**

---

**Infringing Evi. 000383**

HARFELL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com

**Report:**   ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

**Infringing Evi. 000384**

2/20/25, 9:41 AM                                                    Review your order - Walmart.com







https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                    1/2

2/20/25, 9:41 AM                                                                Review your order - Walmart.com



**Infringing Evi. 000386**

2025/6/24 15:34                                                Seller StoreFront - HARFELL - Walmart.com



# HARFELL

📍 2nd Floor, Building 2, Dongjing Industrial Building, No. 8 Dongfu Road
suzhou, JS 215000, CN

✉ Contact seller  |  📞 (+86) 18925278346

## Seller Reviews                                                                      View all

**4.3 out of 5** ⭐⭐⭐⭐⯪

96 ratings  |  7 reviews

## About the Store                                                                     View more

Welcome!

Business Name: suzhoubinshilifuzhuangyouxiangongsi

  

**Featured**      **Shop all**







**$7.26**

GK Women Cropped Cardigan Sweater Long Sleeve Crew Neck Button-up Knitwear

⭐⭐⭐⭐⭐ 7

**$6.77**

Hanna Nikole Women Plus Size Vintage Short Sleeve Blouse Tops Ruched Bodice V-Neck shirts

⭐⭐⭐⭐⭐ 2

**$9.60**

GK Open Front Loose Outwear Coats Cable Knit Cardigan Sweaters Long Sleeve Beige

⭐⭐⭐⭐⭐ 2

## Seller reviews

**4.3 out of 5** ⭐⭐⭐⭐⯪

96 ratings  |  7 reviews

| 5 stars | ███████████████████ | 75% (72) |
| 4 stars | ██ | 5% (5) |
| 3 stars | ██ | 4% (4) |
| 2 stars | █ | 3% (3) |

**Infringing Evi. 000387**

2025/6/24 15:34                                   Seller StoreFront - HARFELL - Walmart.com



1 star ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛                                   13% (12)

**How seller rating is calculated** ⓘ

**Showing 1 - 5 of 7 reviews**

⭐⭐⭐⭐⭐ Feb 19, 2025

◯ Walmart customer

I love this training tool it does what it says. I just love it. I would recommend it to anyone.

**Item bought:**
Dog Shock Collar,Electric Dog Training Collar,Bark Collar For Dogs Woterproof

⭐☆☆☆☆ Nov 19, 2024

◯ Walmart customer

Item delivered was only part of what I ordered. I messaged the company and they have not responded in a week. Very disappointing. Returning what was delivered.

Item bought:

⭐⭐⭐⭐⭐ Aug 18, 2023

◯ Walmart customer

Good quality will need a camisole for exposed cleavage

**Item bought:**
Hanna Nikole Women Plus Size Chiffon Tops Long Sleeve V-Neck Elastic Waist Blouse (22W - Black)

⭐⭐⭐⭐⭐ Mar 26, 2023

◯ Walmart customer

The Turtle Neck Was Perfect Assessory For My Layered Look. .

⭐⭐⭐⭐⭐ Dec 29, 2022

◯ Walmart customer

Love that it was exactly what I thought I was ordering! Thank you Walmart!!

( View all reviews (96) )

**Infringing Evi. 000388**

# 47   Happy Life

12/11/24, 6:28 PM

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com



XUANHAN

**Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel**

☆ (No ratings yet)

**Actual Color:** 50*80CM

$6.00

**About this item**

- 【Utility and value】 If a product is useful to you, it has value when we sell it.
- 【 Shopping cart 】 Buy multiple pieces at a time, the more affordable the price.
- 【 After-sales service 】 Provide 48-hour after-sales service to quickly answer your questions.

**At a glance**

| Brand |
| --- |
| XUANHAN |

View all specifications



**Infringing Evi. 000390**

12/11/24, 6:28 PM                              Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com







$3.42 *$2.99 shipping

YIMWNY Disposable Pearl Pattern Bath Towel - Thickened Large Absorbent Cotton Towel for Camping, Business Travel, Hotel Use - Hygienic and Portable

Shipping, arrives **in 3+ days**

$17.99

Wellsay 4 Pack Clouds Anime Pattern Washcloths – Soft Face Towels, Gym Towels, Hotel and Spa Quality, Reusable Pure Cotton Fingertip Towels

Shipping, arrives **in 3+ days**

$0.69 *$4.90 shipping

Kiteke Clearance 30*65 Water-Absorbent Hotel White Towel Cotton Hand Soft Bath Towels Bathroom Produc

Shipping, arrives **in 3+ days**





**Best seller**



$35.99

All Design White Bath Towels 27" x 54" Quick-Dry High Absorbent 100% Turkish Cotton Towel for Bathroom, Guests, Pool, Gym, Camp, Travel, Airbnb, College Dorm (White, 4 Pack Bath Towel)

★★★★★ 171

**2-day shipping**

Now $39.99 $69.99

Luxury Turkish Cotton Hotel & Spa Grade Bath Towels Set Collection - Ultra Absorbent and Soft

★★★★½ 358

**2-day shipping**

$21.49

Casa Lino 6 Pc Hand Towels, 100% Cotton Ultra Soft, Towels for Gym, Shower, Hotel, Prune

★★★★½ 34

**2-day shipping**

---

**About this item**

Product details                                                                                                          ∧

Features:

*Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

*Great for your travel or outdoor activities like hiking, biking and camping

*Made of quality material, soft, skin-friendly and comfortable

*Compact in size, convenient to carry

*Can be put in jacket pocket, purse or cosmetic bag

*Can be used repeatedly

Specifications:

*Material:Cotton

*Optional Size:30*30cm; 30*70cm;5PCS-25*50CM;70*100CM;50*80CM
(After soaking in water) (Approx.)

*Color: White(As Pictures Show)

Package Contents:

1*Towel

**Note:** The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness of your monitor and light brightness.

- 【 Utility and value 】 If a product is useful to you, its value when we sell it.
- 【 Shopping cart 】 Buy multiple pieces at a time, the more affordable the price.
- 【 After-sales service 】 Provide 48-hour after-sales service to quickly answer your questions.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

---

Specifications                                                                                                          ∧

**Brand**
XUANHAN

**Manufacturer**
XUANHAN

**Manufacturer Part Number**
XUANHAN-WM-UUU087075

**Assembled Product Dimensions (L x W x H)**
3.12 x 3.12 x 1.17 Inches

---

Warranty                                                                                                                ∧

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

**Infringing Evi. 000391**

12/11/24, 6:28 PM                                        Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com

More details

Warnings                                                                                                                                                                    ⌃

⚠ WARNING: None

💬 Report incorrect product information



Now $39.99 ~~$69.99~~
Luxury Turkish Cotton Hotel & Spa Grade Bath Towels Set Collection - Ultra
Absorbent and Soft
★★★★½ 358
2-day shipping

$35.99
All Design White Bath Towels 27" x 54" Quick-Dry High Absorbent 100% Turkish
Cotton Towel for Bathroom, Guests, Pool, Gym, Camp, Travel, Airbnb, College Dorm
(White, 4 Pack Bath Towel)
★★★★★ 371
2-day shipping

$9.99
Hanmun Premium Disposable Compressed Towels 11.8 in² x 9.5 in² Travel Disposable
Face Towels are Reusable for Hotel Camping Sports Excursions
2-day shipping

## Customer ratings & reviews

★★★★★ 0 ratings | 0 reviews

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.



$35.99
All Design White Bath Towels 27" x 54" Quick-Dry High Absorbent 100% Turkish
Cotton Towel for Bathroom, Guests, Pool, Gym, Camp, Travel, Airbnb, College Dorm
(White, 4 Pack Bath Towel)
★★★★★ 371
2-day shipping

Now $14.99 ~~$21.99~~
100% Organic Cotton, Super Soft Kids Bath Towel, Magical Mermaids theme
★★★☆☆ 4
3+ day shipping

$14.21
Jitty 4 Pack Disposable Bath Towels Soft Cotton Towel Set for Home Hotel
Bathroom Spa Travel Highly Absorbent 27x55 inch
★★★★★ 1
2-day shipping

https://www.walmart.com/ip/Disposable-Magical-Compressed-Bath-Travel-Reusable-Cotton-Towel-Washing-Hotel/9920915758?classType=VARIANT&athbdg=L1400&from=search                                                           3/4

**Infringing Evi. 000392**

12/11/24, 6:28 PM

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com



70*100cm

+2 options

$10.28 +$2.99 shipping

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives in 3+ days



Reduced price

70*100cm

+2 options

Now $4.25 $9.95 +$3.99 shipping

HARFELL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives in 3+ days



50*80cm

+3 options

$5.69 +$3.99 shipping

Disposable Magical Compressed Bath Travel Reusable C...

Shipping, arrives in 3+ days

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

**Infringing Evi. 000393**

12/11/24, 6:29 PM                                    Review your order - Walmart.com



**1. Shipping, arrives by Fri, Dec 20**  ✓

Paula Stlouis                                                                    Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                            Edit
House

**Items details**                                                          Hide details
Arrives by Fri, Dec 20                                                          1 item

Sold and shipped by Happy Life
$3.85 seller shipping fee

Disposable Magical Compressed Bath Travel
Reusable Cotton Towel Washing Hotel
Actual Color: 50*80CM

$6.00

Remove    [ − ] 1 [ + ]



Subtotal (1 item)                                                               $6.00
Seller shipping                                                                 $3.85
**Estimated taxes**                                                             $0.69

**Estimated total**                                                         **$10.54**

Have a promo code?                                                               ∨



**2. Payment method**                                                           ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[                                                                              ]

Continue

one

onepay  $15 cash back when you spend $15+                                    Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                                 ∧

Connect your bank account for easier payment setup with no expiration and faster refunds.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                    1/2

12/11/24, 6:29 PM                                                                 Review your order - Walmart.com

Connect your bank

---

**Other ways to pay**                                                           ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**  Items in your cart are not eligible for Affirm.



---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱  3. Text updates for this order                                              ⊖

---

**Infringing Evi. 000395**

2025/6/24 15:35                                    Seller StoreFront - Happy Life - Walmart.com



# Happy Life

⌖ shenzhenshi,longgangqu,bantianjiedao,gangtoushequ tiananyunguerqi(02-08dikuai) 11dong 1405B qu
Shenzhen, GD 518129, CN

✉ Contact seller  |  ☎ (+86) 18138269453

---

**Seller Reviews**                                                                    View all

**3.3 out of 5**  ⭐⭐⭐⭐☆

59 ratings  |  11 reviews

---

**About the Store**                                                                   View more

Our company has been deeply engaged in cross-border e-commerce for more than 10 years, and is committed to the development of the US market. With more than 1,200 elites, adhere to the brand strategy, create a group of overseas well-known brands with core competitiveness, set up a number of brand res...

🏢  Business Name: shenzhenshixuanhandianzishangwuyouxiangongsi

---

   

**Featured**       Shop all

**Seller reviews**

**3.3 out of 5**  ⭐⭐⭐⭐☆
59 ratings  |  11 reviews



5 stars ▬▬▬▬▬▬▬▬▬▬▬                                        44% (26)
4 stars ▬▬▬                                               10% (6)
3 stars ▬▬                                                5% (3)
2 stars ▬▬                                                8% (5)
1 star  ▬▬▬▬▬▬▬▬                                          32% (19)

How seller rating is calculated  ⓘ

**Showing 1 - 5 of 11 reviews**

---

⭐☆☆☆☆  Dec 26, 2024

 Walmart customer

you sent wrong size figures. you sent 1/86 figures not 1/150 figures .

| Item bought: |
| 120 Pcs N Scale 1:160 All Seated People Sitting Figures Passengers ( 6 Poses ) |

---

⭐⭐⭐⭐☆  Dec 23, 2024

🔍 Walmart customer

GREAT REPRODUCTION, EXACT FIT. POOR PACKAGING. PLASTIC ITEM IN PLASTIC/FIBER BAG. BAG TORN PRODUCT PARTIALLY HANGING OUT. NO DAMAGED TO ITEM . FAST DELIVERY.

**Infringing Evi. 000396**

2025/6/24 15:35                                        Seller StoreFront - Happy Life - Walmart.com



**Item bought:**
For For For For For BMW E30 E32 E34 3 Series L or R Replacement Rear Bumper Side Marker Light

---

★☆☆☆☆  Dec 8, 2024

🔍 **Walmart customer**

Don't buy from this seller they sent the wrong items and no one will contact me to fix it I've tried contacting Walmart and seller 5 times and the robot says we will have someone contact you but no one does



**Item bought:**
For Toyota Rav4 2013 2014 2015 Led Headlights High Low Beam + Fog Lights Bulbs

---

★★☆☆☆  Nov 7, 2024

🔍 **Walmart customer**

Please be very specific about what it doesn't fit, and my package took longer than what they said



**Item bought:**
2Pcs Vacuum Brush Belt For Bissell Proheat 2X Pet Pro 1548 1550 1551 1606419

---

★★★☆☆  Oct 31, 2024

🔍 **Walmart customer**

it's here we'll put it on a bike and see how it works



**Item bought:**
MTB Front Derailleur Mountain Bike Bicycle Derailleur Transmission Governor

---

[ View all reviews (59) ]

https://www.walmart.com/global/seller/101126200                                        2/2

**Infringing Evi. 000397**

## 48   Awwp Fashion Makeup

12/12/24, 9:06 AM    Awwp the Summer I Turned  Pretty New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave, makeup - Walmart.com





Awwp

Awwp the Summer I Turned  Pretty New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave, makeup

☆ (No ratings yet)

| B |
|---|
| $1.90 |

## About this item

- For more affordable and high-quality items, please search or click on the brand:    Awwp
- Our product is beautiful and high quality that we are sure you will like it. Product may be damaged during the shipment, If you received the broken goods,or you not satisfied with our product.We will offer a solution to you.
- Include: Multi-color 1X Bag Of Compressed Towel
- Feature: Health and Beauty,Beauty Tools, Abs,   Beauty Equipment,   Beauty Tools Season Savings Clearance, Half Pice Sale, Final Clear Out, Big Sale, Clearance Sale, Price Crash, Promotion Sale, Flash Sale, Clearance Item
- Stop using immediately if you experience severe burning, itching or allergic, and clean up immediately.
- 100% Risk-Free Purchase: Awwp store Committed to providing customers with high-quality products and a great shopping experience. If you encounter any problems or are not satisfied in any way, please send us an email, we will provide a great solution, and all problems will be resolved within 24 hours.

View more ⌄

## At a glance

| Brand | Skin Type | Assembled Product Weight |
|---|---|---|
| Awwp | Normal | 0.32 lb |

| Manufacturer Part Number | Manufacturer | Assembled Product Dimensions (L x W x H) |
|---|---|---|
| Awwp-C021287 | Awwp | 4.29 x 1.17 x 1.17 Inches |



**$3.89**

Price when purchased online ⓘ

◉ Free Holiday returns until Jan 31

| Buy now |
|---|

| Add to cart |
|---|

### How do you want your item?

| 🚚 Shipping<br>Arrives Dec 28<br>$3.90 | 🚗 Pickup<br>Not available | 🏪 Delivery<br>Not available |
|---|---|---|

Delivery to 33 NW 21st Ave

🗊 Sold and shipped by  Awwp Fashion Makeup

★★☆☆☆ 12 seller reviews

◉ Extended holiday returns   Details
Free Holiday returns until Jan 31

♡ Add to list                                        🗊 Add to registry

## About this item

Product details                                                                        ⌃

Welcome to Awwp!

New Disposable Dry Compressed Coin Disposable Face Towel Wipes Tablet Travel Tissue Outdoor
Features: Brand New And High Quality. Absorb Water Quickly. Great Cleaning Helper. Perfect For Travel, Hotel, Home, Etc.
Specification: Material: Cotton,Non-Woven Fabrics
Color:White Expand Size(Approx): 20*22Cm Quantities: (12Pcs/30Pcs/36Pcs/50Pcs/56Pcs/100Pcs)

**Infringing Evi. 000399**

12/12/24, 9:06 AM                    Awwp the Summer I Turned Pretty New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave, makeup - Walmart.com

**Package Included: 1 X White Disposable Non-Woven Compressed Towel Bag (1 Bag Is12Pcs/30Pcs/36Pcs/50Pcs56Pcs/100Pcs,Pls Kindly Note It.)**

**High Quality Store For You! Note:**

**Please Understand Because Of The Light Irradiation Or Computer Display Difference, So I Can'T Guarantee Photos And Real Color Is 100% The Same.**

- For more affordable and high-quality items, please search or click on the brand:   Awwp
- Our product is beautiful and high quality that we are sure you will like it. Product may will be damaged during the shipment,If you received the broken goods,or you not satisfied with our product.We will offer a solution to you.
- Include: Multi-color 1X Bag Of Compressed Towel
- Feature: Health and Beauty,Beauty Tools, Abs,   Beauty Equipment,   Beauty Tools Season Savings Clearance, Half Pice Sale, Final Clear Out, Big Sale, Clearance Sale, Price Crash, Promotion Sale, Flash Sale, Clearance Item
- Stop using immediately if you experience severe burning, itching or allergic, and clean up immediately.
- 100% Risk-free Purchase: Awwp store Committed to providing customers with high-quality products and a great shopping experience. If you encounter any problems or are not satisfied in any way, please send us an email, we will provide a great solution, and all problems will be resolved within 24 hours.

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer.

---

## Specifications

**Brand**
Awwp

**Skin Type**
Normal

**Assembled Product Weight**
0.32 lb

**Manufacturer Part Number**
Awwp-C021287

More details

---

Indications

---

Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

---

Warnings

⚠ **WARNING:** None

---

Sponsored

**$10.00**
Options from $10.00 – $11.00
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★☆☆ 2
Save with W+
Shipping, arrives in 2 days

Sponsored

**$17.99**
NOVEHA Tea Tree Oil Eyelid & Lash Wipes - Natural Eyelash Makeup Remover & Daily Cleanser - 60PCs
★★★★☆ 6
Save with W+
Shipping, arrives in 2 days

Clearance

Now **$8.25** $9.99
More options from $4.31
Face Towelettes,Disposable For Washing Face,Face Tow Face Towel Washing Cotton Towelettes For Cleansing F
★★★☆☆ 1
Shipping, arrives in 3+ days

---

💬  Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

💳  **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.  Learn more.

**Infringing Evi. 000400**

12/12/24, 9:06 AM                    Awwp the Summer l Turned Pretty New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave, makeup - Walmart.com



+ Add    70*100cm

$7.76  +$4.99 shipping

Hopet Disposable Compressed Bath Travel Reusable Cotton Towel Washing Hotel,28X40Inch,White

Shipping, arrives **in 3+ days**



Options    25*50cm

$6.59  +$3.99 shipping
More options from $6.49

Yannee Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives **in 3+ days**



Options    70*100cm

+3 options

$11.99  +$3.99 shipping

BAMILL Disposable Magical Compressed Bath Travel Re

Shipping, arrives **in 3+ days**

---

Report:    ⓘ Report seller    |    ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Organic Body Wipes | L Organic Cotton Wipe |
| Defense Body Wipes | Foot Wipes |
| Disposable Face Cloths | Cleanse Cloth |
| Equate Wipes | Equate Beauty Face Wipes |
| Adult Wipes | Hand Sanitizing Wipes |
| Dude Wipes | Flushable Wipes |

Beauty  /  Skin Care  /  Face Cleansers  /  Face Wipes

**Infringing Evi. 000401**

12/12/24, 9:07 AM                                                    Review your order - Walmart.com



**1. Shipping, arrives by Fri, Dec 27** ✓

Paula Stlouis                                                                   Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                            Edit

House

**Items details**                                                          Hide details
Arrives by Fri, Dec 27                                                          1 item

Sold and shipped by Awwp Fashion Makeup
$3.90 seller shipping fee

Awwp
the Summer l Turned ...
Actual Color: C

$3.89

Remove          −   1   +



| | |
|---|---|
| Subtotal (1 item) | $3.89 |
| Seller shipping | $3.90 |
| **Estimated taxes** | $0.55 |
| **Estimated total** | **$8.34** |

Have a promo code?



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

[ 🔲                                    ]

Continue

one

onepay $15 cash back when you spend $15+          Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 000402**

12/12/24, 9:07 AM                                                                    Review your order - Walmart.com



**Infringing Evi. 000403**



# Awwp Fashion Makeup

GuangDongShengDongGuanShiHuMenZhenXiaMiaoMianQianPuSiShiYiXiang9Hao301Fang
DongGuanShi, GD 523000, CN

Contact seller | (+86) 13316975091

## Seller Reviews

View all

**3 out of 5** ★★★☆☆

53 ratings | 8 reviews

## About the Store

View more

Entering the awwp beauty store, you will have the most intimate shopping experience. We are committed to creating a warm and comfortable beauty shopping environment for you, allowing you to choose products that suit you in a relaxed and pleasant atmosphere.

Business Name: DongGuanShiHuangFuJiaJuYouXianGongSi



**Featured**



Shop all

## Seller reviews

**3 out of 5** ★★★☆☆

53 ratings | 8 reviews



| | |
|---|---|
| 5 stars | 43% (23) |
| 4 stars | 4% (2) |
| 3 stars | 6% (3) |
| 2 stars | 6% (3) |
| 1 star | 42% (22) |

How seller rating is calculated ⓘ

Showing 1 - 5 of 8 reviews

★★★★☆ May 6, 2025

 Walmart customer

there was no communication needed but evetything shipped fadt!

| | Item bought: |
|---|---|
| | Cosmug False Eyelashes Fluffys 8D Faux Minks Lashes Cat-Eye Wispy Lashes 8 Pairs Pack Dramatic Long Thick Volume Fake Eye Lashs Multipacks, False Eyelashes |

★☆☆☆☆ Apr 25, 2025

 Walmart customer

**Infringing Evi. 000404**

2025/6/24 15:35

Seller StoreFront - Awwp Fashion Makeup - Walmart.com

Driver pulled up to my driveway. Got out stood at the end of my driveway. And threw the package if it wasn't for my ring doorbell. I would not have found the package. It went on the side of my garage and to the bushes.



**Item bought:**
Awwp White Styrofoam 2Pc Female Model Head Big Sale! Wig Head Display Glasses Holder Wig with Stand Foam Holder Drop Wigs Female Head Mannequin Stand Model Practical Cap，  Styrofoam Head

---

★☆☆☆☆  Mar 4, 2025

 **Walmart customer**

You shipped the wrong item but still made me pay for shipping. You are trash.

**Item bought:**
Facial Steamer Awwp Final Clear Out Face Steamer for Deep Facial Cleansing, Mouth and Nose Attachment for Colds，  Beauty Instrument Beauty Tools

---

★☆☆☆☆  Feb 26, 2025

 **Walmart customer**

So it awful the item that I bought was broken when I got it it was in a plastic bag and it was flimsy plastic, so of course it would be broken when I got it so it went in the garbage where it belonged. I spent money on it and it was worthless.

**Item bought:**
Awwp Makeup Nail Polish Display Stand Makeup Stand Multi-Layer 7 Layers, Nail Polish Holder Clear Makeup Display Stand Rack Holder Organizer 7 Layer F, 1X Nail Polish Display Stand Clearance Sale

---

★★★★☆  Jan 26, 2025

 **Walmart customer**

The order placed was a breeze and the seller let me know when it was shipped and shipping expediting was quicker than I thought of.

**Item bought:**
Cosmug Essential Oil 12 Flavor /Box Pure Aromatherapy Oil Skin Care Bath Massage Beauty, Essential Oils for Diffuser Clearance Sale, 12X Essential Oils

---

View all reviews (53)

**Infringing Evi. 000405**

# 49   Smarthome

4/8/25, 9:55 AM                              BAMILL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com



BAMILL

**BAMILL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel**

(No ratings yet)

**Actual Color:** 70*100CM

**About this item**

BAMILL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

**At a glance**

| Material | Pieces | Cloth type |
|---|---|---|
| Cotton | 1 | Washcloths |

| Color | Brand | |
|---|---|---|
| 70*100CM | BAMILL | |

View all specifications

**$5.38**

Price when purchased online

Free 30-day returns

| Buy now |
|---|

| Add to cart |
|---|

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Apr 24 | Not available | Not available |
| $3.99 | | |

33 NW 21st Ave  Change

Arrives by **Thu, Apr 24** | More options

Shipping fee $3.99

Sold and shipped by Smarthome

★★★☆☆ 117 seller reviews

Free 30-day returns  Details

Add to list                                        Add to registry




+ Add
Sponsored


Options
25*50cm


Options
70*100cm
+2 options

**Infringing Evi. 000407**

4/8/25, 9:55 AM                                    BAMILL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com

$17.10                                             $8.17  +$3.99 shipping                              $7.94  +$3.99 shipping
12 Pack - 12 x 12 White Cotton Ribbon Washcloths Rags - Lt Weight Thin Cloth Rags -    Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel    Options from $7.94 - $8.17
Bath/Exfolating/Kitchen/Garage - 1 lb per Dozen                                                                                             Disposable Magical Compressed Bath Travel Reusable Cott...
★★★☆☆ 2                                           Shipping, arrives in 3+ days                         Shipping, arrives in 3+ days
Shiooino, arrives in 3+ days

## About this item

### Product details                                                                                                                          ⌃

**Features:**

*Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

*Great for your travel or outdoor activities like hiking, biking and camping

*Made of quality material, soft, skin-friendly and comfortable

*Compact in size, convenient to carry

*Can be put in jacket pocket, purse or cosmetic bag

*Can be used repeatedly

**Specifications:**

*Material:Cotton

*Optional Size:30*30cm; 30*70cm;5PCS-25*50CM;70*100CM;50*80CM
(After soaking in water) (Approx.)

