**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-22251-BLOOM**

Enlai Zhu,

*Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

*Defendants*.

_____/

**Schedule A to the Complaint**

## Schedule A Defendants

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | bfogop | https://www.walmart.com/global/seller/101664703 |
| 2 | ankasha | https://www.walmart.com/global/seller/101591010 |
| 3 | NAMANYLE | https://www.walmart.com/global/seller/101224641 |
| 4 | Sanlugu | https://www.walmart.com/global/seller/102489421 |
| 5 | zhuxiali | https://www.walmart.com/global/seller/102494779 |
| 6 | justhard | https://www.walmart.com/global/seller/101122342 |
| 7 | jinsenhg | https://www.walmart.com/global/seller/101098246 |
| 8 | XJVLianMY | https://www.walmart.com/global/seller/101574807 |
| 9 | akapiao | https://www.walmart.com/global/seller/102512090 |
| 10 | XiaoY-ens Co.Ltd | https://www.walmart.com/global/seller/101610751 |
| 11 | amousa | https://www.walmart.com/global/seller/101228971 |
| 12 | feiliansheng | https://www.walmart.com/global/seller/102488721 |
| 13 | Fnochy Co.Ltd | https://www.walmart.com/global/seller/101227201 |
| 14 | Ailytec Inc | https://www.walmart.com/global/seller/101116836 |
| 15 | LBLOE OFFICIAL | https://www.walmart.com/global/seller/101138877 |
| 16 | Zehuanyu | https://www.walmart.com/global/seller/102484391 |
| 17 | Apmemiss (USA) | https://www.walmart.com/global/seller/101518078 |
| 18 | HUOWAHWJJ | https://www.walmart.com/global/seller/101672390 |
| 19 | MOQLOM | https://www.walmart.com/global/seller/101615166 |
| 20 | Beisidaer | https://www.walmart.com/global/seller/101247771 |
| 21 | LiheShen | https://www.walmart.com/global/seller/101639705 |
| 22 | Yageerya | https://www.walmart.com/global/seller/101641452 |
| 23 | Crowdstar | https://www.walmart.com/global/seller/101285425 |
| 24 | Miangastore | https://www.walmart.com/global/seller/101565375 |
| 25 | feishke | https://www.walmart.com/global/seller/101685318 |
| 26 | Dreamhall | https://www.walmart.com/global/seller/101246739 |
| 27 | Veronic | https://www.walmart.com/global/seller/101524237 |
| 28 | NCHkunZ | https://www.walmart.com/global/seller/102706232 |
| 29 | Awdenio Official Store | https://www.walmart.com/global/seller/101525274 |
| 30 | JianHong | https://www.walmart.com/global/seller/102754025 |
| 31 | stiyth Co.Ltd | https://www.walmart.com/global/seller/101484890 |
| 32 | Homelifegood | https://www.walmart.com/global/seller/101177866 |
| 33 | huajuming | https://www.walmart.com/global/seller/102507939 |
| 34 | xmstylereal | https://www.walmart.com/global/seller/101628868 |
| 35 | HeZeFengGangWang | https://www.walmart.com/global/seller/101290211 |
| 36 | YXEEYCHEN | https://www.walmart.com/global/seller/101678897 |
| 37 | Kayannuo Store | https://www.walmart.com/global/seller/101218043 |
| 38 | LoTiSee | https://www.walmart.com/global/seller/101191643 |
| 39 | WORPBOPE | https://www.walmart.com/global/seller/101628871 |
| 40 | jianteyi | https://www.fw.walmart.com/global/seller/101677879 |

