UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22251-BLOOM/Elfenbein

ENLAI ZHU,

    Plaintiff,

v.

THE PARTNERSHIPS UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

    Defendants.
_____/

**ORDER SETTING HEARING ON MOTION FOR
ENTRY OF PRELIMINARY INJUNCTION**

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Entry of Preliminary Injunction, ECF No. [25] ("Motion").[1] On July 3, 2025, this Court entered an Order Granting Plaintiff's *Ex Parte* Application for Entry of a Temporary Restraining Order and Order Restraining Transfer of Assets (the "Temporary Restraining Order"), ECF No. [16]. In accordance with the Temporary Restraining Order, Plaintiff properly served each Defendant with a copy of the Complaint, the Application for Temporary Restraining Order, and the Court's July 3, 2025 Temporary Restraining Order, and all other documents filed in this action. *See* Certificate of Service, ECF No. [26]. Plaintiff also served each Defendant with a copy of its Motion. *See* ECF No. [25] at 4. Plaintiff now moves the Court to convert the Temporary Restraining Order into a Preliminary Injunction, ECF No. [25].

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

---

[1] This Court will address Plaintiff's request for the entry of a preliminary injunction and order restraining transfer of assets in a separate order following the hearing set herein.

Case No. 25-cv-22251-BLOOM/Elfenbein

1. **A hearing** is set before this Court via **Zoom video conference** on **July 22, 2025, at 9:00 a.m.**, at which time Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction: https://www.zoomgov.com/j/16104042690?pwd=1REdAXgwIPrKkcHdNf3jqeV42AaGOW.1. **Alternatively, the Zoom Meeting ID is 161 0404 2690; and the Passcode is 509473. Defendants who are business entities must be represented by counsel at the hearing.** *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel.")

2. **Any response or opposition** to the Plaintiff's Motion for Preliminary Injunction must be filed and served on the Plaintiff's counsel **forty-eight (48) hours** prior to the hearing set for **July 22, 2025, at 9:00 a.m.**, and filed with the Court, along with Proof of Service. Plaintiff shall file any Reply Memorandum **twenty-four (24) hours** prior to the hearing set for **July 22, 2025, at 9:00 a.m.** The above dates may be revised upon stipulation by all parties and approval of this Court.

3. Defendants are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d), The All Writs Act, 28 U.S.C. § 1651(a), Federal Rule of Civil Procedure 65, and this Court's inherent authority.

4. Plaintiff is instructed to serve a copy of this Order on Defendants through the means specified in Paragraph 11 of the Temporary Restraining Order, ECF No. [14], and file Certificates of Service with the Court.

Case No. 25-cv-22251-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 17, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record