UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-22251-BB

ENLAI ZHU,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## MOTION TO SET BRIEFING SCHEDULE

    The Defendants listed on Schedule A, attached hereto (collectively, "Defendants"), by and through undersigned counsel, hereby respectfully request that this Court set a briefing schedule on Plaintiff's Motion for Preliminary Injunction [D.E. 25] and, in support thereof, states as follows:

    1.    Plaintiff filed its Complaint on May 15, 2025, alleging trademark infringement against, *inter alia*, Defendants. [D.E. 1]. Notably, as the Complaint contains bulk allegations against the defendants therein, the Complaint does not contain any specific statement(s) or allegations of fact against Defendants.

    2.    On June 2, 2025, Plaintiff filed its *Ex Parte* Motion for Entry of Temporary Restraining Order ("Motion for TRO"). [D.E. 8]. On the same day, Plaintiff also filed an *Ex Parte* Motion for Service by Publication and Electronic Service by Email ("Motion for Electronic Service"). [D.E. 9].

    3.    On June 6, 2025, the Court entered an Order denying, *inter alia*, Plaintiff's Motion for TRO and Motion for Electronic Service. [D.E. 11].

    4.    On July 1, 2025, Plaintiff filed a Renewed Motion for TRO [D.E. 13] and Renewed

Motion for Electronic Service [D.E. 14]. Part of the docket remains restricted/sealed until further notice; notwithstanding, it is undersigned counsel's understanding therefrom that Plaintiff's Renewed Motion for TRO and Renewed Motion for Electronic Service were subsequently granted.

5. On July 14, 2025, Plaintiff filed a Motion to Extend TRO, which was granted by the Court; thereby, extending the TRO granted by the Court until July 23, 2025. [D.E. 21, 22].

6. On July 16, 2025, Plaintiff filed Summons (Affidavit) Returned Executed, claiming that service was purportedly made on defendants on July 11, 2025, establishing a response deadline of August 1, 2025. [D.E. 23, 24].

7. Additionally on such date, Plaintiff filed its Motion for Preliminary Injunction. [D.E. 25]. On July 17, the Court entered an Order Setting Hearing on Plaintiff's Motion for Preliminary Injunction for July 22, 2025 at 9:00 am ET ("Hearing Date") (via Zoom) (the "Order"). [D.E. 27]. The Order states that any response or opposition to Plaintiff's Motion for Preliminary Injunction must be filed and served by July 21, 2025, 9:00 am ET (as 48 hours prior to the Hearing Date falls on a Saturday), with Plaintiff's reply due 24 hours prior to the Hearing Date (which, in essence, constitutes the same deadline for Defendants' response). Notwithstanding, the Order states that the aforementioned dates "**may be revised upon stipulation by all parties and approval of this Court**."

8. Undersigned counsel has recently been retained and has not had the opportunity to discuss with opposing counsel and/or review Plaintiff's Motion for Preliminary Injunction, including, without limitation, any evidence contained therein that may relate to Defendants for the purpose of responding in opposition to Plaintiff's Motion for Preliminary Injunction. As such, undersigned counsel needs additional time to review the requisite filings in order to formulate a proper response to Plaintiff's Motion for Preliminary Injunction.

9. In sum, Defendants need sufficient time to review the claims, see if and/or how they apply to Defendants, and confirm the exact basis for Plaintiff's claims in order to properly oppose Plaintiff's Motion for Preliminary Injunction.

10. Defendants hereby request a period of time of: (i) seven (7) days from the date of filing hereof to respond to Plaintiff's Motion for Preliminary Injunction, and (ii) three (3) days from the date of Defendants' filing of its response for Plaintiff to reply.

11. Counsel for Defendants has attempted to meet and confer with Plaintiff's counsel regarding the relief sought via this motion; however, as of the filing of this motion, Defendants' counsel has yet to receive a response from Plaintiff's counsel regarding whether Plaintiff opposes or consents to the relief sought herein.

