

Alan Wilmot <alan@heitnerlegal.com>

## Motion for briefing schedule of PI motion 25-22251
2 messages

**Frank Niu** <niu@mainleaf-law.com>  
Reply-To: Frank Niu <niu@mainleaf-law.com>  
To: rcheng <rcheng@palmerlawgroup.com>, ajpalmer <ajpalmer@palmerlawgroup.com>, dkang <dkang@palmerlawgroup.com>  
Cc: darren <darren@heitnerlegal.com>, Alan Wilmot <alan@heitnerlegal.com>, Mainleaf Settlement <settlement@mainleaf-law.com>

Fri, Jul 18, 2025 at 6:31 AM

[Please disregard our last email and see this correct version]

Dear Counsel,

Our clients the following defendants plans to participate in the PI proceeding in your 25-cv-22251 lawsuit. Would plaintiff non-oppose our motion for briefing schedule for the PI motion giving defendants 7 days to respond (until 0728) and plaintiff 3 days to reply? Please confirm. Thanks.

```
Doe 8 XJVLianMY - 10001594159
Doe 10 XiaoY-ens Co.Ltd - 10001630101
Doe 13 Fnochy Co.Ltd - 10001246561
Doe 15 LBLOE OFFICIAL - 10001158238
Doe 17 Apmemiss (USA) - 10001537429
Doe 19 MOQLOM - 10001634516
Doe 25 feishke - 10001704669
Doe 28 NCHkunZ - 10002725642
Doe 29 Awdenio Official Store - 10001544624
Doe 30 JianHong - 10002773468
Doe 31 stiyth Co.Ltd - 10001504240
Doe 37 Kayannuo Store - 10001237403
Doe 41 ShenZhenShiNuoWeiTongDianZiShangWuYouXianGongSi - 10001634180
Doe 52 Dopebox - 10001199358
Doe 57 WRKEKC - 10001666993
Doe 59 Mouliraty - 10001615617
Doe 68 PuBiaoSheng - 10002529524
Doe 71 Yoziaaoa - 10001611093
Doe 73 Lixmnse - 10001672831
Doe 76 YingTaiLi - 10001665645
Doe 77 HPing - 10002773416
Doe 81 Outoloxit - 10001549101
Doe 87 ZEXING - 10001676211
Doe 88 BaiYangYang - 10002524981
Doe 96 Ihhxbz - 10001593539
Doe 97 Home Decor Outlet - 10001638451
Doe 102 WanDaHeKang BSJJY - 10001640357
Doe 103 Vikakiooze - 10001198765
Doe 105 Wovilon - 10001515210
Doe 109 TuoKeFW - 10001624969
Doe 121 Weloille - 10001516746
Doe 122 JilgTeok - 10001638544
Doe 124 xixinqiwan - 10002544481
Doe 125 Kiplyki - 10001149165
Doe 126 VerPetridure - 10001197258
Doe 127 MeiLian - 10002664838
Doe 138 chuanwen - 10002540128
Doe 147 QianZunTeng - 10002529259
Doe 157 FAIOROI Home - 10001219218
Doe 163 XIANGerQVQ - 10001713201
Doe 165 JoyHoop - 10001509175
Doe 195 meizhenkk - 10002725680
Doe 202 YgkuHd Home - 10002527062
Doe 203 ermei tan - 10001702130

85 LongYTong - 10001204558
24 Miangastore - 10001584725
63 Shannoy - 10001583694
86 MLINS - 10001154762
21 LiheShen - 10001659056
22 Yageerya - 10001660803
4 Sanlugu - 10002508778
83 Yangbaojing - 10002510891
27 Veronic - 10001543588
16 Zehuanyu - 10002503748
99 Hankins - 10001585663
62 OXM MALL - 10001090399
64 Recardis - 10001584075
5 zhuxiali - 10002514136
```

Thanks

Frank

Yue Niu Esq.  
Partner  
Mainleaf Law Group PLLC

**Darren Heitner** <darren@heitnerlegal.com>  
To: Frank Niu <niu@mainleaf-law.com>, Alan Wilmot <alan@heitnerlegal.com>

Mon, Jul 21, 2025 at 6:42 AM

Hi Frank. No reply here?



**DARREN ADAM HEITNER**  
**Founder** | Heitner Legal, P.L.L.C.

Adjunct Prof. at UF Law & Miami Law  
Author, How to Play the Game (ABA)  
Arbitrator, American Arbitration Association

Darren@HeitnerLegal.com



[Quoted text hidden]