**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-22251-BLOOM**

Enlai Zhu,

*Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified
on Schedule A,

*Defendants*.

_____ /

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO SET BRIEFING SCHEDULE

Plaintiff, through undersigned counsel, hereby responds to Defendants' Motion to Set Briefing Schedule, and respectfully states as follows:

1. **Plaintiff Does Not Oppose Appearing Defendants' Request for a Briefing Schedule:** Plaintiff does not oppose Appearing Defendants' [DE 28] request to extend the deadlines for filing a response to the Motion for Preliminary Injunction and for Plaintiff's reply. Plaintiff understands that the Appearing Defendants need additional time to review the motion and supporting materials to properly prepare their response.

2. **The Court May Proceed with the Hearing as Scheduled or Reset the Hearing Date:** Plaintiff respectfully submits that the Court may proceed with the hearing as originally scheduled for July 22, 2025, at 9:00 AM, for those the remaining Defendants who do not appear and fail to file a response, in which case the Court can consider the Motion for Preliminary Injunction on an uncontested basis for the non-appearing Defendants.

1

Alternatively, should the Court choose to reset the hearing date to accommodate the revised briefing schedule, Plaintiff will provide a revised proposed order, and notify all Defendants of the new hearing date.

3. **Extension of the TRO:** in the event the hearing is rescheduled, Plaintiff respectfully requests that the current Temporary Restraining Order (TRO) remain in effect during the pendency of the extended briefing period to ensure that Defendants remain restrained from transferring assets until the Court has had an opportunity to fully address the Motion for Preliminary Injunction.

July 21, 2025                                    Respectfully submitted,

                                                /s/ Andrew J. Palmer
                                                 Andrew J. Palmer
                                                Palmer Law Group, P.A.
                                                401 E Las Olas Blvd, Suite 1400
                                                Fort Lauderdale, FL 33308
                                                Phone: 954-771-7050
                                                ajpalmer@palmerlawgroup.com
                                                *Attorney for Plaintiff*