UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22251-BLOOM/Elfenbein

ENLAI ZHU,

    Plaintiff,

v.

THE PARTNERSHIPS UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

    Defendants.
_____/

## ORDER ON DEFENDANTS' MOTION TO SET BRIEFING SCHEDULE

**THIS CAUSE** is before the Court upon Defendants listed on "Schedule A's" [1] (collectively "Defendants") Motion to Set Briefing Schedule ("Motion"), ECF No. [28]. Plaintiff does not oppose Defendants' Motion, but requests that the Temporary Restraining Order ("TRO") remain in effect during the pendency of the extended briefing period. ECF No. [30]. The Court has reviewed the Motion, the record in this case, and the applicable law, and is otherwise fully advised. For the reasons set forth below, the Motion is granted.

On July 3, 2025, the Court granted Plaintiff's *ex parte* Application for Entry of Temporary Restraining Order, ECF No. [16], and thereafter extended the TRO through July 23, 2025, ECF No. [22]. On July 16, 2025, Plaintiff filed a Motion for Preliminary Injunction, ECF No. [25], which is set for hearing on July 22, 2025, at 9:00 a.m., ECF No. [27]. Per the Court's Order setting hearing on the Motion for Preliminary Injunction, any response or opposition to the Motion must be filed and served on Plaintiff's counsel forty-eight hours prior to the hearing, and

---

[1] In this Order, Schedule A refers to the list of Defendants attached to the Motion. *See* ECF No. [28] at 5-6 (specifying which Defendants join in the Motion through counsel).

any reply shall be filed twenty-four hours prior to the hearing. *Id.* at 2. In the instant Motion, Defendants represent that they need additional time to review the claims, see if and/or how the claims apply to Defendants, and confirm the exact basis for Plaintiff's claims in order to properly oppose Plaintiff's Motion for Preliminary Injunction. ECF No. [28] at 3.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendants' Motion, **ECF No. [28]**, is **GRANTED**;

2. The Temporary Restraining Order, **ECF No. [16]**, is extended until **August 5, 2025**.

3. **The hearing** set before this Court on July 22, 2025, is **RESET** to **August 4, 2025, at 9:30 a.m.**, at which time Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction: https://www.zoomgov.com/j/16104042690?pwd=1REdAXgwIPrKkcHdNf3jqeV42AaGOW.1. **Alternatively, the Zoom Meeting ID is 161 0404 2690; and the Passcode is 509473. Defendants who are business entities must be represented by counsel at the hearing.** *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel.");

4. Any response or opposition to Plaintiff's Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel on or before **July 28, 2025**, and filed with the Court, along with Proof of Service. Plaintiff shall file any reply on or before **July 31, 2025**.

5. Defendants are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d),

The All Writs Act, 28 U.S.C. § 1651(a), Federal Rule of Civil Procedure 65, and this Court's inherent authority.

6. Plaintiff is instructed to serve a copy of this Order on Defendants through the means specified in Paragraph 11 of the Temporary Restraining Order, ECF No. [14], and file Certificates of Service with the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 21, 2025.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record