**EXHIBIT I**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---:|---|---|
| 2 | ankasha | https://www.walmart.com/global/seller/101591010 |
| 9 | akapiao | https://www.walmart.com/global/seller/102512090 |
| 12 | feiliansheng | https://www.walmart.com/global/seller/102488721 |
| 32 | Homelifegood | https://www.walmart.com/global/seller/101177866 |
| 33 | huajuming | https://www.walmart.com/global/seller/102507939 |
| 40 | jianteyi | https://www.walmart.com/global/seller/101677879 |
| 43 | Lierteer Homelife | https://www.walmart.com/global/seller/101137320 |
| 44 | luolangdi | https://www.walmart.com/global/seller/101551870 |
| 49 | Smarthome | https://www.walmart.com/global/seller/101111998 |
| 50 | meiduo | https://www.walmart.com/global/seller/102641461 |
| 55 | Spshop | https://www.walmart.com/global/seller/101623517 |
| 60 | Yafix | https://www.walmart.com/global/seller/101252564 |
| 93 | Lanfini | https://www.walmart.com/global/seller/101197872 |
| 98 | dabailunkeji | https://www.walmart.com/global/seller/101554926 |
| 104 | Smile Home | https://www.walmart.com/global/seller/101275513 |
| 108 | Beauty home | https://www.walmart.com/global/seller/101112644 |
| 111 | yuedadang | https://www.walmart.com/global/seller/102619346 |
| 113 | Zelenfel | https://www.walmart.com/global/seller/101647623 |
| 114 | KABUDA | https://www.walmart.com/global/seller/101127803 |
| 116 | yashili | https://www.walmart.com/global/seller/102486764 |
| 117 | taituoti | https://www.walmart.com/global/seller/101590202 |
| 118 | fangkenuo | https://www.walmart.com/global/seller/102507863 |
| 129 | AFQH | https://www.walmart.com/global/seller/101591015 |
| 130 | Homecarall | https://www.walmart.com/global/seller/101127817 |
| 131 | Goodhd | https://www.walmart.com/global/seller/101138045 |
| 132 | Lylong | https://www.walmart.com/global/seller/101677690 |
| 133 | Ofenier | https://www.walmart.com/global/seller/101105703 |
| 136 | BUYSIS TRADE | https://www.walmart.com/global/seller/101188285 |
| 137 | RichLink | https://www.walmart.com/global/seller/102516068 |
| 139 | hongsidarui | https://www.walmart.com/global/seller/102507532 |
| 140 | Hanifel | https://www.walmart.com/global/seller/101199439 |
| 141 | laisenwei | https://www.walmart.com/global/seller/102487758 |
| 143 | feidakeer | https://www.walmart.com/global/seller/102498292 |
| 145 | SWANG | https://www.walmart.com/global/seller/102561191 |
| 152 | Haimni | https://www.walmart.com/global/seller/101565846 |
| 153 | Wuweikeji | https://www.walmart.com/global/seller/101591064 |
| 156 | Zeraneb | https://www.walmart.com/global/seller/101582657 |
| 158 | Sufanic | https://www.walmart.com/global/seller/101138308 |
| 160 | Bosisa | https://www.walmart.com/flgobal/doeller/101556227 |

| 169 | JoyPulse | https://www.walmart.com/global/seller/101350060 |
|---|---|---|
| 172 | Benafini | https://www.walmart.com/global/seller/101105705 |
| 173 | diluopei | https://www.walmart.com/global/seller/102494757 |
| 174 | Mingyiq Inc | https://www.walmart.com/global/seller/101137305 |
| 176 | nuoyada | https://www.walmart.com/global/seller/102506227 |
| 178 | YFind | https://www.walmart.com/global/seller/102515853 |
| 179 | chengsi | https://www.walmart.com/global/seller/101591838 |
| 186 | Just 4U | https://www.walmart.com/global/seller/101103056 |
| 196 | nuoxiang | https://www.walmart.com/global/seller/102568260 |
| 197 | SOFEIYA HOME | https://www.walmart.com/global/seller/101556636 |
| 199 | Sucyfini | https://www.walmart.com/global/seller/101084863 |
| 204 | Hmoddpon | https://www.walmart.com/global/seller/101485859 |
| 207 | zhimaoxi | https://www.walmart.com/global/seller/102486768 |
| 209 | jukekeji | https://www.walmart.com/global/seller/102516944 |