## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

ENLAI ZHU,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

Case No.: 1:25-cv-22251-BB

## NOTICE OF APPEARANCE ON BEHALF OF
## SCHEDULE A DEFENDANT (No. 23) Crowdster

COMES NOW, Sandra Cristina Perez, and enters her appearance as counsel on behalf of the Schedule A Defendant (No. 23) Crowdster in the above captioned matter and respectfully requests that all future pleadings and correspondence be directed to the undersigned at the address below.

Respectfully submitted this 6th day of August, 2025.

By: /s/Sandra Cristina Perez
Sandra Cristina Perez
FL Bar No.: 0051392
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: scperez@fordbanister.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2025, a true and correct copy of the foregoing was electronically filed using CM/ECF, which serves electronic notice on all counsel of record and registered CM/ECF users.

By: /s/Sandra Cristina Perez
Sandra Cristina Perez