UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-22251-BLOOM

Enlai Zhu,

                *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

                *Defendants*.
_____/

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION

Plaintiff, through undersigned counsel, hereby responds to Defendants' Motion for Extension [Dkt. No. 52], and respectfully states as follows:

1. Plaintiff does not oppose Defendant Crowdstar (Def. No. 23)'s request for a 21-day extension, up to and including 27 August 2025, to answer or otherwise respond to the Complaint.

2. Plaintiff's counsel has actively communicated with the same counsel Ms. Sandra Perez, Esq. on behalf of other defendants in this present action, and has already reached agreements in principle to resolve claims.

3. However, emails regarding Defendant Crowdstar's were inadvertently marked as junk by the firm's email-security filter. The issue was discovered only after Defendant filed the present Motion. The filter has been corrected.

August 7, 2025                              Respectfully submitted,
                                                        /s/ Andrew J. Palmer
                                                        Andrew J. Palmer

> Palmer Law Group, P.A.
> 401 E Las Olas Blvd, Suite 1400
> Fort Lauderdale, FL 33308
> Phone: 954-771-7050
> ajpalmer@palmerlawgroup.com
> ***Attorney for Plaintiff***