UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22251-BLOOM/Elfenbein

ENLAI ZHU,

    Plaintiff,

v.

THE PARTNERSHIPS UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S
MOTION FOR ENTRY OF PRELIMINARY INJUNCTION**

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Entry of a Preliminary Injunction (the "Motion"), ECF No. [25], against Defendants, the Partnerships and Unincorporated Associations Identified on Schedule A, attached hereto, (collectively the "Defendants"), and an order restraining the financial accounts used by Defendants pursuant to 17 U.S.C. § 504(b) and Federal Rule of Civil Procedure 65(a). The Court held a hearing on August 4, 2025, which was attended by counsel for Plaintiff and counsel for Defendants listed in ECF Nos. [36], [41]. The Court has carefully considered the Motion, the record in this case, the applicable law, and is otherwise fully advised. For the reasons stated below, the Motion is granted in part, and denied as to the fifty-three Defendants identified in ECF No. [41-1].

**I.   BACKGROUND**

Plaintiff is the owner of the federally registered trademark 尚官 ("SHANGGUAN" mark) under U.S. Trademark Registration No. 7,465,986. *See* **Exhibit 1**, ECF No. [13-1]; *see also* Decl.

of Zhu, ECF No. [13-2], ¶ 3. The SHANGGUAN mark is used in connection with various towel products, especially with compressed travel and facial towels. *Id*.

Defendants, through internet-based e-commerce stores operating under their seller aliases identified on Schedule A, have advertised, promoted, offered for sale, or sold compressed towel products using the SHANGGUAN mark. *See* Decl. of Zhu, ECF No. [13-2], ¶¶ 9-12. Based on the infringing evidence provided by Plaintiff ECF No. [13-3], [13-4], [13-5], "Defendants directly targets business activities toward consumers in the United States, including Florida, through their fully interactive e-commerce platforms." *Id*. Further, Plaintiff has "not licensed or authorized these Defendants to use the SHANGGUAN mark, and none of the Defendants are authorized retailers of genuine SHANGGUAN Products." *Id*. ¶ 13.

Further, counsel for Plaintiff has "reviewed the images and product description displayed on the websites, including the domain name, product listing, product information, and detailed seller information of each seller identified on Schedule A" and has determined "that Defendants are promoting, advertising, offering for sale, and/or selling various products bearing counterfeit and infringing trademarks that are exact copies of the SHANGGUAN mark, without authorization, via Internet-based e-commerce stores operating under the seller names identified on Schedule A." *See* Decl. of Palmer, ECF No. [13-6], at ¶ 2. Further, "[a]fter reviewing the infringing evidence," counsel for Plaintiff also believes that "it is apparent that the activities of the sellers identified in Schedule A are consistent with the general patterns of online counterfeiting activities." *Id*. ¶ 3.

## II. LEGAL STANDARD

Title 15 U.S.C. §1114 provides liability for trademark infringement if, without the consent of the registrant, a defendant uses "in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution, or

advertising of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive."

### III. Discussion

The declarations Plaintiff submitted in support of its Ex Parte Application for Temporary Restraining Order support the following conclusions of law:

1.      Plaintiff has a strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sale, offer for sale, and/or distribution of goods bearing and/or using counterfeits, reproductions, or colorable imitations of the SHANGGUAN mark, and that the products Defendants are selling and promoting for sale are copies of the Plaintiff's products that bear and/or use copies of the SHANGGUAN mark.

2.      Because of the infringement of the SHANGGUAN mark, Plaintiff is likely to suffer immediate and irreparable injury if a preliminary injunction order is not granted. The following specific facts, as set forth in Plaintiff's Complaint, Motion for Preliminary Injunction Order, and other declarations, demonstrate that immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers:

    a.      Defendants own or control e-commerce stores operating under their stores aliases which advertise, promote, offer for sale, and sell products bearing and/or using counterfeit and infringing trademarks in violation of Plaintiff's rights;

    b.      There is good cause to believe that more counterfeit and infringing products bearing and/or using Plaintiff's trademarks will appear in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for their genuine products; and

        c.       There is good cause to believe that Defendants can easily and quickly change the ownership or modify their e-commerce stores registration and account data and content, change payment accounts, redirect consumer traffic to other online stores, and transfer assets and ownership of the online stores, thereby thwarting Plaintiff's ability to obtain meaningful relief.

