## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 25-cv-22251-BLOOM

Enlai Zhu,

*Plaintiff,*

v.

The Partnerships, Unincorporated Associations Identified
on Schedule A,

*Defendants.*

_____ /

### <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff Enlai Zhu, by and through undersigned counsel, and pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i), hereby dismisses the following 5 Defendants with prejudice.

Each party shall bear its own costs and fees.

| Def. No. | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | bfogop | https://www.walmart.com/global/seller/101664703 |
| 23 | Crowdstar | https://www.walmart.com/global/seller/101285425 |
| 51 | Alaparte Travel Essentials | https://www.walmart.com/global/seller/101295787 |
| 74 | Yy' choice Co.Ltd | https://www.walmart.com/global/seller/101266646 |
| 91 | kangtai keji | https://www.walmart.com/global/seller/101360062 |

August 22, 2025.                           Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
*Attorney for Plaintiff*

1