UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22251-BLOOM

Enlai Zhu,

                *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

                *Defendants*.                    /

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Enlai Zhu, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the following 53 Defendants without prejudice. Each party shall bear its own costs and fees.

| Def. No. | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 2 | ankasha | https://www.walmart.com/global/seller/101591010 |
| 9 | akapiao | https://www.walmart.com/global/seller/102512090 |
| 12 | feiliansheng | https://www.walmart.com/global/seller/102488721 |
| 32 | Homelifegood | https://www.walmart.com/global/seller/101177866 |
| 33 | huajuming | https://www.walmart.com/global/seller/102507939 |
| 40 | jianteyi | https://www.walmart.com/global/seller/101677879 |
| 43 | Lierteer Homelife | https://www.walmart.com/global/seller/101137320 |
| 44 | luolangdi | https://www.walmart.com/global/seller/101551870 |
| 49 | Smarthome | https://www.walmart.com/global/seller/101111998 |
| 50 | meiduo | https://www.walmart.com/global/seller/102641461 |
| 55 | Spshop | https://www.walmart.com/global/seller/101623517 |
| 60 | Yafix | https://www.walmart.com/global/seller/101252564 |
| 93 | Lanfini | https://www.walmart.com/global/seller/101197872 |
| 98 | dabailunkeji | https://www.walmart.com/global/seller/101554926 |
| 104 | Smile Home | https://www.walmart.com/global/seller/101275513 |
| 108 | Beauty home | https://www.walmart.com/global/seller/101112644 |
| 111 | yuedadang | https://www.walmart.com/global/seller/102619346 |

| 113 | Zelenfel | https://www.walmart.com/global/seller/101647623 |
| --- | --- | --- |
| 114 | KABUDA | https://www.walmart.com/global/seller/101127803 |
| 116 | yashili | https://www.walmart.com/global/seller/102486764 |
| 117 | taituoti | https://www.walmart.com/global/seller/101590202 |
| 118 | fangkenuo | https://www.walmart.com/global/seller/102507863 |
| 129 | AFQH | https://www.walmart.com/global/seller/101591015 |
| 130 | Homecarall | https://www.walmart.com/global/seller/101127817 |
| 131 | Goodhd | https://www.walmart.com/global/seller/101138045 |
| 132 | Lylong | https://www.walmart.com/global/seller/101677690 |
| 133 | Ofenier | https://www.walmart.com/global/seller/101105703 |
| 136 | BUYSIS TRADE | https://www.walmart.com/global/seller/101188285 |
| 137 | RichLink | https://www.walmart.com/global/seller/102516068 |
| 139 | hongsidarui | https://www.walmart.com/global/seller/102507532 |
| 140 | Hanifel | https://www.walmart.com/global/seller/101199439 |
| 141 | laisenwei | https://www.walmart.com/global/seller/102487758 |
| 143 | feidakeer | https://www.walmart.com/global/seller/102498292 |
| 145 | SWANG | https://www.walmart.com/global/seller/102561191 |
| 152 | Haimni | https://www.walmart.com/global/seller/101565846 |
| 153 | Wuweikeji | https://www.walmart.com/global/seller/101591064 |
| 156 | Zeraneb | https://www.walmart.com/global/seller/101582657 |
| 158 | Sufanic | https://www.walmart.com/global/seller/101138308 |
| 160 | Bosisa | https://www.walmart.com/global/seller/101556227 |
| 169 | JoyPulse | https://www.walmart.com/global/seller/101350060 |
| 172 | Benafini | https://www.walmart.com/global/seller/101105705 |
| 173 | diluopei | https://www.walmart.com/global/seller/102494757 |
| 174 | Mingyiq Inc | https://www.walmart.com/global/seller/101137305 |
| 176 | nuoyada | https://www.walmart.com/global/seller/102506227 |
| 178 | YFind | https://www.walmart.com/global/seller/102515853 |
| 179 | chengsi | https://www.walmart.com/global/seller/101591838 |
| 186 | Just 4U | https://www.walmart.com/global/seller/101103056 |
| 196 | nuoxiang | https://www.walmart.com/global/seller/102568260 |
| 197 | SOFEIYA HOME | https://www.walmart.com/global/seller/101556636 |
| 199 | Sucyfini | https://www.walmart.com/global/seller/101084863 |
| 204 | Hmoddpon | https://www.walmart.com/global/seller/101485859 |
| 207 | zhimaoxi | https://www.walmart.com/global/seller/102486768 |
| 209 | jukekeji | https://www.walmart.com/global/seller/102516944 |

August 28, 2025.                                 Respectfully submitted,

/s/ Andrew Palmer
 Andrew J. Palmer
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***