UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22251-BLOOM

Enlai Zhu,

        *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

        *Defendants*.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Enlai Zhu, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the following 4 Defendants with prejudice.

Each party shall bear its own costs and fees.

| Def. No. | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 11 | amousa | https://www.walmart.com/global/seller/101228971 |
| 38 | LoTiSee | https://www.walmart.com/global/seller/101191643 |
| 75 | senveriont | https://www.walmart.com/global/seller/102487840 |
| 84 | burgeoning | https://www.walmart.com/global/seller/102501281 |

September 10, 2025.

Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***