## SCHEDULE A

| Def. # | Seller Aliases | Defendants' Walmart Store URLs | Contact Info. |
|---|---|---|---|
| 20 | Beisidaer | https://www.walmart.com/global/seller/101247771 | johnwithus@163.com |
| 26 | Dreamhall | https://www.walmart.com/global/seller/101246739 | candygloriathose@163.com |
| 46 | HARFELL | https://www.walmart.com/global/seller/101108069 | unparalleled123@163.com |
| 56 | Safini | https://www.walmart.com/global/seller/101273412 | showyourstyle2011@163.com |
| 100 | Maisidaer | https://www.walmart.com/global/seller/101593840 | sjfhff84@163.com |
| 107 | Gerich | https://www.walmart.com/global/seller/101192850 | gloriapoppydatepa@163.com |
| 115 | Kajove | https://www.walmart.com/global/seller/101555051 | kedijiask@163.com |
| 123 | Mlless | https://www.walmart.com/global/seller/102555198 | bottomlestu@163.com |
| 134 | Minxio | https://www.walmart.com/global/seller/102517055 | wopsfuc@163.com |
| 150 | Verolina | https://www.walmart.com/global/seller/102597789 | petulantan@163.com |
| 151 | Outlier | https://www.walmart.com/global/seller/101363456 | beautifulmean@163.com |
| 154 | Beihedi | https://www.walmart.com/global/seller/102507709 | mdfpspvh@163.com |
| 164 | Zhihehui | https://www.walmart.com/global/seller/102577813 | siejfxcds@163.com |
| 166 | Zbosul | https://www.walmart.com/global/seller/101644184 | gloodmysunday@163.com |
| 167 | Marbhall | https://www.walmart.com/global/seller/101347584 | belovedbyyoun@163.com |
| 170 | Annes | https://www.walmart.com/global/seller/101182825 | vickyladypeachya@163.com |
| 194 | Zriyin | https://www.walmart.com/global/seller/102514225 | rqyshnfbg@163.com |
| 201 | mingkeerda | https://www.walmart.com/global/seller/102555261 | suzqmed@163.com |
| 205 | Ikailun | https://www.walmart.com/global/seller/102486641 | ctsald@163.com |
| 210 | Beautiful Deber | https://www.walmart.com/global/seller/101184361 | lenafebruaryhyacin@163.com |