*Color: White(As Pictures Show)

**Package Contents:**

1*Towel

Note: The real color of the item may be slightly different from the pictures shown on website caused by many factors such as
brightness of your monitor and light brightness.

BAMILL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have
not verified it. See our disclaimer

### Specifications                                                                                                                           ⌃

**Brand**
BAMILL

**Towel & Washcloth Type**
Washcloths

**Material**
Cotton

**Fabric Content**
Cotton

More details

### Warranty                                                                                                                                 ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in
this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact
seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



Sponsored
**Now $10.99**  ~~$20.99~~
Tripumer 5 Pcs Compressed Travel Towel Bath 55 x 27 Inch Towel Tablets Disposable Bath Towel for
Camping Hiking Beach Swim
Save with W+
Shipping, arrives in 2 days



Reduced price
+2 options
**$5.32**  ~~$5.78 shipping~~
More options from $3.16
50*80Cm Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel
Shipping, arrives in 3+ days



**$4.85**  +$4.99 shipping
ALSLIAO Disposable Magical Compressed Bath Travel Reu...
Shipping, arrives in 3+ days

**Infringing Evi. 000408**

4/8/25, 9:55 AM                          BAMILL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com

Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

---



Options

$0.58  +$4.90 shipping
Kiteke Clearance 30*65 Water-Absorbent Hotel White Towel, Washcloths Hotel 30*65cm 1Pc White Towel Cotton Hand Soft Bath Towels Bathroom Products, 1Pc Hand Towel
★★★★★ 1
Shipping, arrives **in 3+ days**



Options

Now $28.99 $49.99
More options from $22.99
Anray Home Bath Towel Set 4 Pack Microfiber Bathroom Towel Plush Bath Sheet Towel Oversized Towels Hotel Shower Towel Collection
★★★★☆ 52
Save with W+
Shipping, arrives **in 2 days**



+ Add

$10.56  +$2.00 shipping
200pcs Thicken Compressed Biodegradable Towel Cloth F Travel Wash Face Cloth for Traveling Camping
★☆☆☆☆ 1
Shipping, arrives **in 3+ days**

---



Options      50*80cm

$10.02  +$3.99 shipping
More options from $7.40
Disposable Magic Compressed Bath Face Travel Reusable Cotton Towel Washing Hotel Non Woven Mini Towel Face Portable Tube 50*80Cm
Shipping, arrives **in 3+ days**

+3 options



Reduced price

Options      50*80cm

Now $11.93 $15.17
More options from $9.25
Disposable Compressed Bath Travel Reusable Cotton Towel Washing Hotel 50*80CM
Shipping, arrives **in 3+ days**

+2 options



+ Add      70*100cm

$8.49  +$2.99 shipping
Sufanic Disposable Compressed Bath Travel Reusable Cott
Shipping, arrives **in 3+ days**

---

**Infringing Evi. 000409**

BAMILL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel - Walmart.com

**Report:**   (i) Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Bath  /  Bath Towels  /  Washcloths

**Infringing Evi. 000410**

4/8/25, 9:56 AM                                                    Review your order - Walmart.com







Infringing Evi. 000411

4/8/25, 9:56 AM                                              Review your order - Walmart.com



Connect your bank

**Other ways to pay** ⌄

Pay with PayPal                               Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**      Items in your cart are not eligible for Affirm.

PayPal                                        affirm

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>

---

📱  3. Text updates for this order                              ⊖

---

**Infringing Evi. 000412**

2025/6/24 15:35                                    Seller StoreFront - Smarthome - Walmart.com



## Smarthome

⌖ Section 14014C, Building 11, Tianan Yungu Industrial Park Phase II (Plot 02-08), Gangtou Community, B
shenzhen, GD 518129, CN

✉ Contact seller   |   ☎ (+86) 18126141945

### Seller Reviews                                                                     View all

**3.3 out of 5**  ★★★½☆

121 ratings   |   20 reviews

### About the Store                                                                   View more

Our company has been deeply involved in cross-border e-commerce and is committed to the development of the US market. With more than 1,200 elites, adhere to the brand strategy, we have created a number of well-known overseas brands with core competitiveness, established a number of brand research an...

🏢  Business Name: shenzhenruihandianziyouxiangongsi


Featured


Shop all







**+ Add**                          Now **$8.70** $15.00  +$6.99 shipping    **+ Add**

$5.98  +$4.99 shipping              **+ Add**                             $9.10  +$7.99 shipping

Usb Charging Cable For Ring Doorbell   BAMILL HUD GPS Head Up Display     Activated Carbon Filter U for Honeywell
Replacement 3.3Ft/1M Copper Core Usb   Speedometer Odometer Car Digital   HHT270, HHT290 and Compatible Air Purifiers
Charging Cable Connectors             Speed MPH Universal

                                      ★★★★★ 2

## Seller reviews

**3.3 out of 5**  ★★★½☆

121 ratings  |  20 reviews

| | | |
|---|---|---|
| 5 stars | ▓▓▓▓▓▓▓ | 44% (53) |
| 4 stars | ▓▓ | 9% (11) |
| 3 stars | ▓▓ | 9% (11) |
| 2 stars | ▓ | 6% (7) |
| 1 star | ▓▓▓▓ | 12% (39) |

How seller rating is calculated  ⓘ

Showing 1 - 5 of 20 reviews

★★★★★ Jun 21, 2025

⬤ Walmart customer

The shipping and handling I received is excellent.

| Item bought:
| 4 Pack Spare Filters Set Replacement for INSE N5ZQ/N5T Cordless Vacuum Cleaner Accessories |

★★★★★ Dec 27, 2024

⬤ Walmart customer

I never received my order. It must have been stolen from my porch. First time this has happened. I'll check my camera to verify this incident. I'm still very pleased with the services provided by Walmart

| Item bought: |

★★★★☆ Nov 17, 2024

⬤ Walmart customer

Rec'd in a timely fashion. The descript should have mentioned it's only Military Time.

| Item bought:
| Magnetic Large LCD Digital Kitchen Timer Alarm Count Up Down Clock 24 Hours |

https://www.walmart.com/global/seller/101111998                                              1/2

**Infringing Evi. 000413**

Seller StoreFront - Smarthome - Walmart.com



⭐⭐⭐⭐⭐ Nov 9, 2024

Walmart customer

My item arrived pretty quickly ! it was as described Thank you

**Item bought:**
BAMILL 5PCS Meat Grinder Screw Mincer Auger Parts Replace Home Kitchen Accessory

⭐⭐⭐☆☆ Oct 19, 2024

Walmart customer

The clock movement delivered was correct, however it did not include the threaded brass cap as shown in the pictures. The main reason for the average score is how poorly it was packaged. It was delivered with the shaft sticking out of a bag since it was not protected in any way.

**Item bought:**
BAMILL 12688 Wall Clock Movement Quartz Movement DIY Mechanism Repair Parts

View all reviews (121)

**Infringing Evi. 000414**

**50    meiduo**

2/23/25, 8:17 AM                    1/5pcs Compressed Towel Travel Quick-Drying Towel Trip Disposable Hotel Washable Cloth Towel Napkin Washcloth Outdoor Travel - Walmart.com



Zhangliang

**1/5pcs Compressed Towel Travel Quick-Drying Towel Trip Disposable Hotel Washable Cloth Towel Napkin Washcloth Outdoor Travel**

☆ (No ratings yet)

Size: 5PCS-25*50CM

| 5PCS-25*50CM |
| $19.99 |

**About this item**

【Disposable Compressed Bath Towel】Made of quality cotton material, this towel is disposable and can be compressed for easy travel. Perfect for use during your outdoor activities like hiking, biking, and camping, or for hotel stays.
- 【Soft and Skin-friendly】Made of soft and skin-friendly cotton material, this towel provides a comfortable touch and is gentle on the skin.
- 【Compact and Convenient】With its compact size, this towel is convenient to carry. It can easily fit into a jacket pocket, purse, or cosmetic bag, making it for travel.
- 【Reusable】Despite being disposable, this towel can be used repeatedly, allowing you to get multiple uses out of it.
- 【Various Sizes available】Choose from different optional sizes, including 30*30cm, 30*70cm, 5PCS-25*50CM, 70*100CM, and 50*80CM. These sizes can suit your different needs.

View more ⌄

**At a glance**

| Brand | Count | Features |
|---|---|---|
| Zhangliang | 1 | Durable |

| Condition | Weight | |
|---|---|---|
| New | 0.14 lb | |

View all specifications

**$19.99**

Price when purchased online ⓘ

🚚 Free shipping   ↩ Free 30-day returns

| Buy now |
| Add to cart |

**How you'll get this item:**



| 🚚 Shipping | 🚗 Pickup | 🏢 Delivery |
|---|---|---|
| Arrives Mar 4 | Not available | Not available |
| Free | | |

33 NW 21st Ave   Change

Arrives by **Tue, Mar 4** | More options

**Only 1 left**

🏠 Sold and shipped by meiduo

↩ Free 30-day returns   Details

♡ Add to list                    Add to registry

**Infringing Evi. 000416**

2/23/25, 8:17 AM                    1/5pcs Compressed Towel Travel Quick-Drying Towel Trip Disposable Hotel Washable Cloth Towel Napkin Washcloth Outdoor Travel - Walmart.com



+ Add

$12.77

Options

• 7 options

$2.08
Options from $2.08 – $1??



+ Add

Now $6.00  $8.00 • $2.97 shipping

## About this item

### Product details

**Features:**

*Disposable Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

*Great for your travel or outdoor activities like hiking, biking and camping

*Made of quality material, soft, skin-friendly and comfortable

*Compact in size, convenient to carry

*Can be put in jacket pocket, purse or cosmetic bag

*Can be used repeatedly

**Specifications:**

*Material:Cotton

*Optional Size:30*30cm; 30*70cm;5PCS-25*50CM;70*100CM;50*80CM

(After soaking in water) (Approx.)

*Color: White(As Pictures Show)

**Package Contents:**

1*Towel

**Note: The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness of your monitor and light brightness.**

- 【Disposable Compressed Bath Towel】 Made of quality cotton material, this towel is disposable and can be compressed for easy travel. Perfect for use during your outdoor activities like hiking, biking, and camping, or for hotel stays.
- 【Soft and Skin-friendly】 Made of soft and skin-friendly cotton material, this towel provides a comfortable touch and is gentle on the skin.
- 【Compact and Convenient】 With its compact size, this towel is convenient to carry. It can easily fit into a jacket pocket, purse, or cosmetic bag, making it for travel.
- 【Reusable】 Despite being disposable, this towel can be used repeatedly, allowing you to get multiple uses out of it.
- 【Various Sizes available】 Choose from different optional sizes, including 30*30cm, 30*70cm, 5PCS-25*50CM, 70*100CM, and 50*80CM. These sizes can suit your different needs.

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Durable

**Brand**
Zhangliang

**Manufacturer Part Number**
UUU08707500(S)#8959377J@#17589

**Manufacturer**
Zhangliang

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

**State Chemical Disclosure**

None

💬  Report incorrect product information

**Infringing Evi. 000417**

2/23/25, 8:17 AM                    1/5pcs Compressed Towel Travel Quick-Drying Towel Trip Disposable Hotel Washable Cloth Towel Napkin Washcloth Outdoor Travel - Walmart.com

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Options

**$7.99** +$2.99 shipping
Options from $7.99 – $20.99

Zhaomeidaxi Mini Compressed Towel, Disposable Face Compressed Towels, Soft Compressed Hand Wipe, Portable Compressed Coin Tissue for Travel/Home/Outdoor Activities

Shipping, arrives **in 3+ days**

+3 options



25*50cm

+ Add

**$6.03** +$1.99 shipping

Marbhall 5Pcs Disposable Compressed Towels, Compact Travel Wipe Soft Cotton Coin Tissue Toilet Paper Pills, for Home Bathroom Beauty Salon Travel Outdoors Camping 25*50cm

Shipping, arrives **in 1+ days**



+ Add

**$6.96**

Aoyh Compressed Towel Easy to Use Hygienic Skin-friendl

Shipping, arrives **in 3+ days**

Report:  ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

https://www.walmart.com/ip/1-5pcs-Compressed-Towel-Travel-Quick-Drying-Towel-Trip-Disposable-Hotel-Washable-Cloth-Towel-Napkin-Washcloth-Outdoor-Travel/14900673251?classType=VARIANT&from=/search

**Infringing Evi. 000418**

2/23/25, 8:18 AM                                        Review your order - Walmart.com



**1. Free shipping, arrives by Mon, Mar 3**

Paula Stlouis                                                    Edit
33 NW 21st Ave, Miami, FL 33135

**Delivery instructions (optional)**                            Edit
House

**Items details**                                          Hide details
**Arrives by Mon, Mar 3**                                     1 item

Sold and shipped by meiduo
Free shipping

1/5pcs Compressed Towel Travel Quick-Drying
Towel Trip Disposable Hotel Washable Cloth Towel...
Size: 5PCS-25*50CM

$19.99

Remove        − Max 1 +



| Subtotal (1 item) | $19.99 |
| Shipping | Free |
| Estimated taxes | $1.40 |
| **Estimated total** | **$21.39** |

Have a promo code?

**2. Payment method**

**Pay with card**



Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**one**

onepay  $10 cash back when you spend $10+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

Infringing Evi. 000419

2/23/25, 8:18 AM                                                                                          Review your order - Walmart.com



**Infringing Evi. 000420**

6/26/25, 12:36 AM                                              Seller StoreFront - meiduo - Walmart.com



**Infringing Evi. 000421**

# 51   Alaparte Travel Essentials

12/12/24, 2:08 PM                     New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com



**Infringing Evi. 000423**

12/12/24, 2:08 PM                    New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com



**Infringing Evi. 000424**

12/12/24, 2:08 PM                              New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com



💬 Report incorrect product information

## Customer ratings & reviews

**4 out of 5**

⭐⭐⭐⭐☆ 1 rating | 0 reviews

How item rating is calculated ⓘ

| | |
|---|---|
| 5 stars | 0% (0) |
| 4 stars | 100% (1) |
| 3 stars | 0% (0) |
| 2 stars | 0% (0) |
| 1 star | 0% (0) |

All filters ⌄    ☆ Star rating ⌄    Verified purchases only

Sort by | Most relevant ⌄

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.



Sponsored
$10.00
Options from $10.00 – $11.00
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
⭐⭐⭐☆☆ 2
Save with W+
Shipping, arrives in 2 days

Sponsored
$28.99
More options from $9.99
PoetiicEHome Cotton Face Dry Wipes - Extra Thick Disposable Cleansing Towel, Facial Cleaning Tissue Cloths 2-Pack
⭐⭐⭐⭐½ 12
Save with W+
Shipping, arrives in 2 days

Now $14.81 $15.42
Clean Towels Biobased Face Towel Disposable Face Tow 50 Ct 1 Pack
Shipping, arrives in 3+ days

$6.37
ERTUTUYI Eyeliner White Eyeliner Pencils Professionals Use As Highlighter Soft Long Lasting Eyeshadow Eye Brightener Beauty Makeup Tools
Shipping, arrives in 3+ days

$1.59 +$4.00 shipping
Wovilon Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Baby Washcloths, Baby Towels And Washcloths, White Washcloths
Shipping, arrives in 3+ days

+2 options
$1.39 +$4.99 shipping
Compressed Towel Tablets On Clearance Compressed Expandable
⭐☆☆☆☆ 1

**Infringing Evi. 000425**

New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com

Shipping, arrives **in 3+ days**

**Report:**   ⓘ Report seller      ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Organic Body Wipes | Defense Body Wipes |
| Honeshine | Disposable Face Cloths |
| Moonqueen | Body Wipes |
| Equate Wipes | Adult Wipes |
| Hand Sanitizing Wipes | Dude Wipes |
| Flushable Wipes | |

Beauty / Skin Care / Face Cleansers / Face Wipes

**Infringing Evi. 000426**

12/12/24, 2:09 PM                                                  Review your order - Walmart.com





**1. Shipping, arrives by Fri, Dec 27**                                    ✓

Paula Stlouis                                                             Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                      Edit

House

**Items details**                                                        Hide details
Arrives by Fri, Dec 27                                                   1 item

Sold and shipped by Alaparte Travel Essentials
$4.50 seller shipping fee

New Disposable Dry Compressed Coin
Disposable Face Towel Baby Wipes Tablet Trave
Size: 100PC, Actual Color: Pink

**$9.11**

Remove          [ − ]  1  [ + ]

| Subtotal (1 item) | $9.11 |
| Seller shipping | $4.50 |
| **Estimated taxes** | $0.95 |
| **Estimated total** | **$14.56** |

Have a promo code?                                                        ⌄



**2. Payment method**                                                     ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

[                                                  ]

                                                          [ Continue ]

🔵 one

**onepay**  $15 cash back when you spend $15+              [ Sign up ]

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                           ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                          1/2

**Infringing Evi. 000427**

12/12/24, 2:09 PM                                                    Review your order - Walmart.com

Connect your bank

---

**Other ways to pay**                                              ⌃

Pay with PayPal                                 Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**       Items in your cart are not eligible for Affirm.

*PayPal*                                        affirm

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*\$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>



---

📱  3. Text updates for this order                                 ⊖

---

**Infringing Evi. 000428**

2025/6/24 15:36

Seller StoreFront - Alaparte Travel Essentials - Walmart.com



## Alaparte Travel Essentials

📍 shenzhenshibaoanqushajingjiedao
shenzhen, GD 518700, CN

✉ Contact seller  |  📞 (+86) 13129827763

**Seller Reviews**                                                View all

3.2 out of 5  ⭐⭐⭐☆☆

49 ratings  |  7 reviews

**About the Store**                                              View more

Alaparte brand specialize in beauty, personal care and home furnishing for many years. 24h On-line Service. Believe us, we can provide you with high-quality products and perfect after-sales service. Customer satisfaction is our constant pursuit. We always adhere to the simple design elements, comb...

🏢  Business Name: shenzhenshikeshangkekejiyouxiangongsi


Featured


Shop all



**$5.31** +$1.99 shipping

Alaparte Eyeshadow Stick, Longwear Cream Eye Shadow Stick, Matte & Eyeshadow Eye Makeup,2G, Makeup Set

⭐⭐☆☆☆ 8



**Now $6.19** $6.58 +$4.50 shipping

Smokeless Ashtrays for Cigarettes Indoor, Purifier Ashtrays For Cigarettes Indoor - 2 In 1 Purifier Ashtray Multifunctional Fresher For Home,Office,Car

⭐⭐☆☆☆ 12



**$7.09** +$2.99 shipping

Alaparte Matte Eyeshadow Stick Long-Wear Glossy Creamy Eye Shadow for Women 2g – Perfect Self-Care Gift, Smudge-Proof and Waterproof,Beauty Gift For Women

⭐☆☆☆☆ 1



### Seller reviews

3.2 out of 5  ⭐⭐⭐☆☆

49 ratings  |  7 reviews

| | |
|---|---|
| 5 stars | 43% (21) |
| 4 stars | 10% (5) |
| 3 stars | 8% (4) |
| 2 stars | 4% (2) |
| 1 star | 35% (17) |

How seller rating is calculated ⓘ

**Showing 1 - 5 of 7 reviews**

⭐⭐⭐⭐☆  Jan 27, 2025

👤 Walmart customer

It's great. It's listed as 6pcs but I only received 1pc.

| **Item bought:** |
|---|
| Alaparte Mouth Guard for Teeth Grinding, Nighttime Anti-Snoring Moldable Mouthpiece with Heavy-Duty Protection, Comfortable Whitening Tray 6pcs,Night Guard for Teeth Grinding |

⭐☆☆☆☆  Dec 19, 2024

👤 Walmart customer

Poor packing, what a waste of the product! Spilled all over the container 😡

| **Item bought:** |
|---|
| Hair Care Repair Damage Dry Frizzy Hair Moisturize Hair Conditione |

⭐⭐⭐☆☆  Dec 15, 2024

👤 Walmart customer

I don't get this order, maybe it's lost . can you refund my money please

| **Item bought:** |
|---|
| |

**Infringing Evi. 000429**

2025/6/24 15:36                                    Seller StoreFront - Alaparte Travel Essentials - Walmart.com



★☆☆☆☆  Nov 5, 2024

◯  Walmart customer

No stars my rating Would not refer to anyone , they will accept the purchase (your money) you won't receive your order saying they can't control the delay due to the election , refund you 30 percent of what you paid and tell you to take it easy. In fact I just received the same product through ebay , even placed the order after the first delay. Do not give them your money . Walmart you disappointed me....

| Item bought: |
|---|

★★★★★  Sep 2, 2024

◯  Walmart customer

The seller is great and had the package secured when it was shipped. Great seller

| Item bought:<br>Butter Skin Firming Cream, Arm Firming And Tightening Cream, Lifting & Firming Body Cream, Anti-Aging Moisturizer for Face,Neck,Arms&Legs-Reduces Wrinkles, Sagging & Cellulite for a Firmer 3.38fl.oz |
|---|

[ View all reviews (49) ]

**Infringing Evi. 000430**

# 52   Dopebox

5/9/25, 3:54 PM                Dopebox Lightweight Large Bath Towels, Extra Long Beach Towels, Quick Dry Swim Towels, Super Soft Bath Towels Extra Large, Guest Bathroom Essentials (White) - Walmart.com



**Infringing Evi. 000432**

5/9/25, 3:54 PM                 Dopebox Lightweight Large Bath Towels, Extra Long Beach Towels, Quick Dry Swim Towels, Super Soft Bath Towels Extra Large, Guest Bathroom Essentials (White) - Walmart.com



$3.97
More options from $197
Mainstays Performance Solid Bath Towel, 30" x 54", Green Sage
★★★★☆ 7671

$2.94
More options from $124
Mainstays 100% Cotton Bath Towel, Super Soft and highly absorbent Basic Striped Premium Bath Towel for Bathroom, Hotels, Spa and Gym – Tan

$3.97
Mainstays Performance Solid Bath Towel, 54" x 30", Soft Sil
★★★★☆ 2281

## About this item

### Product details

Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable
Feature:
Fashion design, New,high quality!
Material:cotton
Color:white
Unfold Size: 30 x 30cm
A clean fresh towel every time
Free from chemicals or detergents
Unfold immediately in water.
Convenient for travel, to activate
Can be used repeatedly
Package Included:
1pcs Compressed Towel

- 【Comfortable & Soft】: This bath towels are crafted from premium microfiber, providing an exceptionally soft and skin-friendly experience. Unlike traditional towels, our bath towels are ideal for women and children, especially those with sensitive skin. The superior workmanship ensures that our bath towel sets remain lint-free even after prolonged use.
- 【Highly Absorbent&Fast Drying】: These towels have excellent water absorption capabilities while remaining lightweight. They provide a gentle and delicate touch to your skin, helping you dry off quickly and comfortably. Capable of effortlessly absorbing water several times their weight. Additionally, these microfiber towels are designed to dry quickly, adding to their convenience.
- 【Multi-purpose and Versatile】: Our towels are versatile and can be used for various purposes. They are perfect for drying the body and can also serve as cozy blankets for indoor use. When traveling or camping, their lightweight nature adds to the convenience. To preserve the softness and integrity of the bath towels, we recommend avoiding bleaching and ironing.
- 【Easy-Care】: During the first few uses, slight shedding may occur, but this will diminish with each wash. To fully enjoy their performance, it is recommended to wash them separately initially. Maintain these washcloths with ease – machine wash cold, gentle care. The low-lint construction prevents shedding or pilling, with any first lint decreasing after multiple washings.
- 【Coral Velvet Bath Towel】: softest bath towels bathrobe towel for women bath towel sets super soft towels 100 percent cotton bath towels blue towel set luxury bath sheets extra large towel for women large luxury bath towels hot towels bathroom sets gray bath towels set gray bath towel super towels quick dry shower towel large bath towels oversized dorm towels dark gray towels cotton bath towel set huge bath towels oversized bath towels guest towel set camping towel set long bath towels fancy towels for bathroom extra absorbent bath towels bath towels luxury bath towels large size bath towels large set bath towels bath mat towels for bathroom floor hotel bath towels luxury towels for bathroom set towel set bathroom absorbent towels for flooding multi colored bath towels extra thick bath towels bath towel set rustic bath towels luxury bath towel sets everplush towels dark gray towels for bathroom hotel collection towel home bath towels funny bath towels luxury bathroom towels everplush bath towels soft bath sheets set of towels bathroom towels bath plush towel set medium bath towels pretty bath towels large absorbent bath towels big white towels oversized extra large bath absorbent towel bath towels brown gray bathroom sets xxl towels oversized bath bathroom towel decor bath sheets towels for bathroom extra large towels for salon towels for men towels bathroom super absorbent towel modern bath towels bath towels large bath sheets towels extra large dog bath towels for drying dogs large bath towels for college students dorm bath towel sets for bathroom towels bathroom sets thick towels bathroom sets towels oversized towel for men thick towel set heavy bath towels bathroom towels large bath towel sets bath towels in towel set for college dorm soft towel set small bath towel single towel soft bathroom towels guest bath towels fast dry bath towels large bath towel set quick dry towel bath dark brown towels for bathroom bath towels cotton bath towels set of 4 extra large bath sheets towels bathroom towels large bath bathroom sets for men bath towels checkered bath towels set of 4 towels plus size people quality bath towels quick dry bath towels for bathroom shower towel set extra large towel set cotton towels bath bar towels set bathroom these thin cotton towels oversize bath towel large bath towels large black towels gray towels bathroom giant bath towels oversized towels for bathroom towels mens bath towel hotel towel set hotel collection bath towels gray bath towel set hotel style bath towels extra large white bath towels towel set bath sheet towel set.