| | | |
|---|---|---|
| 41 | ShenZhenShiNuoWeiTongDianZiShangWuYouXianGongSi | https://www.walmart.com/global/seller/101614829 |
| 42 | vovofine Co., LTD | https://www.walmart.com/global/seller/101294133 |
| 43 | Lierteer Homelife | https://www.walmart.com/global/seller/101137320 |
| 44 | luolangdi | https://www.walmart.com/global/seller/101551870 |
| 45 | Youworth | https://www.walmart.com/global/seller/101677953 |
| 46 | HARFELL | https://www.walmart.com/global/seller/101108069 |
| 47 | Happy Life | https://www.walmart.com/global/seller/101126200 |
| 48 | Awwp Fashion Makeup | https://www.walmart.com/global/seller/101668382 |
| 49 | Smarthome | https://www.walmart.com/global/seller/101111998 |
| 50 | meiduo | https://www.walmart.com/global/seller/102641461 |
| 51 | Alaparte Travel Essentials | https://www.walmart.com/global/seller/101295787 |
| 52 | Dopebox | https://www.walmart.com/global/seller/101179996 |
| 53 | Anko Makeup Cosmobeauty | https://www.walmart.com/global/seller/101661457 |
| 54 | IHGEHA | https://www.walmart.com/global/seller/101684463 |
| 55 | Spshop | https://www.walmart.com/global/seller/101623517 |
| 56 | Safini | https://www.walmart.com/global/seller/101273412 |
| 57 | WRKEKC | https://www.walmart.com/global/seller/101647643 |
| 58 | kala manda Co., Ltd. | https://www.walmart.com/global/seller/101252531 |
| 59 | Mouliraty | https://www.walmart.com/global/seller/101596267 |
| 60 | Yafix | https://www.walmart.com/global/seller/101252564 |
| 61 | Joyfeel Co.Ltd | https://www.walmart.com/global/seller/101664396 |
| 62 | OXM MALL | https://www.walmart.com/global/seller/101071028 |
| 63 | Shannoy | https://www.walmart.com/global/seller/101564343 |
| 64 | Recardis | https://www.walmart.com/global/seller/101564726 |
| 65 | ShowNew | https://www.walmart.com/global/seller/101223699 |
| 66 | EJWQWQE | https://www.walmart.com/global/seller/101293932 |
| 67 | FFinal | https://www.walmart.com/global/seller/101662884 |
| 68 | PuBiaoSheng | https://www.walmart.com/global/seller/102510162 |
| 69 | YHJSGKJ | https://www.walmart.com/global/seller/101611939 |
| 70 | JABUUO | https://www.walmart.com/global/seller/101636003 |
| 71 | Yoziaaoa | https://www.walmart.com/global/seller/101591744 |
| 72 | miaomiaohongyun | https://www.walmart.com/global/seller/102506859 |
| 73 | Lixmnse | https://www.walmart.com/global/seller/101653482 |
| 74 | Yy' choice Co.Ltd | https://www.walmart.com/global/seller/101266646 |
| 75 | senveriont | https://www.walmart.com/global/seller/102487840 |
| 76 | YingTaiLi | https://www.walmart.com/global/seller/101646295 |
| 77 | HPing | https://www.walmart.com/global/seller/102753973 |
| 78 | AQYK Co.Ltd | https://www.walmart.com/global/seller/102487436 |
| 79 | JYS Co.Ltd | https://www.walmart.com/global/seller/102489168 |
| 80 | Taosunzt Co.Ltd | https://www.walmart.com/global/seller/102525283 |
| 81 | Outoloxit | https://www.walmart.com/global/seller/101529747 |
| 82 | ZCKK Co.Ltd | https://www.flwalmart.com/global/seller/102492221 |