WHEREFORE, for good cause shown, Defendants request that the Court grant this Motion allowing (1) Defendants 7 days from the date of filing hereof to respond to Plaintiff's Motion for Preliminary Injunction, and (2) Plaintiff 3 days from the date of Defendants' filing of its response to reply thereto.

## Meet and Confer Certification

On July 18, 2025, counsel for Defendants attempted to confer with all parties who may be affected by the reliefsought hereunder (*i.e.*, Plaintiff). Plaintiff has not indicated whether it opposes or consents tothe extension requested herein. See **Exhibit A**.

July 21, 2025

Respectfully submitted.

**HEITNER LEGAL, P.L.L.C**
*Attorney for Defendants*
By: /s/ Darren Heitner
Darren Heitner (Fla. Bar No. 85956)

215 Hendricks Isle<br>
Ft. Lauderdale, Florida 33301<br>
Telephone: (954) 558-6999<br>
E-mail:  darren@heitnerlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2025, a true and correct copy of the foregoing was electronically filed using CM/ECF, which serves electronic notice on all counsel of record and registered CM/ECF users.

By: /s/ Darren Heitner

## SCHEDULE A

Doe 8 XJVLianMY - 10001594159
Doe 10 XiaoY-ens Co.Ltd - 10001630101
Doe 13 Fnochy Co.Ltd - 10001246561
Doe 15 LBLOE OFFICIAL - 10001158238
Doe 17 Apmemiss (USA) - 10001537429
Doe 19 MOQLOM - 10001634516
Doe 25 feishke - 10001704669
Doe 28 NCHkunZ - 10002725642
Doe 29 Awdenio Official Store - 10001544624
Doe 30 JianHong - 10002773468
Doe 31 stiyth Co.Ltd - 10001504240
Doe 37 Kayannuo Store - 10001237403
Doe 41 ShenZhenShiNuoWeiTongDianZiShangWuYouXianGongSi - 10001634180
Doe 52 Dopebox - 10001199358
Doe 57 WRKEKC - 10001666993
Doe 59 Mouliraty - 10001615617
Doe 68 PuBiaoSheng - 10002529524
Doe 71 Yoziaaoa - 10001611093
Doe 73 Lixmnse - 10001672831
Doe 76 YingTaiLi - 10001665645
Doe 77 HPing - 10002773416
Doe 81 Outoloxit - 10001549101
Doe 87 ZEXING - 10001676211
Doe 88 BaiYangYang - 10002524981
Doe 96 Ihhxbz - 10001593539
Doe 97 Home Decor Outlet - 10001638451
Doe 102 WanDaHeKang BSJJY - 10001640357
Doe 103 Vikakiooze - 10001198765
Doe 105 Wovilon - 10001515210
Doe 109 TuoKeFW - 10001624969
Doe 121 Weloille - 10001516746
Doe 122 JilgTeok - 10001638544
Doe 124 xixinqiwan - 10002544481
Doe 125 Kiplyki - 10001149165
Doe 126 VerPetridure - 10001197258
Doe 127 MeiLian - 10002664838
Doe 138 chuanwen - 10002540128
Doe 147 QianZunTeng - 10002529259
Doe 157 FAIOROI Home - 10001219218
Doe 163 XIANGerQVQ - 10001713201
Doe 165 JoyHoop - 10001509175
Doe 195 meizhenkk - 10002725680
Doe 202 YgkuHd Home - 10002527062
Doe 203 ermei tan - 10001702130


Doe 85 LongYTong - 10001204558
Doe 24 Miangastore - 10001584725

Doe 63 Shannoy - 10001583694
Doe 86 MLINS - 10001154762
Doe 21 LiheShen - 10001659056
Doe 22 Yageerya - 10001660803
Doe 4 Sanlugu - 10002508778
Doe 83 Yangbaojing - 10002510891
Doe 27 Veronic - 10001543588
Doe 16 Zehuanyu - 10002503748
Doe 99 Hankins - 10001585663
Doe 62 OXM MALL - 10001090399
Doe 64 Recardis - 10001584075
Doe 5 zhuxiali - 10002514136