        3.       The balance of potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction order is issued is far outweighed by the potential harm to Plaintiff, its reputation, and its goodwill as a manufacturer and distributor of quality products if such relief is not issued.

        4.       The public interest favors issuance of the preliminary injunction order to protect Plaintiff's trademark interests, to encourage respect for the law, to facilitate the invention and development of innovative products, and to protect the public from being defrauded by the illegal sale of counterfeit goods.

        5.       Under 15 U.S.C. § 1117(a), Plaintiff may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of goods bearing and/or using counterfeits and infringements of the SHANGGUAN mark. *See Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992) (quoting *Fuller Brush Prods. Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962) ("An accounting of profits under § 1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits . . . is an equitable remedy subject to the principles of equity.'")).

        6.       Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 987 (11th Cir.

1995) (citing *Federal Trade Comm'n v. U.S. Oil & Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984)).

7. Considering the inherently deceptive nature of the counterfeiting business, and the likelihood that Defendants have violated federal trademark laws, Plaintiff has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

## IV. CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of a Preliminary Injunction, **ECF No. [25]**, is **GRANTED IN PART**, and **DENIED IN PART** as to the fifty-three Defendants identified in ECF No. [41-1], under the terms set forth below:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them are preliminarily enjoined and restrained from:

    a. using Plaintiff's SHANGGUAN mark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine SHANGGUAN product or not authorized by Plaintiff to be sold in connection with Plaintiff's SHANGGUAN mark;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine SHANGGUAN product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's SHANGGUAN mark;

    c.    committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d.    further infringing Plaintiff's SHANGGUAN mark and/or damaging Plaintiff's goodwill;

    e.    otherwise competing unfairly with Plaintiff in any manner; and/or

    f.    shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear Plaintiff's SHANGGUAN trademark or any reproductions, counterfeit copies or colorable imitations thereof.

2. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

3. Any third-party providers, including PayPal, Payoneer and Walmart, Inc. shall, within two (2) business days of receipt of this Order, for any of Defendants or any of Defendants' Online Marketplace Accounts or websites:

    a.    locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any financial accounts connected to the information listed in Schedule A attached hereto and any email addresses provided for Defendants by third parties; and

    b.    to the extent set limited to the dollar amounts representing sales revenue of Defendants as provided in Schedule B attached hereto (the "Restricted Funds"),

restrain and enjoin any such accounts containing Restricted Funds (if any) from transferring or disposing of such Restricted Funds belonging to Defendants until further ordered by this Court. All other funds of Defendants in excess of the amount(s) set forth per Defendant as provided in Schedule B shall remain unfrozen and available to Defendant(s).

4. This Order shall apply to the Seller Aliases, associated e-commerce stores and websites, and any other seller identification names, e-commerce stores, domain names, websites, or financial accounts which are being used by the Defendants for the purpose of infringing the SHANGGUAN mark at issue in this action and/or unfairly competing with Plaintiff.

5. Any of Defendants subject to this Order may appear and move to dissolve or modify the Order on two-day notice to Plaintiff or on shorter notice as set by this Court.

6. Any Defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order.

7. The asset restraint should be limited to the Restricted Funds representing infringing sales for the following 70 Defendants listed in ECF No. [36], and represented by Darren Heitner Esq. and Alan Wilmot Esq.: Def. No. 4,Sanlugu; Def. No. 5,zhuxiali; Def. No. 8,XJVLianMY; Def. No. 10,XiaoY-ens Co.Ltd; Def. No. 13,Fnochy Co.Ltd; Def. No. 15,LBLOE OFFICIAL; Def. No. 16,Zehuanyu; Def. No. 17,Apmemiss (USA); Def. No. 19,MOQLOM; Def. No. 21,LiheShen; Def. No. 22,Yageerya; Def. No. 24,Miangastore; Def. No. 25,feishke; Def. No. 27,Veronic; Def. No. 28,NCHkunZ; Def. No. 29,Awdenio Official Store; Def. No. 30,JianHong; Def. No. 31,stiyth Co.Ltd; Def. No. 37, Kayannuo Store; Def. No. 41,ShenZhenShi NuoWeiTongDianZi ShangWuYouXianGongSi; Def. No. 52,Dopebox; Def. No. 57,WRKEKC; Def. No. 59,Mouliraty; Def. No. 62,OXM