ℹ️  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Compare with similar items



| Viewing this item | | | | | | | |
|---|---|---|---|---|---|---|---|
| + Add | + Add | + Add | + Add | + Add | + Add | + Add | + Add |
| $3.61 | $3.97 | Now $1.79 ~~$19.98~~ | Now $7.99 ~~$8.99~~ | $9.79 | $2.77 | $3.69 | Now $1.79 |
| Dopebox Lightweight Large Bath Towels,... | Mainstays Performance Solid Bath Towel, 30"... | Summer Savings Clearance Suncoda... | Hawmam Linen Luxury White Wash Cloths - S... | Quba Linen 100% Cotton Wash Cloths 12... | Qooohg Large Bath Towels, 100% Coral... | Dopebox Extra Large Bath Towel, Extra Lon... | Qooohg Lar Towels, 100... |
| ★★★★☆ | ★★★★☆ 1501 | ★★★★☆ 306 | ★★★★☆ 114 | ★★★★☆ 287 | | | ☆☆☆☆☆ |
| **Material** | Cotton | Cotton | 100%Polyester | Cotton | Cotton | - | Microfiber | Coral Velvet |
| **Size** | 30 x 30cm | Bath Towel | 11.02x0.06x0.79 | 4 Piece Washcloth | 12" x 12" | - | 36 cm | 55" x 27.6" |
| **Pieces** | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **Cloth type** | Bath Towels | Bath Towels | Bath Towels | Washcloths | Fingertip Towels | Bath Towels | Bath Towels | Bath Towels |

See More ⌄

## Specifications

**Brand**
Dopebox

**Collection**
Dopebox extra long towels

Infringing Evi. 000433

5/9/25, 3:54 PM                    Dopebox Lightweight Large Bath Towels, Extra Long Beach Towels, Quick Dry Swim Towels, Super Soft Bath Towels Extra Large, Guest Bathroom Essentials (White) - Walmart.com



**Towel & Washcloth Type**

Bath Towels

**Material**

Cotton

More details

---

Directions                                                                                                                                    ⌃

**Fabric Care Instructions**

towels for bathroom extra large

---

Warranty                                                                                                                                      ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

Warnings                                                                                                                                      ⌃

⚠ **WARNING:** Dopebox microfibre towel

---

💬 Report incorrect product information

---

**Options**

$0.99  +$3.99 shipping
More options from $0.96
VerPetridure Bath Towels 13.5x29.5 Inch Large Soft Cotton Bath Towels,Lightweight Quicker to Dry,Highly Absorbent,Perfect Bathroom Towels for Home Bathroom Essentials
☆☆☆☆☆ 0
Shipping, arrives **in 3+ days**

**Options**

$2.77  +$3.99 shipping
Qocollog Large Bath Towels, 100% Coral Velvet, 55x276 Inches Extra Large Bath Towels, Lighter Weight, Quicker to Dry, Super Absorbent, Perfect Bathroom Towels, Blue
Shipping, arrives **in 3+ days**

Clearance

+ Add

Now $1.79  $3.58  +$3.99 shipping
Qocollog Large Bath Towels, 100% Coral Velvet, Extra Large Super Absorbent, Perfect Bathroom Towels, Pink
☆☆☆☆☆ 2
Shipping, arrives **in 3+ days**

---

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

---

**Rewards debit card.** Earn 5% cash back, on up to $150 spent each month. Terms apply.   Join OnePay Cash

---

Clearance                                                                                                                          Best seller

**Infringing Evi. 000434**

5/9/25, 3:54 PM                    Dopebox Lightweight Large Bath Towels, Extra Long Beach Towels, Quick Dry Swim Towels, Super Soft Bath Towels Extra Large, Guest Bathroom Essentials (White) - Walmart.com



**$7.37** +$5.00 shipping
More options from $6.97
Bath Towels On Clearance Large,Coral Velvet Pineapple Plaid Bath Towel,Thick Absorbent Bath Towel,Super Absorbent Pineapple Checkered Bath Towel,Soft Quick Drying Towel for Bathroom,Gym,Hotel,Pool
★★☆☆☆ 12
Shipping, arrives in 3+ days



**$4.67** +$4.99 shipping
Yaoyar Stripe Large Bath Towels Oversized Bath Sheet Super Soft Breathable Jumbo Bathroom Towels Highly Absorbent Shower Towel Quick Dry Beach Chair Towel Spa Gym Towel
★☆☆☆☆ 1
Shipping, arrives in 3+ days



Sponsored
**Now $35.99** $40.99
More options from $11.99
Smuge Extra Large Bath Towel Sets of 8, 2 Large Bath Towel Microfiber, Quick Dry, Highly Absorbent Bath Towels for Ba
★★★★☆ 663
Save with W+



**$26.67**
Iinyes Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel
Shipping, arrives in 3+ days



**$2.99** +$1.99 shipping
BS.J.Y Towel Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable Coral Fleece Towel Highly Absorbent Towel
Shipping, arrives in 3+ days



**$21.65** +$4.99 shipping
Disposable Compressed Towel Bath Towel Faces Cleansing
Shipping, arrives in 3+ days

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Swim Towel Quick Dry                          Quick Dry Towels

Quick Dry Swim Towels                         Quick Dry Towels Camping

Masters Beach Towel                           Men's Beach Towels

Best Quick Dry Towels For Travel              Large Bath Towels

Oversized Beach Towels                        Bath Sheets

Soft Bath Towels                              Turkish Beach Towels

Home  /  Bath  /  Bath Towels

**Infringing Evi. 000435**

5/9/25, 3:55 PM                                                Review your order - Walmart.com







Infringing Evi. 000436

5/9/25, 3:55 PM                                                    Review your order - Walmart.com

Connect your bank

---

**Other ways to pay**                                                              ⌃

Pay with PayPal                              Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.



---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>

---

📱  3. Text updates for this order                                                ⊖

**Infringing Evi. 000437**

2025/6/24 15:37                                     Seller StoreFront - Dopebox - Walmart.com



# Dopebox

📍 tianHEQUhuachengDaDao770hao203fang
guangzhouShi, GD 510627, CN

✉ Contact seller  |  📞 (+86) 13537541590

**Seller Reviews**                                                                                          View all

**2.3 out of 5** ⭐⭐⭐✩✩

57 ratings  |  15 reviews

**About the Store**                                                                                       View more

Dopebox focusing on garment production and sales, vigorously develop cross-border e-commerce platform to sell clothing, the company mainly sells all kinds of women's clothing, the annual sales are on the rise, the variety of clothing is more and more, women's shirts, tops, dresses, miniskirts, home...

🏢 Business Name: guangZHOUKEzhanQIONGwenjuyouxiangongSI



**Featured**



Shop all

**Seller reviews**

**2.3 out of 5** ⭐⭐⭐✩✩

57 ratings  |  15 reviews



| | | |
|---|---|---|
| 5 stars | | 25% (14) |
| 4 stars | | 7% (4) |
| 3 stars | | 2% (1) |
| 2 stars | | 9% (5) |
| 1 star | | 58% (33) |

How seller rating is calculated ⓘ

Showing 1 - 5 of 15 reviews

⭐✩✩✩✩  Jun 24, 2025

🔍 Walmart customer

this is not what I thought I ordered I don't wish to keep this item

| Item bought: |
|---|

⭐✩✩✩✩  Mar 9, 2025

🔍 Walmart customer

need much more clarity this is a pullow COVER, not the actual stuffed pillow

**Infringing Evi. 000438**

2025/6/24 15:37

Seller StoreFront - Dopebox - Walmart.com

 **Item bought:**
Dopebox U Shaped Pregnancy Pillow, U Shaped Sleeping Pillow for Pregnant, Maternity Pillow U-Shaped Full Body Pregnancy Pillow, Side Sleeper Pillows for Adults, Pregnancy Essentials Must Haves (A)

★☆☆☆☆ Dec 26, 2024

⊖ **Walmart customer**

The item was not as described and took a long time to ship.

 **Item bought:**
Dopebox U Shaped Pregnancy Pillow, U Shaped Sleeping Pillow for Pregnant, Maternity Pillow U-Shaped Full Body Pregnancy Pillow, Side Sleeper Pillows for Adults, Pregnancy Essentials Must Haves (A)

★☆☆☆☆ Dec 16, 2024

⊖ **Walmart customer**

never got item. They said it made it to my post office in my city and state. Then literally 3 minutes later it said it was in some country i never heard of. Just a big scam

 **Item bought:**
Dopebox U Shaped Pregnancy Pillow, U Shaped Sleeping Pillow for Pregnant, Maternity Pillow U-Shaped Full Body Pregnancy Pillow, Side Sleeper Pillows for Adults, Pregnancy Essentials Must Haves C()

★☆☆☆☆ Dec 14, 2024

⊖ **Walmart customer**

In the ad, it said I was buying the pillow. But when it came, it was only the cover.

 **Item bought:**
Dopebox U Shaped Pregnancy Pillow, U Shaped Sleeping Pillow for Pregnant, Maternity Pillow U-Shaped Full Body Pregnancy Pillow, Side Sleeper Pillows for Adults, Pregnancy Essentials Must Haves (A)

View all reviews (57)

**Infringing Evi. 000439**

# 53    Anko Makeup Cosmobeauty

12/12/24, 2:13 PM                    Ankoty Beauty Tools New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave | Versatile Use - Walmart.com



Ankoty

**Ankoty Beauty Tools New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave | Versatile Use**

☆ (No ratings yet)

Size: One Size

| One Size |
| $2.89 |

Actual Color: C



### About this item

- New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave
- Cruelty-free, Vegan, Double-head, Versatile, Blendable
- What you get:1x bag of compressed towels
- Create any look with Ankoty makeup; eye shadow, lip gloss, brow pencil, foundation, BB cream, concealer and setting powder, the perfect canvas for any eye and lip product, eyeshadow, mascara, brow pencil and eyeliner, from Eye-catching lipsticks to plumping lip glosses
- Benefits: Alcohol-Free, Long-Wearing, Cruelty-Free, Vegan
- Great idea for a independence and other Festival gift to lover, family and friends or a surprise for yourself!

View more ⌄

### At a glance

| Features<br>Beauty Tools \| Makeup \| Beauty \| Eye, Face And Body \| Versatile Use | Brand<br>Ankoty | Skin Type<br>Normal; Dry; Oily; Sensitive; |
| Assembled Product Weight<br>0.32 lb | Manufacturer Part Number<br>Ankoty-24F02A7529 | Model<br>Ankoty-240F02A7529 |

View all specifications



### About this item

Product details                                                                                                  ⌃

New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Travel Tissue Outdoor
Features: Brand new and high quality. Absorb water quickly. Great cleaning helper. Perfect for travel, hotel, home, etc.

**Infringing Evi. 000441**

12/12/24, 2:13 PM                    Ankoty Beauty Tools New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave | Versatile Use - Walmart.com

Specification: Material: Cotton,Non-woven fabrics
Color:White Expand Size(approx) : 20*22cm Quantities: (12pcs/30pcs/36pcs/50pcs/56pcs/100pcs)
Package included: 1 x White Disposable Non-woven Compressed Towel Bag (1 bag
is12pcs/30pcs/36pcs/50pcs56pcs/100pcs,pls kindly note it.)
High quality store for you! Note:
Please understand because of the light irradiation or computer display difference, so I can't guarantee photos and real color is
100% the same.

- New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave
- Cruelty-Free, vegan, Double-head, Versatile, Blendable
- What you get:1x bag of compressed towels
- Create any look with Ankoty makeup: eye shadow, lip gloss, brow pencil, foundation, BB cream, concealer and setting
  powder, the perfect canvas for any eye and lip product, eyeshadow, mascara, brow pencil and eyeliner, from Eye-catching
  lipsticks to plumping lip glosses
- Benefits: Alcohol-Free, Long-Wearing, Cruelty-Free, Vegan
- Great idea for a independence and other Festival gift to lover, family and friends or a surprise for yourself!

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we
   have not verified it. See our disclaimer

---

## Specifications ⌃

**Features**
Beauty Tools | Makeup | Beauty | Eye, Face And Body | Versatile Use

**Brand**
Ankoty

**Skin Type**
Normal; Dry; Oily; Sensitive;

**Assembled Product Weight**
0.32 lb

More details

---

Indications ⌄

---

Warranty ⌃

**Warranty information**
Please be aware that the warranty on items offered for sale by third party Marketplace sellers may differ from those
displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller,
please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

---

Warnings ⌃

⚠️ **WARNING:** None

---



Sponsored
**$10.00**
Options from $10.00 – $11.00
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★☆☆ 2
Save with W+
Shipping, arrives in 2 days



Sponsored
Now **$11.89** $22.39
Options from $11.89 – $34.99
Winner Disposable Face Towel, 100% Pure Cotton Facial Tissues, Facial Towelettes Soft Thick
Absorbent, Biodegradable Makeup Remover Dry Wipes for Skin Care Washing Drying Nursing
Camping Travel Essentials, 360 Count
★★★★☆ 108
Save an extra $2.38
Save with W+
Shipping, arrives in 2 days



Now **$14.81** $015.63
Clean Towels Biobased Face Towel Disposable Face Tow
50 Ct 1 Pack
Shipping, arrives in 3+ days

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

---

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

---

**Infringing Evi. 000442**







+3 options

$9.11  +$4.50 shipping

New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave

★★★★☆ 1

Shipping, arrives **in 3+ days**

$6.36

ERTUTUYI Eyeliner White Eyeliner Pencils Professionals Use As Highlighter Soft Long Lasting Eyeshadow Eye Brightener Beauty Makeup Tools

Shipping, arrives **in 3+ days**

$1.59  +$4.00 shipping

Wovilon Compressed Towel Outdoor Travel Wipe Soft C Towels And Washcloths, White Washcloths

Shipping, arrives **in 3+ days**

---

**Report:**  ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Hopeshine | Organic Body Wipes |
| Disposable Face Cloths | Defense Body Wipes |
| Foot Wipes | Facial Towels |
| Equate Beauty Face Wipes | Face Wipes |
| Equate Wipes | Makeup Remover Wipes |
| Adult Wipes | Hand Sanitizing Wipes |

Beauty / Skin Care / Face Cleansers / Face Wipes

**Infringing Evi. 000443**

12/12/24, 2:13 PM                                    Review your order - Walmart.com



**1. Shipping, arrives by Fri, Dec 27** ✓

Paula Stlouis                                           Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                   Edit

House

**Items details**                                      Hide details
Arrives by Fri, Dec 27                                 1 item

Sold and shipped by Anko Makeup Cosmobeauty | ✓ Pro Seller ⓘ
$3.90 seller shipping fee

Ankoty Beauty Tools New Disposable Dry
Compressed Coin Disposable Face Towel Baby...
Size: One Size, Actual Color: C

$2.89

Remove        −   1   +



| | |
|---|---|
| Subtotal (1 item) | $2.89 |
| Seller shipping | $3.90 |
| **Estimated taxes** | $0.48 |
| **Estimated total** | **$7.27** |

Have a promo code?                                     ⌄



**2. Payment method**                                  ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[                                                      ]

Continue

**one**

onepay  $15 cash back when you spend $15+    Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                        ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba         1/2

**Infringing Evi. 000444**

12/12/24, 2:13 PM

Review your order - Walmart.com



Connect your bank

**Other ways to pay**  ⌃

Pay with PayPal

☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

---

Walmart+ · Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>

---

📱  **3. Text updates for this order**                    ⊖

**Infringing Evi. 000445**

2025/6/24 15:37                                      Seller StoreFront - Anko Makeup Cosmobeauty - Walmart.com



# Anko Makeup Cosmobeauty

⌖ GuangZhouShiBaiYunQuSanYuanLiDaDaoLuHeYiJie26-30HaoQiLouD706-17Fang
GuangZhouShi, GD 510080, CN

✉ Contact seller   |   ✆ (+86) 13066850461

**Seller Reviews**                                                     View all

**3.4 out of 5**  ★★★⯪☆
64 ratings   |   16 reviews

**About the Store**                                                   View more

Ankoty finally waits for you Every side is different, makeup makes you progress Makeup is not just a process of adding beauty and applying powder Rather, it is a way to amplify the advantages of your five senses and increase your self-confidence to meet life with exquisite and beautiful makeup.

▦   Business Name: GuangZhouShiPanLongJiaJuYouXianGongSi



**Featured**



Shop all

**Seller reviews**

**3.4 out of 5**  ★★★⯪☆
64 ratings   |   16 reviews



5 stars ████████████████ 45% (29)
4 stars ████ 13% (8)
3 stars ██ 5% (3)
2 stars ██ 8% (5)
1 star ███████████ 30% (19)

How seller rating is calculated ⓘ

**Showing 1 - 5 of 16 reviews**

★☆☆☆☆  Jun 19, 2025

🔍 Walmart customer

This was advertised as a gel.Well let me tell you it was not a gel.I think it must have been very old. It was a hard a brick.The wrapper it was in looked very old.I am disappointed.

| Item bought: |
|---|

★★★★☆  May 13, 2025

🔍 Walmart customer

shipping took forever but they were sold at a really good price

https://www.walmart.com/global/seller/101661457                                                              1/2

**Infringing Evi. 000446**

2025/6/24 15:37                                    Seller StoreFront - Anko Makeup Cosmobeauty - Walmart.com

**Item bought:**
Ankoty Blue Tweezers for Eyebrows Slant Tip and Pointed Eyebrow Tweezer Set Great Precision Savings! for Eyebrows Facial Hair Hair Splinter Blackhead and Tick Remover

---

⭐☆☆☆☆ May 4, 2025

Ⓠ **Walmart customer**

not good because i did not receive what is described in this order and they trick me with the free of charge shipping not true!

**Item bought:**
Ageoie Wig Clearance, Short Bob Wigs Human Hair Straight Wig Black Lace Front Wigs Human Hair for Women Highlight Bob Wig Pre Plucked with Baby Hair Black

---

⭐☆☆☆☆ Mar 18, 2025

Ⓠ **Walmart customer**

Ordered Feb. 25th and received March 18th. Received wrong color.

**Item bought:**

---

⭐⭐☆☆☆ Mar 2, 2025

Ⓠ **Walmart customer**

On time delivery- but sold synthetic wig as human wig

**Item bought:**
Ageoie Wig Clearance, Short Bob Wigs Human Hair Straight Wig Black Lace Front Wigs Human Hair for Women Highlight Bob Wig Pre Plucked with Baby Hair Black

---

**View all reviews (64)**

---

https://www.walmart.com/global/seller/101661457                                                                2/2

**Infringing Evi. 000447**

# 54   IHGEHA

12/12/24, 2:18 PM          IHGEHA beauty tools + accessories Appliances New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com



IHGEHA

**IHGEHA beauty tools + accessories Appliances New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave**

☆ (No ratings yet)

Size: One Size

| One Size |
| $6.48 |

Actual Color: C

### About this item

- Create signature looks
- Apply makeup with precision
- Synthetic and vegan friendly
- Suitable for beginners and professional makeup artists
- Create your favorite look

### At a glance

| Features | Brand | Assembled Product Weight |
|---|---|---|
| Reusable | IHGEHA | 145 g |
| Manufacturer Part Number | Manufacturer | Assembled Product Dimensions (L x W x H) |
| MAY-716 | IHGEHA | 11.00 x 3.00 x 1.20 Inches |

**$6.48**

Price when purchased online ⓘ

⊙ Free Holiday returns until Jan 31

| Buy now |
| Add to cart |

How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Dec 28 | Not available | Not available |
| $2.00 | | |

Delivery to 33 NW 21st Ave

**Only 5 left**

Sold and shipped by IHGEHA

★★★☆☆ 5 seller reviews

Extended holiday returns  Details
Free Holiday returns until Jan 31

| ♡ Add to list | ⊞ Add to registry |

### About this item

Product details ⌄

New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Travel Tissue Outdoor
Features: Brand new and high quality. Absorb water quickly. Great cleaning helper. Perfect for travel, hotel, home, etc.
Specification: Material: Cotton,Non-woven fabrics
Color:White Expand Size(approx ) : 20*22cm Quantities: (12pcs/30pcs/36pcs/50pcs/56pcs/100pcs)

**Infringing Evi. 000449**

12/12/24, 2:18 PM                    IHGEHA beauty tools + accessories Appliances New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com

**Package included:** 1 x White Disposable Non-woven Compressed Towel Bag (1 bag is12pcs/30pcs/36pcs/50pcs56pcs/100pcs,pls kindly note it.)

**High quality store for you! Note:**
**Please understand because of the light irradiation or computer display difference, so I can't guarantee photos and real color is 100% the same.**

- Create signature looks
- Apply makeup with precision
- Synthetic and vegan friendly
- Suitable for beginners and professional makeup artists
- Create your favorite look

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Reusable

**Brand**
IHGEHA

**Assembled Product Weight**
145 g

**Manufacturer Part Number**
MAY-716

More details

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

### Warnings

⚠ **WARNING:** None

---

Sponsored

**$10.00**
Options from $10.00 – $11.00
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★☆☆ 3
Save with W+
Shipping, arrives in 2 days

Sponsored

**$28.99**
More options from $9.99
PoeticEHome Cotton Face Dry Wipes - Extra Thick Disposable Cleansing Towel, Facial Cleaning Tissue Cloths 2-Pack
★★★★½ 12
Save with W+
Shipping, arrives in 2 days

**Now $14.81** ~~$20.63~~
Clean Towels Biobased Face Towel Disposable Face Tow 50 Ct 1 Pack
Shipping, arrives in 3+ days

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

**Infringing Evi. 000450**

12/12/24, 2:18 PM          IHGEHA beauty tools + accessories Appliances New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com



Options

$2.89 +$3.90 shipping
More options from $1.29

Ankoty Beauty Tools New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave | Versatile Use

Shipping, arrives **in 3+ days**



Options

+3 options

$9.11 +$4.50 shipping

New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave

★★★★☆ 1

Shipping, arrives **in 3+ days**

Options

$6.36

ERTUTUYI Eyeliner White Eyeliner Pencils Professional Eyeshadow Eye Brightener Beauty Makeup Tools

Shipping, arrives **in 3+ days**

---

**Report:** | ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

| | |
|---|---|
| Equate Wipes | Reusable Makeup Removers |
| Face Wipes | Large Face |
| Baby Face Facial | Makeup Remover Wipes |
| Organic Body Wipes | 100% Pure |
| Delicate Face | Equate Beauty Face Wipes |
| Facial Towels | L Organic Cotton Wine |

Beauty / Skin Care / Face Cleansers / Face Wipes

**Infringing Evi. 000451**

12/12/24, 2:19 PM                                        Review your order - Walmart.com



**1. Shipping, arrives by Fri, Dec 27** ✓

Paula Stlouis                                                                    Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                            Edit

House

**Items details**                                                          Hide details
Arrives by Fri, Dec 27                                                           1 item

Sold and shipped by IHGEHA
$2.00 seller shipping fee

IHGEHA beauty tools + accessories Appliances
New Disposable Dry Compressed Coin...
Size: One Size, Actual Color: C

$6.48

Remove         —   1   +



| Subtotal (1 item) | $6.48 |
| Seller shipping | $2.00 |
| **Estimated taxes** | $0.59 |
| **Estimated total** | **$9.07** |

Have a promo code?    ⌄



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

**Continue**

**one**

onepay  $15 cash back when you spend $15+     **Sign up**

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                                  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                    1/2

Connect your bank

**Other ways to pay**

Pay with PayPal

☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 3. Text updates for this order          ⊖

**Infringing Evi. 000453**

2025/6/24 15:37 Seller StoreFront - IHGEHA - Walmart.com



# IHGEHA

📍 tianhequzhongshandadao268hao
guangzhoushi, GD 510630, CN

✉ Contact seller | 📞 (++86) 15361645470

## Seller Reviews

View all

**2.8 out of 5** ★★★☆☆

17 ratings | 4 reviews

## About the Store

View more

IHGEHA is a new beauty brand that merges contemporary innovation with classic elegance. Launched with a mission to redefine beauty routines, IHGEHA offers a diverse range of premium skincare, makeup, and wellness products crafted to deliver exceptional results. Our focus on quality and sophisticatio...