| 83  | Yangbaojing         | https://www.walmart.com/global/seller/102491534 |
|-----|---------------------|-------------------------------------------------|
| 84  | burgeoning          | https://www.walmart.com/global/seller/102501281 |
| 85  | LongYTong           | https://www.walmart.com/global/seller/101185197 |
| 86  | MLINS               | https://www.walmart.com/global/seller/101135401 |
| 87  | ZEXING              | https://www.walmart.com/global/seller/101656853 |
| 88  | BaiYangYang         | https://www.walmart.com/global/seller/102505624 |
| 89  | Sharpstar Co.Ltd    | https://www.walmart.com/global/seller/101267706 |
| 90  | Beauty Express      | https://www.walmart.com/global/seller/101127630 |
| 91  | kangtai keji        | https://www.walmart.com/global/seller/101360062 |
| 92  | destyer             | https://www.walmart.com/global/seller/101129847 |
| 93  | Lanfini             | https://www.walmart.com/global/seller/101197872 |
| 94  | Cimaronmall Co.Ltd  | https://www.walmart.com/global/seller/101272964 |
| 95  | Twflaqlo            | https://www.walmart.com/global/seller/101654434 |
| 96  | Ihhxbz              | https://www.walmart.com/global/seller/101574188 |
| 97  | Home Decor Outlet   | https://www.walmart.com/global/seller/101619095 |
| 98  | dabailunkeji        | https://www.walmart.com/global/seller/101554926 |
| 99  | Hankins             | https://www.walmart.com/global/seller/101566311 |
| 100 | maisidaer           | https://www.walmart.com/global/seller/101593840 |
| 101 | HAPPY TIME          | https://www.walmart.com/global/seller/101666082 |
| 102 | WanDaHeKang BSJJY   | https://www.walmart.com/global/seller/101621005 |
| 103 | Vikakiooze          | https://www.walmart.com/global/seller/101179403 |
| 104 | Smile Home          | https://www.walmart.com/global/seller/101275513 |
| 105 | Wovilon             | https://www.walmart.com/global/seller/101495861 |
| 106 | Ceise               | https://www.walmart.com/global/seller/101205159 |
| 107 | Gerich              | https://www.walmart.com/global/seller/101192850 |
| 108 | Beauty home         | https://www.walmart.com/global/seller/101112644 |
| 109 | TuoKeFW             | https://www.walmart.com/global/seller/101605617 |
| 110 | Ineffable Decor     | https://www.walmart.com/global/seller/101177023 |
| 111 | yuedadang           | https://www.walmart.com/global/seller/102619346 |
| 112 | Naierhg             | https://www.walmart.com/global/seller/101211136 |
| 113 | Zelenfel            | https://www.walmart.com/global/seller/101647623 |
| 114 | KABUDA              | https://www.walmart.com/global/seller/101127803 |
| 115 | Kajove              | https://www.walmart.com/global/seller/101555051 |
| 116 | yashili             | https://www.walmart.com/global/seller/102486764 |
| 117 | taituoti            | https://www.walmart.com/global/seller/101590202 |
| 118 | fangkenuo           | https://www.walmart.com/global/seller/102507863 |
| 119 | Joy Home(UHUSE)     | https://www.walmart.com/global/seller/101044654 |
| 120 | BrowQuartz          | https://www.walmart.com/global/seller/101282237 |
| 121 | Weloille            | https://www.walmart.com/global/seller/101497396 |
| 122 | JilgTeok            | https://www.walmart.com/global/seller/101619194 |
| 123 | Mlless              | https://www.walmart.com/global/seller/102555198 |
| 124 | xixinqiwan          | https://www.walmart.com/global/seller/102525115 |
| 125 | Kiplyki             | https://www.walmart.com/global/seller/101129803 |

| | | |
|---|---|---|
| 126 | VerPetridure | https://www.walmart.com/global/seller/101177896 |
| 127 | MeiLian | https://www.walmart.com/global/seller/102645435 |
| 128 | chnxienz | https://www.walmart.com/global/seller/102482083 |
| 129 | AFQH | https://www.walmart.com/global/seller/101591015 |
| 130 | Homecarall | https://www.walmart.com/global/seller/101127817 |
| 131 | Goodhd | https://www.walmart.com/global/seller/101138045 |
| 132 | Lylong | https://www.walmart.com/global/seller/101677690 |
| 133 | Ofenier | https://www.walmart.com/global/seller/101105703 |
| 134 | Minxio | https://www.walmart.com/global/seller/102517055 |
| 135 | BULESON | https://www.walmart.com/global/seller/101256213 |
| 136 | BUYSIS TRADE | https://www.walmart.com/global/seller/101188285 |
| 137 | RichLink | https://www.walmart.com/global/seller/102516068 |
| 138 | chuanwen | https://www.walmart.com/global/seller/102520762 |
| 139 | hongsidarui | https://www.walmart.com/global/seller/102507532 |
| 140 | Hanifel | https://www.walmart.com/global/seller/101199439 |
| 141 | laisenwei | https://www.walmart.com/global/seller/102487758 |
| 142 | Geege | https://www.walmart.com/global/seller/101242647 |
| 143 | feidakeer | https://www.walmart.com/global/seller/102498292 |
| 144 | linyes | https://www.walmart.com/global/seller/102515913 |
| 145 | SWANG | https://www.walmart.com/global/seller/102561191 |
| 146 | kairuite | https://www.walmart.com/global/seller/101590998 |
| 147 | QianZunTeng | https://www.walmart.com/global/seller/102509897 |
| 148 | TRAWJHS | https://www.walmart.com/global/seller/102496195 |
| 149 | fengshengji | https://www.walmart.com/global/seller/102489072 |
| 150 | Verolina | https://www.walmart.com/global/seller/102597789 |
| 151 | Outlier | https://www.walmart.com/global/seller/101363456 |
| 152 | Haimni | https://www.walmart.com/global/seller/101565846 |
| 153 | Wuweikeji | https://www.walmart.com/global/seller/101591064 |
| 154 | beihedi | https://www.walmart.com/global/seller/102507709 |
| 155 | Sunshine Household | https://www.walmart.com/global/seller/101127443 |
| 156 | Zeraneb | https://www.walmart.com/global/seller/101582657 |
| 157 | FAIOROI Home | https://www.walmart.com/global/seller/101199857 |
| 158 | Sufanic | https://www.walmart.com/global/seller/101138308 |
| 159 | Koszal | https://www.walmart.com/global/seller/101043404 |
| 160 | Bosisa | https://www.walmart.com/global/seller/101556227 |
| 161 | YZHM | https://www.walmart.com/global/seller/101130752 |
| 162 | Ruestay Co.Ltd | https://www.walmart.com/global/seller/101663031 |
| 163 | XIANGerQVQ | https://www.walmart.com/global/seller/101693847 |
| 164 | zhihehui | https://www.walmart.com/global/seller/102577813 |
| 165 | JoyHoop | https://www.walmart.com/global/seller/101489825 |
| 166 | Zbosul | https://www.walmart.com/global/seller/101644184 |
| 167 | Marbhall | https://www.walmart.com/global/seller/101347584 |
| 168 | Pink Season | https://www.walmart.com/global/seller/101195031 |