MALL; Def. No. 63,Shannoy; Def. No. 64,Recardis; Def. No. 68,PuBiaoSheng; Def. No. 71,Yoziaaoa; Def. No. 73,Lixmnse; Def. No. 76,YingTaiLi; Def. No. 77,HPing; Def. No. 78,AQYK Co.Ltd; Def. No. 79,JYS Co.Ltd; Def. No. 80,Taosunzt Co.Ltd; Def. No. 81,Outoloxit; Def. No. 82,ZCKK Co.Ltd; Def. No. 83,Yangbaojing; Def. No. 85,LongYTong; Def. No. 86,MLINS; Def. No. 87,ZEXING; Def. No. 88,BaiYangYang; Def. No. 96,Ihhxbz; Def. No. 97,Home Decor Outlet; Def. No. 99,Hankins; Def. No. 102,WanDaHeKang BSJJY; Def. No. 103,Vikakiooze; Def. No. 105,Wovilon; Def. No. 109,TuoKeFW; Def. No. 121,Weloille; Def. No. 122,JilgTeok; Def. No. 124,xixinqiwan; Def. No. 125,Kiplyki; Def. No. 126,VerPetridure; Def. No. 127,MeiLian; Def. No. 138,chuanwen; Def. No. 147,QianZunTeng; Def. No. 157,FAIOROI Home; Def. No. 162,Ruestay Co.Ltd; Def. No. 163,XIANGerQVQ; Def. No. 165,JoyHoop; Def. No. 168,Pink Season; Def. No. 180,Xeyise; Def. No. 181,Yanerim; Def. No. 184,Aqyh co.Ltd; Def. No. 188,Joernso; Def. No. 189,batmeuy; Def. No. 190,LIVEST Co.Ltd; Def. No. 195,meizhenkk; Def. No. 202,YgkuHd Home; Def. No. 203,ermei tan.

8. The asset restraint also should be limited to infringing sales for the following 20 Defendants listed in ECF No. [41], represented by Adrienne Love Esq., Benjamin Bai Esq. and Haolu Feng Esq.: Def. No. 20, Beisidaer; Def. No. 26, Dreamhall; Def. No. 46, HARFELL; Def. No. 56, Safini; Def. No. 100, maisidaer; Def. No. 107, Gerich; Def. No. 115, Kajove; Def. No. 123, Mlless; Def. No. 134, Minxio; Def. No. 150, Verolina; Def. No. 151, Outlier; Def. No. 154, beihedi; Def. No. 164, zhihehui; Def. No. 166, Zbosul; Def. No. 167, Marbhall; Def. No. 170, Annes; Def. No. 194, Zriyin; Def. No. 201, mingkeerda; Def. No. 205, ikailun; and Def. No. 210, Beautiful Deber.

**DONE AND ORDERED** in Chambers in Miami, Florida, on August 12, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record