🎫 Business Name: guangzhouchangchangchenmaoyiyouxiangongsi



**Featured**



Shop all

**Seller reviews**

**2.8 out of 5** ★★★☆☆

17 ratings | 4 reviews

| | | |
|---|---|---|
| 5 stars | ████████░░░░░░░░░ | 35% (6) |
| 4 stars | ███░░░░░░░░░░░░░░ | 12% (2) |
| 3 stars | ░░░░░░░░░░░░░░░░░ | 0% (0) |
| 2 stars | ██░░░░░░░░░░░░░░░ | 6% (1) |
| 1 star | ████████████░░░░ | 47% (8) |

How seller rating is calculated ⓘ

**Showing 1 - 4 of 4 reviews**

★☆☆☆☆ Jun 11, 2025

🔍 Walmart customer

ordered before mother's day and received 6/10. an obvious knock off; not even the real thing!

| Item bought: |
|---|
| Eau de Body Spray Arabiyat Prestige Nyla Suede - Eau de Body Spray for Women, Coconut & Vanilla, Woody Floral Body Spray, Elegant Pink Bottle, Long-Lasting Scent, Suave Body Spray for Women |

★☆☆☆☆ May 16, 2025

🔍 Walmart customer

took their time didn't arrive when said it would the smell was like wood

**Infringing Evi. 000454**

2025/6/24 15:37                                    Seller StoreFront - IHGEHA - Walmart.com

**Item bought:**
Vanilla & Cream Body Mist Duo by PHLUR - Full Size Hair & Body Fragrance Mist Set - Bundle of Vanilla Skin Body Mist & Heavy Cream Body Mist

⭐☆☆☆☆  Apr 29, 2025

Ⓠ  **Walmart customer**

Item took a week longer than promised and when it finally arrived it was the wrong item. I contacted the seller, provided a picture of the wrong item, and they refuse to fix the issue. Do NOT purchase from these scammers.

**Item bought:**
SALT & STONE NEROLI & SHISO LEAF Natural Deodorant

⭐☆☆☆☆  Jan 12, 2025

Ⓠ  **Walmart customer**

I received wrong color (blue). I ordered black. Please send me black color mascara

**Item bought:**

View all reviews (17)

**Infringing Evi. 000455**

## 55   Spshop

2/22/25, 8:46 PM          AFQH Compressed Towel Tablets Disposable Portable Face Towel Cotton Coin Tissue for Travel, Camping, Hiking, Sport, Beauty Salon, Home Hand Wipes and Other Outdoor Activities - Walmart.com



AFQH

**AFQH Compressed Towel Tablets Disposable Portable Face Towel Cotton Coin Tissue for Travel, Camping, Hiking, Sport, Beauty Salon, Home Hand Wipes and Other Outdoor Activities**

☆ (No ratings yet)

**Size:** Bath Towel-1PC-70X145cm

Bath Towel-1PC-70X145cm
$8.74

**About this item**

- Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel
- Great for your travel or outdoor activities like hiking, biking and camping
- Compact in size, convenient to carry
- Can be used repeatedly
- Material:Cotton

**At a glance**

| Brand | Form | Body part |
|-------|------|-----------|
| AFQH | Wipes | Face |

View all specifications



**$8.74**

Price when purchased online ⓘ

🚚 Free shipping   ⟳ Free 30-day returns

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping Arrives Mar 12 Free | Pickup Not available | Delivery Not available |
|---|---|---|

33 NW 21st Ave   Change

Arrives by **Wed, Mar 12**   More options

Sold and shipped by Soahoo
★★★★☆ 43 seller reviews

Free 30-day returns   Details

♡ Add to list                        Add to registry

**About this item**

Product details                                                                 ^

Features:

*Disposable Magical Compressed Bath Faces Travel Reusable Cotton Towel Washing Hotel

**Infringing Evi. 000457**



**Infringing Evi. 000458**

2/22/25, 8:46 PM                    AFQH Compressed Towel Tablets Disposable Portable Face Towel Cotton Coin Tissue for Travel, Camping, Hiking, Sport, Beauty Salon, Home Hand Wipes and Other Outdoor Activities - Walmart.com

Makeup, Makeup Tools, New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet
Trave For Women

Shipping, arrives **in 3+ days**

★★★★★ 140

Save with W+

Shipping, arrives **in 2 days**

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

---

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

---

Sponsored

**$13.99**
Options from $13.99 – $24.99
INSPIRE Trail Wipes Bamboo Fiber 100
★★★★☆ 2

Save with W+

Shipping, arrives **in 2 days**

**$4.23** +$3.00 shipping
Donemore Disposable Compressed Towel Mini Tablets Disposable Portable Face Towel Cotton for Travel, Camping, Hiking, Sport, Beauty Salon, Home Hand Wipes and Other Outdoor Activities

Shipping, arrives **in 3+ days**

Reduced price

**Now $10.00** ~~$10.99~~
Toplive Compressed Towels 100 PCS Disposable Portable I
Camping, Sport, Beauty Salon and Outdoor Activities-Blue
★★★★★

Save with W+

Shipping, arrives **in 2 days**

+2 options

**$8.30** +$1.99 shipping
Options from $8.30 – $10.28
Sufanic Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel

Shipping, arrives **in 3+ days**

+2 options

**$10.02**
Hongchegh 30Pcs Portable Compressed Cotton Towels for Travel - 20x22cm (White)

Shipping, arrives **in 3+ days**

**$2.97**
Mainstays Performance Solid Hand Towel, 16" x 26", Cool W
★★★★½ 67

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

+2 options

**Infringing Evi. 000459**

2/22/25, 8:46 PM                 AFQH Compressed Towel Tablets Disposable Portable Face Towel Cotton Coin Tissue for Travel, Camping, Hiking, Sport, Beauty Salon, Home Hand Wipes and Other Outdoor Activities - Walmart.com

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Makeup Remover Wipes | Reusable Makeup Removers |
| Adult Wipes | Face Wipes |
| Disposable Face Cloths | Equate Wipes |
| Facial Towels | Facial Cloths Microfiber |
| Polyte | Equate Beauty Face Wipes |
| Disposable Compressed Towel | Rat Towel |

Beauty / Skin Care / Face Cleansers / Face Wipes

**Infringing Evi. 000460**

2/22/25, 8:46 PM                                          Review your order - Walmart.com







**Infringing Evi. 000461**

2/22/25, 8:46 PM                                                    Review your order - Walmart.com



**Other ways to pay**                                              ^

Pay with PayPal

☑ **Remember my PayPal account details**        Pay in monthly installments with Affirm

                                                 Items in your cart are not eligible for Affirm.

**Walmart+**  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>

📱  **3. Text updates for this order**                              ⊖

**Infringing Evi. 000462**

2025/6/24 15:37    Seller StoreFront - Spshop - Walmart.com



## Spshop

hunanshengchangshashiyueluquwangyuejiedaohanguanglu
changshashi, HN 410205, CN

✉ Contact seller    📞 (+86) 19076380742

### Seller Reviews    View all

3.9 out of 5 ⭐⭐⭐⭐☆
67 ratings    |    7 reviews

### About the Store    View more

Life is endless and movement is endless. Freedom is always on the way. The store provided supplies to the Liberty Boys.

🏢 Business Name: changshashijifeikejiyouxiangongsi


Featured


Shop all


+ Add


+ Add


+ Add

**$9.24**

AFQH Plate Hangers,Wall Display Invisible Dish Hangers Adjustable Plate Spring Holder 8inch/10inch/12inch/14inch/16inch Invisible Plate Dish Hanger Wall Display Hooks Home Decor (8 Inch)
⭐⭐⭐⭐ 3

**$77.46**

Printer Head Printer Replacement Heads For Hp Officejet Pro 8100 8600 8620 8625 8610 8630 Plus 950 951 950XL
⭐⭐⭐☆ 3

**$10.30**

AFQH Shower Glass Door Seal Frameless Shower Door Bottom Seal Shower Door Sweep Rubber Plastic Shower Screen Seal Strip For 6mm/8mm/10mm/12mm Curved)/Flat Glass Bath Door 2pcs
⭐⭐⭐⭐ 1

### Seller reviews

3.9 out of 5 ⭐⭐⭐⭐☆
67 ratings | 7 reviews

| | | |
|---|---|---|
| 5 stars | | 60% (40) |
| 4 stars | | 10% (7) |
| 3 stars | | 6% (4) |
| 2 stars | | 7% (5) |
| 1 star | | 16% (11) |

How seller rating is calculated ⓘ

Showing 1 - 5 of 7 reviews

⭐⭐⭐⭐⭐ May 10, 2025

👤 Walmart customer

They fit perfect. The price was good and shipped fast

⭐☆☆☆☆ May 4, 2025

👤 Walmart customer

Waited weeks for something that should have only taken 6 days. Shipper messed up on address on shipping label and tried to blame it on me then refused to give me a refund because I didn't want to wait any longer.

> **Item bought:**
> IP66 Waterproof Marine Anchor Light Boat Stern LED 3 Mile Visibility

⭐⭐⭐⭐⭐ May 4, 2025

👤 Walmart customer

everything they advertised was accurate and true. We didn't have to speak to anyone about our package.

> **Item bought:**

⭐☆☆☆☆ Mar 21, 2025

**Infringing Evi. 000463**

2025/6/24 15:37                                   Seller StoreFront - Spshop - Walmart.com



Walmart customer

Inaccurate website. This print head does not fit Canon MX922 printer

> Item bought:
> QY6-0086 Color Print Head Printer Print Head Replacement Kit For MX922 MX928

★★★★☆ Dec 30, 2024

Walmart customer

The items were shipped quickly and were as described with exception of the sizing, which ran way too small.

> Item bought:
> 8pcs Alaska Guitar Picks Adjustable Finger Picks Medium and Large Alaska Picks

[ View all reviews (67) ]

**Infringing Evi. 000464**

# 56   Safini

2/25/25, 11:26 AM

30/50/100 Compressed Towel Disposable Pure Cotton Portable Travel Washing Towel - Walmart.com



Safini

**30/50/100 Compressed Towel Disposable Pure Cotton Portable Travel Washing Towel**

☆ (No ratings yet)

**Actual Color:** 100pcs

$11.75

**About this item**

- Brand new and high quality Made of high quality material, durable
- Please check the product size, model and make sure it can be used before purchasing
- When you encounter problems, please contact us, we will try our best to help you solve them
- Whether the product satisfies you, we want to hear your opinion
- Every customer can enjoy 30 days refund or replacement for Damaged/Quality Issues

**At a glance**

| **Cloth type** Washcloths | **Color** 100pcs | **Brand** Safini |
|---|---|---|

View all specifications



**$11.75**

Price when purchased online ⓘ

⦿ Free 30-day returns

| Buy now |
|---|

| Add to cart |
|---|

**How you'll get this item:**

| 🚚 Shipping Arrives Mar 7 $5.99 | 🚗 Pickup Not available | 🏪 Delivery Not available |
|---|---|---|

**33 NW 21st Ave** Change

Arrives by **Fri, Mar 7** | More options

Shipping fee $5.99

🏷 Sold and shipped by Safini

★★★☆☆ 138 seller reviews

⦿ Free 30-day returns  Details

♡ Add to list          🗒 Add to registry

**About this item**

Product details                                    ⌃

https://www.walmart.com/ip/30-50-100-Compressed-Towel-Disposable-Pure-Cotton-Portable-Travel-Washing-Towel/1000389321?classType=VARIANT&from=/search          1/3

**Infringing Evi. 000466**

2/25/25, 11:26 AM                                30/50/100 Compressed Towel Disposable Pure Cotton Portable Travel Washing Towel - Walmart.com



**Features:**

* brand new and high quality
*Made of high quality material, durable and practical to use Made of non-woven fabrics, nontoxic, safe, soft and comfortable to use.
*Compressed Towel, put into water for three seconds to become a wash cloth
*Good breathability, high absorption and strong decontamination.
*Easy and effective to remove makeup and clean your face.
*Compressed design, small size and light weight make it easy to carry.
*Suitable for office, restaurants, camping and other occasions.

Specifications:

*Dimension: approx. 20 x 22cm
*Colour: White
*Material: Cotton

Package Contents:

30,50,100*Compressed Face Towel

Note:

1. The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness
of your monitor and light brightness.
2. Please allow slight manual measurement deviation for the data.

- Brand new and high quality Made of high quality material, durable
- Please check the product size, model and make sure it can be used before purchasing
- When you encounter problems, please contact us, we will try our best to help you solve them
- Whether the product satisfies you, we want to hear your opinion
- Every customer can enjoy 30 days refund or replacement for Damaged/Quality issues

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have
not verified it. See our disclaimer

---

Specifications                                                                                                    ⌄

**Brand**
Safini

**Towel & Washcloth Type**
Washcloths

**Color**
100pcs

**Country of Origin - Textiles**
Imported

---

Warranty                                                                                                          ⌄

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in
this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact
seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

Warnings                                                                                                          ⌄

⚠ **WARNING:** None

---

**Best seller**

$8.78

Towel Sets On Clearance Fashion Pattern Soft Towel

★★★☆☆ 27

Shipping, arrives **in 3+ days**

+2 options

$12.77

200pcs Thicken Compressed Biodegradable Towel Cloth Purified Cotton Disposable Compressed Towels
Travel Wash Face Cloth for Traveling Camping

★☆☆☆☆ 1

Shipping, arrives **in 1+ days**

$0.99  +$4.99 shipping
Options from $0.99 – $1.99

Clearance Under$1 PEONAVET 2 Pcs Soft Hand Dry Hangin
Conveniently Paired With This Bathroom Decoration Towel

Shipping, arrives **in 3+ days**

---

💬 Report incorrect product information

**Customer ratings & reviews**

★★★★★ 0 ratings | 0 reviews

**This item does not have any reviews yet**

---

**Infringing Evi. 000467**

2/25/25, 11:26 AM                    30/50/100 Compressed Towel Disposable Pure Cotton Portable Travel Washing Towel - Walmart.com

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.



70*100cm

**Options**

$8.05  +$7.59 shipping
Options from $8.05 – $10.02

BLUESON Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel, 70*100CM

Shipping, arrives **in 3+ days**

+5 options



25*50cm

**Options**

$10.19

BCLONG Disposable Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives **in 3+ days**



50*80cm

**+ Add**

Now **$8.87**  $9.90

BCLONG Disposable Compressed Bath Travel Reusable Co...

Shipping, arrives **in 3+ days**

**Report:** ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

Super Absorbent Towel                          Terry Cloth Sheet

Compact Bath                                   Bamboo Face Towel

Double Sided Towel                             Battle Towel

Home  /  Bath  /  Bath Towels  /  Washcloths

**Infringing Evi. 000468**

2/25/25, 11:26 AM                                    Review your order - Walmart.com







**Infringing Evi. 000469**



**Other ways to pay**                                                                    ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**   Items in your cart are not eligible for Affirm.

*PayPal*                                  affirm

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more\***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱  **3. Text updates for this order**                                           ⊖

**Infringing Evi. 000470**

6/26/25, 12:36 AM

Seller StoreFront - Safini - Walmart.com



**Infringing Evi. 000471**



Nov 21, 2024

Walmart customer

Had to return the defective clock and am in the process of getting a refund

**Item bought:**
Digital Alarm Clock, LED Clock, with Temperature Display, Adjustable Brightness

Nov 7, 2024

Walmart customer

Item received in good condition and high quality as advertised.

**Item bought:**
NEMA 14-50P Male Plug 50A 125/250V Dryer RV Generator Plug 14-50

View all reviews (155)

**Infringing Evi. 000472**

**57   WRKEKC**

2/19/25, 9:50 AM                                        WRKEKC Bath Towels Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable B - Walmart.com



WRKEKC

**WRKEKC Bath Towels Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable B**

☆ (No ratings yet)

**Actual Color:** B

$2.28

**About this item**

- Bath Towels
- Towels for Bathroom
- Bathroom Accessories, Dorm Room Essentials
- Household Essentials, Hand Towels for Bathroom
- Soft, Strong Water Absorption

**At a glance**

| Size | Cloth type | Decor style |
|---|---|---|
| 30 x 30cm | Bath Towels | Traditional, Contemporary |

| Color | Age group | Brand |
|---|---|---|
| B | Adult, Teen | WRKEKC |

View all specifications

**$2.28**

Price when purchased online ⓘ

◉ Free 30-day returns

| Buy now |
|---|

| Add to cart |
|---|

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Mar 14 | Not available | Not available |
| $2.99 | | |

**33 NW 21st Ave** Change

Arrives by **Fri, Mar 14** | More options

Shipping fee $2.99

🏬 Sold and shipped by WRKEKC

★★½☆ 19 seller reviews

◉ Free 30-day returns  Details

♡ Add to list                                  Add to registry

https://www.walmart.com/ip/WRKEKC-Bath-Towels-Compressed-Towel-Outdoor-Travel-Wipe-Soft-Cotton-Expandable-B/5530047233?classType=VARIANT&athbdg=L1400&from=/search                                1/4

**Infringing Evi. 000474**



Infringing Evi. 000475

2/19/25, 9:50 AM                                  WRKEKC Bath Towels Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable B - Walmart.com



**Clearance**

Options

+2 options

$8.11
More options from $9.69
Towel Sets On Clearance Fashion Pattern Soft Towel
★★☆☆☆ (3)
Shipping, arrives in 3+ days

+ Add

30

Now $7.13 $8.96
Hongchegh 30Pcs Portable Compressed Cotton Towels for Travel - 20x22cm (White)
Shipping, arrives in 3+ days

+ Add

$3.39 +$3.00 shipping
Welollie Compressed Towel Outdoor Travel Wipe Soft Cott
Shipping, arrives in 3+ days

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

**This item does not have any reviews yet**

---

🔵 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.  Learn more.

---



+ Add

$8.17
50 Pcs Compressed Towel Multi-function Travel Face Towels Tablets Disposable Multifunction Outdoor
Shipping, arrives in 3+ days



**Clearance**

+ Add

Now $1.97 $3.44 +$5.47 shipping
YIMWNY Disposable Pearl Pattern Bath Towel - Thickened Large Absorbent Cotton Towel for Camping, Business Travel, Hotel Use - Hygienic and Portable
Shipping, arrives in 3+ days



100 PCS

Options

+5 options

$13.11
More options from $8.13
100 Pcs Disposable Compressed Towels, Portable Face Tov Compressed Towels, Compressed Cotton Napkins, Tissues
Shipping, arrives in 3+ days

---

**Infringing Evi. 000476**

2/19/25, 9:50 AM                    WRKEKC Bath Towels Compressed Towel Outdoor Travel Wipe Soft Cotton Expandable B - Walmart.com







$5.99                                $3.59 +$1.96 shipping              $6.49

RWVBM Compressed Travel Towel – Expandable Outdoor Wipe for Camping, Hiking, or Travel | Washcloths Sale Deals for Your Loved Home Essentials(White)

Kiplyki Wholesale Compressed Towel Magic Outdoor Travel Wipe Soft Expandable Just Add Water

Upgraded Compressed Towel Outdoor Travel Wipe Soft Ex

Shipping, arrives **in 3+ days**          Shipping, arrives **in 3+ days**          Shipping, arrives **in 3+ days**

**Report:**  ⓘ Report seller     ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Decorative Towel Folding | Terry Towel Fabric |
| Terry Cloth Bath Towels | Microfibre Travel Towels |
| Sun Drying | Double Sided Towel |
| Washcloths | Hair Towels |
| Japanese Washcloth | Quick Dry Towels |
| Large Bath Towels | Soft Bath Towels |

Home  /  Bath  /  Bath Towels

**Infringing Evi. 000477**

2/19/25, 9:51 AM                                                                 Review your order - Walmart.com







Infringing Evi. 000478

2/19/25, 9:51 AM                                                          Review your order - Walmart.com



**Infringing Evi. 000479**

6/26/25, 12:35 AM                                                       Seller StoreFront - WRKEKC - Walmart.com





**Infringing Evi. 000480**

6/26/25, 12:35 AM                                    Seller StoreFront - WRKEKC - Walmart.com



⭐☆☆☆☆ Nov 24, 2024

👤 Walmart customer

Not accurately described! I recieved a totally different item! A baby toy you roll with plastic balls! I'm very upset!

| Item bought: |
| --- |
| WRKEKC Educational Wooden Tool Station for Kids Complete Diy Toy Set with Multiple Accessories Enhances Fine Motor Skills Sturdy and Water Proof Christmas Birthday Gifts Multicolor |

⭐☆☆☆☆ Nov 19, 2024

👤 Walmart customer

Extremely disappointed item small and did not work

| Item bought: |
| --- |

View all reviews (23)

**Infringing Evi. 000481**

**58    kala manda Co., Ltd.**

12/12/24, 2:41 PM                    Hanas Compressed Towel Magic Outdoor Travel Wipe Soft Cotton Expandable Add Water - Walmart.com



HANAS

Hanas Compressed Towel Magic Outdoor Travel Wipe Soft Cotton Expandable Add Water

☆ (No ratings yet)

Size: 30x70CM

| 30x30CM | 30x70CM |
|---------|---------|
| $6.87 | $6.97 |

Actual Color: White

**About this item**

- High-quality materials, better quality.
- Facilitate and help with your outdoor activities.
- Suitable for outdoor activities, sports, exercise.
- Multifunctional and practical design, good stuff for outdoor activities, sports and fitness enthusiasts.
- If you have any questions, please feel free to contact us, we will help you solve the problem as soon as possible.

**At a glance**

| Brand | Color |
|-------|-------|
| HANAS | White |

View all specifications



**$6.97**

Price when purchased online ⓘ

🚚 Free shipping   ↻ Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

How do you want your item?

| Shipping | Pickup | Delivery |
|----------|--------|----------|
| Arrives Dec 27 | Not available | Not available |
| Free | | |

Delivery to 33 NW 21st Ave

Sold and shipped by kala manda Co., Ltd.

★★☆☆☆ 70 seller reviews

↻ Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list                    ⊞ Add to registry

**Infringing Evi. 000483**

12/12/24, 2:41 PM                    Hanas Compressed Towel Magic Outdoor Travel Wipe Soft Cotton Expandable Add Water - Walmart.com

100 PCS

+ Add    30cm*30cm    5PCS

Options                                                                                                         Options

$10.49                              +3 options          $8.99                                                 $7.10
More options from $6.50                                                                                        More options from $7.06

## About this item

### Product details

Compressed Towel Magic Outdoor Travel Wipe Soft Cotton Expandable Just Add Water
Feature:
Fashion design,100% Brand New,high quality!
Material:cotton
Color: white
Unfold Size: 30 x 70cm
A clean fresh towel every time
Free from chemicals or detergents
Unfold immediately in water,,
Convenient for travel. Just add water to activate
Can be used repeatedly
Package Included:
1 pcs Compressed Towel

- High-quality materials, better quality.
- Facilitate and help with your outdoor activities.
- Suitable for outdoor activities, sports, exercise.
- Multifunctional and practical design, good stuff for outdoor activities, sports and fitness enthusiasts.
- If you have any questions, please feel free to contact us, we will help you solve the problem as soon as possible.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we
have not verified it. See our disclaimer

### Specifications

**Material**
Other

**Size**
30x70CM

**Recommended Use**
Sports meeting, Travel, Exercise, Camping, Hiking, Vacation

**Brand**
HANAS

More details

### Directions

**Fabric Care Instructions**
Hand Wash

More details

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those
displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller,
please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

### Warnings

⚠ **WARNING:** None

💬 Report incorrect product information

### Frequently bought together

$6.97                          Best seller                1000+ bought since yesterday        In 200+ people's carts
Hanas Compressed Towel        $16.94                         $3.98                               $3.88
Magic Outdoor Travel Wipe Soft  Bounty Select-a-Size Paper Towels, 6 Triple Rolls, White  Clorox Disinfecting Bleach-Free All Purpose Cleaner, Crisp  Scrub Daddy's Scrub Mommy - Non-Scratch Dish
Cotton Expandable Add Water   ⭐⭐⭐⭐½ 2607        Lemon, 32 fl oz                     Scrubber Cleaning Sponge for the Kitchen, Bathroom, and
                                                          ⭐⭐⭐⭐⭐ 2224              more Multi-Surface Safe - Dual-Sided Dish Sponge for...