| 169 | JoyPulse | https://www.walmart.com/global/seller/101350060 |
|---|---|---|
| 170 | Annes | https://www.walmart.com/global/seller/101182825 |
| 171 | WEIPEENSEE | https://www.walmart.com/global/seller/101689011 |
| 172 | Benafini | https://www.walmart.com/global/seller/101105705 |
| 173 | diluopei | https://www.walmart.com/global/seller/102494757 |
| 174 | Mingyiq Inc | https://www.walmart.com/global/seller/101137305 |
| 175 | senshengxin | https://www.walmart.com/global/seller/102506786 |
| 176 | nuoyada | https://www.walmart.com/global/seller/102506227 |
| 177 | KPLFUBK | https://www.walmart.com/global/seller/101495031 |
| 178 | YFind | https://www.walmart.com/global/seller/102515853 |
| 179 | chengsi | https://www.walmart.com/global/seller/101591838 |
| 180 | Xeyise | https://www.walmart.com/global/seller/101664450 |
| 181 | Yanerim | https://www.walmart.com/global/seller/101660251 |
| 182 | CFXNMZGR | https://www.walmart.com/global/seller/101121277 |
| 183 | KKUORA | https://www.walmart.com/global/seller/101632458 |
| 184 | Aqyh co.Ltd | https://www.walmart.com/global/seller/101692827 |
| 185 | Kmxyo | https://www.walmart.com/global/seller/101266839 |
| 186 | Just 4U | https://www.walmart.com/global/seller/101103056 |
| 187 | Opolski | https://www.walmart.com/global/seller/101044609 |
| 188 | Joernso | https://www.walmart.com/global/seller/101658932 |
| 189 | batmeuy | https://www.walmart.com/global/seller/101658983 |
| 190 | LIVEST Co.Ltd | https://www.walmart.com/global/seller/102481725 |
| 191 | Moocorvic | https://www.walmart.com/global/seller/101291167 |
| 192 | qinshafuzhuang | https://www.walmart.com/global/seller/101681658 |
| 193 | chidgrass | https://www.walmart.com/global/seller/101221969 |
| 194 | Zriyin | https://www.walmart.com/global/seller/102514225 |
| 195 | meizhenkk | https://www.walmart.com/global/seller/102706270 |
| 196 | nuoxiang | https://www.walmart.com/global/seller/102568260 |
| 197 | SOFEIYA HOME | https://www.walmart.com/global/seller/101556636 |
| 198 | jinzPJ | https://www.walmart.com/global/seller/101686557 |
| 199 | Sucyfini | https://www.walmart.com/global/seller/101084863 |
| 200 | UHGEAX | https://www.walmart.com/global/seller/101681957 |
| 201 | mingkeerda | https://www.walmart.com/global/seller/102555261 |
| 202 | YgkuHd Home | https://www.walmart.com/global/seller/102507704 |
| 203 | ermei tan | https://www.walmart.com/global/seller/101682780 |
| 204 | Hmoddpon | https://www.walmart.com/global/seller/101485859 |
| 205 | ikailun | https://www.walmart.com/global/seller/102486641 |
| 206 | guardung | https://www.walmart.com/global/seller/101134150 |
| 207 | zhimaoxi | https://www.walmart.com/global/seller/102486768 |
| 208 | satrino Co.Ltd | https://www.walmart.com/global/seller/101605626 |
| 209 | jukekeji | https://www.walmart.com/global/seller/102516944 |
| 210 | Beautiful Deber | https://www.walmart.com/global/seller/101184361 |