Case No. 25-cv-22251-BLOOM/Elfenbein

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | bfogop | https://www.walmart.com/global/seller/101664703 |
| 2 | **EXEMPTED** | **EXEMPTED** |
| 3 | NAMANYLE | https://www.walmart.com/global/seller/101224641 |
| 4 | Sanlugu | https://www.walmart.com/global/seller/102489421 |
| 5 | zhuxiali | https://www.walmart.com/global/seller/102494779 |
| 6 | justhard | https://www.walmart.com/global/seller/101122342 |
| 7 | jinsenhg | https://www.walmart.com/global/seller/101098246 |
| 8 | XJVLianMY | https://www.walmart.com/global/seller/101574807 |
| 9 | **EXEMPTED** | **EXEMPTED** |
| 10 | XiaoY-ens Co.Ltd | https://www.walmart.com/global/seller/101610751 |
| 11 | amousa | https://www.walmart.com/global/seller/101228971 |
| 12 | **EXEMPTED** | **EXEMPTED** |
| 13 | Fnochy Co.Ltd | https://www.walmart.com/global/seller/101227201 |
| 14 | Ailytec Inc | https://www.walmart.com/global/seller/101116836 |
| 15 | LBLOE OFFICIAL | https://www.walmart.com/global/seller/101138877 |
| 16 | Zehuanyu | https://www.walmart.com/global/seller/102484391 |
| 17 | Apmemiss (USA) | https://www.walmart.com/global/seller/101518078 |
| 18 | HUOWAHWJJ | https://www.walmart.com/global/seller/101672390 |
| 19 | MOQLOM | https://www.walmart.com/global/seller/101615166 |
| 20 | Beisidaer | https://www.walmart.com/global/seller/101247771 |
| 21 | LiheShen | https://www.walmart.com/global/seller/101639705 |
| 22 | Yageerya | https://www.walmart.com/global/seller/101641452 |
| 23 | Crowdstar | https://www.walmart.com/global/seller/101285425 |
| 24 | Miangastore | https://www.walmart.com/global/seller/101565375 |
| 25 | feishke | https://www.walmart.com/global/seller/101685318 |
| 26 | Dreamhall | https://www.walmart.com/global/seller/101246739 |
| 27 | Veronic | https://www.walmart.com/global/seller/101524237 |
| 28 | NCHkunZ | https://www.walmart.com/global/seller/102706232 |
| 29 | Awdenio Official Store | https://www.walmart.com/global/seller/101525274 |
| 30 | JianHong | https://www.walmart.com/global/seller/102754025 |
| 31 | stiyth Co.Ltd | https://www.walmart.com/global/seller/101484890 |
| 32 | **EXEMPTED** | **EXEMPTED** |
| 33 | **EXEMPTED** | **EXEMPTED** |
| 34 | xmstylereal | https://www.walmart.com/global/seller/101628868 |
| 35 | HeZeFengGangWang | https://www.walmart.com/global/seller/101290211 |
| 36 | YXEEYCHEN | https://www.walmart.com/global/seller/101678897 |
| 37 | Kayannuo Store | https://www.walmart.com/global/seller/101218043 |
| 38 | LoTiSee | https://www.walmart.com/global/seller/101191643 |
| 39 | WORPBOPE | https://www.walmart.com/global/seller/101628871 |
| 40 | **EXEMPTED** | **EXEMPTED** |