**Infringing Evi. 000484**

12/12/24, 2:41 PM      Hanas Compressed Towel Magic Outdoor Travel Wipe Soft Cotton Expandable Add Water - Walmart.com

☑     ☑     ☑     ☑ ★★★★★ 4609

$31.77     **Add 4 items to cart**

ⓘ Items may be delivered on different dates

## Customer ratings & reviews

★★★★★ 0 ratings | 0 reviews

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



Options

$5.97

YZHM Compressed Towel Magic Outdoor Travel Wipe Soft Cotton Expandable Just Add Water Big Deal Y

Shipping, arrives **in 3+ days**

Options

$10.57

ZMHPKJS New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Make-up Product

Shipping, arrives **in 3+ days**

+4 options

Options

$2.90 +$4.99 shipping

Lingouzi New Disposable Dry Compressed Coin Dispos

Shipping, arrives **in 3+ days**

Report:   ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

**Infringing Evi. 000485**

12/12/24, 2:42 PM                                            Review your order - Walmart.com



**1. Free shipping, arrives by Thu, Dec 26**   ✓

Paula Stlouis                                                    Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                            Edit

House

**Items details**                                          Hide details
Arrives by Thu, Dec 26                                          1 item

Sold and shipped by kala manda Co., Ltd.
Free shipping

Hanas Compressed Towel Magic Outdoor Travel
Wipe Soft Cotton Expandable Add Water
Size: 30x70CM, Actual Color: White

$6.97

Remove        −  1  +

**Subtotal** (1 item)                                            $6.97
Shipping                                                          Free
**Estimated taxes**                                              $0.49

**Estimated total**                                            **$7.46**

Have a promo code?                                                  ⌄



**2. Payment method**   ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

one

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                    ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                    1/2

**Infringing Evi. 000486**

12/12/24, 2:42 PM                                                                      Review your order - Walmart.com

( Connect your bank )

---

**Other ways to pay**                                                                    ⌃

Pay with PayPal                                    Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**          Items in your cart are not eligible for Affirm.

┌─────────────────────┐                            ┌─────────────────────────────┐
│ *PayPal*            │                            │         affirm              │
└─────────────────────┘                            └─────────────────────────────┘

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days



---

📱  3. Text updates for this order                                                        ⊖

---

**Infringing Evi. 000487**

2025/6/24 15:38

Seller StoreFront - kala manda Co., Ltd. - Walmart.com



**kala manda Co., Ltd.**

Guangdongsheng Shenzhenshi Longhuaqu Guanlanjiedao Niuhushequ
Shenzhenshi, GD 518110, CN

Contact seller    (+86) 17302698524

**Seller Reviews**                                                                    View all

2.7 out of 5 ⭐⭐⯪☆☆
98 ratings | 25 reviews

**About the Store**                                                                  View more

🗄  Business Name: shenzhenshi Jian Yuan Fengdianzishangwuyouxiangongsi


**Featured**


**Shop all**



$20.75  +$8.99 shipping
330ML Whiskey Decanter Bottle - Art Statue, Walking Dinosaur Monster Statue, Dinosaur Monster Whiskey Decanter, Glass Whiskey Bottle, Holiday Gift For Father And Boyfriend(A)

$9.50  +$1.99 shipping
Hanas Easter Bunny Family Pajamas Easter Print Cute Family Set Pajamas Home Clothes Family Set Long Sleeve Top Pants Set 2025 Family Easter Pajamas Matching Sets

$16.45  +$6.99 shipping
Elegant Women's Long Sleeve Turtleneck A-Line Midi Dress Casual and Formal Wear for All Seasons

**Seller reviews**

2.7 out of 5 ⭐⭐⯪☆☆
98 ratings | 25 reviews



| | | |
|---|---|---|
| 5 stars | | 57% (56) |
| 4 stars | | 5% (5) |
| 3 stars | | 4% (4) |
| 2 stars | | 3% (3) |
| 1 star | | 33% (30) |

How seller rating is calculated  ⓘ

Showing 1 - 5 of 25 reviews

⭐⭐☆☆☆  Jun 19, 2025

👤 Walmart customer

The item I received is not like the picture. My decanter does not have the detail as the decanter in the picture. Me decanter has smooth detail, disappointed to say the least. I am not able to provide a picture of the decanter I purchased, there is no way to upload the picture on this review.

Item bought:

⭐☆☆☆☆  Mar 6, 2025

👤 Walmart customer

Didn't get the correct item - ordered gold and green coins only received green.

Item bought:
Gasue St Patricks Day Decor St. Patrick's Day 36Pcs Irish Plastic Gold Coins St. Patrick's Day Game Chips Coins Props Holiday Party Supplies

⭐⭐⭐⭐⭐  Dec 30, 2024

👤 Walmart customer

Shipping time was reasonable, packaged securely, comes

Item bought:
Hanas 2 Pcs Brightening Spotless Oil Dark Spots Removal Age Hyper Pigmentation 10ml

**Infringing Evi. 000488**

2025/6/24 15:38                                    Seller StoreFront - kala manda Co., Ltd. - Walmart.com



★☆☆☆☆ Dec 26, 2024

💬 Walmart customer

i have no problem with Walmart normally, however, this seasonal item should have been reviewed with care. i don't have any experience with the 3rd party seller, junbyone, but this item really shouldn't have gotten by with proper quality control.

Item bought:
Clearance Before Christmas Gaaue The Grinch Christmas Decorations for Tree, Greench PlushP Endant Christmas Tree Ornaments for Christmas Party (Leg) Christmas Gifts, Green

★☆☆☆☆ Dec 17, 2024

💬 Walmart customer

i never received my order. it says it was delivered but i did not get it. im very disappointed. i have never had a problem receiving my item before. can someone reach put to me regarding a refund or resending my item???

Item bought:
Gaaue Grinch Christmas Decorations Indoor, Christmas Chair Back Cover Christmas Decorations Party Holiday Home Decorations Christmas Dress Up Christmas Gifts, 17.7x19.69in

View all reviews (98)

**Infringing Evi. 000489**

# 59   Mouliraty

5/8/25, 10:58 AM

Pompotops Clearance Sales Compressed Towel Outdoor Travel Wipe Soft Expandable - Walmart.com



Pompotops

**Pompotops Clearance Sales Compressed Towel Outdoor Travel Wipe Soft Expandable**

(No ratings yet)

**Actual Color:** White

$17.61

**About this item**

- Compressed Towel Outdoor Travel Wipe Soft Expandable
- Material : Others
- Color:White
- Home clearance sales
- Towel, Bath towel, Face towel, Kitchen towel, Microfiber towel, Cotton towel; washcloths; white washcloths; washcloths 12 pack; kitchen washcloths; towels and washcloths sets; washcloth; disposable washcloths; washcloths for face; muslin washcloths; paper towels; bath towels; kitchen towels, towels; towel warmer; beach towel; face towels; towels for bathroom; hand towels; dish towels

View more ⌄

**At a glance**

| Color | Brand |
|---|---|
| White | Pompotops |

View all specifications



**Infringing Evi. 000491**

5/8/25, 10:58 AM

Pompotops Clearance Sales Compressed Towel Outdoor Travel Wipe Soft Expandable - Walmart.com



Options



+ Add



+ Add

## About this item

### Product details

**Compressed Towel Outdoor Travel Wipe Soft Expandable**

**Feature:**

**Fashion design, New,high quality!**

**Material:cotton**

**Color: white**

**Unfold Size: 30 x 30cm**

**A clean fresh towel every**

**from chemicals or detergents**

**Unfold immediately in water.**

**Convenient for travel. to activate**

**Can be used repeatly**

**Package Included:**

**1pcs Compressed Towel**

- Compressed Towel Outdoor Travel Wipe Soft Expandable
- Material：Others
- Color:White
- Home clearance sales
- Towel; Bath towel; Face towel; Kitchen towel; Microfiber towel; Cotton towel; washcloths; white washcloths; washcloths 12 pack; kitchen washcloths; towels and washcloths sets; washcloth; disposable washcloths; washcloths for face; muslin washcloths; paper towels; bath towels; kitchen towels; towels; towel warmer; beach towel; face towels; towels for bathroom; hand towels; dish towels

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Pompotops

**Material**
Others

**Color**
White

**Pattern**
Home clearance sales

More details

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

⭐⭐⭐⭐⭐ 0 ratings | 0 reviews

### This item does not have any reviews yet

**Rewards debit card.** Earn 3% cash back, on up to $150 spent each month. Terms apply.   Join OnePay Cash

**Infringing Evi. 000492**

5/8/25, 10:58 AM                                   Pompotops Clearance Sales Compressed Towel Outdoor Travel Wipe Soft Expandable - Walmart.com



+3 options

$7.65  +$5.49 shipping

Xeyise Compressed Towel Easy to Use Hygienic Skin-friendly Disposable Face Compressed Towels for Travel

Shipping, arrives **in 3+ days**



$27.59

Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel

Shipping, arrives **in 3+ days**



$18.60  +$9.98 shipping

Disposable Compressed Bath Travel Reusable Cotton Towel

Shipping, arrives **in 3+ days**

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Microfibre Travel Towels                          Packtowl Personal Towel

Sport Towel                                       Water Absorbing Towel

Terry Cloth Bath Towels                           Quick Drying Travel Towel

Hair Towels                                       Quick Dry Towels

Washcloths                                        Japanese Washcloth

Soft Bath Towels                                  Large Bath Towels

Home  /  Bath  /  Bath Towels  /  White Towels

**Infringing Evi. 000493**

5/8/25, 10:59 AM

Review your order - Walmart.com



**1. Free shipping, arrives by Wed, May 21** ✓

Paula Stlouis                                          Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                  Edit

House

**Items details**                                    Hide details
**Arrives by Wed, May 21**                           1 item

Sold and shipped by Moularity  |  ✓ Pro Seller  ⓘ

Free shipping

Pompotops Clearance Sales Compressed Towel
Outdoor Travel Wipe Soft Expandable
Actual Color: White

**$17.61**

Remove    [ − ] 1 [ + ]



| | |
|---|---|
| Subtotal (1 item) | $17.61 |
| Shipping | Free |
| Estimated taxes | $1.23 |
| **Estimated total** | **$18.84** |

Have a promo code?  ⌄



**2. Payment method**                                 ⊖

**Pay with card**

*Required field

**Card number ***

[ 💳 ]

**Continue**

**⑤ one**

onepay  $10 cash back when you spend $10+    Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                       ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba

1/2



**Infringing Evi. 000495**

2025/6/24 15:39                                  Seller StoreFront - Mouliraty - Walmart.com



**Mouliraty**

⚲ guangzhoushiyuexiuqudananlu108hao708shi

guangzhoushi, GD 510030, CN

✉ Contact seller   📞 (+86) 18138284402

**Seller Reviews**                                                                  View all

3.4 out of 5 ⭐⭐⭐⭐☆

22 ratings  |  4 reviews

**About the Store**                                                               View more

Mouliraty mainly selling home furnishings and decorations.

🏢  Business Name: guangzhoujunpandianzishangwuyouxiangongsi

  

Featured   Shop all

                                    

  Add          + Add                                  + Add

$4.89  +$4.00 shipping              Now $3.99  $7.99  +$4.00 shipping       Now $4.49  $9.99  +$5.00 shipping

Mouliraty Watercolor Paint Set     Pompotops Clearance Sales Phone Umbrella Suction Cup Stand Universal Phone Stand   Mouliraty Ink White Red Lattice Window Valance Cottage Layout Curtain Decoration
                                   With Umbrella For Phone Suitable For Outdoor Mobile Phones To Sun And Rain   Curtain Rod Pocket Valance For Kitchen/Living Room 15 X 55 In

**Seller reviews**

3.4 out of 5 ⭐⭐⭐⭐☆

22 ratings  |  4 reviews

5 stars ▬▬▬▬▬▬▬▬▬▬▬▬▬▬                                                      50% (11)
4 stars ▬                                                                   5% (1)
3 stars ▬                                                                   5% (1)
2 stars ▬▬▬▬                                                                18% (4)
1 star ▬▬▬▬▬▬                                                              25% (5)

How seller rating is calculated  ⓘ

Showing 1 - 4 of 4 reviews

⭐⭐⭐⭐⭐ Feb 14, 2025

👤 Walmart customer

The seller did good , product was on time. It was the quality of the product that i was unsatisfied with.

> Item bought:
> TERGAYEE Embossing Label Maker,3D Embossing Labels,Mini Embosser Labeler,Portable Manual Label Printer,Embossed Label Maker Machine with Tapes,For Home,DIY & Crafting

⭐☆☆☆☆ Nov 20, 2024

👤 Walmart customer

the cheap item I received is definitely not what I ordered. very disappointed

> Item bought:
> Mouliraty Tabletop Christmas Tree, Artificial Mini Xmas Tree Ornaments For Christmas New Year Table Top Decor Home Indoor Decoration Tree Decor Home Decoration

⭐☆☆☆☆ Nov 8, 2024

👤 Walmart customer

no communication and it came in a bag and its no what i ordered no lights nothing

> Item bought:
> Mouliraty Tabletop Christmas Tree, Artificial Mini Xmas Tree Ornaments For Christmas New Year Table Top Decor Home Indoor Decoration Tree Decor Home Decoration

**Infringing Evi. 000496**

## 60    Yafix

2/21/25, 3:23 PM                     30/50/100 Compressed Towel Disposable Pure Cotton Portable Travel Washing Towel - Walmart.com



Yafix

**30/50/100 Compressed Towel Disposable Pure Cotton Portable Travel Washing Towel**

☆ (No ratings yet)

Actual Color: 100pcs

$13.15

## About this item

- Tired of Cheap Quality? Say no! Made of high quality material, durable and practical to use.
- Please check the size, type and shape of the product picture before buying to ensure that the product is suitable
- If you have any questions, please feel free to contact us, we will solve it for you immediately.
- Whether you have a positive or a wrong view of the product, we would love to see your comments
- Every customer can enjoy 30 days refund or replacement for Damaged/Quality Issues

View more ⌄

## At a glance

| Color 100pcs | Brand Yafix |
|---|---|

View all specifications



**$13.15**

Price when purchased online ⓘ

⊙ Free 30-day returns

**Buy now**

**Add to cart**

How you'll get this item:

| Shipping Arrives Mar 11 $3.99 | Pickup Not available | Delivery Not available |
|---|---|---|

33 NW 21st Ave  Change
Arrives by **Tue, Mar 11** | More options
Shipping fee $5.99

☐ Sold and shipped by Yafix
★★★☆☆  108 seller reviews
⊙ Free 30-day returns  Details

♡ Add to list                    ⊞ Add to registry

## About this item

Product details                                                    ⌃

**Infringing Evi. 000498**

2/21/25, 3:23 PM                     30/50/100 Compressed Towel Disposable Pure Cotton Portable Travel Washing Towel - Walmart.com

Features:

*100% brand new and high quality
*Made of high quality material, durable and practical to use Made of non-woven fabrics, nontoxic, safe, soft and comfortable to use.
*Compressed Towel, put into water for three seconds to become a wash cloth
*Good breathability, high absorption and strong decontamination.
*Easy and effective to remove makeup and clean your face.
*Compressed design, small size and light weight make it easy to carry.
*Suitable for office, restaurants, camping and other occasions.

Specifications:

*Dimension: approx. 20 x 22cm
*Colour: White
*Material: Cotton

Package Contents:

30,50,100*Compressed Face Towel

Note:

1. The real color of the item may be slightly different from the pictures shown on website caused by many factors such as brightness of your monitor and light brightness.
2. Please allow slight manual measurement deviation for the data.

- Tired of Cheap Quality? Say no! Made of high quality material, durable and practical to use.
- Please check the size, type and shape of the product picture before buying to ensure that the product is suitable
- If you have any questions, please feel free to contact us, we will solve it for you immediately.
- Whether you have a positive or a wrong view of the product, we would love to see your comments
- Every customer can enjoy 30 days refund or replacement for Damaged/Quality Issues

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

---

Specifications                                                                                                    ⌃

**Brand**
Yafix

**Color**
100pcs

**Features**
Refreshing and Soft Compressed Towel Pure Cotton Portable Washing Cloth

**Country of Origin - Textiles**
Imported

---

Warranty                                                                                                         ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

Warnings                                                                                                         ⌃

⚠ **WARNING:** None

---



$12.77

200pcs Thicken Compressed Biodegradable Towel Cloth Purified Cotton Disposable Compressed Towels Travel Wash Face Cloth for Traveling Camping

★☆☆☆☆ 1

Shipping, arrives **in 3+ days**



Now **$4.00** $999 +$3.99 shipping

NUOLUX 30Pcs 20x22cm Compressed Travel Towel Mini Disposable Compressed Towel Tablets

Shipping, arrives **in 3+ days**



Best seller

$8.24

Mainstays 18-Pack Washcloth Bundle, Parel

★★★★★ 8

Save with W+

Shipping, arrives **tomorrow**

---

💬  Report incorrect product information

## Customer ratings & reviews

★☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

**Infringing Evi. 000499**

2/21/25, 3:23 PM                              30/50/100 Compressed Towel Disposable Pure Cotton Portable Travel Washing Towel - Walmart.com

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



+ Add

$7.92  +$4.79 shipping

100pcs Compressed Biodegradable Towel Cloth Purified Cotton Disposable Compressed Towels Travel Wash Face Cloth for Traveling Camping

Shipping, arrives **in 3+ days**



Options

$11.28
Options from $11.28 – $14.52

HEVIRGO Compressed Face Cleansing 30/50/100Pcs Travel Mini Disposable Care Cotton Towel

Shipping, arrives **in 3+ days**



Options

+3 options

$10.99
More options from $7.99

Honrane 30/50/100Pcs Travel Mini Disposable Compresse

Shipping, arrives **in 3+ days**

---

**Report:**   ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Cleaning Queen                                          Kitchen Towel Value Sets

Kitchen Towels & Dish Towels                            White Shop Towels

Dish Cloths                                             Nano Kitchen

Tea Towels & Flour Sack Towels                          Red Shop Towels

Microfiber Kitchen Towel                                Cloth Factory

J Cloth Usa                                             Wares Cloths

**Infringing Evi. 000500**

2/21/25, 3:23 PM                                        Review your order - Walmart.com



**1. Shipping, arrives by Fri, Mar 7**                                    ✓

Paula Stlouis                                                              Edit
33 NW 21st Ave, Miami, FL 33135

**Delivery instructions (optional)**                                      Edit

House

**Items details**                                                         Hide details
**Arrives by Fri, Mar 7**                                                 1 item

Sold and shipped by Yafix
$3.99 seller shipping fee

30/50/100 Compressed Towel Disposable Pure
Cotton Portable Travel Washing Towel
Actual Color: 100pcs

$13.15

Remove        −  1  +



| Subtotal (1 item) | $13.15 |
|---|---|
| Seller shipping | $3.99 |
| Estimated taxes | $1.20 |

**Estimated total**                        **$18.34**

Have a promo code?                          ⌄



**2. Payment method**                       ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**⊛ one**

onepay  $10 cash back when you spend $10+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                             ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                    1/2

**Infringing Evi. 000501**



**Infringing Evi. 000502**

6/26/25, 12:35 AM                                                    Seller StoreFront - Yafix - Walmart.com



**Infringing Evi. 000503**

6/26/25, 12:35 AM                                    Seller StoreFront - Yafix - Walmart.com



⭐☆☆☆☆  Apr 11, 2025

Walmart customer

Product shipment was delayed slightly and did not work at all as intended or advertised. Sold as a glue adhesive but never hardened.

Item bought:
2pc Silver Conductive 0.2ML Glue Wire Electrically Paste Adhesive Paint PCB

⭐☆☆☆☆  Apr 4, 2025

Walmart customer

This item is advertised as fitting Roomba 600 series - does not . False advertising.

Item bought:
3-piece Set Side Brushes To All For iRobot Roomba 500/600/700 Series And Screws

View all reviews (146)

**Infringing Evi. 000504**

# 61    Joyfeel Co.Ltd



**Infringing Evi. 000506**

12/12/24, 3:01 PM
Joyfeel 30/50/100Pcs Travel Mini Disposable Compressed Face Cleansing Care Cotton Towel - Walmart.com

$10.09
Asung Baby Muslin Washcloths Muslin Cotton Baby Wipes 5 Pack Absorbent Face Towel 10x10 inch

Save with W+

Shipping, arrives in 2 days

$10.98
The Flash Kids Cotton 2 Piece Towel and Washcloth Set

★★★★☆

Save with W+

Pickup tomorrow
Delivery tomorrow
Shipping, arrives in 3+ days

$10.98
Among Us Kids Cotton 2 Piece Towel and Washcloth Set

★★★★★ (6)

Save with W+

Pickup tomorrow
Delivery tomorrow
Shipping, arrives in 3+ days

## About this item

### Product details ⌃

**Specifications:**

This product is made of cotton non-woven fabric, delicate and soft, comfortable to the skin.

There are no chemicals or fluorescent agent, which is great for the sensitive skin user.

Each is individually packed as shown, soft and fairly sturdy, ideal for daily use.

Item Name: Face Cleansing Towel

Material: Non-Woven Fabric

Quantity: 30Pcs, 50Pcs, 100Pcs (Optional)

Features: Soft Material, Safe Material, Eco-Friendly

Size: 20cm x 22cm/7.87" x 8.66" (Approx.)

Notes:

Due to the light and screen setting difference, the item's color may be slightly different from the pictures.

Please allow slight dimension difference due to different manual measurement.

Package Includes:

30/50/100 x Face Cleansing Towels

- Soft Material
- Safe Material
- Eco-Friendly
- Face Cleansing Towel
- Towels

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
Joyfeel

**Towel & Washcloth Type**
Bath Towels

**Grams per Square Meter (GSM)**
0 gsm

**Theme**
Towels

More details

### Warranty ⌃

**Warranty information**
【180 Days After-sale Service】If you encounter any issues with the product, please don't hesitate to contact us, and we will provide you with a free replacement or a full refund.

More details

💬 Report incorrect product information

**Infringing Evi. 000507**

12/12/24, 3:01 PM                    Joyfeel 30/50/100Pcs Travel Mini Disposable Compressed Face Cleansing Care Cotton Towel - Walmart.com

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.



$2.91  +$4.99 shipping

Disposable Compressed Towel Bath Towel Faces Cleansing Towel Portable Travel

Shipping, arrives in 3+ days



Reduced price

Now $2.27  $6.02  +$5.99 shipping

Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives in 3+ days

+3 options



2pcs

$7.48  +$3.99 shipping

2pcs Filters for IonVac ZipVac 8842 3-in-1 Corded Vacu

Shipping, arrives in 3+ days

**Report:** ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

Silk Washcloth Face                    Bamboo Face Cloths

Agrimony                               Body Wash Cloths

Makeup Washcloths                      Magic Washcloths

Japanese Washcloth                     Washcloths

Hair Towels                            Baby Washcloths

Baby Towels & Washcloths               Teens' Towels

Home  /  Kids' Rooms  /  Kids' Bathroom  /  Kids' Towels

**Infringing Evi. 000508**

12/12/24, 3:02 PM                                              Review your order - Walmart.com







https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                                    1/2

**Infringing Evi. 000509**

12/12/24, 3:02 PM                                                    Review your order - Walmart.com



**Infringing Evi. 000510**

2025/6/24 15:40 Seller StoreFront - Joyfeel Co.Ltd - Walmart.com



## Joyfeel Co.Ltd

guangzhoushiyuexiuqushuiyinlu117haoxingguangyingjingdasha3cengB332hao
guangzhou, GD 510000, CN

✉ Contact seller | 📞 (+86) 19129354340

### Seller Reviews
View all

**2.5 out of 5** ⭐⭐✨☆☆

10 ratings  |  2 reviews

### About the Store
View more

Joyfeel

Business Name: guangzhoufenshanmaoyiyouxiangongsi


Featured


Shop all

## Seller reviews

**2.5 out of 5** ⭐⭐✨☆☆
10 ratings  |  2 reviews



| | | |
|---|---|---|
| 5 stars | ▬▬▬▬ | 20% (2) |
| 4 stars | ▬▬ | 10% (1) |
| 3 stars | | 0% (0) |
| 2 stars | ▬▬▬▬▬▬▬▬ | 40% (4) |
| 1 star | ▬▬▬▬▬▬ | 30% (3) |

How seller rating is calculated ⓘ

Showing 1 - 2 of 2 reviews

⭐☆☆☆☆  Nov 30, 2024

 Walmart customer

This item was advertised as a crocheted item. It was a photo glued onto plastic.