| | | |
|---|---|---|
| 41 | ShenZhenShiNuoWeiTongDianZiShangWuYouXianGongSi | https://www.walmart.com/global/seller/101614829 |
| 42 | vovofine Co., LTD | https://www.walmart.com/global/seller/101294133 |
| 43 | **EXEMPTED** | **EXEMPTED** |
| 44 | **EXEMPTED** | **EXEMPTED** |
| 45 | Youworth | https://www.walmart.com/global/seller/101677953 |
| 46 | HARFELL | https://www.walmart.com/global/seller/101108069 |
| 47 | Happy Life | https://www.walmart.com/global/seller/101126200 |
| 48 | Awwp Fashion Makeup | https://www.walmart.com/global/seller/101668382 |
| 49 | **EXEMPTED** | **EXEMPTED** |
| 50 | **EXEMPTED** | **EXEMPTED** |
| 51 | Alaparte Travel Essentials | https://www.walmart.com/global/seller/101295787 |
| 52 | Dopebox | https://www.walmart.com/global/seller/101179996 |
| 53 | Anko Makeup Cosmobeauty | https://www.walmart.com/global/seller/101661457 |
| 54 | IHGEHA | https://www.walmart.com/global/seller/101684463 |
| 55 | Spshop | https://www.walmart.com/global/seller/101623517 |
| 56 | Safini | https://www.walmart.com/global/seller/101273412 |
| 57 | WRKEKC | https://www.walmart.com/global/seller/101647643 |
| 58 | kala manda Co., Ltd. | https://www.walmart.com/global/seller/101252531 |
| 59 | Mouliraty | https://www.walmart.com/global/seller/101596267 |
| 60 | **EXEMPTED** | **EXEMPTED** |
| 61 | Joyfeel Co.Ltd | https://www.walmart.com/global/seller/101664396 |
| 62 | OXM MALL | https://www.walmart.com/global/seller/101071028 |
| 63 | Shannoy | https://www.walmart.com/global/seller/101564343 |
| 64 | Recardis | https://www.walmart.com/global/seller/101564726 |
| 65 | ShowNew | https://www.walmart.com/global/seller/101223699 |
| 66 | EJWQWQE | https://www.walmart.com/global/seller/101293932 |
| 67 | FFinal | https://www.walmart.com/global/seller/101662884 |
| 68 | PuBiaoSheng | https://www.walmart.com/global/seller/102510162 |
| 69 | YHJSGKJ | https://www.walmart.com/global/seller/101611939 |
| 70 | JABUUO | https://www.walmart.com/global/seller/101636003 |
| 71 | Yoziaaoa | https://www.walmart.com/global/seller/101591744 |
| 72 | miaomiaohongyun | https://www.walmart.com/global/seller/102506859 |
| 73 | Lixmnse | https://www.walmart.com/global/seller/101653482 |
| 74 | Yy' choice Co.Ltd | https://www.walmart.com/global/seller/101266646 |
| 75 | senveriont | https://www.walmart.com/global/seller/102487840 |
| 76 | YingTaiLi | https://www.walmart.com/global/seller/101646295 |
| 77 | HPing | https://www.walmart.com/global/seller/102753973 |
| 78 | AQYK Co.Ltd | https://www.walmart.com/global/seller/102487436 |
| 79 | JYS Co.Ltd | https://www.walmart.com/global/seller/102489168 |
| 80 | Taosunzt Co.Ltd | https://www.walmart.com/global/seller/102525283 |
| 81 | Outoloxit | https://www.walmart.com/global/seller/101529747 |
| 82 | ZCKK Co.Ltd | https://www.walmart.com/global/seller/102492221 |

| # | Seller | URL |
|---|---|---|
| 83 | Yangbaojing | https://www.walmart.com/global/seller/102491534 |
| 84 | burgeoning | https://www.walmart.com/global/seller/102501281 |
| 85 | LongYTong | https://www.walmart.com/global/seller/101185197 |
| 86 | MLINS | https://www.walmart.com/global/seller/101135401 |
| 87 | ZEXING | https://www.walmart.com/global/seller/101656853 |
| 88 | BaiYangYang | https://www.walmart.com/global/seller/102505624 |
| 89 | Sharpstar Co.Ltd | https://www.walmart.com/global/seller/101267706 |
| 90 | Beauty Express | https://www.walmart.com/global/seller/101127630 |
| 91 | kangtai keji | https://www.walmart.com/global/seller/101360062 |
| 92 | destyer | https://www.walmart.com/global/seller/101129847 |
| 93 | **EXEMPTED** | **EXEMPTED** |
| 94 | Cimaronmall Co.Ltd | https://www.walmart.com/global/seller/101272964 |
| 95 | Twflaqlo | https://www.walmart.com/global/seller/101654434 |
| 96 | Ihhxbz | https://www.walmart.com/global/seller/101574188 |
| 97 | Home Decor Outlet | https://www.walmart.com/global/seller/101619095 |
| 98 | **EXEMPTED** | **EXEMPTED** |
| 99 | Hankins | https://www.walmart.com/global/seller/101566311 |
| 100 | maisidaer | https://www.walmart.com/global/seller/101593840 |
| 101 | HAPPY TIME | https://www.walmart.com/global/seller/101666082 |
| 102 | WanDaHeKang BSJJY | https://www.walmart.com/global/seller/101621005 |
| 103 | Vikakiooze | https://www.walmart.com/global/seller/101179403 |
| 104 | **EXEMPTED** | **EXEMPTED** |
| 105 | Wovilon | https://www.walmart.com/global/seller/101495861 |
| 106 | Ceise | https://www.walmart.com/global/seller/101205159 |
| 107 | Gerich | https://www.walmart.com/global/seller/101192850 |
| 108 | **EXEMPTED** | **EXEMPTED** |
| 109 | TuoKeFW | https://www.walmart.com/global/seller/101605617 |
| 110 | Ineffable Decor | https://www.walmart.com/global/seller/101177023 |
| 111 | **EXEMPTED** | **EXEMPTED** |
| 112 | Naierhg | https://www.walmart.com/global/seller/101211136 |
| 113 | **EXEMPTED** | **EXEMPTED** |
| 114 | **EXEMPTED** | **EXEMPTED** |
| 115 | Kajove | https://www.walmart.com/global/seller/101555051 |
| 116 | **EXEMPTED** | **EXEMPTED** |
| 117 | **EXEMPTED** | **EXEMPTED** |
| 118 | **EXEMPTED** | **EXEMPTED** |
| 119 | Joy Home(UHUSE) | https://www.walmart.com/global/seller/101044654 |
| 120 | BrowQuartz | https://www.walmart.com/global/seller/101282237 |
| 121 | Weloille | https://www.walmart.com/global/seller/101497396 |
| 122 | JilgTeok | https://www.walmart.com/global/seller/101619194 |
| 123 | Mlless | https://www.walmart.com/global/seller/102555198 |
| 124 | xixinqiwan | https://www.walmart.com/global/seller/102525115 |
| 125 | Kiplyki | https://www.walmart.com/global/seller/101129803 |