> **Item bought:**
> Joyfeel Crochet Possum Car Hanging Decoration Handmade Knitting Mouse Auto Rearview Mirror Ornament Animal Pendant Car Interior Accessories

⭐☆☆☆☆  Sep 23, 2024

 Walmart customer

the item i purchased from this seller did not match the picture nor the description. does not work for what it is intended

https://www.walmart.com/global/seller/101664396

1/1

# 62   OXM MALL

12/12/24, 3:35 PM

100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com



**Infringing Evi. 000513**

12/12/24, 3:35 PM                    100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com

- Material: Cotton.
- Size: 20x22x2.2cm.
- Just add water or your favorite cleaning solution and you've got a sturdy and towel ready to use.
- Each Compressed Travel Towel is individually wrapped, take them with you .
- compressed towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.
- Skin-friendly and comfortable, and great water absorption.
- Suitable for facial , beauty remover, skin.
- Great for the outdoors, camping, hiking or out on the boat. Great for survival enthusiasts.

- Just add water or your favorite cleaning solution and youve got a sturdy and towel ready to use.
- Each Compressed Travel Towel is individually wrapped, take them with you .
- High quality compressed towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.
- Skin-friendly and comfortable, and great water absorption.
- Suitable for facial , beauty remover, skin.
- Great for the outdoors, camping, hiking or out on the boat. Great for survival enthusiasts.

ⓘ  **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

Specifications                                                                                          ⌃

**Skin Type**
All

---

Indications                                                                                             ⌄

---

Warranty                                                                                                ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

---



**$10.00**
Options from $10.00 – $11.00

Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe

★★★☆☆ 3

Save with W+

Shipping, arrives **in 2 days**

**$9.64**
HBFAGFB Personal Care Soft Disposable Face Cloths Towel Cotton Wash Control Supersoft 60pcs White

★★★★★ 1

Shipping, arrives **in 3+ days**

**$9.47**
NEWCE Washcloth Facial Cleansing Cloth Face Cloth F

Shipping, arrives **in 3+ days**

Sponsored

Options

+ Add

+ Add

---

💬  Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

**This item does not have any reviews yet**

---

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

---

**Infringing Evi. 000514**

12/12/24, 3:35 PM                    100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com







**$15.06**

100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White)

Shipping, arrives in 3+ days

**$11.02**

50pcs 20x22cm Portable Compressed Travel Towel Mini Disposable Compressed Towel Tablets

Shipping, arrives in 3+ days

**$6.76** +$3.79 shipping

12*12in Compressed Towel, Portable Cotton Hypoallergenic Dehydrated Expandable for Camping Hiking Home

Shipping, arrives in 3+ days

Report:    ⚠ Report seller    |    ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Facial Cloths Microfiber                                    Moonqueen

Honeshine                                                       Disposable Face Towel

Fingertip Towels Black                                        Facial Towel Size

Face Wipes                                                       Equate Beauty Face Wipes

Makeup Remover Wipes                                      Equate Wipes

Adult Wipes                                                      All Makeup Removers

Beauty  |  Skin Care  |  Face Cleansers  |  Face Wipes

**Infringing Evi. 000515**

12/12/24, 3:36 PM                                                      Review your order - Walmart.com





**1. Shipping, arrives by Thu, Dec 26** ✓

Paula Stlouis                                                                      Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                               Edit

House

**Items details**                                                         Hide details
Arrives by Thu, Dec 26                                                        1 item

Sold and shipped by OXM MALL
$5.89 seller shipping fee

100pcs Portable Compressed Towel Face Towels
Mini Disposable Facial Cleaning Towel Tablets fo...

$2.00 from savings

**$8.20**
~~$10.20~~

Remove          [ − 1 + ]

Subtotal (1 item)                                                          ~~$10.20~~
Savings                                                                       -$2.00
                                                                              $8.20

Seller shipping                                                                $5.89
Estimated taxes                                                                $0.99

**Estimated total**                                                          **$15.08**

Have a promo code?                                                                 ⌄



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

[ 🔲                                                              ]

**Continue**

one

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                                    ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 000516**



**Infringing Evi. 000517**

2025/6/24 15:40                                                    Seller StoreFront - OXM MALL - Walmart.com



## OXM MALL  ⊘ Pro Seller

📍 longhuaxinqu minzhijiedao 690hao minzhidadao-690hao dongmeng dasha 5lou507
Shenzhen, GD 518000, CN

✉ Contact seller    📞 (+86) 15302995924

**Seller Reviews**                                                                          View all

3.5 out of 5  ★★★½☆

138 ratings  |  17 reviews

 **What is a Pro Seller?**

Pro Stores are top-performers with a proven track record
of creating great shopping experiences for customers.

**About the Store**                                                                        View more

We devote to provide wonderful products and best services for our customers.We provide high-quality products with great pricing,whatever you want and you can find in our store because we have diverse item categories. Furthermore, we have professional customer service
team and cooperate with excellen...

📄 Business Name: shenzhen ouxuanmei maoyi youxiangongsi


**Featured**          **Shop all**



**Now $1.29** $1.45 +$5.99 shipping         **Now $2.64** $3.97 +$5.89 shipping         **Now $8.05** $17.99 +$5.89 shipping

Metal Beads Chain Dog Tag Chain Balls Chains Men and Women Man    60pcs Hair Extension Clips Snap Clips Wig Holding Clips for Hair Extensions    1W Solar Panel Floating Pool Fountain Water Pump Fountain Outdoor Black

★★★★☆ 2                                  ★★★★★ 1

## Seller reviews

**3.5 out of 5**  ★★★½☆

138 ratings  |  17 reviews

| | | |
|---|---|---|
| 5 stars | ████████████████ | 52% (72) |
| 4 stars | ███ | 9% (12) |
| 3 stars | ██ | 7% (9) |
| 2 stars | █ | 6% (8) |
| 1 star | ████████ | 27% (37) |

How seller rating is calculated  ⓘ

**Showing 1 - 5 of 17 reviews**

★☆☆☆☆ Jan 30, 2025

👤 Walmart customer

Waited a long time for it to come. I will never buy anything from them again

| 📄 | **Item bought:** |
|---|---|
| | Stainless Steel Electric Coffee Pot for Home Use |

★☆☆☆☆ Dec 13, 2024

👤 Walmart customer

NO COMMUNICATION, STAY AWAY FROM THIS SCAMMER!!!!!

| 📄 | **Item bought:** |
|---|---|
| | 50 Regular Mouth Canning Lids Metal Caps for Mason Jars 53MM |

★☆☆☆☆ Apr 11, 2024

**Infringing Evi. 000518**

2025/6/24 15:40                                        Seller StoreFront - OXM MALL - Walmart.com



Walmart customer
Did not receive and asked many times what happened, with no response from seller or Walmart.

Item bought:
Dog Patches Service Patch Vest Harness Reflective Pet Training Tag Working Funny Emotional Support Ptsd Vests Assistance

★★★★★ Mar 18, 2024

Walmart customer
It is very pretty and by no fault of the seller, I didn't read the measurements. It isn't round. It's oblong and doesn't come with a plate for the inside

Item bought:
Planter Pots Pot Succulent Pottery Terracotta Round Stand Garden Decorative Tree Bonsai Container Mini Tiny

★☆☆☆☆ Feb 25, 2024

Walmart customer
Not packaged properly. Unusable. I'd give zero stars if that was an option. The tin is very thin, and I will not order again.

Item bought:
1Pc Home Desktop Iron Sheet Trash Can Large Capacity Garbage Can with Cover

( View all reviews (138) )

**Infringing Evi. 000519**

# 63    Shannoy

12/16/24, 10:09 AM                    100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com



SOAC

**100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White)**

☆ (No ratings yet)

Size: 20*22*2.2cm

| 20*22*2.2cm |
| $10.37 |

Actual Color: White

**About this item**

- Just add water or your favorite cleaning solution and you've got a sturdy and hygienic towel ready to use.
- Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go.
- High quality compressed towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.
- Skin-friendly and comfortable, and great water absorption.

**At a glance**

| Brand | Rec. use |
| SOAC | Day Use |

View all specifications



**About this item**

Product details

Description

This portable compressed towel is for travel, sports, cosmetic and household use. It's made of cotton material which is eco-friendly and soft. It perfect for use at face, body and sensitive skin. Soft, gentle and fragrance free.

https://www.walmart.com/ip/100pcs-Portable-Compressed-Towel-Face-Towels-Mini-Disposable-Facial-Cleaning-Towel-Tablets-for-Travel-Outdoor-White/2738102929?classType=VARIANT&from=/search                    1/4

**Infringing Evi. 000521**

12/16/24, 10:09 AM                    100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com

**Features**

- Color: White.
- Material: Cotton.
- Size: 20x22x2.2cm.
- Just add water or your favorite cleaning solution and you've got a sturdy and hygienic towel ready to use.
- Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go.
- compressed  towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.
- Skin-friendly and comfortable, and great water absorption.
- Suitable for facial cleanser, beauty remover, sensitive skin.
- Great for the outdoors, camping, hiking or out on the boat. Great for survival enthusiasts.

- Just add water and your favorite cleaning solution and youve got a sturdy and hygienic towel ready to use.
- Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go.
- High quality compressed towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.
- Skin-friendly and comfortable, and great water absorption.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

Specifications                                                                                                                    ⌃

**Brand**
SOAC

**Assembled Product Weight**
0.52 lb

**Manufacturer Part Number**
7688532@SOALIU0713

**Manufacturer**
SOAC

More details

---

Warranty                                                                                                                          ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

---

| 1000+ bought since yesterday | In 200+ people's carts | |
|---|---|---|

  

**$6.98** $6.98/100 ct     **$6.12** $7.65/100 ct     **$7.98**
Options from $7.98 – $25.98

Equate Exfoliating Wet Cleansing Makeup Remover Facial Wipe, Twin Pack, 100 Count    Equate Night-Time Soothing Makeup Remover Wipes, 40 Count, 2 Pack    Yoneston Disposable Face Towels, 10" x 12" Biodegrada Sensitive Skin, Makeup Remover, Facial Cleansing, Nun

⋆⋆⋆⋆⋆ 2057     ⋆⋆⋆⋆⋆ 5341     ⋆⋆⋆⋆⋆ 6

See with W+     See with W+     See with W+

Shipping, arrives in 3+ days    Pickup in 2 days / Delivery in 2 days / Shipping, arrives in 2 days    Shipping, arrives in 3+ days

---

                   

Sponsored     Sponsored

**$5.47** $18.23/100 ct     **$5.47** $6.98 $18.23/100 ct     **$13.95** $1.10 ¢/count

Burt's Bees Soothing Facial Towelettes With Aloe Vera, 30 ct. Package    Burt's Bees Micellar Facial Towelettes with Coconut and Lotus, 30 ct. Package    Refreshing Deodorant Wipes for Women, Citrus Scente

⋆⋆⋆⋆⋆ 693     ⋆⋆⋆⋆⋆ 588     ⋆⋆⋆⋆⋆ 47

See with W+     See with W+     See with W+

Shipping, arrives in 2 days    Shipping, arrives in 3+ days    Shipping, arrives in 2 days

---

💬 Report incorrect product information

**Infringing Evi. 000522**

12/16/24, 10:09 AM                    100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com

## Customer ratings & reviews

 0 ratings | 0 reviews

This item does not have any reviews yet

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

---

Clearance



+ Add

Now **$5.99** $6.93 · +$5.79 shipping

10Pcs Travel Compressed Towel Disposable Mini Face Cleaning Towel Portable Face Washing Towel

Shipping, arrives **in 3+ days**

Reduced price



Options

Sponsored

Now **$13.99** $22.39
Options from $13.99 – $34.99

Winner Disposable Face Towel, 100% Cotton Face Towels, Ultra Soft Makeup Remover Dry Wipes, Thick Face Towelette for Sensitive Skin, 480 Count

★★★★½ (08)

☑ Save an extra $4.48

Save with W+

Shipping, arrives **in 2 days**



+ Add

Sponsored

Now **$6.98** $8.97

Aveeno Positively Radiant Oil-Free Makeup Removing

★★★★☆ (96)

Save with W+

Pickup **in 2 days**
Delivery **in 2 days**
Shipping, arrives **in 2 days**

---



Options    70*100cm

+3 options

$6.95 · +$2.99 shipping

BAMILL Disposable Magical Compressed Bath Travel Reusable Cotton Towel Washing Hotel

Shipping, arrives **in 3+ days**

+ Add

$9.99 · +$5.49 shipping

Yageerya 100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White)

Shipping, arrives **in 3+ days**

Reduced price



+ Add

Now **$12.46** $14.95 · +$4.99 shipping

NUOLUX 100pcs Portable Compressed Towel Face Tow Tablets for Travel Outdoor (White)

Shipping, arrives **in 3+ days**

---

Report:   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

**Infringing Evi. 000523**

12/16/24, 10:09 AM                    100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com

**Related pages**

| | |
|---|---|
| Facial Cloths Microfiber | Moonqueen |
| Hopeshine | Disposable Face Towel |
| Fingertip Towels Black | Facial Towel Size |
| Face Wipes | Equate Beauty Face Wipes |
| Makeup Remover Wipes | Equate Wipes |
| Adult Wipes | All Makeup Removers |

Beauty  /  Skin Care  /  Face Cleansers  /  Face Wipes

**Infringing Evi. 000524**

12/16/24, 10:10 AM                                            Review your order - Walmart.com



**1. Shipping, arrives by Fri, Dec 27**  ✓

Paula Stlouis                                                                    Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                           Edit

House

**Items details**                                                          Hide details
Arrives by Fri, Dec 27                                                          1 item

Sold and shipped by Shannoy
$5.99 seller shipping fee

100pcs Portable Compressed Towel Face Towels
Mini Disposable Facial Cleaning Towel Tablets fo...
Size: 20*22*2.2cm, Actual Color: White

**$10.37**

Remove        −   1   +



| Subtotal (1 item) | $10.37 |
|---|---|
| Seller shipping | $5.99 |
| **Estimated taxes** | $1.15 |
| **Estimated total** | **$17.51** |

Have a promo code?                    ⌄

**2. Payment method**  ⊖



**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[Continue]

**one**

onepay  $15 cash back when you spend $15+        [Sign up]

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                                  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 000525**



Connect your bank

**Other ways to pay** ⌄

Pay with PayPal
☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm
Items in your cart are not eligible for Affirm.

affirm

---

Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱 3. Text updates for this order ⊖

**Infringing Evi. 000526**

2025/6/24 15:40                                                    Seller StoreFront - Shannoy - Walmart.com



**Infringing Evi. 000527**

2025/6/24 15:40                                                    Seller StoreFront - Shannoy - Walmart.com



★☆☆☆☆  Jan 15, 2025

Walmart customer

I been waiting awhile for this order just to receive the wrong item. I ordered kids silverware. I wish ppl pay attention.

Item bought:

---

★★★★★  Dec 19, 2024

Walmart customer

Shipped perfectly, very secure i love my product i was not expecting it to be so cute

Item bought:
Silicone Baby Bottle Bottle Breastfeeding Newborn Bottle Anti Colic Infant Milk Bottle

View all reviews (190)

Infringing Evi. 000528

# 64   Recardis

12/12/24, 3:46 PM                    100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com



HOKARUA

**100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White)**

☆ (No ratings yet)

**About this item**

- Just add water or your favorite cleaning solution and youve got a sturdy and hygienic towel ready to use
- Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go
- High quality compressed towels is and convenient
- Disposable and portable design is perfect for travel and outdoor use
- Skin-friendly and comfortable, and great water absorption

**At a glance**

| Brand | Body part | Rec. use |
|---|---|---|
| HOKARUA | Face | Day Use |

View all specifications



**$8.79**

Price when purchased online ⓘ

◉ Free Holiday returns until Jan 31

| Buy now |
|---|

| Add to cart |
|---|

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Dec 28 | Not available | Not available |
| $5.87 | | |

Delivery to 33 NW 21st Ave

Sold and shipped by  Recardis

★★★★☆ 25 seller reviews

◉ Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list                                   ▤ Add to registry

**About this item**

**Product details** ⌃

**Description**

This portable compressed towel is for travel, sports, cosmetic and household use. It's made of cotton material which is eco-friendly and soft. It perfect for use at face, body and sensitive skin. Soft, gentle and fragrance free.

**Features**

- Color: White.
- Material: Cotton.
- Size: 20x22x2.2cm.
- Just add water or your favorite cleaning solution and you've got a sturdy and hygienic towel ready to use.
- Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go.
- compressed  towels is and convenient.
- Disposable and portable design is perfect for travel and outdoor use.

**Infringing Evi. 000530**

12/12/24, 3:46 PM                    100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com

- Skin-friendly and comfortable, and great water absorption.
- Suitable for facial cleanser, beauty remover, sensitive skin.
- Great for the outdoors, camping, hiking or out on the boat. Great for survival enthusiasts.

- Just add water or your favorite cleaning solution and youve got a sturdy and hygienic towel ready to use
- )Each Compressed Travel Towel is individually wrapped, take them with you everywhere you go
- )High quality compressed towels is and convenient
- )Disposable and portable design is perfect for travel and outdoor use
- )Skin-friendly and comfortable, and great water absorption

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we
have not verified it. See our disclaimer

## Specifications                                                                                          ⌃

**Brand**
HOKARUA

**Skin Type**
Sensitive

**Assembled Product Weight**
0.52 lb

**Manufacturer Part Number**
7688532

More details

## Warranty                                                                                               ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those
displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller,
please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details



Sponsored
**$10.00**
Options from $10.00 – $11.00

Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe

★★★☆☆ 3

Save with W+

Shipping, arrives **in 2 days**




**$9.64**
HBFAGFB Personal Care Soft Disposable Face Cloths Towel Cotton Wash Control Supersoft 60pcs
White

★★★★★ 1

Shipping, arrives **in 3+ days**



**$9.47**
NEWCE Washcloth Facial Cleansing Cloth Face Cloth F

Shipping, arrives **in 3+ days**

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

**Infringing Evi. 000531**

12/12/24, 3:46 PM                    100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White) - Walmart.com

Reduced price







**Now $8.20** ~~$10.20~~ +$5.89 shipping

100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White)

Shipping, arrives **in 3+ days**

**$15.06**

100pcs Portable Compressed Towel Face Towels Mini Disposable Facial Cleaning Towel Tablets for Travel Outdoor (White)

Shipping, arrives **in 3+ days**

**$11.02**

50pcs 20x22cm Portable Compressed Travel Towel Min

Shipping, arrives **in 3+ days**

**Related pages**

Facial Cloths Microfiber                         Moonqueen

Hopeshine                                         Disposable Face Towel

Fingertip Towels Black                           Facial Towel Size

Face Wipes                                        Equate Beauty Face Wipes

Makeup Remover Wipes                             Equate Wipes

Adult Wipes

Beauty  /  Skin Care  /  Face Cleansers  /  Face Wipes

**Infringing Evi. 000532**

12/12/24, 3:46 PM                                              Review your order - Walmart.com



### 1. Shipping, arrives by Fri, Dec 27 ✓

Paula Stlouis                                                                                    Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                                            Edit

House

**Items details**                                                                    Hide details
Arrives by Fri, Dec 27                                                                    1 item

Sold and shipped by Recardis
$5.87 seller shipping fee

100pcs Portable Compressed Towel Face Towels
Mini Disposable Facial Cleaning Towel Tablets fo...

$8.79

Remove                          −    1    +



| Subtotal (1 item) | $8.79 |
|---|---|
| Seller shipping | $5.87 |
| **Estimated taxes** | $1.03 |
| **Estimated total** | **$15.69** |

Have a promo code?                              ⌄



### 2. Payment method ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

[                                    ]

**Continue**

one

onepay  $15 cash back when you spend $15+        **Sign up**

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Connect your bank**

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                    1/2

**Infringing Evi. 000533**

12/12/24, 3:46 PM                                                    Review your order - Walmart.com



**Other ways to pay**                                                            ⌃

Pay with PayPal                                  Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**        Items in your cart are not eligible for Affirm.

*PayPal*                                         affirm

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱  **3. Text updates for this order**                                            ⊖

**Infringing Evi. 000534**

2025/6/24 15:41                                       Seller StoreFront - Recardis - Walmart.com



**Recardis**  ✓ Pro Seller

📍 528B1, ASEAN Building, No. 690 Minzhi Avenue
Shenzhen, GD 518000, CN

✉ Contact seller  |  📞 (+86) 18664195472

**Seller Reviews**                                                                View all

4.2 out of 5  ⭐⭐⭐⭐☆
58 ratings  |  6 reviews

✓ **What is a Pro Seller?**
Pro Stores are top-performers with a proven track record
of creating great shopping experiences for customers.

**About the Store**                                                              View more

📋  Business Name: shenzhenshi likasi maoyi youxiangongsi

**Featured**     **Shop all**

Now $1.66 ~~$18.88~~ +$5.39 shipping
BESTOMZ 10 Cavity Heart Shaped Silicone DIY Chocolate Candy Cupcake Jelly Baking
Mould Mold Ice Cube Tray (Red)
⭐⭐⭐☆☆ 1

Now $5.22 ~~$17.29~~ +$5.39 shipping
Recardis 3Pcs Mushroom Shaped Paper Lanterns 3D Mushroom Ornament Birthday
Party Decor

Now $4.27 ~~$14.92~~ +$5.39 shipping
200pcs Thickened Aluminum Foil Cups Cupcake Liners Cake Muffin Molds for Baking
(Light Golden)

**Seller reviews**

4.2 out of 5  ⭐⭐⭐⭐☆
58 ratings  |  6 reviews

| | | |
|---|---|---|
| 5 stars | ███████████████████ | 67% (39) |
| 4 stars | ████ | 16% (9) |
| 3 stars | █ | 3% (2) |
| 2 stars | █ | 2% (1) |
| 1 star | ██ | 12% (7) |

How seller rating is calculated  ⓘ

Showing 1 - 5 of 6 reviews

⭐⭐⭐⭐⭐  Apr 24, 2025
👤 Walmart customer
Took a little time to receive , not too long though. Do exactly what they are supposed to do

Item bought:
100pcs Hummingbird Feeder Cleaning Multi-functional Bird Feeder Cleaning Tools

⭐⭐⭐⭐⭐  Jan 20, 2025
👤 Walmart customer
Worth the wait. Great price for a strong sturdy item. Comes with everything you need to "hook" it up...

Item bought:
Hook up Hangers Gardening Hook Gardening Tool Holder Garden Hose Duty Iron Hook Water Hook

⭐☆☆☆☆  Dec 20, 2024
👤 Walmart customer

**Infringing Evi. 000535**

Seller StoreFront - Recardis - Walmart.com



The item is not accurate according to its advertisement it's a piece of metal ask no it can be used for wedges. It's fraudulent by any means and it's worth less to return because it's only $3.48 but if it were able to sell 50 of it then it becomes fraudulent false representation, The size of it is less than an inch. How can it be an ax?

Item bought:
5 Pcs Metal Wedge for Axe Hammer Handle Wedge Compact Wedges Wedge for Tool Metal Wedge Axe Handle Wedges

★★★☆☆  Dec 17, 2024

Walmart customer

I had no customer service issues but product was poorly put together.

Item bought:
Recardis 3 Pcs Corded Earbuds Wire Earbuds Wired Headphone In Ear Headphones With Headphones With Headphones Case

★★☆☆☆  Dec 5, 2024

Walmart customer

Communication minimal. Accuracy of description was laughable. Item was a joke.

Item bought:
1PC Mirror Surface Wall Clock Moon and Star Wall Clock Decorative Hanging Clock for Home Living Room Bedroom (Black)

View all reviews (58)

Infringing Evi. 000536

# 65   ShowNew

12/12/24, 3:58 PM                     Spring hue 100pcs Portable Disposable Compressed Fabric Towels Face Care Washcloth for Camping Travel - Walmart.com



**Infringing Evi. 000538**

12/12/24, 3:58 PM                    Spring hue 100pcs Portable Disposable Compressed Fabric Towels Face Care Washcloth for Camping Travel - Walmart.com

Material: 100% Pure Cotton

Color: White

Style: Fashion,Casual

Feature:

Disposable towel is made of 100% pure cotton material.

Breathable, antibacterial, stimulation-free ,easy to hold in your bag and pockets

Convenience: compressed towel is use compression technology to become the mini size (Diameter only 0.8/towel) with the individually packed (as candies), easy to carry.

Make your journey comfortable and wonderful.

Easy to use: Into the water three seconds to become a wash towel.

Multifunction: mini disposable compressed washcloth is good for use in bathroom, kitchen, office, business trip, camping, hotel, hydrotherapy center and any place you can imagine.