| # | Seller | URL |
|---|---|---|
| 126 | VerPetridure | https://www.walmart.com/global/seller/101177896 |
| 127 | MeiLian | https://www.walmart.com/global/seller/102645435 |
| 128 | chnxienz | https://www.walmart.com/global/seller/102482083 |
| 129 | **EXEMPTED** | **EXEMPTED** |
| 130 | **EXEMPTED** | **EXEMPTED** |
| 131 | **EXEMPTED** | **EXEMPTED** |
| 132 | **EXEMPTED** | **EXEMPTED** |
| 133 | **EXEMPTED** | **EXEMPTED** |
| 134 | Minxio | https://www.walmart.com/global/seller/102517055 |
| 135 | BULESON | https://www.walmart.com/global/seller/101256213 |
| 136 | **EXEMPTED** | **EXEMPTED** |
| 137 | **EXEMPTED** | **EXEMPTED** |
| 138 | chuanwen | https://www.walmart.com/global/seller/102520762 |
| 139 | **EXEMPTED** | **EXEMPTED** |
| 140 | **EXEMPTED** | **EXEMPTED** |
| 141 | **EXEMPTED** | **EXEMPTED** |
| 142 | Geege | https://www.walmart.com/global/seller/101242647 |
| 143 | **EXEMPTED** | **EXEMPTED** |
| 144 | linyes | https://www.walmart.com/global/seller/102515913 |
| 145 | **EXEMPTED** | **EXEMPTED** |
| 146 | kairuite | https://www.walmart.com/global/seller/101590998 |
| 147 | QianZunTeng | https://www.walmart.com/global/seller/102509897 |
| 148 | TRAWJHS | https://www.walmart.com/global/seller/102496195 |
| 149 | fengshengji | https://www.walmart.com/global/seller/102489072 |
| 150 | Verolina | https://www.walmart.com/global/seller/102597789 |
| 151 | Outlier | https://www.walmart.com/global/seller/101363456 |
| 152 | **EXEMPTED** | **EXEMPTED** |
| 153 | **EXEMPTED** | **EXEMPTED** |
| 154 | beihedi | https://www.walmart.com/global/seller/102507709 |
| 155 | Sunshine Household | https://www.walmart.com/global/seller/101127443 |
| 156 | **EXEMPTED** | **EXEMPTED** |
| 157 | FAIOROI Home | https://www.walmart.com/global/seller/101199857 |
| 158 | **EXEMPTED** | **EXEMPTED** |
| 159 | Koszal | https://www.walmart.com/global/seller/101043404 |
| 160 | **EXEMPTED** | **EXEMPTED** |
| 161 | YZHM | https://www.walmart.com/global/seller/101130752 |
| 162 | Ruestay Co.Ltd | https://www.walmart.com/global/seller/101663031 |
| 163 | XIANGerQVQ | https://www.walmart.com/global/seller/101693847 |
| 164 | zhihehui | https://www.walmart.com/global/seller/102577813 |
| 165 | JoyHoop | https://www.walmart.com/global/seller/101489825 |
| 166 | Zbosul | https://www.walmart.com/global/seller/101644184 |
| 167 | Marbhall | https://www.walmart.com/global/seller/101347584 |
| 168 | Pink Season | https://www.walmart.com/global/seller/101195031 |