For daily cleansing, can be through the elastic cotton and skin contact, to promote the old waste horny off. After cleaning, can also be used for the surface of the kitchen, refrigerator, furniture and glass items cleaning

- Material:Cotton,Non-woven fabrics; Just add a little amount of water, unfold in seconds
- This product is made of cotton non-woven fabric, delicate and soft, comfortable to the skin, no ball, no water, strong water absorption, natural degradation, suitable for facial cleansing, beauty remover, etc
- 100% Cotton. Ultraviolet disinfection,hypo-allergenic,stimulation-free and even fit for sensitive skin
- Each is individually packed as shown,soft and fairly sturdy,ideal for daily, cleansing,travel,business trip,camping,hiking trip,etc
- Easy to carry, and does not occupy space.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

Specifications                                                                                                                              ⌃

**Brand**
Spring Hue

**Towel & Washcloth Type**
Washcloths

**Material**
Cotton,Non-woven fabrics

**Color**
Pink-100pcs

---

Warranty                                                                                                                                    ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

---



+ Add

$11.17
100Pcs Disposable Compressed Towels Tablet Capsules Washcloth Travel Camping
Shipping, arrives in 3+ days



+ Add

$3.42 +$2.99 shipping
YIMWINY Disposable Pearl Pattern Bath Towel - Thickened Large Absorbent Cotton Towel for Camping, Business Travel, Hotel Use - Hygienic and Portable
Shipping, arrives in 3+ days



+ Add

$7.41 +$5.72 shipping
16 Pcs Compressed Towel Camping Towels Household [...] Hand Wipe
Shipping, arrives in 3+ days

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

---

**This item does not have any reviews yet**

---

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

**Infringing Evi. 000539**

12/12/24, 3:58 PM                        Spring hue 100pcs Portable Disposable Compressed Fabric Towels Face Care Washcloth for Camping Travel - Walmart.com



Options

+2 options

$12.91 +$3.99 shipping

30/50/100 Compressed Towel Disposable Pure Cotton Portable Travel Washing Towel

Shipping, arrives in 3+ days



Options

+6 options

$13.99
More options from $8.99

111DIYOO 20x22cm Compressed Towels Travel Disposable Towel Tablet Phone Screen Washcloth Nonwoven Makeup Remover Napkin

Shipping, arrives in 3+ days



+ Add

$8.99 +$4.99 shipping

Candle Mold Silicone Molds Bubble Candle Silicone Ca Silicone

★★☆☆☆ 1

Shipping, arrives in 3+ days

---

**Report:**   ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Compressed Towels | Disposable Bath Towels |
| Compressed Washcloth | Disposable Towels Salons |
| Antibacterial Face Towel | Bath Towel Wipes |
| Washcloths | Japanese Washcloth |
| White Hand Towels | All Shop Towels |
| White Towels | Soft Bath Towels |

Home / Bath / Bath Towels

**Infringing Evi. 000540**

12/12/24, 3:59 PM                                    Review your order - Walmart.com







**Infringing Evi. 000541**

12/12/24, 3:59 PM

Review your order - Walmart.com



Connect your bank

**Other ways to pay**  ⌃

Pay with PayPal

☑ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱 3. Text updates for this order      ⊖

**Infringing Evi. 000542**

2025/6/24 15:41                                                    Seller StoreFront - ShowNew - Walmart.com



# ShowNew

⊙ longhuaqu minzhijiedao baishilongshequ baishilongyiqu124dong606
shenzhen, GD 518110, CN

✉ Contact seller  |  📞 (++86) 18148563917

---

## Seller Reviews                                                                View all

**3.1 out of 5**  ⭐⭐⭐☆☆

114 ratings  |  13 reviews

---

## About the Store                                                              View more

Our business is here to provide competitive pricing for the products. Excellent customer support. Better product assortment. Reliable and fast fulfillment.

🏷 Business Name: shenzhenshixieluwangluokejiyouxiangongsi

---

   

**Featured**      **Shop all**

## Seller reviews

**3.1 out of 5**  ⭐⭐⭐☆☆

114 ratings  |  13 reviews



| | |
|---|---|
| 5 stars | 39% (44) |
| 4 stars | 11% (13) |
| 3 stars | 6% (7) |
| 2 stars | 10% (11) |
| 1 star | 34% (39) |

**How seller rating is calculated** ⓘ

**Showing 1 - 5 of 13 reviews**

---

⭐☆☆☆☆  Mar 16, 2025

 Walmart customer

Walmart made destroy look so big and they are so small

>  **Item bought:**
> Tregren 100/230PCS Building Blocks Kit, Learning Educational Building Toy Set

---

⭐☆☆☆☆  Jan 2, 2025

 Walmart customer

Very expensive. I accidentally bought these. I bought 2 strands of 10 globes on each for $2.00 cheaper. This product is also built cheap! I do not recommend buying this product

---

**Infringing Evi. 000543**

2025/6/24 15:41

Seller StoreFront - ShowNew - Walmart.com

**Item bought:**

---

⭐☆☆☆☆  Feb 2, 2024

🔍 **Walmart customer**

not happy with product, packaging lack of, and shippment. Scratch as if the were someone else's items first. They had no box, all loose, can not even display them. No original packaging. Came in a shipping envelope that was late for Christmas. So not on time as stated. Could not give this to my son for Christmas due to they looked like they were used, like I said in the begin. If I have to rate this company and item. It would be a negative-10 this is how unhappy I am. DO NOT BUY BUYER BEWARE. Can not give picture because they went in the garbage sorry waste og good hard woring money.

**Item bought:**
Zoluytrg 5pcs/Set Five Nights at Freddys Action Figures Toys Collection Kids Xmas Gift

---

⭐☆☆☆☆  Jan 9, 2024

🔍 **Walmart customer**

Really cheap material, it doesn't look like the picture.

**Item bought:**
Spring hue Grinch Christmas Decorations, Funny Grinch Stole The Burlap Wreath, Creative Christmas Decorations for Front Door, Plush Burlap Wreath for Home Christmas Decoration

---

⭐☆☆☆☆  Dec 28, 2023

🔍 **Walmart customer**

Do NOT buy the picture is misleading. Chocking hazard for children under 7 ! Waste of money !

**Item bought:**
Tregren 100/230PCS Building Blocks Kit, Learning Educational Building Toy Set

---

[ View all reviews (114) ]

---

https://www.walmart.com/global/seller/101223699

2/2

**Infringing Evi. 000544**

# 66   EJWQWQE

12/12/24, 4:04 PM                                       Felirenzacia Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com





Felirenzacia

**Felirenzacia Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave**

☆ (No ratings yet)

Size: 18x15.5cm

| 18x15.5cm |
|:---:|
| $7.49 |

Actual Color: D

**About this item**

- It offers a chic appeal that's perfect for any casual occasions.
- This easy-going product offers a soft, relaxed and flattering fit for cool, casual style.
- It is made of high quality materials, durable enough for your daily life.
- Stylish and fashion design make you more attractive beautiful and pretty.
- A great gift for your lovers or yourself.

**At a glance**

| Brand | Age group | Form |
|:---:|:---:|:---:|
| Felirenzacia | Adult | Wipes |

| Body part | Container type | |
|:---:|:---:|:---:|
| Face | Bag | |

View all specifications

**$7.49**

Price when purchased online ⓘ

⊙ Free Holiday returns until Jan 31

| Buy now |
|:---:|

| Add to cart |
|:---:|

**How do you want your item?**

| 🚚 Shipping Arrives Dec 27 $3.80 | 🚗 Pickup Not available | 🛍 Delivery Not available |
|:---:|:---:|:---:|

Delivery to 33 NW 21st Ave

🏬 Sold and shipped by EJWQWQE

★★★☆☆ 104 seller reviews

⊙ Extended holiday returns  Details
Free Holiday returns until Jan 31

| ♡ Add to list | ⊞ Add to registry |
|:---:|:---:|

**About this item**

Product details                                                                                    ⌃

Features: Brand and high quality. Absorb water quickly. Great cleaning helper. Perfect for travel, hotel, home, etc.
Specification: Material: Cotton,Non-woven fabrics
Color:White Expand Size(approx.) : 20*22cm Quantities: (12pcs/30pcs/36pcs/50pcs/36pcs/100pcs)
Package included: 1 x White Disposable Non-woven Compressed Towel Bag (1 bag

**Infringing Evi. 000546**

12/12/24, 4:04 PM                                    Felirenzacia Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com

is12pcs/30pcs/36pcs/50pcs56pcs/100pcs,pls kindly note it.)

**High quality store for you!**

**Please understand because of the light irradiation or computer display difference, so I can't guarantee photos and real color is 100% the same.**

- It offers a chic appeal that's perfect for any casual occasions.
- This easy-going product offers a soft, relaxed and flattering fit for cool, casual style.
- It is made of high quality materials, durable enough for your daily life.
- Stylish and fashion design make you more attractive beautiful and pretty.
- A great gift for your lovers or yourself.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

### Specifications ⌃

**Features**
Fashion;Christmas;Home;Gift;Chic gift for your lover or friends

**Brand**
Felirenzacia

**Assembled Product Weight**
0.26 lb

**Manufacturer Part Number**
Felirenzacia-U872206090623

More details

---

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

---



**$10.00**
Options from $10.00 – $11.00
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★☆☆ 3
Save with W+
Shipping, arrives in 2 days



**$28.99**
More options from $9.99
PoeticEHome Cotton Face Dry Wipes - Extra Thick Disposable Cleansing Towel, Facial Cleaning Tissue Cloths 2-Pack
★★★★☆ 12
Save with W+
Shipping, arrives in 2 days



Now **$14.81** $15.43
Clean Towels Biobased Face Towel Disposable Face Tow...
50 Ct 1 Pack
Shipping, arrives in 3+ days

---

💬 Report incorrect product information

---

**Frequently bought together**



$7.49
Felirenzacia Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave

$3.48
Bounty Paper Napkins, White, 200 Count
★★★★☆ 5878

$7.28
Clorox Disinfecting Wipes (105 Count Value Pack), Bleach Free Cleaning Wipes - 3 Pack - 35 Count Each
★★★★☆ 45053

$7.28
Sparkle Tear-a-Square Paper Towels, 6 Double Rolls
★★★★☆ 26459

$25.53      Add 4 items to cart

ⓘ Items may be delivered on different dates

---

### Customer ratings & reviews

★★★★★ 0 ratings | 0 reviews

---

**Infringing Evi. 000547**

12/12/24, 4:04 PM                     Felirenzacia Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com

**This item does not have any reviews yet**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



**Clearance**

Now **$24.52** $39.99
More options from $20.99

OROLIVING Dual-Sided LED Lights Battery-Powered Spider-man RC Car, Red

★★★★☆ 32

Shipping, arrives **in 3+ days**

+2 options

$9.44

Hongchegh 30Pcs Portable Compressed Cotton Towels for Travel - 20x22cm (White)

Shipping, arrives **in 3+ days**



$12.99

Spring hue 100pcs Portable Disposable Compressed Fa Camping Travel

Shipping, arrives **in 3+ days**

+6 options

**Report:**   ⓘ Report seller     ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Organic Body Wipes | Equate Wipes |
| Crud Cloth | Adult Wipes |
| Disposable Face Cloths | Equate Beauty Face Wipes |
| Makeup Remover Wipes | Face Wipes |
| Body Wipes | Defense Body Wipes |
| Hand Sanitizing Wipes | Rat Towel |

Beauty / Skin Care / Face Cleansers / Face Wipes

**Infringing Evi. 000548**

12/12/24, 4:05 PM

Review your order - Walmart.com





**1. Shipping, arrives by Thu, Dec 26** ✓

| | |
|---|---|
| Paula Stlouis | Edit |
| 33 NW 21st Ave, Miami, FL 33125 | |

**Delivery instructions (optional)** — Edit

House

**Items details** — Hide details

Arrives by Thu, Dec 26 — 1 item

Sold and shipped by EJWQWQE
$3.80 seller shipping fee

Felirenzacia Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave
Size: 18x15.5cm, Actual Color: D

$7.49

Remove — 1 +

**Subtotal** (1 item) — $7.49
Seller shipping — $3.80
**Estimated taxes** — $0.79

**Estimated total** — **$12.08**

Have a promo code? ⌄



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

one

onepay  $15 cash back when you spend $15+  Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba

1/2

**Infringing Evi. 000549**

12/12/24, 4:05 PM                                                                            Review your order - Walmart.com

Connect your bank

---

**Other ways to pay**                                                                         ∧

Pay with PayPal                                          Pay in monthly installments with Affirm

☑ **Remember my PayPal account details**                  Items in your cart are not eligible for Affirm.



---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>

---

📱  3. Text updates for this order                                                             ⊖

**Infringing Evi. 000550**

2025/6/24 15:42                                     Seller StoreFront - EJWQWQE - Walmart.com



### EJWQWQE  ✓ Pro Seller

📍 jinjiangxudongguangnanenxiang7haofu7hao
   chengdushi, SC 610066, CN

✉ Contact seller   📞 (++86) 17796363400

**Seller Reviews**                                                    View all

3.2 out of 5  ★★★☆☆
126 ratings  |  20 reviews

✓ **What is a Pro Seller?**
   Pro Stores are top-performers with a proven track record
   of creating great shopping experiences for customers.

**About the Store**                                                   View more

The company specializes in the production, research and development, and sales of high-quality daily necessities. Our business mainly focuses on home furnishings and beauty, covering tens of thousands of products. Thank you for your support. If you have any questions, please feel free to contact us...

📄 Business Name: sichuanmalimalihongdianzishangwuyouxiangongsi

  
Featured      Shop all



$11.41  +$8.90 shipping

EJWQWQE Bat-Houses For Outdoors Large Bat-House Kit For Outdoors Shelter Box Roosting Two Chamber Wood Pre-Finished Easy To Install



$16.61  +$15.99 shipping

Dagoberthiko 6 Piece Bathroom Accessory Set With Soap Dispenser Pump, Toothbrush Holder, Toilet Brush, Trash Can,Tumbler And Soap Dish
★★★★½ (1)



$0.86  +$2.99 shipping

EJWQWQE Props Children's Toys Flying Butterflies Works With All Greeting

**Seller reviews**

3.2 out of 5  ★★★☆☆
126 ratings  |  20 reviews

| 5 stars | | 48% (60) |
| 4 stars | | 5% (6) |
| 3 stars | | 7% (9) |
| 2 stars | | 6% (7) |
| 1 star | | 35% (44) |

How seller rating is calculated ⓘ

**Showing 1 - 5 of 20 reviews**

★★★☆☆  Mar 10, 2025

👤 Walmart customer

Seller had email that did. It works. I forgave delays. The item came in a box at that was partially torn open with box crushed but vacuum was ok inside. Company should have labeled item as slightly used with dust in parts. I decided to keep item as it works well. Seller may mean well but needs to look into these factory matters.

| Item bought: |
| Dagoberthiko 12V Wet Dry Vac Vacuum Cleaner Inflator Portable Turbo Hand Held For Car |

★★★★★  Feb 7, 2025

👤 Walmart customer

Came packed up in a bag very nicely. The product works like it's supposed to. Thank you.

| Item bought: |
| Feferezacia 100pc Charging Cable Accessories Sexy Rose Charger Accessories |

**Infringing Evi. 000551**

2025/6/24 15:42                                       Seller StoreFront - EJWQWQE - Walmart.com



⭐⭐⭐☆☆ Dec 15, 2024

Walmart customer

Came a bit longer than normal. This was ok for the price.

Item bought:
EJWQWQE DIY Candle Making Kit Including Wax Jar Beeswax Wick Candle Box Spoon Etc

⭐⭐⭐⭐⭐ Dec 1, 2024

Walmart customer

They work with me I understood why I thought I didn't get the product. I didn't know it was in my mailbox, but I appreciate that the people was kind about this situation

Item bought:
Felirenzacia Eye Patches 24K Gold Eye Patches Hyaluronic And Collagen Eye Patches For Puffiness And Dark Circles Treat Eye Patches For Beauty And Personal Care,80ml

⭐☆☆☆☆ Nov 6, 2024

Walmart customer

Nothing in the description of the item indicated an adapter was required for use in the USA.

Item bought:
EJWQWQE Mini Hair Curler, Mini Hair Curler For Short Hair, 2 In 1 Mini Curler And Hair Straightener, Mini Curling Iron 1/2 Inch Barrel Short Hair

( View all reviews (126) )

**Infringing Evi. 000552**

# 67   FFinal

2/21/25, 3:44 PM                          FSNDRX Womens Makeup New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com



Clearance

FSNDX

**FSNDRX Womens Makeup New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave**

☆ (No ratings yet)



## About this item
- Long-lasting makeup: Our beauty products are rigorously tested to ensure that makeup lasts and doesn't come off, keeping you looking perfect all day long
- Significant enhancement: Whether it is concealer, brightening, or shaping, it can effectively enhance skin tone and facial contour, and easily achieve flawless makeup
- For the whole face: Whether it is eyeshadow, eyebrow pencil, eye cream, or makeup brush, it can meet your daily needs of full face makeup, easy to create a variety of looks
- Multi-occasion application: Suitable for daily, party, work and other occasions, anytime and anywhere to show the most beautiful themselves
- We are committed to providing you with high quality, excellent beauty products, so that you can enjoy the fun of skin care while making up, easily create a variety of exquisite makeup, and show your confidence and beauty

View more ⌄

## At a glance

| Brand | Age group | Count |
|---|---|---|
| FSNDX | Adult, Teen | 1 |

View all specifications



**Infringing Evi. 000554**

2/21/25, 3:44 PM                           FSNDRX Womens Makeup New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com



**Infringing Evi. 000555**

2/21/25, 3:44 PM                    FSNDRX Womens Makeup New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

This item does not have any reviews yet

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.



Options

$10.00
Options from $10.00 – $11.00
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★☆☆ 5
Save with W+
Shipping, arrives in 2 days



Options

$34.99
More options from $22.99
PoeticHome Soft Dry Wipe 500ct Cotton Tissue Face Cloths Disposable Cleansing Towel
★★★★☆ 21
Save with W+
Shipping, arrives in 2 days



+ Add

$9.99
Serenorch Disposable Face Towels 50 Count, 10" x 12", Ultra Makeup Remover Dry Wipes
Save with W+
Shipping, arrives in 2 days



Options

$3.99  +$3.99 shipping
Options from $3.99 – $4.99
Clearance Beauty Products Zougou New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave D 18X15.5Cm
Shipping, arrives in 5+ days



Options

+3 options

$7.99  +$2.99 shipping
Options from $7.99 – $20.99
Zhaomeidaxi Mini Compressed Towel, Disposable Face Compressed Towels, Soft Compressed Hand Wipe, Portable Compressed Coin Tissue for Travel/Home/Outdoor Activities
Shipping, arrives in 5+ days



Options

$8.33  +$3.99 shipping
Beauty Clearance Under $10 New Disposable Dry Compres Tablet Trave F 18x25cm
Shipping, arrives in 5+ days

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

## Related pages

Equate Wipes                                        L Organic Cotton Wipe

**Infringing Evi. 000556**

2/21/25, 3:44 PM                    FSNDRX Womens Makeup New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave - Walmart.com

Defense Body Wipes                                                  Face Wipes

Cleansing Wipes Body                                                Makeup Remover Wipes

Body Wipes                                                          Adult Wipes

Reusable Makeup Removers                                            Equate Beauty Face Wipes

Organic Body Wipes                                                  Med Wipes

Beauty  /  Skin Care  /  Face Cleansers  /  Face Wipes

**Infringing Evi. 000557**

2/21/25, 3:44 PM                                       Review your order - Walmart.com





**1. Shipping, arrives by Mon, Mar 10** ✓

Paula Stlouis                                        Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                 Edit
House

**Items details**                                    Hide details
Arrives by Mon, Mar 10                               1 item

Sold and shipped by FFinal
$2.99 seller shipping fee

FSNDRX Womens Makeup New Disposable Dry
Compressed Coin Disposable Face Towel Baby...
Actual Color: B

$2.00 from savings

$7.15
$9.15

Remove        −   1   +

| Subtotal (1 item) | $9.15 |
|---|---|
| Savings | -$2.00 |
| | $7.15 |
| Seller shipping | $2.99 |
| Estimated taxes | $0.71 |
| **Estimated total** | **$10.85** |

Have a promo code?                                   ⌄



**2. Payment method**          ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[                                            ]

**Continue**

**⑤ one**

**onepay**  $10 cash back when you spend $10+        Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                      ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 000558**

2/21/25, 3:44 PM                                                      Review your order - Walmart.com



**Infringing Evi. 000559**

2025/6/24 16:39                                         Seller StoreFront - Gwhyl Co. Ltd - Walmart.com



## Gwhyl Co. Ltd

📍 luohuqugui yuan jie dao song yuan she qu hong ling zhong lu 2118hao jian she ji tuan da sha Azuo 304

shen zhen shi, GD 518022, CN

✉ Contact seller   📞 (+86) 15692172846

---

**Seller Reviews**                                                                                    View all

**2.9 out of 5** ★★★☆☆

50 ratings | 17 reviews

---

**About the Store**                                                                                   View more

FFinal

🏢 Business Name: shenzhenshixinxieshipinyouxiangongsi

---

  

**Featured**   **Shop all**



**$21.99**

Seninver Five Nights At Freddy's Plushies, Five Nights At Freddy's Toys 5Pcs Five Nights At Freddy's Plush Toy for Collectibles, Security Breach Plush Doll Christmas Birthday Gifts

★★★☆☆ 22



**$36.99** +$8.99 shipping

Milow - My Realistic Robot Puppy, Milow Robot Puppy, Robot Puppy That Acts like a Real Puppy, Plush Teddy Toy Puppy Electronic Interactive Dog - Walking, Barking, Puppy Toys for Kids (Brown*2)

★☆☆☆☆ 5



**Now $12.89** $19.84 +$6.99 shipping

2025 New Robot Dog, Robot Puppy That Acts Like A Real Puppy, Nicco - My Realistic RoboticPuppy, Nico DogRobot for Adults, Ai Nicco RoborDog - Walking, Barking, Tail Wagging (Bichon Frise)

★☆☆☆☆ 3

## Seller reviews

**2.9 out of 5** ★★★☆☆

50 ratings | 17 reviews



5 stars ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                                                  32% (16)
4 stars ▓▓▓▓                                                                                8% (4)
3 stars ▓▓▓▓▓▓                                                                              12% (6)
2 stars ▓▓▓▓▓▓                                                                              12% (6)
1 star ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                                                 36% (18)

How seller rating is calculated ⓘ

**Showing 1 - 5 of 17 reviews**

---

★☆☆☆☆ Jun 24, 2025

👤 Walmart customer

I was sent the wrong puppy. The one I wanted was on the box, the one I received in the box was totally different. Emailed the seller and never heard back from them. This is the same puppy that is advertised on the internet as an AI puppy and it does not do all it shows it should do. It is not life like. not very happy with this seller or the transaction.

| Item bought: |
| --- |
| 2025 New Robot Dog, Robot Puppy That Acts Like A Real Puppy, Nicco - My Realistic Robotic Puppy, Nico DogRobot for Adults, Ai Nicco RoborDog - Walking, Barking, Tail Wagging (Golden Retriever) |

---

★☆☆☆☆ Jun 22, 2025

👤 Walmart customer

Never received my item. There was no proof of delivery as requested. Walmart tried to contact the seller three separate times to resend my item and the seller wouldn't respond them or myself. DO NOT BUY FROM THIS SELLER.

| Item bought: |
| --- |
| Berserk figma: Guts Black Swordsman Version Action Figure Models Toy, Figma Griffith Casca PVC Action Figure, Berserk: Guts Decorative Toys Figures Ornaments Monster Christmas Birthday Halloween Gift |

---

★★★★★ Jun 6, 2025

👤 Walmart customer

Thank you for helping make sure he got to me, I greatly appreciate it and especially having this lill goober.

---

**Infringing Evi. 000560**

2025/6/24 16:39                                    Seller StoreFront - Gwhyl Co. Ltd - Walmart.com



**Item bought:**
Pressure Sebastian Solace Plush, 9.8" Sebastian Plush Pressure Sebastian Solace Peripherals Pressure Horror Game Character Plush Toys, Soft Stuffed Animals Plushies Doll, Pressure Collectible Toys

★☆☆☆☆  May 31, 2025

Walmart customer

Item is not as described. There are no alloy parts and it is not as tall as described. The dump truck is also missing a wheel.

**Item bought:**
Deformation GT Devastator Engineering Car Combiner 6 in 1 10.6 Inch Truck Construction Kit（10.2" Scale） Action Figure Gifts(Green)

★☆☆☆☆  May 29, 2025

Walmart customer

Scam! Wish I had read the reviews before. Says item delivered. It has not been. I have waited 10 days since they marked delivered. Walmart is no help either.