| | | |
|---|---|---|
| 169 | **EXEMPTED** | **EXEMPTED** |
| 170 | Annes | https://www.walmart.com/global/seller/101182825 |
| 171 | WEIPEENSEE | https://www.walmart.com/global/seller/101689011 |
| 172 | **EXEMPTED** | **EXEMPTED** |
| 173 | **EXEMPTED** | **EXEMPTED** |
| 174 | **EXEMPTED** | **EXEMPTED** |
| 175 | senshengxin | https://www.walmart.com/global/seller/102506786 |
| 176 | **EXEMPTED** | **EXEMPTED** |
| 177 | KPLFUBK | https://www.walmart.com/global/seller/101495031 |
| 178 | **EXEMPTED** | **EXEMPTED** |
| 179 | **EXEMPTED** | **EXEMPTED** |
| 180 | Xeyise | https://www.walmart.com/global/seller/101664450 |
| 181 | Yanerim | https://www.walmart.com/global/seller/101660251 |
| 182 | CFXNMZGR | https://www.walmart.com/global/seller/101121277 |
| 183 | KKUORA | https://www.walmart.com/global/seller/101632458 |
| 184 | Aqyh co.Ltd | https://www.walmart.com/global/seller/101692827 |
| 185 | Kmxyo | https://www.walmart.com/global/seller/101266839 |
| 186 | **EXEMPTED** | **EXEMPTED** |
| 187 | Opolski | https://www.walmart.com/global/seller/101044609 |
| 188 | Joernso | https://www.walmart.com/global/seller/101658932 |
| 189 | batmeuy | https://www.walmart.com/global/seller/101658983 |
| 190 | LIVEST Co.Ltd | https://www.walmart.com/global/seller/102481725 |
| 191 | Moocorvic | https://www.walmart.com/global/seller/101291167 |
| 192 | qinshafuzhuang | https://www.walmart.com/global/seller/101681658 |
| 193 | chidgrass | https://www.walmart.com/global/seller/101221969 |
| 194 | Zriyin | https://www.walmart.com/global/seller/102514225 |
| 195 | meizhenkk | https://www.walmart.com/global/seller/102706270 |
| 196 | **EXEMPTED** | **EXEMPTED** |
| 197 | **EXEMPTED** | **EXEMPTED** |
| 198 | jinzPJ | https://www.walmart.com/global/seller/101686557 |
| 199 | Sucyfini | https://www.walmart.com/global/seller/101084863 |
| 200 | UHGEAX | https://www.walmart.com/global/seller/101681957 |
| 201 | mingkeerda | https://www.walmart.com/global/seller/102555261 |
| 202 | YgkuHd Home | https://www.walmart.com/global/seller/102507704 |
| 203 | ermei tan | https://www.walmart.com/global/seller/101682780 |
| 204 | **EXEMPTED** | **EXEMPTED** |
| 205 | ikailun | https://www.walmart.com/global/seller/102486641 |
| 206 | guardung | https://www.walmart.com/global/seller/101134150 |
| 207 | **EXEMPTED** | **EXEMPTED** |
| 208 | satrino Co.Ltd | https://www.walmart.com/global/seller/101605626 |
| 209 | **EXEMPTED** | **EXEMPTED** |
| 210 | Beautiful Deber | https://www.walmart.com/global/seller/101184361 |