**Item bought:**

View all reviews (50)

**Infringing Evi. 000561**

## 68   PuBiaoSheng

12/14/24, 6:37 PM                           Binmer Clearance Compressed Towel Outdoor Travel Wipe Soft Expandable - Walmart.com



**Infringing Evi. 000563**

12/14/24, 6:37 PM                                        Binmer Clearance Compressed Towel Outdoor Travel Wipe Soft Expandable - Walmart.com







**100 PCS**

+3 options

**$8.62**
Homemaxs Wet Wipe Box Portable Refillable Baby Wipes Dispenser Case Wipes Carrying Holder for Home Outdoor Travel
★★★★★ 2
Shipping, arrives in 3+ days

**$4.99** +$3.50 shipping
Fanklway Travel Wet Wipe Holder and Reusable Cloth Wipes Bag Set Portable Refillable
★★★★★ 3
Shipping, arrives in 3+ days

**$10.49**
More options from $6.50
100 Pcs Disposable Compressed Towels, Portable Face Compressed Towels, Compressed Cotton Napkins, Tiss
Shipping, arrives in 3+ days

---

### About this item

Product details                                                                                                          ⌃

♥Hello, Dear Customer, Welcome to ❤Binmer™ Store

♥Binmer is a shop specialising in home decor, gardening tools, and household products such as a wide range of holiday decorations, kitchenware, bathroom tools, patio decorations, plant cultivation tools, cleaning products, and more.

♥We are committed to developing and manufacturing new styles of household products with comfort and simplicity of use as the main features of our products, hoping to bring you better products.

If you want more promotion items, please clik this Festive New Sale / Home Decorations / Essential Home Goodies / Family Friendly Products

Compressed Towel Outdoor Travel Wipe Soft Expandable
Feature:
Fashion design, New,high quality!
Material:cotton
Color: white
Unfold Size: 30 x 30cm
A clean fresh towel every
from chemicals or detergents
Unfold immediately in water.
Convenient for travel. to activate
Can be used repeatly
Package Included:
1 pcs Compressed Towel

>>Question and Answer:

Q1: What kind of material is this product made of?

A1: It is mainly made of eco-friendly plastic material. If there are other materials, it will be stated in the material description below.

Q2: What if I don't know how to use it?

A2: If you have any questions during the use of the product, please feel free to contact us.

Q3: Will there be any odour or colour difference?

A3: There is no odour and we will try our best to ensure the accuracy of the colour. Please understand that the colours may vary due to different monitor resolutions!

Q4: Is the product the same as described?

A4: It is the same, if you have any questions, please feel free to contact us.

Q5: What should I do if there are damages in shipping?

A5: If the product itself is broken, please contact us will be properly dealt with.

- Environmentally friendly materials, unique design
- Versatile
- Machine wash or hand wash in cold water
- For more product information and precautions, please visit the product description below
- If you want more promotion items, please clik this Festive New Sale / Home Decorations / Essential Home Goodies / Family Friendly Products
- Kitchen towels; towels; bathroom towel racks; bathroom towels; beach towels; bathroom towels; towels; baby towels; hand towels; yoga towels; baby bath towels; Christmas kitchen towels; bathroom autumn towels; bathroom towel sets; ultra-fine fiber towels; large bath towels; Christmas hand towels; bathroom towel storage; towels; autumn hand towels; bathroom heated towel racks; Christmas bath towels; Christmas kitchen towels; bathroom towel bars; towel setting gaps; baby hooded towels; bathroom towel decor sets

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

Specifications                                                                                                          ⌃

**Brand**
Binmer

**Manufacturer**
Binmer

**Assembled Product Dimensions (L x W x H)**
3.90 x 3.90 x 0.80 Inches

---

Warranty                                                                                                          ⌃

**Infringing Evi. 000564**

12/14/24, 6:37 PM                                   Binmer Clearance Compressed Towel Outdoor Travel Wipe Soft Expandable - Walmart.com

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those
displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller,
please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

Warnings                                                                                                                        ⌄

**State Chemical Disclosure**
None

💬  Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆  0 ratings | 0 reviews

**This item does not have any reviews yet**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

♡

$10.57

Hemoton Camping Disposable Compressed Towels Towel Cotton Hand Paper Outdoor Tissue Wash
Skin Beauty Bath Face Napkin Wipes

Shipping, arrives **in 3+ days**

**Clearance**    ♡

Now $7.87  $10.04  · +$5.39 shipping

Towel Travel Wash Cloth Tourist Compressed Wipe Face Towels Wipes The Outdoor White

Shipping, arrives **in 3+ days**

♡

Options

$8.83  · +$5.99 shipping
More options from $7.19

Yanerim Compressed Towel Easy to Use Hygienic Skin-
for Travel

Shipping, arrives **in 3+ days**

Report:   ⓘ Report seller      ⚠ Report suspected stolen goods (to CA Attorney General)

**Infringing Evi. 000565**

12/14/24, 6:38 PM                                        Review your order - Walmart.com





**1. Shipping, arrives by Thu, Dec 26** ✓

Paula Stlouis                                                                           Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                                   Edit

House

**Items details**                                                              Hide details
Arrives by Thu, Dec 26                                                              1 item

Sold and shipped by PuBiaoSheng
$4.99 seller shipping fee

Binmer Clearance Compressed Towel Outdoor
Travel Wipe Soft Expandable
Size: 1pc 30*30cm, Actual Color: White

$3.35

Remove      −  1  +

| Subtotal (1 item) | $3.35 |
|---|---|
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.58 |

**Estimated total**                                              **$8.92**

Have a promo code?                                                    ⌄



**2. Payment method**                                                  ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

● one

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                        ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Infringing Evi. 000566**

12/14/24, 6:38 PM                                                     Review your order - Walmart.com



**Infringing Evi. 000567**

6/26/25, 12:34 AM

Seller StoreFront - Binmer Shop - Walmart.com



## Binmer Shop

⌖ TianHeQuHuangPuDaDaoZhong207Hao1202FangC260
GuangZhouShi, GD 510630, CN

✉ Contact seller | ☎ (+86) 18138284447

---

**Seller Reviews**                                                                View all

4.4 out of 5  ★★★★½

7 ratings  |  6 reviews

---

**About the Store**                                                               View more

The company specializes in the production, research and development and sales of high-quality clothing. The business products are sold in ten categories, including home, outdoor, and automobile decoration. The warehouse handles hundreds of thousands of orders every day. Thank you for your support.

🏷 Business Name: GuangZhouShiPuBiaoShengDianZiShangWuYouXianGongSi

---

      
Featured              Shop all



+ Add

$6.98  +$6.99 shipping

Binmer Household Supplies On Clearance Gold Diamond Velvet Stretch Chair Cover Large Slant High Back Chair Cover Solid Color Home Hotel Dining Chair Cover Allin One All Inclusive Universal Dirtproof



+ Add

$14.52  +$12.99 shipping

Binmer Gorgeous Peacock Wreath Eye-catching Peacock Wreath Decoration Peacock Opening Screen



+ Add

$8.18  +$5.99 shipping

Binmer Liquid Tape Insulation Waterproof Electrical Adhesive 125/250ml

---

**Seller reviews**

4.4 out of 5  ★★★★½

7 ratings  |  6 reviews

| | | |
|---|---|---|
| 5 stars | | 85% (6) |
| 4 stars | | 0% (0) |
| 3 stars | | 0% (0) |
| 2 stars | | 0% (0) |
| 1 star | | 14% (1) |

How seller rating is calculated ⓘ

Showing 1 - 5 of 6 reviews

★☆☆☆☆  Dec 12, 2024

☺ Walmart customer

Have yet to receive item even though it says was delivered two days ago. Checked with neighbors and nobody received. Tried tracking and takes to app that charges for use. Can't get straight answer from 3 people I spoke to.

Item bought:

★★★★★  Oct 23, 2024

☺ Walmart customer

Logistics is fast and stable, and seller service is very professional. Nice upgrade. Carefully packed. Gift items.

Item bought:

★★★★★  Oct 22, 2024

☺ Walmart customer

As described. It will arrive soon. Thank you. Generally speaking, it works well. Among all the products I consider, the price is the lowest and the delivery is the fastest. Very cool, great job!!!!

Item bought:

**Infringing Evi. 000568**

Seller StoreFront - Binmer Shop - Walmart.com

**Walmart customer**

Impeccable quality. Very fast transportation, high quality products, great experience and sellers. The product is exactly as described. I arrived in good condition and worked well. 5-star products and services. Incredible performance.

Item bought:

**Walmart customer**

It will be a good gift. The service is good and the products are various. I like this store very much. Delivery to my home within two days!!! With free shipping!! Good buy!.

Item bought:

View all reviews (7)

**Infringing Evi. 000569**

**69   YHJSGKJ**

3/22/25, 8:03 PM                     Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable - Walmart.com



Slonshll

Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable

☆ (No ratings yet)

Size: 11.8" x 11.8"

| 11.8" x 11.8"
$10.66 |

### About this item

- The high quality of cotton and a compact textile design make our towels thick, lough, quick-drying, washable and reusable.
- Compressed towels will be suitable in all outdoors occasions .
- Candy packaging, compact and portable,compressed towels take almost no weight or space in your pockets, handbags, backpacks, cars, purses, suitcases, or tackle box. You can save space for more important stuff. Each compressed towel is individually wrapped.
- Quite literally, just add water! Whenever you need towel, just put it in cold or warm water for several seconds, it will be expansile and become a large soft towel.

View more ⌄

### At a glance

| Material
Cotton Blend | Size
11.8" x 11.8" | Pieces
4 |
| Cloth type
Hand Towels | Color
White | Age group
Adult |

View all specifications

---

**$10.66**

Price when purchased online ⓘ

○ Free 30-day returns

| **Buy now** |
| **Add to cart** |

How you'll get this item:

| 🚚 Shipping
Arrives Apr 11
$1.99 | 🚗 Pickup
Not available | 🏬 Delivery
Not available |

33 NW 21st Ave   Change

Arrives by Fri, Apr 11 | More options

Shipping fee $1.99

🏷 Sold and shipped by YHJSGKJ

★★★☆☆ 88 seller reviews

○ Free 30-day returns   Details

♡ Add to list                 🏛 Add to registry

Best seller

**Infringing Evi. 000571**

3/22/25, 8:03 PM                    Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable - Walmart.com



Sponsored
$21.99

MALLONI HOME 8 Piece Towel Set 100% Ring Spun Cotton, 2 Bath Towels 27x54, 2 Hand Towels 16x28 and 4 Washcloths 13x13 - Ultra Soft Highly Absorbent Machine Washable Hotel Spa Quality - Jade

• 2 options

$9.04
More options from $8.89

Miless Disposable Compressed Towel for Travel, Bath and Outdoor Activities



Sponsored
Now $30.27 $49.99
More options from $9.99

Green Essen 8 Pieces Extra Large Bath Towel Set 35"x 70" H GSM Bath Towel Clearance Oversized Soft Shower Towels I

## About this item

### Product details                                                                                            ⌃

Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable

1. The compression size is very small, can be easily placed in the bag, it is necessary for home travel.

2. Soft and comfortable, super absorbent, fast dry hair.

3.The fabric is soft, the seam is exquisite, the color fastness is high.

4.Made of the microfiber which is durable, Eco-friendly, soft and comfortable, and it is easy to clean.

5.The towels are formaldehyde-free, do not consist of any fluorescent agents.

6.Ideal for home, kitchen,bathroom ,office bar, hotel, outdoor and travel use.

7.100% Satisfaction: You will love the soft, luxurious feel and the quality of new luxury hotel and spa collection bath towels.

8.Our all towels are Eco-friendly: Our towels is chemical free, natural dyes that are safe for you and the environment. Get softer by each wash.

Size Chart:

A Expanded size:50x80cm/19.7x31.5"

A Compressed size:7x7x1.5cm/2.8x2.8x0.6"

B Expanded size:30x30cm/11.8x11.8"

B Compressed size:4x4x1cm/1.6x1.6x0.4"

Package include: 1* towel

- The high quality of cotton and a compact textile design make our towels thick, tough, quick-drying, washable and reusable.
- Compressed towels will be suitable in all outdoors occasions .
- Candy packaging, compact and portable,compressed towels take almost no weight or space in your pockets, handbags, backpacks, cars, purses, suitcases, or tackle box. You can save space for more important stuff. Each compressed towel is individually wrapped.
- Quite literally, just add water! Whenever you need towel, just put it in cold or warm water for several seconds, it will be expansile and become a large soft towel.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Compare with similar items                                                                                   ⌃



| Material | Cotton Blend | Cotton | Cotton | Cotton | 100% Microfiber | Cotton | 100%Polyester | Cotton |
|---|---|---|---|---|---|---|---|---|
| Size | 11.8" x 11.8" | Bath Towel | Bath Towel | 4 Pack Bath | 4 Pack Bath Towel Set | 27 x 54 | 29.53" x 15.78" | - |
| Pieces | 4 | 1 | 1 | 4 | 6 | 6 | 2 | 10 |
| Cloth type | Hand Towels | Bath Towels | Bath Towels | Bath Towels | Bath Towels | Bath Towels | Bath Towels | Bath Towels |

See More ⌄

### Specifications                                                                                              ⌃

**Brand**
Slopehill

**Towel & Washcloth Type**
Hand Towels

**Material**
Cotton Blend

**Fabric Content**
Microfiber

More details

**Infringing Evi. 000572**

3/22/25, 8:03 PM    Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable - Walmart.com

## Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.



**Infringing Evi. 000573**

3/22/25, 8:03 PM                    Compressed Towel Tablets Reusable Portable Towel for Outdoor Travel Camping Hiking Sport Hotel Beauty Salon Soft Durable - Walmart.com



**Related pages**

Water Absorbing Towel                                    Packtowl Personal Towel

Microfibre Travel Towels                                  Rei Travel Towels

Thin Towels That Dry Quickly                              Super Absorbent Towel

Hair Towels                                              Washcloths

Quick Dry Towels                                         Soft Bath Towels

Japanese Washcloth

Home  /  Bath  /  Bath Towels  /  Hand Towels

**Infringing Evi. 000574**

3/22/25, 8:03 PM                                                                Review your order - Walmart.com





**1. Shipping, arrives by Thu, Apr 10** ✓

Paula Stlouis                                                                    Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                            Edit

House

**Items details**                                                               Hide details
**Arrives by Thu, Apr 10**                                                      1 item

Sold and shipped by YHJSGKJ
$1.99 seller shipping fee

Compressed Towel Tablets Reusable Portable Towel
for Outdoor Travel Camping Hiking Sport Hotel...
Size: 11.8x11.8"

$10.66

Remove          [ − 1 + ]

| Subtotal (1 item) | $10.66 |
|---|---|
| Seller shipping | $1.99 |
| Estimated taxes | $0.89 |
| **Estimated total** | **$13.54** |

Have a promo code?  ⌄



**2. Payment method**                                                           ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

[ 🔲 ]

**Continue**

one

**onepay**  $10 cash back when you spend $10+          **Sign up**

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                1/2

Infringing Evi. 000575

3/22/25, 8:03 PM                                                                                          Review your order - Walmart.com



Connect your bank

**Other ways to pay**                                                                                        ⌃

Pay with PayPal                                              Pay in monthly installments with Affirm
☑ **Remember my PayPal account details**                     Items in your cart are not eligible for Affirm.

*PayPal*                                                     [  affirm  ]

---

Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

---

📱  3. Text updates for this order                                                                          ⊖

**Infringing Evi. 000576**

6/26/25, 12:34 AM                                    Seller StoreFront - YHJSGKJ - Walmart.com



## YHJSGKJ

📍 guangzhoushitianhequ
guangzhoushi, GD 510630, CN

✉️ Contact seller  |  📞 (+86) 19129507156

**Seller Reviews**                                                          View all

**2.8 out of 5** ⭐⭐⭐☆☆
105 ratings  |  25 reviews

**About the Store**                                                        View more

🏬  Business Name: guangzhouxianglanshanghangyouxiangongsi



Featured      Shop all

**Seller reviews**

**2.8 out of 5** ⭐⭐⭐☆☆
105 ratings  |  25 reviews



| | |
|---|---|
| 5 stars | 34% (36) |
| 4 stars | 6% (6) |
| 3 stars | 10% (11) |
| 2 stars | 6% (6) |
| 1 star | 44% (46) |

How seller rating is calculated ⓘ

**Showing 1 - 5 of 25 reviews**

⭐☆☆☆☆  Jun 24, 2025

 Walmart customer

I ordered silver tongs but was sent blue tongs. How is it possible to make this mistake?!!!!

>   **Item bought:**
> Stainless Steel Mini Food Tongs With 7 Inch Sediment Rings, Set Of 6 Small Tongs For Serving Appetizers, Desserts, Salads, Bbq And Cooking (Silver)

⭐☆☆☆☆  Jun 6, 2025

 Walmart customer

It's not even ShoesForCrews. It's some knock off. They send me the wrong size too. It's like three sizes bigger. They weren't slip resistant. Please don't fall for this. Do not buy. I really thought I was shopping on Walmart, not Temu

https://www.walmart.com/global/seller/101611939                                    1/2

6/26/25, 12:34 AM                                        Seller StoreFront - YHJSGKJ - Walmart.com



**Item bought:**
Shoes For Crews Pembroke, Men's, Women's, Unisex Slip Resistant Work Shoes, Water Resistant, Black Canvas

⭐☆☆☆☆ Apr 26, 2025

Ⓠ Walmart customer

shiped in plastic bag. Arived in a million pieces. common sense, why ship glass in a plastic bag.

**Item bought:**
Kirifly Artificial Flowers Fake Peony Silk Hydrangea Flower with Vase Flower Décor Arrangements for Wedding Decoration Table Centerpieces(White with vase set)

⭐☆☆☆☆ Apr 12, 2025

Ⓠ Walmart customer

i would give a zero if possible. The description showed a dog in this pool and it is the size to fit in a doll house

**Item bought:**
Pet Bath Tub for Small to Large Sized Dogs Outdoor PVC Swimming Bathing Tub Kiddie Pool for Dogs and Cats and Kids

⭐⭐⭐⭐⭐ Feb 21, 2025

Ⓠ Walmart customer

Fast delivery. Accurate descriptions. Ordered one set for myself and another for a gift. Thank you.

**Item bought:**
SPRING PARK 8Pcs/Set Stainless Steel Fall Thanksgiving Cookie Cutters Pumpkin Turkey Maple Leaf Oak Leaf Squirrel Candy Corn and

View all reviews (105)

**Infringing Evi. 000578**

# 70   JABUUO

12/12/24, 4:42 PM                              JABUUO New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Cosmetics,B - Walmart.com



**Infringing Evi. 000580**

12/12/24, 4:42 PM                                    JABUUO New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Cosmetics,B - Walmart.com

- Health and reliable materials
- Durable
- Easy to use
- Widely used

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

## Specifications ⌃

**Brand**
JABUUO

**Manufacturer Part Number**
JABUUO_TF90614502B

**Model**
TF90614502B

**Manufacturer**
JABUUO

## Warranty ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty...

More details

## Warnings ⌃

⚠️ **WARNING:** None

---

**$10.00**
Options from $10.00 – $11.00
Tact Squad 50 Pack Large Disposable Face Towels Soft Cotton Facial Wipe
★★★☆☆ 2
Save with W+
Shipping, arrives in 2 days

Sponsored
Options

**$28.99**
More options from $9.99
+3 options
PoeticEHome Cotton Face Dry Wipes - Extra Thick Disposable Cleansing Towel, Facial Cleaning Tissue Cloths 2-Pack
★★★★☆ 13
Save with W+
Shipping, arrives in 2 days

Options

**Now $14.81** $25.43
Clean Towels Biobased Face Towel Disposable Face Tow 50 Ct 1 Pack
Shipping, arrives in 3+ days

+ Add

---

💬 Report incorrect product information

## Customer ratings & reviews

★★★★★ 0 ratings | 0 reviews

---

**This item does not have any reviews yet**

---

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

**Infringing Evi. 000581**

12/12/24, 4:42 PM                              JABUUO New Disposable Dry Compressed Coin Disposable Face Towel Baby Wipes Tablet Trave Cosmetics,B - Walmart.com



$18.67
Cptfadh Outdoor Swing Cushion 3 Seater Swing Chair Cushion Waterproof Swing Seat Pads
★★★☆☆ 4
Shipping, arrives **in 3+ days**



Now $23.32 $2854
Cptfadh Autumn And Winter Solid Color Hooded Long-sleeved Sweater Dress for Women Small Drawstring Waist Dress Khaki XL

Shipping, arrives **in 3+ days**



$7.79 +$1.99 shipping
Baycosin New Disposable Dry Compressed Coin Dispo

Shipping, arrives **in 3+ days**

---

**Report:**   ⚠ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

| | |
|---|---|
| Feminine Wipes | Body Tags |
| Face Wipes | Adult Wipes |
| Defense Body Wipes | Dude Face Wipes |
| Equate Beauty Face Wipes | Hand Sanitizing Wipes |
| Equate Wipes | Body Wipes |
| Organic Body Wipes | Crud Cloth |

Beauty  |  Skin Care  |  Face Cleansers  |  Face Wipes

**Infringing Evi. 000582**

12/12/24, 4:43 PM                                    Review your order - Walmart.com



**1. Shipping, arrives by Fri, Dec 27** ✓

Paula Stlouis                                                                    Edit
33 NW 21st Ave, Miami, FL 33125

**Delivery instructions (optional)**                                             Edit

House

**Items details**                                                          Hide details
Arrives by Fri, Dec 27                                                        1 item

Sold and shipped by JABUUO
$1.99 seller shipping fee

JABUUO New Disposable Dry Compressed Coin
Disposable Face Towel Baby Wipes Tablet Trave...
Actual Color: B

$6.94

Remove          [ − ]   1   [ + ]



Subtotal (1 item)                                                             $6.94
Seller shipping                                                               $1.99
**Estimated taxes**                                                          $0.63

**Estimated total**                                                        **$9.56**

Have a promo code?                                                              ⌄

**2. Payment method**                                                          ⊖



**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

[ 🖃                                                                          ]

**Continue**

⑤ **one**

onepay  $15 cash back when you spend $15+                              Sign up

Add any credit or debit card, and claim cash back with a One Cash account.

**Pay by bank**                                                                 ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

https://www.walmart.com/checkout/review-order?cartId=e31355ae-b3ea-422a-b13c-3c50cabe83ba                    1/2

**Infringing Evi. 000583**

12/12/24, 4:43 PM                                                      Review your order - Walmart.com



**Infringing Evi. 000584**

2025/6/24 15:43                                        Seller StoreFront - JABUUO - Walmart.com



# JABUUO

📍 guangzhoushitianhequ
   guangzhoushi, GD 510630, CN

✉️ Contact seller    📞 (+86) 13418606553

## Seller Reviews                                        View all

**3 out of 5** 

40 ratings   |   7 reviews

## About the Store                                        View more

🏢 Business Name: guangzhourongdekaimaoyiyouxiangongsi

    

**Featured**      Shop all

## Seller reviews

**3 out of 5** ⭐⭐⭐☆☆

40 ratings   |   7 reviews



| | | |
|---|---|---|
| 5 stars | ████████ | 40% (16) |
| 4 stars | █ | 3% (1) |
| 3 stars | ██ | 8% (3) |
| 2 stars | ███ | 13% (3) |
| 1 star | ███████ | 38% (15) |

How seller rating is calculated  ⓘ

### Showing 1 - 5 of 7 reviews

⭐☆☆☆☆  Dec 26, 2024

 Walmart customer

no instruction of any kind as to what or how to fill... shipped in a bag... not a happy camper

>  **Item bought:**
> wendunide Cushion Plush Foldable Kids Sofa Backrest Armchair 2 In 1 Foldable Children Sofa Cute Cartoon Lazy Sofa Children Flip Open Sofa Bed For Living Room Bedroom Without Liner Filler Plush Seat D

⭐⭐⭐☆☆  Dec 7, 2024

Walmart customer

package took a very long time to arrive and was packaged poorly.

**Infringing Evi. 000585**

2025/6/24 15:43

Seller StoreFront - JABUUO - Walmart.com

**Item bought:**
JABUUO Ergonomic Memory Foam Keyboard Wrist Rest Non-slip Rubber Base Suitable For Office, Home, Computer

---

★☆☆☆☆ Dec 4, 2024

Walmart customer

Item received was NOT the same as the item I ordered. Pitiful workmanship! Poor quality! Excessive cost for the product received. I would NEVER recommend this seller or this product

**Item bought:**

---

★★☆☆☆ Dec 2, 2024

Walmart customer

Item was as described. Just took FOREVER to get. Details matter.

**Item bought:**
JABUUO Fun Hummingbird The Ultimate Feeder Hummingbird Feeder

---

★☆☆☆☆ Oct 20, 2024

Walmart customer

Was sent a totally different top. Nothing like picture. Not even the same color.

**Item bought:**
NGMQ Womens Lace Crochet Sleeveless Tops Sexy Halter Hollow Out Nightout Tanks Blouse

---

View all reviews (40)

**Infringing Evi. 000586**