Case No. 25-cv-22251-BLOOM/Elfenbein

## SCHEDULE B

| Defendant | Sales Revenue (USD) ("Restricted Funds") |
|---|---|
| Def. No. 4 Sanlugu | $27.56 |
| Def. No. 5 zhuxiali | $0.00 |
| Def. No. 8 XJVLianMY | $77.30 |
| Def. No. 10 XiaoY-ens Co.Ltd | $0.00 |
| Def. No. 13 Fnochy Co.Ltd | $0.00 |
| Def. No. 15 LBLOE OFFICIAL | $0.00 |
| Def. No. 16 Zehuanyu | $0.00 |
| Def. No. 17 Apmemiss (USA) | $0.00 |
| Def. No. 19 MOQLOM | $0.00 |
| Def. No. 21 LiheShen | $0.00 |
| Def. No. 22 Yageerya | $0.00 |
| Def. No. 24 Miangastore | $0.00 |
| Def. No. 25 feishke | $0.00 |
| Def. No. 27 Veronic | $0.00 |
| Def. No. 28 NCHkunZ | $0.00 |
| Def. No. 29 Awdenio Official Store | $8.98 |
| Def. No. 30 JianHong | $0.00 |
| Def. No. 31 stiyth Co.Ltd | $54.82 |
| Def. No. 37 Kayannuo Store | $0.00 |
| Def. No. 41 ShenZhenShi NuoWeiTongDianZi ShangWuYouXianGongSi | $0.00 |
| Def. No. 52 Dopebox | $61.70 |
| Def. No. 57 WRKEKC | $0.00 |
| Def. No. 59 Mouliraty | $0.00 |
| Def. No. 62 OXM MALL | $0.00 |
| Def. No. 63 Shannoy | $0.00 |
| Def. No. 64 Recardis | $0.00 |
| Def. No. 68 PuBiaoSheng | $0.00 |
| Def. No. 71 Yoziaaoa | $0.00 |
| Def. No. 73 Lixmnse | $6.62 |
| Def. No. 76 YingTaiLi | $0.00 |
| Def. No. 77 HPing | $0.00 |
| Def. No. 81 Outoloxit | $0.00 |
| Def. No. 83 Yangbaojing | $0.00 |
| Def. No. 85 LongYTong | $0.00 |

| | |
|---|---|
| Def. No. 86 MLINS | $0.00 |
| Def. No. 87 ZEXING | $0.00 |
| Def. No. 88 BaiYangYang | $0.00 |
| Def. No. 96 Ihhxbz | $0.00 |
| Def. No. 97 Home Decor Outlet | $0.00 |
| Def. No. 99 Hankins | $0.00 |
| Def. No. 102 WanDaHeKang BSJJY | $0.00 |
| Def. No. 103 Vikakiooze | $0.00 |
| Def. No. 105 Wovilon | $0.00 |
| Def. No. 109 TuoKeFW | $5.58 |
| Def. No. 121 Weloille | $0.00 |
| Def. No. 122 JilgTeok | $0.00 |
| Def. No. 124 xixinqiwan | $0.00 |
| Def. No. 125 Kiplyki | $0.00 |
| Def. No. 126 VerPetridure | $0.00 |
| Def. No. 127 MeiLian | $0.00 |
| Def. No. 138 chuanwen | $0.00 |
| Def. No. 147 QianZunTeng | $0.00 |
| Def. No. 157 FAIOROI Home | $0.00 |
| Def. No. 163 XIANGerQVQ | $5.79 |
| Def. No. 165 JoyHoop | $11.11 |
| Def. No. 195 meizhenkk | $0.00 |
| Def. No. 202 YgkuHd Home | $0.00 |
| Def. No. 203 ermei tan | $0.00 |
| Def. No. 78 AQYK Co.Ltd - 10002506793 | $0.00 |
| Def. No. 79 JYS Co.Ltd - 10002508525 | $0.00 |
| Def. No. 80 Taosunzt Co.Ltd - 10002544649 | $0.00 |
| Def. No. 82 ZCKK Co.Ltd - 10002511578 | $0.00 |
| Def. No. 162 Ruestay Co.Ltd - 10001682383 | $0.00 |
| Def. No. 168 pink season | $0.00 |
| Def. No. 180 Xeyise - 10001683800 | $0.00 |
| Def. No. 181 Yanerim - 10001679601 | $0.00 |
| Def. No. 184 Aqyh Co.Ltd - 10001712179 | $0.00 |
| Def. No. 188 Joernso - 10001678281 | $23.04 |
| Def. No. 189 batmeuy - 10001678340 | $0.00 |
| Def. No. 190 LIVEST Co.Ltd - 10002501082 | $0.00 |